NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

John T. Jasnoch (CA 281605)
jjasnoch@scott-scott.com
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: 619-233-4565
Fax: 619-236-0508

ATTORNEY(S) FOR: Plaintiffs Adonis Real and Adam Titcher

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADONIS REAL and ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated, Plaintiff(s), v. YUGA LABS, et al. Defendant(s) | CASE NUMBER: 2:22-cv-08909 CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiffs Adonis Real and Adam Titcher or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| See Attachment A. | See Attachment A. |

12/8/2022
Date

/s/ John T. Jasnoch
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs Adonis Real and Adam Titcher

# ATTACHMENT A

| PARTY | CONNECTION/INTEREST |
|---|---|
| Adonis Real | Plaintiff |
| Adam Titcher | Plaintiff |
| Yuga Labs, Inc. | Defendant |
| Wylie Aronow | Defendant |
| Greg Solano | Defendant |
| Kerem Atalay | Defendant |
| Zeshan Ali | Defendant |
| Nicole Muniz | Defendant |
| Jasmin Shoemaker | Defendant |
| Patrick Ehrlund | Defendant |
| Christopher Lyons | Defendant |
| Alexis Ohanian | Defendant |
| Amy Wu | Defendant |
| Maaria Bajwa | Defendant |
| Dean Steinbeck | Defendant |
| Guy Oseary | Defendant |
| Mike Winkelmann | Defendant |
| Madonna Louise Ciccone | Defendant |
| Paris Hilton | Defendant |
| James Fallon | Defendant |
| Electric Hot Dog, Inc. | Defendant |
| Universal Television, LLC | Defendant |
| Justin Bieber | Defendant |
| Gwyneth Paltrow | Defendant |
| Serena Williams | Defendant |
| Thomas Pentz | Defendant |
| Austin Richard Post | Defendant |
| Calvin Broadus Jr. | Defendant |
| Kevin Hart | Defendant |
| Alexander Pall | Defendant |
| Andrew Taggart | Defendant |
| Wardell Stephen Curry II | Defendant |

| | |
|---|---|
| Nayvadius Wilburn Cash | Defendant |
| Abel Tesfaye | Defendant |
| Khaled Mohammed Khaled | Defendant |
| adidas America Inc. | Defendant |
| adidas Venture B.V. | Defendant |
| Ivan Soto-Wright | Defendant |
| Moonpay USA LLC | Defendant |