John T. Jasnoch (CA 281605)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: 619-233-4565
Fax: 619-236-0508
jjasnoch@scott-scott.com

*Attorney for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ADONIS REAL and ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>YUGA LABS, INC., WYLIE ARONOW, GREG SOLANO, KEREM ATALAY, ZESHAN ALI, NICOLE MUNIZ, JASMIN SHOEMAKER, PATRICK EHRLUND, CHRISTOPHER LYONS, ALEXIS OHANIAN, AMY WU, MAARIA BAJWA, DEAN STEINBECK, GUY OSEARY, MIKE WINKELMANN, MADONNA LOUISE CICCONE, PARIS HILTON, JAMES FALLON, ELECTRIC HOT DOG, INC., UNIVERSAL TELEVISION, LLC, JUSTIN BIEBER, GWYNETH PALTROW, SERENA WILLIAMS, THOMAS PENTZ, AUSTIN RICHARD POST, CALVIN BROADUS JR., KEVIN HART, ALEXANDER PALL, ANDREW TAGGART, WARDELL STEPHEN CURRY II, NAYVADIUS WILBURN CASH, ABEL TESFAYE, KHALED MOHAMMED KHALED, ADIDAS AMERICA INC., ADIDAS VENTURE B.V., IVAN SOTO-WRIGHT, and MOONPAY USA LLC,<br><br>Defendants. | Case No. 2:22-cv-08909<br><br>**DECLARATION REGARDING PROPER VENUE PURSUANT TO CAL. CIVIL CODE §1780(d)**<br><br><u>DEMAND FOR JURY TRIAL</u> |

I, John T. Jasnoch, declare as follows:

1. I am an attorney with Scott+Scott Attorneys at Law LLP and I represent Plaintiffs Adonis Real and Adam Titcher in the above-entitled action. This declaration is submitted pursuant to C.C.P. §1780(d).

2. Venue for this action is proper in the County of Los Angeles because Defendants are doing business in this County, and a substantial portion of the transactions at issue in the Complaint took place, and are taking place, in this County. Furthermore, some of the Defendants live and/or conduct business in the County of Los Angeles.

3. Venue is therefore proper in the County of Los Angeles pursuant to Cal. Civil Code §1780(d).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on December 8, 2022, at San Diego, California.

/s/ *John T. Jasnoch*
John T. Jasnoch