AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| ADONIS REAL and ADAM TITCHER, Individiually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff(s)*<br>v.<br>YUGA LABS, INC., WYLIE ARONOW, GREG SOLANO, KEREM ATALAY, ZESHAN ALI, NICOLE MUNIZ, JASMIN SHOEMAKER, PATRICK EHRLUND, CHRISTOPHER LYONS, ALEXIS OHANIAN, AMY WU, MAARIA BAJWA, DEAN STEINBECK, GUY OSEARY, MIKE WINKELMANN, MADONNA LOUISE CICCONE, PARIS HILTON, JAMES FALLON, ELECTRIC HOT DOG, INC., UNIVERSAL TELEVISION, LLC, JUSTIN BIEBER, GWYNETH PALTROW, SERENA WILLIAMS, THOMAS PENTZ, AUSTIN RICHARD POST, CALVIN BROADUS JR., KEVIN HART, ALEXANDER PALL, ANDREW TAGGART, WARDELL STEPHEN CURRY II, NAYVADIUS WILBURN CASH, ABEL TESFAYE, KHALED MOHAMMED KHALED, ADIDAS AMERICA INC., ADIDAS VENTURE B.V., IVAN SOTO-WRIGHT, and MOONPAY USA LLC,<br><br>*Defendant(s)* | Civil Action No.<br><br>2:22-cv-08909 - FMO (PLAx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     See Attachment A.

**Yuga Labs, Inc.**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John T. Jasnoch
Scott+Scott Attorneys at Law LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
619-233-4565
jjasnoch@scott-scott.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/9/2022     *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# ATTACHMENT A

**Yuga Labs, Inc.**
1850 Towers Crescent Plaza, Suite 200
Tysons, VA 22182

**Wylie Aronow**
363 Cooper River Dr
Mount Pleasant, SC 29464

**Greg Solano**
1232 Manati Ave
Coral Gables, FL 33146

**Kerem Atalay**
3614 Humphrey Street
St. Louis, MO 63116

**Zeshan Ali**
982 Hyperion Ave
Los Angeles, CA 90029

**Nicole Muniz**
1850 Towers Crescent Plaza, Suite 200
Tysons, VA 22182

**Jasmin Shoemaker**
1850 Towers Crescent Plaza, Suite 200
Tysons, VA 22182

**Patrick Ehrlund**
1850 Towers Crescent Plaza, Suite 200
Tysons, VA 22182

**Christopher Lyons**
126 Swan Ave
Plantation, FL 33324

**Alexis Ohanian**
6158 Rocking Horse Road
Jupiter, FL 33458

**Amy Wu**
240 Emerson Street
Palo Alto, CA 94301

**Maaria Bajwa**
1133 Berkeley Drive
Glendale, CA 91205

**Dean Steinbeck**
9190 W. Olympic Blvd, #417
Beverly Hills, CA 90212

**Guy Oseary**
9559 Lime Orchard Road
Beverly Hills, CA 90210

**Mike Winkelmann**
491 Nellefield Tr.
Charleston, SC 29492

**Madonna Louise Ciccone**
9425 Sunset Blvd
Beverly Hills, CA 90210

**Paris Hilton**
3340 Clerendon Road
Beverly Hills, CA 90210

**James Fallon**
c/o Altman Greenfield & Selvaggi
200 Park Ave S., Floor 8
New York, NY 10003

**Electric Hot Dog, Inc.**
c/o Altman Greenfield & Selvaggi
200 Park Ave S., Floor 8
New York, NY 10003

**Universal Television, LLC**
100 Universal City Plaza,
Universal City, CA 91608

**Justin Bieber**
25202 Prado Del Grandioso
Calabasas, CA 91302

**Gwyneth Paltrow**
1948 Tollis Ave.
Montecito, CA 93108

**Serena Williams**
6158 Rocking Horse Road
Jupiter, FL 33458

**Thomas Pentz**
28830 Bison Court
Malibu, CA 90265

**Austin Richard Post**
4198 Prospector Drive
Salt Lake City, UT 84121

**Calvin Broadus Jr.**
2345 Alamo Heights Dr
Diamond Bar, CA 91765

**Kevin Hart**
2051 Delphine Lane
Calabasas, CA 91302

**Alexander Pall**
8882 Lookout Mountain Ave
Los Angeles, CA 90046

**Andrew Taggart**
7631 Willow Glen Rd
Los Angeles, CA 90212

**Wardell Stephen Curry II**
247 Polhemus Ave
Atherton, CA 94027

**Nayvadius Wilburn Cash**
2844 Valley Ridge Dr
Decatur, GA 30252

**Abel Tesfaye**
534 Barnaby Road
Los Angeles, CA 90077

**Khaled Mohammed Khaled**
3312 Clerendon Road
Beverly Hills, CA 90210

**adidas America Inc.**
5055 N Greeley Avenue,
Portland, Oregon 97217

**adidas Venture B.V.**
Hoogoorddreef 9 A,
1101BA, Amersterdam, Netherlands

**Ivan Soto-Wright**
6396 N. Bay Road
Miami Beach, FL 33141

**Moonpay USA LLC**
1111 Brickell Avenue, 10th Floor
Miami, Florida 33131