1  PETER B. MORRISON (SBN 230148)
   peter.morrison@skadden.com
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
3  Los Angeles, California 90071
   Telephone:  (213) 687-5000
4  Facsimile:   (213) 687-5600

5  ALEXANDER C. DRYLEWSKI (*pro hac vice* application forthcoming)
   alexander.drylewski@skadden.com
6  KYLE J. SCHWARTZ (*pro hac vice* application forthcoming)
   kyle.schwartz@skadden.com
7  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   One Manhattan West
8  New York, New York 10001
   Telephone:  (212) 735-3000
9  Facsimile:   (212) 735-2000

10 *Attorneys for Defendant*
   GUY OSEARY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADONIS REAL and ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br> v.<br><br>YUGA LABS, INC., et al.,<br><br>    Defendants. | CASE NO.: 2:22-cv-08909-FMO-PLA<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served on Guy Oseary: December 12, 2022<br><br>Current Response Date for Guy Oseary: January 3, 2023<br><br>New Response Date for Guy Oseary: February 2, 2023<br><br>Judge: Hon. Fernando M. Olguin<br>Complaint Filed: December 8, 2022 |

STIPULATION TO EXTEND TIME TO RESPOND TO
INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)

Plaintiffs Adonis Real and Adam Titcher, individually and on behalf of all others similarly situated, and Defendant Guy Oseary, hereby stipulate and agree as follows:

**WHEREAS,** the initial complaint in the above-captioned action was served on Defendant Guy Oseary on December 12, 2022;

**WHEREAS,** the current deadline for Defendant Guy Oseary to respond to the initial complaint is January 3, 2023;

**WHEREAS,** pursuant to Local Rule 8-3, the parties may extend without Court approval the time to respond to the initial complaint so long as the stipulation is filed with the Court and does not extend the response date by more than 30 days from the initial response date;

**WHEREAS,** Plaintiffs and Defendant Guy Oseary agree to extend Defendant Guy Oseary's time to respond to the initial complaint by no more than 30 days;

**NOW THEREFORE:**

1. Defendant Guy Oseary's time for responding to the initial complaint is extended to February 2, 2023.

2. Nothing herein shall be deemed to constitute a waiver of any rights, defenses (including but not limited to jurisdictional defenses), objections or any other application to any court that any party may have with respect to the claims set forth in the complaint filed in this action.

**IT IS SO STIPULATED.**

//
//
//
//
//
//
//

1  DATED:  December 23, 2022

2  Respectfully submitted,

3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

4  By: _____*/s/ Peter B. Morrison*_____
          PETER B. MORRISON

5

6  *Attorneys for Defendant*
   GUY OSEARY

7  300 South Grand Avenue, Suite 3400
   Los Angeles, California 90071
8  Email: peter.morrison@skadden.com
   Telephone: (213) 687-5000
9  Facsimile:  (213) 687-5600

10 *I, Peter B. Morrison, attest that all other signatories below, and on whose behalf this filing is also submitted, concur in*
11 *the filing's content and have authorized the filing.*

12 SCOTT+SCOTT ATTORNEYS AT LAW LLP

13 By: _____*/s/ John T. Jasnoch*_____
          JOHN T. JASNOCH
14

15 *Attorneys for Plaintiffs*
   ADONIS REAL and ADAM TITCHER,
16 Individually and on Behalf of All Others
   Similarly Situated
17
   600 W. Broadway, Suite 3300
18 San Diego, California 92101
   Email: jjasnoch@scott-scott.com
19 Telephone: (619) 233-4565
   Facsimile:  (619) 236-0508

20

21

22

23

24

25

26

27

28