JENNIFER C. BRETAN (CSB No. 233475)
jbretan@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

*Attorneys for Defendant Maaria Bajwa*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADONIS REAL and ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>YUGA LABS, INC., WYLIE ARONOW, GREG SOLANO, KEREM ATALAY, ZESHAN ALI, NICOLE MUNIZ, JASMIN SHOEMAKER, PATRICK EHRLUND, CHRISTOPHER LYONS, ALEXIS OHANIAN, AMY WU, MAARIA BAJWA, DEAN STEINBECK, GUY OSEARY, MIKE WINKELMANN, MADONNA LOUISE CICCONE, PARIS HILTON, JAMES FALLON, ELECTRIC HOT DOG, INC., UNIVERSAL TELEVISION, LLC, JUSTIN BIEBER, GWYNETH PALTROW, SERENA WILLIAMS, THOMAS PENTZ, AUSTIN RICHARD POST, CALVIN BROADUS JR., KEVIN HART, ALEXANDER PALL, ANDREW TAGGART, WARDELL STEPHEN CURRY II, NAYVADIUS WILBURN CASH, ABEL TESFAYE, KHALED MOHAMMED KHALED, ADIDAS AMERICA INC., ADIDAS VENTURE B.V., IVAN SOTO-WRIGHT, and MOONPAY USA LLC,<br><br>Defendants. | Case No.: 2:22-cv-08909-FMO-PLA<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: December 14, 2022<br>Current response date: January 4, 2023<br>New response date: February 3, 2023 |

# STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Plaintiffs Adonis Real and Adam Titcher ("Plaintiffs"), individually and on behalf of all others similarly situated, and defendant Maaria Bajwa, by and through their respective counsel, hereby agree and stipulate to extend the time for Ms. Bajwa to respond to Plaintiffs' complaint. The current response date is January 4, 2023. The parties hereby stipulate to a 30-day extension, extending the deadline to **February 3, 2023**.

The parties further stipulate that nothing in this stipulation shall be deemed to constitute a waiver of any rights, objections, or defenses (including, without limitation, jurisdictional defenses), that any party may have with respect to this action or to the claims asserted in the complaint, and is without prejudice to any other or further application by a party to this Court or any other court.

Pursuant to Local Rule 8-3, because there are no prior stipulations, and this stipulation does not extend the time to respond by more than thirty days from the date the response initially would have been due, this stipulation need not be approved by the Court.

Dated: December 23, 2022    **FENWICK & WEST LLP**

By:  */s/ Jennifer C. Bretan*
       Jennifer C. Bretan (CSB No. 233475)

555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281-1350
jbretan@fenwick.com

*Attorneys for Defendant Maaria Bajwa*

///
///
///
///
///

| | | |
|---|---|---|
| 1 | Dated: December 23, 2022 | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** |
| 2 | | By: */s/ John T. Jasnoch* |
| 3 | | John T. Jasnoch (CSB No. 281605) |
| 4 | | 600 W. Broadway, Suite 3300<br>San Diego, CA 92101 |
| 5 | | Telephone: (619) 233-4565<br>Facsimile: (619) 236-0508 |
| 6 | | jjasnoch@scott-scott.com |
| 7 | | *Attorneys for Plaintiffs and Proposed Class* |

Fenwick & West LLP

**ATTESTATION**

I, Jennifer C. Bretan, hereby attest that all other signatories listed above, and on behalf of whom this filing is submitted, concur in the content of this filing and have authorized me to file on their behalf.

Dated: December 23, 2022          By: /s/ *Jennifer C. Bretan*
                                          Jennifer C. Bretan