PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

ALEXANDER C. DRYLEWSKI (*pro hac vice* application forthcoming)
alexander.drylewski@skadden.com
KYLE J. SCHWARTZ (*pro hac vice* application forthcoming)
kyle.schwartz@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

*Attorneys for Defendant*
CHRISTOPHER LYONS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADONIS REAL and ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>YUGA LABS, INC., et al.,<br><br>Defendants. | CASE NO.: 2:22-cv-08909-FMO-PLA<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served on Christopher Lyons: December 14, 2022<br><br>Current Response Date for Christopher Lyons: January 4, 2023<br><br>New Response Date for Christopher Lyons: February 3, 2023<br><br>Judge: Hon. Fernando M. Olguin<br>Complaint Filed: December 8, 2022 |

Plaintiffs Adonis Real and Adam Titcher, individually and on behalf of all others similarly situated, and Defendant Christopher Lyons, hereby stipulate and agree as follows:

**WHEREAS,** the initial complaint in the above-captioned action was served on Defendant Christopher Lyons on December 14, 2022;

**WHEREAS,** the current deadline for Defendant Christopher Lyons to respond to the initial complaint is January 4, 2023;

**WHEREAS,** pursuant to Local Rule 8-3, the parties may extend without Court approval the time to respond to the initial complaint so long as the stipulation is filed with the Court and does not extend the response date by more than 30 days from the initial response date;

**WHEREAS,** Plaintiffs and Defendant Christopher Lyons agree to extend Defendant Christopher Lyons' time to respond to the initial complaint by no more than 30 days;

**NOW THEREFORE:**

1. Defendant Christopher Lyons' time for responding to the initial complaint is extended to February 3, 2023.

2. Nothing herein shall be deemed to constitute a waiver of any rights, defenses (including but not limited to jurisdictional defenses), objections or any other application to any court that any party may have with respect to the claims set forth in the complaint filed in this action.

**IT IS SO STIPULATED.**

//
//
//
//
//
//

| | |
|---|---|
| 1 | DATED:  December 27, 2022 |

DATED:  December 27, 2022

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____*/s/ Peter B. Morrison*_____
      PETER B. MORRISON

*Attorneys for Defendant*
CHRISTOPHER LYONS

300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Email: peter.morrison@skadden.com
Telephone: (213) 687-5000
Facsimile:  (213) 687-5600

*I, Peter B. Morrison, attest that all other signatories below, and on whose behalf this filing is also submitted, concur in the filing's content and have authorized the filing.*

SCOTT+SCOTT ATTORNEYS AT LAW LLP

By: _____*/s/ John T. Jasnoch*_____
      JOHN T. JASNOCH

*Attorneys for Plaintiffs*
ADONIS REAL and ADAM TITCHER,
Individually and on Behalf of All Others
Similarly Situated

600 W. Broadway, Suite 3300
San Diego, California 92101
Email: jjasnoch@scott-scott.com
Telephone: (619) 233-4565
Facsimile:  (619) 236-0508

3
STIPULATION TO EXTEND TIME TO RESPOND TO
INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)