1  PETER B. MORRISON (SBN 230148)
   peter.morrison@skadden.com
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
3  Los Angeles, California 90071
   Telephone: (213) 687-5000
4  Facsimile:  (213) 687-5600

5  *Attorneys for Defendants*
   YUGA LABS, INC., WYLIE ARONOW, GREG SOLANO,
6  KEREM ATALAY, ZESHAN ALI, NICOLE MUNIZ,
   JASMIN SHOEMAKER, PATRICK EHRLUND,
7  CHRISTOPHER LYONS and GUY OSEARY

8

9                    **UNITED STATES DISTRICT COURT**

10                  **CENTRAL DISTRICT OF CALIFORNIA**

11  ADONIS REAL and ADAM TITCHER,          )  CASE NO.: 2:22-cv-08909-FMO-PLA
    Individually and on Behalf of All Others )
    Similarly Situated,                     )  Judge: Hon. Fernando M. Olguin
12                                          )
                Plaintiffs,                 )
13                                          )  **NOTICE OF APPEARANCE OF**
          v.                                )  **PETER B. MORRISON**
14                                          )
    YUGA LABS, INC., WYLIE                  )  Complaint Filed: December 8, 2022
15  ARONOW, GREG SOLANO, KEREM             )
    ATALAY, ZESHAN ALI, NICOLE             )
16  MUNIZ, JASMIN SHOEMAKER,               )
    PATRICK EHRLUND,                        )
17  CHRISTOPHER LYONS, ALEXIS              )
    OHANIAN, AMY WU, MAARIA                )
18  BAJWA, DEAN STEINBECK, GUY             )
    OSEARY, MIKE WINKELMANN,               )
19  MADONNA LOUISE CICCONE,                )
    PARIS HILTON, JAMES FALLON,            )
20  ELECTRIC HOT DOG, INC.,                )
    UNIVERSAL TELEVISION, LLC,             )
21  JUSTIN BIEBER, GWYNETH                 )
    PALTROW, SERENA WILLIAMS,              )
22  THOMAS PENTZ, AUSTIN                   )
    RICHARD POST, CALVIN                   )
23  BROADUS JR., KEVIN HART,               )
    ALEXANDER PALL, ANDREW                 )
24  TAGGART, WARDELL STEPHEN               )
    CURRY II, NAYVADIUS WILBURN            )
25  CASH, ABEL TESFAYE, KHALED             )
    MOHAMMED KHALED, ADIDAS                )
26  AMERICA INC., ADIDAS VENTURE           )
    B.V., IVAN SOTO- WRIGHT, and           )
27  MOONPAY USA LLC,                       )
                                            )
28              Defendants.                 )
    _____

1 | **TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF**
2 | **RECORD:**

3 |       **PLEASE TAKE NOTICE** that Peter B. Morrison of Skadden, Arps, Slate,
4 | Meagher & Flom LLP, who is admitted to practice before this Court, hereby enters his
5 | appearance on behalf of Defendants Yuga Labs, Inc., Wylie Aronow, Greg Solano,
6 | Kerem Atalay, Zeshan Ali, Nicole Muniz, Jasmin Shoemaker, Patrick Ehrlund,
7 | Christopher Lyons and Guy Oseary in the above-captioned matter.

8 |       Counsel respectfully requests to be served with all pleadings, court papers and
9 | notices in this case, at the following address:

10

11 |     PETER B. MORRISON
    peter.morrison@skadden.com
12 |     SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    300 South Grand Avenue, Suite 3400
13 |     Los Angeles, California 90071
    Telephone: (213) 687-5000
    Facsimile:  (213) 687-5600
14

15

16 | DATED:  January 4, 2023

17 |       Respectfully submitted,

18 |       SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

19 |       By:       */s/ Peter B. Morrison*
                PETER B. MORRISON

20 |       *Attorneys for Defendants*
      YUGA LABS, INC., WYLIE ARONOW,
21 |       GREG SOLANO, KEREM ATALAY,
      ZESHAN ALI, NICOLE MUNIZ,
22 |       JASMIN SHOEMAKER, PATRICK EHRLUND,
      CHRISTOPHER LYONS and GUY OSEARY
23

24 |       300 South Grand Avenue, Suite 3400
      Los Angeles, California 90071
      Email: peter.morrison@skadden.com
25 |       Telephone: (213) 687-5000
      Facsimile:  (213) 687-5600

26

27

28