NEAL A. POTISCHMAN
  neal.potischman@davispolk.com
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-3621

DANA M. SESHENS
  dana.seshens@davispolk.com
  (*pro hac vice* application forthcoming)
DANIEL J. SCHWARTZ
  daniel.schwartz@davispolk.com
  (*pro hac vice* application forthcoming)
ADAM M. GREENE
  adam.greene@davispolk.com
  (*pro hac vice* application forthcoming)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5855

Attorneys for Defendants
UNIVERSAL TELEVISION, LLC,
JAMES FALLON, and ELECTRIC HOT DOG, INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| ADONIS REAL and ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>YUGA LABS, INC., et al.,<br><br>Defendants. | Case No. 2:22-cv-08909-FMO-PLA<br><br>**ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND STAYING DISCOVERY OBLIGATIONS**<br><br>Dept:        Courtroom 6D<br>Judge:        Hon. Fernando M. Olguin |

1

The Court, having considered the Stipulation to Extend Time To Respond to Complaint and Stay Discovery Obligations (the "Stipulation") jointly filed by Plaintiffs Adonis Real and Adam Titcher, individually and on behalf of all others similarly situated, and Defendants Universal Television, LLC, James Fallon, and Electric Hot Dog, Inc. (the "Universal Defendants"), by and through their respective counsel, hereby ORDERS:

1. The Universal Defendants shall have no obligation to answer or otherwise respond to, and each hereby is expressly relieved from answering or otherwise responding to, the Initial Complaint, subject to the provisions of paragraph 2 below.

2. Promptly after entry of the Order in this action (or in any consolidated action encompassing this action), counsel for the Universal Defendants and court-appointed lead counsel shall meet and confer regarding a schedule for (i) the filing of an operative complaint, (ii) any answer, motion to dismiss or other response thereto, and (iii) any subsequent briefing on such a motion to dismiss. Within fourteen (14) days after entry of the Order, the court-appointed lead plaintiff(s) and Universal Defendants shall jointly submit a proposed schedule to the Court.

/ / /
/ / /
/ / /

3.  The scheduling of an initial pretrial conference pursuant to Fed. R. Civ. P. 16(b), the parties' obligations to serve initial disclosures pursuant to Fed. R. Civ. P. 26(a), and the parties' obligations to confer regarding case management and the development of a discovery plan and to submit a written report to the Court pursuant to Fed. R. Civ. P. 26(f), is hereby stayed, *sine die*, pending the resolution of any motions to dismiss the amended and/or consolidated complaint (or the designated operative complaint) contemplated by paragraph 2 above.

IT IS SO ORDERED.

Dated: January 6, 2023

By:   _____/s/_____

HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

3