PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone:  (213) 687-5000
Facsimile:   (213) 687-5600

ALEXANDER C. DRYLEWSKI (*pro hac vice* application pending)
alexander.drylewski@skadden.com
KYLE J. SCHWARTZ (*pro hac vice* application pending)
kyle.schwartz@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone:  (212) 735-3000
Facsimile:   (212) 735-2000

*Attorneys for Defendants*
YUGA LABS, INC., WYLIE ARONOW, GREG SOLANO,
KEREM ATALAY, ZESHAN ALI, NICOLE MUNIZ,
JASMIN SHOEMAKER, PATRICK EHRLUND,
CHRISTOPHER LYONS and GUY OSEARY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADONIS REAL and ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>YUGA LABS, INC. et al.,<br><br>Defendants. | CASE NO.: 2:22-cv-08909-FMO-PLA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER (UNDER SEPARATE COVER) EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>Judge: Hon. Fernando M. Olguin<br>Complaint Filed: December 8, 2022 |

1  Plaintiffs Adonis Real and Adam Titcher, individually and on behalf of all
2  others similarly situated, and Defendants Yuga Labs, Inc., Wylie Aronow, Greg
3  Solano, Kerem Atalay, Zeshan Ali, Nicole Muniz, Jasmin Shoemaker, Patrick
4  Ehrlund, Christopher Lyons and Guy Oseary (the "Stipulating Defendants"), hereby
5  stipulate and apply for an order extending the Stipulating Defendants' time to respond
6  to the complaint and staying discovery obligations.

7  WHEREAS, on December 8, 2022, Plaintiffs filed a putative class-action
8  complaint in the above-captioned action (the "Initial Complaint," ECF No. 1)
9  asserting, inter alia, claims pursuant to §§ 5, 12(a)(1), and 15 of the Securities Act of
10 1933 (the "Securities Act") and §§ 10(b) and 20(a) of the Securities Exchange Act of
11 1934 (the "Exchange Act");

12 WHEREAS, the Court has not yet entered a Scheduling Order;

13 WHEREAS, the Private Securities Litigation Reform Act of 1995 (the
14 "PSLRA"), 15 U.S.C. §§ 77z-1 & 78u-4, provides (i) that plaintiffs bringing class
15 action claims under the Securities Act or Exchange Act must publish a notice advising
16 members of the putative class of the pendency of the action and (ii) that any member
17 of the putative class may move the Court to serve as lead plaintiff of the putative class
18 within 60 days after the notice is published, and further provides a procedure for the
19 appointment by the Court of lead plaintiff(s) and lead counsel to represent the putative
20 class;

21 WHEREAS, Plaintiffs published a notice advising members of the putative
22 class of the pendency of the action on December 9, 2022;

23 WHEREAS, by February 7, 2023, i.e., not later than 60 days after Plaintiffs
24 provided public notice of the filing of the Initial Complaint, Plaintiffs or other
25 members of the putative class may move this Court to serve as lead plaintiff;

26 WHEREAS, Plaintiffs and the Stipulating Defendants anticipate that after the
27 Court appoints a lead plaintiff, such lead plaintiff will likely file an amended
28

complaint, which would supersede the Initial Complaint as the operative pleading in the action;

WHEREAS, the PSLRA provides for an automatic stay of discovery in this action during the pendency of any motion to dismiss, 15 U.S.C. §§ 77z-1(b)(1) & 78u-4(b)(3)(B);

WHEREAS, in the interests of judicial economy, efficiency and conservation of Court and party resources, counsel for Plaintiffs and counsel for the Stipulating Defendants believe that a motion to dismiss, answer or other response to the Initial Complaint would be premature prior to the entry of an order by the Court pursuant to the PSLRA appointing one or more lead plaintiffs and lead counsel pursuant to 15 U.S.C. §§ 77z-1(a)(3)(B) & 78u-4(a)(3)(B) (the "Order");

WHEREAS, there have been no prior extensions of time for Defendants Yuga Labs, Inc., Wylie Aronow, Greg Solano, Kerem Atalay, Zeshan Ali, Nicole Muniz, Jasmin Shoemaker and Patrick Ehrlund to respond to the Initial Complaint;

WHEREAS, pursuant to Local Rule 8-3, the time for Defendants Christopher Lyons and Guy Oseary to respond to the Initial Complaint was previously extended once by not more than 30 days;

WHEREAS, this stipulation is without prejudice to the parties' respective rights to seek further modifications to the schedule in the future;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the parties, subject to the Court's approval, that:

1. The undersigned counsel for the Stipulating Defendants are authorized to and hereby accept service of the summons and the complaint in this action on the Stipulating Defendants' behalf; *provided, however*, that acceptance of service and entry into this stipulation shall not waive or prejudice any, and the Stipulating Defendants expressly preserve, all, rights, claims and defenses, including, but not limited to, all defenses relating to jurisdiction and venue, except a defense as to the sufficiency of service of the summons and complaint and the form of the summons.

2. The Stipulating Defendants shall have no obligation to answer or otherwise respond to, and each hereby is expressly relieved from answering or otherwise responding to, the Initial Complaint, subject to the provisions of paragraph 3 below.

3. Promptly after entry of the Order in this action (or in any consolidated action encompassing this action), counsel for the Stipulating Defendants and Court-appointed lead counsel shall meet and confer regarding a schedule for (i) the filing of an operative complaint, (ii) any answer, motion to dismiss or other response thereto, and (iii) any subsequent briefing on such a motion to dismiss. Within fourteen (14) days after entry of the Order, the court-appointed lead plaintiff(s) and the Stipulating Defendants shall jointly submit a proposed schedule to the Court.

4. Subject to the Court's approval, the scheduling of an initial pretrial conference pursuant to Fed. R. Civ. P. 16(b), the parties' obligations to serve initial disclosures pursuant to Fed. R. Civ. P. 26(a), and the parties' obligations to confer regarding case management and the development of a discovery plan and to submit a written report to the Court pursuant to Fed. R. Civ. P. 26(f), shall be stayed, *sine die*, pending the resolution of any motions to dismiss the amended and/or consolidated complaint (or the designated operative complaint) contemplated by paragraph 3 above.

5. Defendants Yuga Labs, Inc., Wylie Aronow, Greg Solano, Kerem Atalay, Zeshan Ali, Nicole Muniz, Jasmin Shoemaker and Patrick Ehrlund have previously made no requests for an extension of time in this matter. Pursuant to Local Rule 8-3, the time for Defendants Christopher Lyons and Guy Oseary to respond to the Initial Complaint was previously extended once by not more than 30 days.

6. The schedule proposed herein is made in the interests of efficiently proceeding with this action, not to delay the proceedings, and will not prejudice any party.

7. Nothing in this stipulation shall prevent any party from moving to coordinate and/or consolidate this action with any related case, nor shall anything

1  herein prevent any party from seeking additional time from the other parties and/or the
2  Court with respect to any of the deadlines set forth above.
3        IT IS FURTHER STIPULATED THAT nothing in this stipulation shall be
4  deemed to constitute a waiver of any rights, objections or defenses (including, but not
5  limited to, jurisdictional defenses) that any party may have with respect to this action
6  or to the claims asserted in the complaint, and is without prejudice to any other or
7  further application by a party to this Court or any other court.
8  DATED: January 6, 2023

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: */s/ Peter B. Morrison*
           PETER B. MORRISON

*Attorneys for Defendants*
YUGA LABS, INC., WYLIE ARONOW,
GREG SOLANO, KEREM ATALAY,
ZESHAN ALI, NICOLE MUNIZ,
JASMIN SHOEMAKER, PATRICK EHRLUND,
CHRISTOPHER LYONS and GUY OSEARY

300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Email: peter.morrison@skadden.com
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

*I, Peter B. Morrison, attest that all other signatories below, and on whose behalf this filing is also submitted, concur in the filing's content and have authorized the filing.*

SCOTT+SCOTT ATTORNEYS AT LAW LLP

By:    */s/ John T. Jasnoch*
       JOHN T. JASNOCH

*Attorneys for Plaintiffs*
ADONIS REAL and ADAM TITCHER,
Individually and on Behalf of All Others
Similarly Situated

600 W. Broadway, Suite 3300
San Diego, CA 92101
Email: jjasnoch@scott-scott.com
Telephone: (619) 233-4565
Facsimile: (619) 236-0508