# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADONIS REAL and ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated,<br><br>_Plaintiff(s)_<br>v.<br>YUGA LABS, INC., et al.,<br><br>_Defendant(s)._ | CASE NUMBER<br><br>2:22-cv-08909-FMO-PLA<br><br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE _PRO HAC VICE_** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case _Pro Hac Vice_ filed by**

| | | |
|---|---|---|
| Drylewski, Alexander C. | of | Skadden, Arps, Slate, Meagher & Flom LLP |
| _Applicant's Name (Last Name, First Name & Middle Initial_ | | One Manhattan West |
| (212) 735-3000          (212) 735-2000 | | New York, New York 10001 |
| _Telephone Number          Fax Number_ | | |
| alexander.drylewski@skadden.com | | |
| _E-Mail Address_ | | _Firm/Agency Name & Address_ |

**for permission to appear and participate in this case on behalf of**

Yuga Labs, Inc., Wylie Aronow, Greg Solano, Kerem Atalay, Zeshan Ali, Nicole Muniz, Jasmin Shoemaker, Patrick Ehrlund, Christopher Lyons and Guy Oseary

_Name(s) of Party(ies) Represent_          ☐ _Plaintiff(s)_ ☒ _Defendant(s)_ ☐ _Other:_ _____

**and designating as Local Counsel**

| | | |
|---|---|---|
| Morrison, Peter B. | of | Skadden, Arps, Slate, Meagher & Flom LLP |
| _Designee's Name (Last Name, First Name & Middle Initial_ | | 300 South Grand Avenue |
| 230148          (213) 687-5000          (213) 687-5600 | | Suite 3400 |
| _Designee's Cal. Bar No.     Telephone Number     Fax Number_ | | Los Angeles, California 90071 |
| peter.morrison@skadden.com | | |
| _E-Mail Address_ | | _Firm/Agency Name & Address_ |

**HEREBY ORDERS THAT the Application be:**

☒**GRANTED**

☐DENIED:

    ☐ for failure to pay the required fee.

    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

    ☐ for failure to complete Application: _____

    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: January 9, 2023**          /s/ _____

                                       **Fernando M. Olguin, U.S. District Judge**