# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADONIS REAL and ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff(s)<br>v.<br>YUGA LABS, INC., et al.,<br><br>Defendant(s). | CASE NUMBER<br><br>2:22-cv-08909-FMO-PLA<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Schwartz, Kyle J.

*Applicant's Name (Last Name, First Name & Middle Initial*

(212) 735-3000          (212) 735-2000

*Telephone Number          Fax Number*

kyle.schwartz@skadden.com

*E-Mail Address*

of   Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, New York 10001

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Yuga Labs, Inc., Wylie Aronow, Greg Solano, Kerem Atalay, Zeshan Ali, Nicole Muniz, Jasmin Shoemaker, Patrick Ehrlund, Christopher Lyons and Guy Oseary

*Name(s) of Party(ies) Represent*          ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Morrison, Peter B.

*Designee's Name (Last Name, First Name & Middle Initial*

230148          (213) 687-5000          (213) 687-5600

*Designee's Cal. Bar No.          Telephone Number          Fax Number*

peter.morrison@skadden.com

*E-Mail Address*

of   Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue
Suite 3400
Los Angeles, California 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ **GRANTED**

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: January 9, 2023**          /s/

          **Fernando M. Olguin, U.S. District Judge**