1  PERKINS COIE LLP

2  Renée E. Rothauge, Bar No. 271239
   RRothauge@perkinscoie.com
3  1120 N.W. Couch Street, Tenth Floor
   Portland, Oregon 97209-4128
4  Telephone: +1.503.727.2000
   Facsimile: +1.503.727.2222
5
   Skyler Howton (*pro hac vice* application pending)
6  SHowton@perkinscoie.com
   500 N. Akard Street, Suite 3300
7  Dallas, TX 75201
   Telephone:  +1. 214.965.7700
8  Facsimile:  +1.214.965.7752

9  Attorneys for Defendants
   adidas AMERICA INC., adidas VENTURE B.V.
10

11                    UNITED STATES DISTRICT COURT
                      CENTRAL DISTRICT OF CALIFORNIA
12

13 | ADONIS REAL and ADAM TITCHER, | Case No. 2:22-cv-08909
   | Individually and on Behalf of All Others |
14 | Similarly Situated, | NOTICE OF APPEARANCE FOR
   |                     | DEFENDANTS adidas AMERICA INC.,
15 |         Plaintiff,  | adidas VENTURE B.V.

16       v.

17 YUGA LABS, INC., WYLIE ARONOW,
   GREG SOLANO, KEREM ATALAY,
18 ZESHAN ALI, NICOLE MUNIZ, JASMIN
   SHOEMAKER, PATRICK EHRLUND,
19 CHRISTOPHER LYONS, ALEXIS
   OHANIAN, AMY WU, MAARIA BAJWA,
20 DEAN STEINBECK, GUY OSEARY, MIKE
   WINKELMANN, MADONNA LOUISE
21 CICCONE, PARIS HILTON, JAMES
   FALLON, ELECTRIC HOT DOG, INC.,
22 UNIVERSAL TELEVISION, LLC, JUSTIN
   BIEBER, GWYNETH PALTROW, SERENA
23 WILLIAMS, THOMAS PENTZ, AUSTIN
   RICHARD POST, CALVIN BROADUS JR.,
24 KEVIN HART, ALEXANDER PALL,
   ANDREW TAGGART, WARDELL
25 STEPHEN CURRY II, NAYVADIUS
   WILBURN CASH, ABEL TESFAYE,
26 KHALED MOHAMMED KHALED,
   ADIDAS AMERICA INC., ADIDAS
27 VENTURE B.V., IVAN SOTO-WRIGHT,
   and MOONPAY USA LLC,
28

Defendants.

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Renée E. Rothauge and Skyler Howton of Perkins Coie LLP, hereby enters their appearance on behalf of Defendants adidas America Inc. and adidas Venture B.V. in the above-captioned matter.

Counsel respectfully requests to be served with all pleadings, court papers and notices in this case, at the following addresses:

> Renée E. Rothauge, Bar No. 271239
> RRothauge@perkinscoie.com
> PERKINS COIE LLP
> 1120 N.W. Couch Street, Tenth Floor
> Portland, Oregon 97209-4128
> Telephone: +1.503.727.2000
> Facsimile: +1.503.727.2222
>
> Skyler Howton (*pro hac vice* application pending)
> SHowton@perkinscoie.com
> PERKINS COIE LLP
> 500 N. Akard Street Suite 3300
> Dallas, TX 75201
> Telephone: +1. 214.965.7700
> Facsimile: +1.214.965.7752

Dated:  January 11, 2023

**PERKINS COIE LLP**

By: _____
Renée E. Rothauge, Bar No. 271239
Skyler Howton (*pro hac vice* application pending)

Attorneys for Defendants
adidas AMERICA INC., adidas VENTURE B.V.