Renée E. Rothauge, Bar No. 271239
RRothauge@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Fl., Portland, OR 97209-4128
Telephone: +1.503.727.2000
Facsimile: +1.503.727.2222

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADONIS REAL and ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff(s)<br><br>v.<br><br>YUGA LABS, INC., *et al.*,<br><br>Defendant(s). | CASE NUMBER<br><br>2:22-cv-08909-FMO-PLA<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Howton, Skyler M.
*Applicant's Name (Last Name, First Name & Middle Initial)*

214.965.7700                214.965.7752
*Telephone Number*          *Fax Number*

SHowton@perkinscoie.com
*E-Mail Address*

of

Perkins Coie LLP
500 N. Akard Street, Suite 3300
Dallas, TX 75201

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

adidas AMERICA INC.
adidas VENTURE B.V.

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:* _____

**and designating as Local Counsel**

Rothauge, Renée E.
*Designee's Name (Last Name, First Name & Middle Initial)*

271239               503.727.2000        503.727.2222
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

RRothauge@perkinscoie.com
*E-Mail Address*

of

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**