JENNIFER C. BRETAN (CSB No. 233475)
jbretan@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Defendants Dean Steinbeck, Amy Wu, Maaria Bajwa, and Alexis Ohanian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADONIS REAL and ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>YUGA LABS, INC., et al.<br><br>Defendants. | Case No.: 2:22-cv-08909-FMO-PLA<br><br>**NOTICE OF APPEARANCE OF JENNIFER C. BRETAN**<br><br>Judge: Hon. Fernando M. Olguin<br>Complaint Filed: December 8, 2022 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND TO THE CLERK OF COURT:**

PLEASE TAKE NOTICE THAT Jennifer C. Bretan of Fenwick & West LLP hereby submits this Notice of Appearance as counsel for defendants Dean Steinbeck, Amy Wu, and Alexis Ohanian. Counsel previously appeared for defendant Maaria Bajwa.

For purposes of receipt of Notices of Electronic Filing, and otherwise, contact information for counsel is as follows:

Jennifer C. Bretan: jbretan@fenwick.com and anolen@fenwick.com

FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Dated: January 11, 2023         FENWICK & WEST LLP

By: _/s/ Jennifer C. Bretan_
    Jennifer C. Bretan

555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile:   (415) 281-1350

*Attorneys for Defendants Dean Steinbeck, Amy Wu, Maaria Bajwa, and Alexis Ohanian*