DEAN S. KRISTY (CSB No. 157646)
dkristy@fenwick.com
TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
JENNIFER C. BRETAN (CSB No. 233475)
jbretan@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Defendants Dean Steinbeck, Amy Wu, Maaria Bajwa, and Alexis Ohanian

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADONIS REAL and ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>YUGA LABS, INC., et al.<br><br>Defendants. | Case No.: 2:22-cv-08909-FMO-PLA<br><br>**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND STAYING RELATED DEADLINES**<br><br>Judge: Hon. Fernando M. Olguin<br>Complaint Filed: December 8, 2022 |

The Court, having considered the Stipulation Extending Time To Respond to Complaint And Staying Related Deadlines (the "Stipulation") between Plaintiffs Adonis Real and Adam Titcher ("Plaintiffs"), individually and on behalf of all others similarly situated, and defendants Dean Steinbeck, Amy Wu, Maaria Bajwa, and Alexis Ohanian (collectively, "Defendants" and, with Plaintiffs, the "Parties"), by and through their respective counsel, and good cause appearing therefor, hereby finds and ORDERS as follows:

1. Defendants Dean Steinbeck, Amy Wu, Maaria Bajwa, and Alexis Ohanian shall not be required to answer, move, or otherwise respond to any complaint in this action until after the appointment of a Lead Plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(B) and filing by such Lead Plaintiff of a consolidated or amended complaint (or designation of an operative complaint), and they do not thereby waive any rights, arguments, or defenses they may have;

2. Following the appointment of Lead Plaintiff, counsel for Defendants shall meet and confer with Court-appointed lead counsel and promptly submit to the Court a proposed schedule regarding the filing of an amended complaint, Defendants' response thereto, and all associated briefing, consistent with the Court's order appointing such Lead Plaintiff and lead counsel.

3. The scheduling of an initial pretrial conference pursuant to Fed. R. Civ. P. 16(b), the parties' obligations to serve initial disclosures pursuant to Fed. R. Civ. P. 26(a), and the parties' obligations to confer regarding case management and the development of a discovery plan and to submit a written report to the Court pursuant to Fed. R. Civ. P. 26(f), shall be stayed, *sine die*, pending the resolution of any motions to dismiss the amended and/or consolidated complaint (or designated operative complaint) contemplated by paragraph 2 above.

4. The schedule proposed herein is made in the interests of efficiency, and not to delay the proceedings, and will not prejudice any party.

5. Nothing in this stipulation shall prevent any party from moving to coordinate and/or consolidate this action with any related case, nor shall anything herein prevent any party from seeking additional time from the other parties and/or the Court with respect to any of the deadlines set forth above.

6. Nothing herein shall be deemed to constitute a waiver of any rights, arguments, objections, or defenses that any party may have with respect to this action or to the claims asserted in the complaint or any amended complaint (including, but not limited to, jurisdictional defenses or with respect to service), such rights being expressly preserved, and is without prejudice to any other or further application by a party to this Court or any other court.

IT IS SO ORDERED.

Dated:

> Hon. Fernando M. Olguin
> United States District Judge