# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADONIS REAL and ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>YUGA LABS, INC., WYLIE ARONOW, GREG SOLANO, KEREM ATALAY, ZESHAN ALI, NICOLE MUNIZ, JASMIN SHOEMAKER, PATRICK EHRLUND, CHRISTOPHER LYONS, ALEXIS OHANIAN, AMY WU, MAARIA BAJWA, DEAN STEINBECK, GUY OSEARY, MIKE WINKELMANN, MADONNA LOUISE CICCONE, PARIS HILTON, JAMES FALLON, ELECTRIC HOT DOG, INC., UNIVERSAL TELEVISION, LLC, JUSTIN BIEBER, GWYNETH PALTROW, SERENA WILLIAMS, THOMAS PENTZ, AUSTIN RICHARD POST, CALVIN BROADUS JR., KEVIN HART, ALEXANDER PALL, ANDREW TAGGART, WARDELL STEPHEN CURRY II, NAYVADIUS WILBURN CASH, ABEL TESFAYE, KHALED MOHAMMED KHALED, adidas AMERICA INC., adidas VENTURE B.V., IVAN SOTO- WRIGHT, AND MOONPAY USA LLC,<br><br>Defendants. | Case No. 2:22-cv-08909-FMO-PLA<br><br>**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>Judge:  Hon. Fernando M. Olguin<br><br>Complaint Filed: December 8, 2022 |

This matter comes before the Court on the Joint Stipulation Extending Time to Respond to Complaint (the "Stipulation") between Plaintiffs Adonis Real and Adam Titcher, individually and on behalf of all others similarly situated, and Defendants adidas America Inc. and adidas Venture B.V. (the "Stipulating Defendants"). Having considered the Stipulation, and good cause appearing therefor:

The Court GRANTS the Stipulation and ORDERS the following:

1. The Stipulating Defendants shall have no obligation to answer or otherwise respond to, and each hereby is expressly relieved from answering or otherwise responding to, the Initial Complaint, subject to the provisions of paragraph 3 below.

2. Promptly after entry of an order in this action (or in any consolidated action encompassing this action) appointing one or more lead plaintiffs and lead counsel pursuant to 15 U.S.C. §§ 77z-1(a)(3)(B) & 78u-4(a)(3)(B) (the "Order"), counsel for the Stipulating Defendants and Court-appointed lead counsel shall meet and confer regarding a schedule for (i) the filing of an operative complaint, (ii) any answer, motion to dismiss or other response thereto, and (iii) any subsequent briefing on such a motion to dismiss. Within fourteen (14) days after entry of the Order, the court-appointed lead plaintiff(s) and the Stipulating Defendants shall jointly submit a proposed schedule to the Court.

3. The scheduling of an initial pretrial conference pursuant to Fed. R. Civ. P. 16(b), the parties' obligations to serve initial disclosures pursuant to Fed. R. Civ. P. 26(a), and the parties' obligations to confer regarding case management and the development of a discovery plan and to submit a written report to the Court pursuant to Fed. R. Civ. P. 26(f), shall be stayed, *sine die*, pending the resolution of any motions to dismiss the amended and/or consolidated complaint (or the designated operative complaint) contemplated by paragraph 3 above.

4. Nothing herein shall prevent any party from moving to coordinate and/or consolidate this action with any related case, nor shall anything herein prevent any party from seeking additional time from the other parties and/or the Court with respect to any of the deadlines set forth above.

5. Nothing herein shall be deemed to constitute a waiver of any rights, objections or defenses (including, but not limited to, jurisdictional defenses) that any party may have with respect to this action or to the claims asserted in the complaint and is without prejudice to any other or further application by a party to this Court or any other court.

Dated: January ___, 2023

                                      HON. FERNANDO M. OLGUIN
                                      UNITED STATES DISTRICT JUDGE