**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Adonis Real et al | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) v. | 2:22-cv-08909-FMO-PLA |
| Yuga Labs, Inc. et al | NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED PRO HAC VICE APPLICATION |
| DEFENDANT(S) | |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| Date Filed | Doc. No. | Title of Doc. |
|---|---|---|
| January 11, 2023 | 32 | Application of Non-Resident Attorney to Appear in a Specific Case Pro Hac Vice |

**ERRORS WITH DOCUMENT**

| | | |
|---|---|---|
| ☐ | | Document submitted in wrong case. |
| ☐ | | Incorrect document attached to the docket entry. |
| ☐ | | Incorrect event selected. Correct event is "Appear Pro Hac Vice (G-64 or pleading)." |
| ☐ | | Hearing date set, but no hearing required. |
| ☐ | | Superseded version of Form G-64 used. |
| ☑ | Local Rule 5-4.3.4 | Application not hand-signed. |
| ☐ | Local Rule 5-4.4.2 | WordPerfect or Word copy of the proposed order not emailed to the assigned judge's generic chambers email address. |
| ☐ | Local Rule 83-2.1.3.2(a) | Applicant resides in California. |
| ☑ | Local Rule 83-2.1.3.3(a) | Application not complete: state and/or federal courts to which the applicant has been admitted are not listed. |
| ☐ | Local Rule 83-2.1.3.3(b) | Proposed order not attached. |
| ☐ | Local Rule 83-2.1.3.3(c) | $500 fee not paid. |
| ☑ | Local Rule 83-2.1.3.3(d) | Certificate of Good Standing not attached for every state court listed to which the applicant has been admitted. |
| ☐ | Local Rule 83-2.1.3.3(d) | Attached Certificate of Good Standing not issued within 30 days prior to filing of the application. |
| ☑ | Local Rule 83-2.1.3.4 | Local counsel does not maintain "an office within the District for the practice of law, in which the attorney is physically present on a regular basis to conduct business." |
| ☑ | Other: | Applicant failed to list state bars where they are admitted. Only listed appellate and district courts. See Instructions for Applicants (1)(G-64). Certificates of Good Standing have been required since 9/08. See LR 83-2.1.3.3. |

Note: **In response to this notice, the Court may: 1) deny the Application; 2) order an amended or corrected document to be filed; 3) order the document stricken; or 4) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: January 12, 2023         By: Lupe_Thrasher@cacd.uscourts.gov
                                     Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G-112C (09/20)     NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED PRO HAC VICE APPLICATION