UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-8909 FMO (PLAx) | Date | January 17, 2023 |
|---|---|---|---|
| Title | Adonis Real, et al. v. Yuga Labs, Inc., et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Gabriela Garcia | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorney Present for Plaintiff(s): | | Attorney Present for Defendant(s): |
| None Present | | None Present |

**Proceedings:**     (In Chambers) Order Re: Stipulations [26] [37] [38]

      Having reviewed and considered (1) the Joint Stipulation [] Extending Time to Respond to Complaint filed by plaintiffs and defendants Yuga Labs, Inc., Wylie Aronow, Greg Solano, Kerem Atalay, Zeshan Ali, Nicole Muniz, Jasmin Shoemaker, Patrick Ehrlund, Christopher Lyons and Guy Oseary (Dkt. 26, "Yuga Stipulation"); (2) the Stipulation [] Extending Time to Respond to Complaint and Staying Related Deadlines filed by plaintiffs and defendants Dean Steinbeck, Amy Wu, Maaria Bajwa, and Alexis Ohanian (Dkt. 37, "Steinbeck Stipulation"); and (3) the Joint Stipulation [] Extending Time to Respond to Complaint filed by plaintiffs and defendants adidas America Inc. and adidas Venture B.V. (Dkt. 38, "adidas Stipulation"), IT IS ORDERED THAT:

      1.  The Yuga Stipulation (**Document No. 26**), Steinbeck Stipulation (**Document No. 37**), and adidas Stipulation (**Document No. 38**) are **granted** as set forth in this Order.

      2.  All defendants are relieved from responding to the initial Complaint (Dkt. 1).

      3.  After the court appoints lead plaintiff(s) and lead counsel and sets the deadline for the amended and/or consolidated complaint, all properly served defendants shall file their Answer to the amended complaint or a motion pursuant to Fed. R. Civ. P. 12 no later than 21 days after the amended complaint is due.

      4.  The parties' obligations to serve initial disclosures pursuant to Fed. R. Civ. P. 26(a), and the parties' obligations to confer regarding case management and the development of a discovery plan and to submit a written report to the Court pursuant to Fed. R. Civ. P. 26(f), shall be stayed pending the resolution of any motions to dismiss the amended and/or consolidated complaint (or the designated operative complaint) contemplated by paragraph 3 above.

      5.  Proofs of service for all defendants who have not entered an appearance must be filed within 93 days of the filing of the case absent a previously approved extension of time by the court. Plaintiffs are hereby put on notice that failure to file the proof of service within 93 days after the filing of the case shall result in the dismissal of the defendant(s) that has not appeared in the case and for which plaintiffs have not filed a proof of service.  See Fed. R. Civ. P. 4 & 41(b); Link v.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 22-8909 FMO (PLAx)** | Date | **January 17, 2023** |
|---|---|---|---|
| Title | **Adonis Real, et al. v. Yuga Labs, Inc., et al.** | | |

Wabash R.R. Co., 370 U.S. 626, 62930, 82 S.Ct. 1386, 1388 (1962).

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | gga |