NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Neal A. Potischman (SBN 254862)
neal.potischman@davispolk.com
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111

ATTORNEY(S) FOR: Defendant Universal Television, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADONIS REAL and ADAM TITCHER, Individually and on Behalf of All Others Similarly<br>v.<br>YUGA LABS, INC., et al.,<br>Plaintiff(s),<br>Defendant(s) | CASE NUMBER:<br>2:22-cv-08909-FMO-PLA<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for **Defendant Universal Television, LLC** or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| NBCUniversal Media, LLC | Owns Universal Television, LLC |
| Comcast Corporation | Indirectly owns NBCUniversal Media, LLC |

1/17/2023
Date

/s/ Neal A. Potischman
Signature

Attorney of record for (or name of party appearing in pro per):

Defendant Universal Television, LLC