| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Neal A. Potischman (SBN 254862) neal.potischman@davispolk.com DAVIS POLK & WARDWELL LLP 1600 El Camino Real Menlo Park, California 94025 Telephone: (650) 752-2000 Facsimile: (650) 752-2111 | |
| ATTORNEY(S) FOR: Defendant Electric Hot Dog, Inc. | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| ADONIS REAL and ADAM TITCHER, Individually and on Behalf of All Others Similarly Plaintiff(s), v. YUGA LABS, INC., et al., Defendant(s) | CASE NUMBER: 2:22-cv-08909-FMO-PLA CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
|---|---|

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Defendant Electric Hot Dog, Inc. or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| James Fallon | Directly and individually owns Electric Hot Dog, Inc. |

1/17/2023
Date

/s/ Neal A. Potischman
Signature

Attorney of record for (or name of party appearing in pro per):

Defendant Electric Hot Dog, Inc.