| Attorney or Party without Attorney: <br> John Jasnoch, Esq., Bar #281605 <br> Scott+Scott, Attorneys at Law, LLP <br> 600 West Broadway, Suite 3300 <br> San Diego, CA 92101 <br> Telephone No: 619-233-4565   FAX No: 619-233-0508 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff(s) | | | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - Central District Of California | | | | |
| Plaintiff(s): Adonis Real, et al. | | | | |
| Defendant: Yuga Labs, Inc., et al. | | | | |
| **PROOF OF SERVICE** <br> **Summons and Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 22CV08909FMOPLAx |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet; Declaration Regarding Proper Venue; Certification and Notice of Interested Parties; Notice of Assignment to United States Judges; Initial Standing Order for Judge Fernando M. Olguin

3. a. Party served:                    Kevin Hart

4. Address where the party was served:    2051 Delphine Lane
                                          Calabasas, CA 91302

5. I served the party:
   b. **by substituted service.** On: Thu., Dec. 22, 2022 at: 4:06PM by leaving the copies with or in the presence of:
                                   John Doe, Security at the residence, Caucasian, Male, 55 Years Old, Brown
                                   Hair, 5 Feet 10 Inches, 200 Pounds
   (2) **(Home)** Person of suitable age and discretion. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. *Person Who Served Papers:*
   a. Nancy J. Banfield
   b. **Class Action Research & Litigation**
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
       (i) Independent Contractor
       (ii) Registration No.:    5054
       (iii) County:             Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Fri, Dec. 23, 2022

                                                              (Nancy J. Banfield)

Judicial Council Form               PROOF OF SERVICE                            jojas.241827
Rule 2.150.(a)&(b) Rev January 1, 2007   Summons and Complaint

| Attorney or Party without Attorney:<br>John Jasnoch, Esq., Bar #281605<br>Scott+Scott, Attorneys at Law, LLP<br>600 West Broadway, Suite 3300<br>San Diego, CA 92101 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| Telephone No: 619-233-4565      FAX: No: 619-233-0508<br>Attorney for: Plaintiff(s) | | | Ref. No or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Central District Of California | | | | | |
| Plaintiff(s): Adonis Real, et al.<br>Defendant: Yuga Labs, Inc., et al. | | | | | |
| **Affidavit of Reasonable Diligence** | Hearing Date: | | Time: | Dept/Div: | Case Number:<br>22CV08909FMOPLAx |

1. I, Nancy J. Banfield, and any employee or independent contractors retained by Class Action Research & Litigation are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Kevin Hart as follows:

2. **Documents:** **Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet; Declaration Regarding Proper Venue; Certification and Notice of Interested Parties; Notice of Assignment to United States Judges; Initial Standing Order for Judge Fernando M. Olguin.**

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 12/21/22 | 8:00pm | Home | This is a small exclusive gated community called Abercrombie Estates. There is a call box at the entrance but no one responded via the intercom and I can not gain access. I waited for 30 minutes but no one came or left. Attempt made by: Nancy J. Banfield. Attempt at: 2051 Delphine Lane Calabasas, CA 91302. |
| Thu | 12/22/22 | 9:00am | Home | I am unable to gain access to the community and there is no answer at the callbox. I waited until 9:30 am but no one came or left the community during this time. Attempt made by: Nancy J. Banfield. Attempt at: 2051 Delphine Lane Calabasas, CA 91302. |

Page Number 1

Date: Fri, Dec. 23, 2022

**Affidavit of Reasonable Diligence**

sc04.241827

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| John Jasnoch, Esq., Bar #281605<br>Scott+Scott, Attorneys at Law, LLP<br>600 West Broadway, Suite 3300<br>San Diego, CA 92101<br><br>Telephone No: 619-233-4565     FAX: No: 619-233-0508<br>Ref. No or File No.:<br>Attorney for: Plaintiff(s) | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court - Central District Of California |
| Plaintiff(s): Adonis Real, et al. |
| Defendant: Yuga Labs, Inc., et al. |

| Affidavit of Reasonable Diligence | Hearing Date: | Time: | Dept/Div: | Case Number:<br>22CV08909FMOPLAx |
|---|---|---|---|---|

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Thu | 12/22/22 | 3:48pm | Home | The gate to the community is closed so I waited to see if someone would come or go. I was able to gain access to the community. When I arrived at the address there were 2 men in the driveway in a black SUV. Both appeared to be bodyguards or security. I identified myself as a process server and said that I had legal documents for Mr. Hart. One of the men acknowledged this was the Hart residence and instructed me to leave the documents in the driveway. One of the men then began to film me and said this is the brown residence, leave the premises, this is private property. He said to take the documents or leave them on the trashcan. I said that I need to at least leave them on the driveway and I did so. As I was leaving the property he became more irritated and aggressive towards me. I then watched as an African American Female, 40-45 years, picked up the documents from the driveway. An SUV followed me the entire way as I exited the canyon area back to the Mulholland Hwy. Attempt made by: Nancy J. Banfield. Attempt at: 2051 Delphine Lane Calabasas, CA 91302. |
| Thu | 12/22/22 | 4:06pm | Home | Substituted Service on: Kevin Hart Home - 2051 Delphine Lane Calabasas, CA 91302 by leaving a copy of the document(s) with: John Doe, Security at the residence, Caucasian, Male, 55 Years Old, Brown Hair, 5 Feet 10 Inches, 200 Pounds. Served by: Nancy J. Banfield |

3. Person Executing
   a. Nancy J. Banfield
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for service was:
   e. **I am:**   (3) registered California process server
      (i)  Independent Contractor
      (ii) Registration No.:   5054
      (iii) County:   Los Angeles

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: Fri, Dec. 23, 2022

Page Number 2

_____
Nancy J. Banfield

**Affidavit of Reasonable Diligence**

sc04.241827

| Attorney or Party without Attorney: <br> John Jasnoch, Esq., Bar #281605 <br> Scott+Scott, Attorneys at Law, LLP <br> 600 West Broadway, Suite 3300 <br> San Diego, CA 92101 <br> Telephone No: 619-233-4565   FAX No: 619-233-0508 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff(s) | | Ref. No or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - Central District Of California | | | | |
| Plaintiff(s): Adonis Real, et al. | | | | |
| Defendant: Yuga Labs, Inc., et al. | | | | |
| **PROOF OF SERVICE** <br> **By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 22CV08909FMOPLAx |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet; Declaration Regarding Proper Venue; Certification and Notice of Interested Parties; Notice of Assignment to United States Judges; Initial Standing Order for Judge Fernando M. Olguin

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:          Fri., Dec. 23, 2022
   b. Place of Mailing:         Penryn, CA  95663
   c. Addressed as follows:     Kevin Hart
                                2051 Delphine Lane
                                Calabasas, CA  91302

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri., Dec. 23, 2022 in the ordinary course of business.

5. Person Serving:                                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Janis Dingman                         d. *The Fee for Service was:*
   b. Class Action Research & Litigation    e. I am: (3) registered California process server
      P O Box 740                              (i)   Owner
      Penryn, CA  95663                        (ii)  Registration No.:    15-009
   c. (916) 663-2562, FAX (916) 663-4955       (iii) County:              Placer
                                               (iv)  Expiration Date:     Sat, Jul. 15, 2023

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Fri, Dec. 23, 2022

   Judicial Council Form                    PROOF OF SERVICE           (Janis Dingman)
   Rule 2.150.(a)&(b) Rev January 1, 2007       By Mail                                    jo/as.241827