| Attorney or Party without Attorney:<br>John Jasnoch, Esq., Bar #281605<br>Scott+Scott, Attorneys at Law, LLP<br>600 West Broadway, Suite 3300<br>San Diego, CA 92101<br>Telephone No: 619-233-4565     FAX No: 619-233-0508<br>　　　　　　　　　　　　　　　　　　　 Ref. No. or File No.:<br>Attorney for: Plaintiff(s) | For Court Use Only |
|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Central District Of California | |
| Plaintiff(s): Adonis Real, et al.<br>Defendant: Yuga Labs, Inc., et al. | |
| **PROOF OF SERVICE**<br>**Summons and Complaint**   Hearing Date:    Time:    Dept/Div:    Case Number:<br>　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　22CV08909FMOPLAx | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet; Declaration Regarding Proper Venue; Certification and Notice of Interested Parties; Notice of Assignment to United States Judges; Initial Standing Order for Judge Fernando M. Olguin

3. a. Party served:　　　　　　　　　　　　Madonna Louise Ciccone

4. Address where the party was served:　　24220 Long Valley Road
　　　　　　　　　　　　　　　　　　　　Hidden Hills, CA 91302

5. I served the party:
   b. **by substituted service.** On: Thu., Jan. 12, 2023 at: 5:22PM by leaving the copies with or in the presence of:
   　　Jack McKinnley, Property Manager, Caucasian, Male, 40 Years Old, Brown Hair, 6 Feet 3 Inches, 200 Pounds
   (2) **(Home)** Person of suitable age and discretion. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. **Person Who Served Papers:**　　　　　　　　　　　Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Nancy J. Banfield　　　　　　　　　d. *The Fee for Service was:*
   b. **Class Action Research & Litigation**　　e. I am: (3) registered California process server
   　P O Box 740　　　　　　　　　　　　　　　(i) Independent Contractor
   　Penryn, CA 95663　　　　　　　　　　　(ii) Registration No.:　5054
   c. (916) 663-2562, FAX (916) 663-4955　　　(iii) County:　　　　Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Fri, Jan. 13, 2023

   　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Nancy J. Banfield)

| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>Summons and Complaint | jajas.242852 |
|---|---|---|

| Attorney or Party without Attorney:<br>John Jasnoch, Esq., Bar #281605<br>Scott+Scott, Attorneys at Law, LLP<br>600 West Broadway, Suite 3300<br>San Diego, CA 92101 | | | | For Court Use Only |
|---|---|---|---|---|
| Telephone No: 619-233-4565   FAX: No: 619-233-0508 | | Ref. No or File No.: | | |
| Attorney for: Plaintiff(s) | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Central District Of California | | | | |
| Plaintiff(s): Adonis Real, et al. | | | | |
| Defendant: Yuga Labs, Inc., et al. | | | | |
| **Affidavit of Reasonable Diligence** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>22CV08909FMOPLAx |

1. I, Nancy J. Banfield, and any employee or independent contractors retained by Class Action Research & Litigation are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Madonna Louise Ciccone as follows:

2. **Documents:** Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet; Declaration Regarding Proper Venue; Certification and Notice of Interested Parties; Notice of Assignment to United States Judges; Initial Standing Order for Judge Fernando M. Olguin.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 01/10/23 | 7:50am | Home | This is a gated community with a security guard. The guard verified that the defendant does reside at the given address. I was granted access to the community and found the house is also gated. I rang the intercom but there was no response. Attempt made by: Nancy J. Banfield. Attempt at: 24220 Long Valley Road Hidden Hills, CA 91302. |
| Wed | 01/11/23 | 4:50pm | Home | I was allowed access again but no answer at the intercom. I also honked my horn to try and get someones attention but there was no response. Attempt made by: Nancy J. Banfield. Attempt at: 24220 Long Valley Road Hidden Hills, CA 91302. |
| Thu | 01/12/23 | 5:20pm | Home | I was escorted to the residence by a security guard. I buzzed the intercom at the gate. A man answer the intercom and I advised I was a process server and had legal documents for Madonna. He man came out to the gate and accepted the documents on her behalf. He identified himself as her property manager. Attempt made by: Nancy J. Banfield. Attempt at: 24220 Long Valley Road Hidden Hills, CA 91302. |
| Thu | 01/12/23 | 5:22pm | Home | Substituted Service on: Madonna Louise Ciccone Home - 24220 Long Valley Road Hidden Hills, CA 91302 by leaving a copy of the document(s) with: Jack McKinnley, Property Manager, Caucasian, Male, 40 Years Old, Brown Hair, 6 Feet 3 Inches, 200 Pounds. Served by: Nancy J. Banfield |

3. **Person Executing**
   a. Nancy J. Banfield
   b. Class Action Research & Litigation
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. *The Fee for service was:*
e. *I am:*   (3) registered California process server
   (i) Independent Contractor
   (ii) *Registration No.:*   5054
   (iii) *County:*   Los Angeles

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Fri, Jan. 13, 2023

   (Nancy J. Banfield)

**Affidavit of Reasonable Diligence**

sc04.242852

| Attorney or Party without Attorney:<br>John Jasnoch, Esq., Bar #281605<br>Scott+Scott, Attorneys at Law, LLP<br>600 West Broadway, Suite 3300<br>San Diego, CA 92101<br>Telephone No: 619-233-4565   FAX No: 619-233-0508 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No or File No.: | | |
| Attorney for: Plaintiff(s) | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Central District Of California | | | | |
| Plaintiff(s): Adonis Real, et al. | | | | |
| Defendant: Yuga Labs, Inc., et al. | | | | |
| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>22CV08909FMOPLAx |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet; Declaration Regarding Proper Venue; Certification and Notice of Interested Parties; Notice of Assignment to United States Judges; Initial Standing Order for Judge Fernando M. Olguin

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:          Fri., Jan. 13, 2023
   b. Place of Mailing:         Penryn, CA 95663
   c. Addressed as follows:     Madonna Louise Ciccone
                                24220 Long Valley Road
                                Hidden Hills, CA 91302

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri., Jan. 13, 2023 in the ordinary course of business.

5. Person Serving:
   a. Janis Dingman
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i)   Owner
      (ii)  Registration No.:    15-009
      (iii) County:              Placer
      (iv)  Expiration Date:     Sat, Jul. 15, 2023

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Fri, Jan. 13, 2023

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
By Mail

(Janis Dingman)

jojas.242852