| Attorney or Party without Attorney: <br> John Jasnoch, Esq., Bar #281605 <br> Scott+Scott, Attorneys at Law, LLP <br> 600 West Broadway, Suite 3300 <br> San Diego, CA 92101 <br> Telephone No: 619-233-4565   FAX No: 619-233-0508 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff(s) | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - Central District Of California | |
| Plaintiff(s): Adonis Real, et al. | |
| Defendant: Yuga Labs, Inc., et al. | |

| **PROOF OF SERVICE** <br> **Summons and Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 22CV08909FMOPLAx |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet; Declaration Regarding Proper Venue; Certification and Notice of Interested Parties; Notice of Assignment to United States Judges; Initial Standing Order for Judge Fernando M. Olguin

3. a. Party served:    Thomas Pentz

4. Address where the party was served:    28830 Bison Court
   Malibu, CA 90265

5. I served the party:
   b. **by substituted service.** On: Thu., Dec. 22, 2022 at: 2:50PM by leaving the copies with or in the presence of:
   John Doe, Occupant (visible through the window), Caucasian, Male, 35 Years Old, Brown Hair, 5 Feet 10 Inches, 170 Pounds
   (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. **Person Who Served Papers:**
   a. Nancy J. Banfield
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:    5054
      (iii) County:    Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Fri, Dec. 23, 2022

   (Nancy J. Banfield)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

**PROOF OF SERVICE**
**Summons and Complaint**

jojas.241824

| Attorney or Party without Attorney:<br>John Jasnoch, Esq., Bar #281605<br>Scott+Scott, Attorneys at Law, LLP<br>600 West Broadway, Suite 3300<br>San Diego, CA 92101 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| Telephone No: 619-233-4565     FAX: No: 619-233-0508 | | | | | |
| Attorney for: Plaintiff(s) | | Ref. No or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Central District Of California | | | | | |
| Plaintiff(s): Adonis Real, et al. | | | | | |
| Defendant: Yuga Labs, Inc., et al. | | | | | |
| **Affidavit of Reasonable Diligence** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>22CV08909FMOPLAx | |

1. I, Nancy J. Banfield, and any employee or independent contractors retained by Class Action Research & Litigation are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Thomas Pentz as follows:

2. **Documents:**   Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet; Declaration Regarding Proper Venue; Certification and Notice of Interested Parties; Notice of Assignment to United States Judges; Initial Standing Order for Judge Fernando M. Olguin.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 12/21/22 | 6:40pm | Home | This is a gated residence with cameras and an intercom. There was no answer via the intercom. Attempt made by: Nancy J. Banfield. Attempt at: 28830 Bison Court Malibu, CA 90265. |
| Thu | 12/22/22 | 7:50am | Home | The gate is closed and there was no answer via the intercom. Attempt made by: Nancy J. Banfield. Attempt at: 28830 Bison Court  Malibu, CA 90265. |
| Thu | 12/22/22 | 2:40pm | Home | The gate is closed so I rang the residence via the intercom. A mail voice answered and I stated that I had a delivery for Thomas Pentz so he opened the gate for me. There are cameras all over the property. I could see a man who fit the description of Mr. Pentz inside the window of the residence. He would not come outside so I left the documents at the front door of the residence. Attempt made by: Nancy J. Banfield. Attempt at: 28830 Bison Court  Malibu, CA 90265. |
| Thu | 12/22/22 | 2:50pm | Home | Substituted Service on: Thomas Pentz Home - 28830 Bison Court Màlibu, CA 90265 by leaving a copy of the document(s) with: John Doe, Occupant (visible through the window), Caucasian, Male, 35 Years Old, Brown Hair, 5 Feet 10 Inches, 170 Pounds.  Served by: Nancy J. Banfield |

3. Person Executing
   a. Nancy J. Banfield
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA  95663
   c. (916) 663-2562, FAX (916) 663-4955

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for service was:
   e. *I am:*  (3) registered California process server
              (i) Independent Contractor
              (ii) *Registration No.:*   5054
              (iii) *County:*              Los Angeles

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Fri, Dec. 23, 2022

(Nancy J. Banfield)

**Affidavit of Reasonable Diligence**

sc04.241824

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| John Jasnoch, Esq., Bar #281605<br>Scott+Scott, Attorneys at Law, LLP<br>600 West Broadway, Suite 3300<br>San Diego, CA 92101 | | | | |
| Telephone No: 619-233-4565    FAX No: 619-233-0508 | | | | |
| | | Ref. No or File No.: | | |
| Attorney for: Plaintiff(s) | | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | |
| United States District Court - Central District Of California | | | | |
| Plaintiff(s): Adonis Real, et al. | | | | |
| Defendant: Yuga Labs, Inc., et al. | | | | |
| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>22CV08909FMOPLAx |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet; Declaration Regarding Proper Venue; Certification and Notice of Interested Parties; Notice of Assignment to United States Judges; Initial Standing Order for Judge Fernando M. Olguin

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:         Fri., Dec. 23, 2022
   b. Place of Mailing:        Penryn, CA 95663
   c. Addressed as follows:    Thomas Pentz
                               28830 Bison Court
                               Malibu, CA 90265

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri., Dec. 23, 2022 in the ordinary course of business.

5. Person Serving:
   a. Janis Dingman
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Owner
      (ii) Registration No.:    15-009
      (iii) County:             Placer
      (iv) Expiration Date:     Sat, Jul. 15, 2023

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Fri, Dec. 23, 2022

   (Janis Dingman)      jojas.241824

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
By Mail