| Attorney or Party without Attorney: <br> John Jasnoch, Esq., Bar #281605 <br> Scott+Scott, Attorneys at Law, LLP <br> 600 West Broadway, Suite 3300 <br> San Diego, CA  92101 <br> Telephone No: 619-233-4565    FAX No: 619-233-0508 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff(s) | | | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - Central District Of California | | | | |
| Plaintiff(s): Adonis Real, et al. | | | | |
| Defendant: Yuga Labs, Inc., et al. | | | | |
| **AFFIDAVIT OF SERVICE** <br> **Summons and Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 22CV08909FMOPLAx |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet; Declaration Regarding Proper Venue; Certification and Notice of Interested Parties; Notice of Assignment to United States Judges; Initial Standing Order for Judge Fernando M. Olguin

3. a. Party served:    Mike Winkelmann

4. Address where the party was served:    491 Nellefield Trail
   Charleston, SC  29492

5. I served the party:
   b. **by substituted service.** On: Thu., Dec. 15, 2022 at: 9:00AM by leaving the copies with or in the presence of:
      Dottie Winkelmann, Mother / Co-Occupant
   (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. Person Who Served Papers:
   a. Travis Bowers
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA  95663
   c. (916) 663-2562, FAX (916) 663-4955

   Fee for Service:
   I Declare under penalty of perjury under the laws of the State of SOUTH CAROLINA that the foregoing is true and correct.

   12/22/22
   (Date)                           (Signature)

8. STATE OF SOUTH CAROLINA, COUNTY OF Charleston
   Subscribed and sworn to (or affirmed) before me on this 22nd day of December by Travis Bowers proved to me on the basis of satisfactory evidence to be the person who appeared before me.

   (Notary Signature)

   AFFIDAVIT OF SERVICE
   Summons and Complaint

   jojas.241813

| Attorney or Party without Attorney:<br>John Jasnoch, Esq., Bar #281605<br>Scott+Scott, Attorneys at Law, LLP<br>600 West Broadway, Suite 3300<br>San Diego, CA 92101<br>Telephone No: 619-233-4565    FAX No: 619-233-0508 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| | | Ref. No or File No.: | | | |
| Attorney for: Plaintiff(s) | | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Central District Of California | | | | | |
| Plaintiff(s): Adonis Real, et al. | | | | | |
| Defendant: Yuga Labs, Inc., et al. | | | | | |
| **AFFIDAVIT OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>22CV08909FMOPLAx | |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet; Declaration Regarding Proper Venue; Certification and Notice of Interested Parties; Notice of Assignment to United States Judges; Initial Standing Order for Judge Fernando M. Olguin

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:          Fri., Dec. 16, 2022
   b. Place of Mailing:         Penryn, CA  95663
   c. Addressed as follows:     Mike Winkelmann
                                491 Nellefield Trail
                                Charleston, SC  29492

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri., Dec. 16, 2022 in the ordinary course of business.

5. Person Serving                                           Fee for Service:
   a. Janis Dingman
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA  95663
   c. (916) 663-2562, FAX (916) 663-4955

8. I declare under penalty of perjury under the laws of the State of SOUTH CAROLINA and under the laws of the United States Of America that the foregoing is true and correct.

AFFIDAVIT OF SERVICE
By Mail

(Janis Dingman)                    jojas.241813