| Name and address: | |
|---|---|
| Oliver M. Gold, Bar No. 279033<br>OGold@perkinscoie.com<br>PERKINS COIE LLP<br>1888 Century Park East, Suite 1700, Los Angeles, CA 90067<br>Telephone: +1.310.788.9900 Facsimile: +1.310.788.3399 | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ADONIS REAL and ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff(s),<br><br>v.<br><br>YUGA LABS, INC., et al.,<br><br>Defendant(s), | CASE NUMBER<br><br>2:22-CV-08909-FMO-PLA<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
|---|---|

### INSTRUCTIONS FOR APPLICANTS

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III.* **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** *Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $500 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

### SECTION I - INFORMATION

Howton, Skyler M.
*Applicant's Name (Last Name, First Name & Middle Initial)*                          check here if federal government attorney ☐

Perkins Coie LLP
*Firm/Agency Name*

| 500 N. Akard Street | +1.214.259.4951 | +1.214.965.7752 |
|---|---|---|
| Suite 3300 | *Telephone Number* | *Fax Number* |
| *Street Address* | | |
| Dallas, Texas 75201 | SHowton@perkinscoie.com | |
| *City, State, Zip Code* | *E-mail Address* | |

**I have been retained to represent the following parties:**

| adidas America Inc. | ☐ Plaintiff(s) ☒ Defendant(s) ☐ Other: ___ |
|---|---|
| adidas Venture B.V. | ☐ Plaintiff(s) ☒ Defendant(s) ☐ Other: ___ |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| Texas | 11/02/2012 | Yes |
| U.S. Dist. Ct. for the Northern Dist. of TX | 03/19/2013 | Yes |
| U.S. Dist. Ct. for the Southern Dist. of TX | 10/15/2014 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 2:22-cv-08909 | ADONIS REAL, et al. v. YUGA LABS, INC., et al. | January 11, 2023 | Denied |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Applicant filed an Application of Non-Resident Attorney to Appear in a Specific Case Pro Hac Vice on January 11, 2023 in this matter. This Court denied the first Application on January 18, 2023 because the Application failed to show that the previously-designated Local Counsel, Renee Rothauge, maintained an office in the District as required by L.R. 83-2.1.3.4. This Second Application of Non-Resident Attorney to Appear in a Specific Case Pro Hac Vice designates Oliver Gold as Local Counsel who is a member of the Bar of this Court and maintains an office in this District.

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated January 20, 2023

Skyler M. Howton
*Applicant's Name (please type or print)*

*/s/ Skyler Howton*
*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Gold, Oliver M.
*Designee's Name (Last Name, First Name & Middle Initial)*

Perkins Coie LLP
*Firm/Agency Name*

1888 Century Park East
Suite 1700
*Street Address*

Los Angeles, California 90067-1721
*City, State, Zip Code*

+1.310.788.3291
*Telephone Number*

+1.310.843.1272
*Fax Number*

OGold@perkinscoie.com
*Email Address*

279033
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated January 23, 2023

Oliver M. Gold
*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

In addition to the state and federal courts listed on Page 1, the Applicant is also admitted in:

U.S. District Court for the Eastern District of Texas
Date of Admission: 04/25/2013
Good Standing: Yes

U.S. District Court for the Western District of Texas
Date of Admission: 06/22/2017
Good Standing: Yes

U.S. Court of Appeals for the Fifth Circuit
Date of Admission: 05/29/2019
Good Standing: Yes

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

January 12, 2023

Re: Skyler Michelle Howton, State Bar Number 24077907

To Whom It May Concern:

This is to certify that Skyler Michelle Howton was licensed to practice law in Texas on November 02, 2012, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, **BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Skyler Michelle Howton**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 2nd day of November, 2012.

I further certify that the records of this office show that, as of this date

**Skyler Michelle Howton**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 12th day of January, 2023.

BLAKE HAWTHORNE, Clerk

*Blake A. Hawthorne*
Clerk, Supreme Court of Texas

No. 1086C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

# CERTIFICATE OF SERVICE

I, Melanie L. Duncan, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1888 Century Park E., Suite 1700, Los Angeles, California 90067-1721. On January 27, 2023, I served a copy of the within document(s):

**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE, SKYLER M. HOWTON**

The foregoing documents were electronically filed using the CM/ECF system, automatically generating a Notice of Electronic Filing, causing the parties and/or counsel to be served by electronic means.

Pursuant to Local Rule 5-3.2.2, I further certify that I served the foregoing documents on the following individuals who have not yet appeared in the case or who are not registered for the CM/ECF system in accordance with Federal Rule of Civil Procedure 5 in the manner indicated below:

Via first class mail, postage prepaid addressed as follows:

Mike Winkelman
491 Nellefield Tr.
Charleston, SC 29492

Madonna Louise Ciccone
9425 Sunset Blvd.
Beverly Hills, CA 90210

Serena Williams
6158 Rocking Horse Road
Jupiter, FL 33458

Gwyneth Paltrow
1948 Tollis Avenue
Montecito, CA 93108

Austin Richard Post
4198 Prospector Drive
Salt Lake City, UT 84121

Thomas Pentz
28830 Bison Court
Malibu, CA 90265

Kevin Hart
2051 Delphine Lane
Calabasas, CA 91302

Calvin Broadus, Jr.
2345 Alamo Heights Drive
Diamond Bar, CA 91765

| | | |
|---|---|---|
| 1 | Andrew Taggart<br>7631 Willow Glen Road<br>Los Angeles, CA 90212 | Alexander Pall<br>8882 Lookout Mountain Avenue<br>Los Angeles, CA 90046 |
| 2 | | |
| 3 | Nayvadius Wilburn Cash<br>2844 Valley Ridge Drive<br>Decatur, GA 30252 | Wardell Stephen Curry, II<br>247 Polhemus Avenue<br>Atherton, CA 94027 |
| 4 | | |
| 5 | Khaled Mohammed Khaled<br>3312 Clerendon Road<br>Beverly Hills, CA 90210 | Tvan Soto-Wright<br>6396 N. Bay Road<br>Miami Beach, FL 33141 |
| 6 | | |
| 7 | Moonpay USA LLC<br>1111 Brickell Avenue, 10th Floor<br>Miami, Florida 33131 | Abel Tesfaye<br>534 Barnaby Road<br>Los Angeles, CA 90077 |
| 8 | | |

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

Executed on January 27, 2023, at Los Angeles, California.

_____
Melanie L. Duncan