Oliver M. Gold, Bar No. 279033
OGold@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700, Los Angeles, CA 90067
Telephone: +1.310.788.9900 Facsimile: +1.310.788.3399

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADONIS REAL and ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff(s) <br><br> v. <br><br> YUGA LABS, INC., et al., <br><br> Defendant(s). | CASE NUMBER <br><br> 2:22-cv-08909-FMO-PLA <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

| | | |
|---|---|---|
| Howton, Skyler M. | of | Perkins Coie LLP |
| *Applicant's Name (Last Name, First Name & Middle Initial)* | | 500 N. Akard Street, Suite 3300 |
| 214.965.7700          214.965.7752 | | Dallas, Texas 75201 |
| *Telephone Number*      *Fax Number* | | |
| SHowton@perkinscoie.com | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

for permission to appear and participate in this case on behalf of

adidas AMERICA INC.

adidas VENTURE B.V.

*Name(s) of Party(ies) Represent*          ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:* _____

and designating as Local Counsel

| | | |
|---|---|---|
| Gold, Oliver M. | of | Perkins Coie LLP |
| *Designee's Name (Last Name, First Name & Middle Initial)* | | 1888 Century Park East, Suite 1700 |
| 279033          +1.310.788.3291          +1.310.843.1272 | | Los Angeles, California 90067-1721 |
| *Designee's Cal. Bar No.*   *Telephone Number*    *Fax Number* | | |
| OGold@perkinscoie.com | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:

    ☐ for failure to pay the required fee.

    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

    ☐ for failure to complete Application: _____

    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** Click here to enter a date.

_____
**U.S. District Judge/U.S. Magistrate Judge**

**CERTIFICATE OF SERVICE**

I, Melanie L. Duncan, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1888 Century Park E., Suite 1700, Los Angeles, California 90067-1721. On January 27, 2023, I served a copy of the within document(s):

**[PROPOSED] ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE.**

The foregoing documents were electronically filed using the CM/ECF system, automatically generating a Notice of Electronic Filing, causing the parties and/or counsel to be served by electronic means.

Pursuant to Local Rule 5-3.2.2, I further certify that I served the foregoing documents on the following individuals who have not yet appeared in the case or who are not registered for the CM/ECF system in accordance with Federal Rule of Civil Procedure 5 in the manner indicated below:

Via first class mail, postage prepaid addressed as follows:

Mike Winkelman
491 Nellefield Tr.
Charleston, SC 29492

Madonna Louise Ciccone
9425 Sunset Blvd.
Beverly Hills, CA 90210

Serena Williams
6158 Rocking Horse Road
Jupiter, FL 33458

Gwyneth Paltrow
1948 Tollis Avenue
Montecito, CA 93108

Austin Richard Post
4198 Prospector Drive
Salt Lake City, UT 84121

Thomas Pentz
28830 Bison Court
Malibu, CA 90265

Kevin Hart
2051 Delphine Lane
Calabasas, CA 91302

Calvin Broadus, Jr.
2345 Alamo Heights Drive
Diamond Bar, CA 91765

Andrew Taggart
7631 Willow Glen Road
Los Angeles, CA 90212

Alexander Pall
8882 Lookout Mountain Avenue
Los Angeles, CA 90046

Nayvadius Wilburn Cash
2844 Valley Ridge Drive
Decatur, GA 30252

Wardell Stephen Curry, II
247 Polhemus Avenue
Atherton, CA 94027

Khaled Mohammed Khaled
3312 Clerendon Road
Beverly Hills, CA 90210

Tvan Soto-Wright
6396 N. Bay Road
Miami Beach, FL 33141

Moonpay USA LLC
1111 Brickell Avenue, 10th Floor
Miami, Florida 33131

Abel Tesfaye
534 Barnaby Road
Los Angeles, CA 90077

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

Executed on January 27, 2023, at Los Angeles, California.

_____
Melanie L. Duncan

-3-