NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

Skyler M. Howton (*Pro Hac Vice in Process*)
SHowton@perkinscoie.com

Oliver M. Gold, Bar No. 279033
OGold@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700, Los Angeles, CA 90067
Telephone: +1.310.788.9900 Facsimile: +1.310.788.3399

ATTORNEY(S) FOR: adidas America Inc. and adidas Ventures B.V.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADONIS REAL and ADAM TITCHER, Ind. and on Behalf of All Others Similarly Situated,<br><br>Plaintiff(s),<br><br>v.<br><br>YUGA LABS, INC., et al.,<br><br>Defendant(s) | CASE NUMBER:<br><br>2:22-cv-08909-FMO-PLA<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Defendants adidas America Inc. and adidas Ventures B.V.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| adidas AG | Parent company of Defendants adidas Ventures B.V. and adidas America, Inc. |
| See Attachment A. | See Attachment A. |

January 27, 2023
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Defendants adidas America Inc. and adidas Ventures B.V.

# ATTACHMENT A

| PARTY | CONNECTION/INTEREST |
|---|---|
| Adonis Real | Plaintiff |
| Adam Titcher | Plaintiff |
| Yuga Labs, Inc. | Defendant |
| Wylie Aronow | Defendant |
| Greg Solano | Defendant |
| Kerem Atalay | Defendant |
| Zeshan Ali | Defendant |
| Nicole Muniz | Defendant |
| Jasmin Shoemaker | Defendant |
| Patrick Ehrlund | Defendant |
| Christopher Lyons | Defendant |
| Alexis Ohanian | Defendant |
| Amy Wu | Defendant |
| Maaria Bajwa | Defendant |
| Dean Steinbeck | Defendant |
| Guy Oseary | Defendant |
| Mike Winkelmann | Defendant |
| Madonna Louise Ciccone | Defendant |
| Paris Hilton | Defendant |
| James Fallon | Defendant |
| Electric Hot Dog, Inc. | Defendant |
| Universal Television, LLC | Defendant |
| Justin Bieber | Defendant |
| Gwyneth Paltrow | Defendant |
| Serena Williams | Defendant |
| Thomas Pentz | Defendant |
| Austin Richard Post | Defendant |
| Calvin Broadus Jr. | Defendant |
| Kevin Hart | Defendant |
| Alexander Pall | Defendant |
| Andrew Taggart | Defendant |
| Wardell Stephen Curry II | Defendant |

| | |
|---|---|
| Nayvadius Wilburn Cash | Defendant |
| Abel Tesfaye | Defendant |
| Khaled Mohammed Khaled | Defendant |
| adidas America Inc. | Defendant |
| adidas Ventures B.V. | Defendant |
| Ivan Soto-Wright | Defendant |
| Moonpay USA LLC | Defendant |

## CERTIFICATE OF SERVICE

I, Melanie L. Duncan, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1888 Century Park E., Suite 1700, Los Angeles, California 90067-1721. On January 27, 2023, I served a copy of the within document(s):

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES.**

The foregoing documents were electronically filed using the CM/ECF system, automatically generating a Notice of Electronic Filing, causing the parties and/or counsel to be served by electronic means;

Pursuant to Local Rule 5-3.2.2, I further certify that I served the foregoing document on the following individuals who have not yet appeared in the case or who are not registered for the CM/ECF system in accordance with Federal Rule of Civil Procedure 5 in the manner indicated below:

Via first class mail, postage prepaid addressed as follows:

Mike Winkelman
491 Nellefield Tr.
Charleston, SC 29492

Madonna Louise Ciccone
9425 Sunset Blvd.
Beverly Hills, CA 90210

Serena Williams
6158 Rocking Horse Road
Jupiter, FL 33458

Gwyneth Paltrow
1948 Tollis Avenue
Montecito, CA 93108

Austin Richard Post
4198 Prospector Drive
Salt Lake City, UT 84121

Thomas Pentz
28830 Bison Court
Malibu, CA 90265

Kevin Hart
2051 Delphine Lane
Calabasas, CA 91302

Calvin Broadus, Jr.
2345 Alamo Heights Drive
Diamond Bar, CA 91765

Andrew Taggart
7631 Willow Glen Road
Los Angeles, CA 90212

Alexander Pall
8882 Lookout Mountain Avenue
Los Angeles, CA 90046

| | |
|---|---|
| Nayvadius Wilburn Cash<br>2844 Valley Ridge Drive<br>Decatur, GA 30252 | Wardell Stephen Curry, II<br>247 Polhemus Avenue<br>Atherton, CA 94027 |
| Khaled Mohammed Khaled<br>3312 Clerendon Road<br>Beverly Hills, CA 90210 | Tvan Soto-Wright<br>6396 N. Bay Road<br>Miami Beach, FL 33141 |
| Moonpay USA LLC<br>1111 Brickell Avenue, 10th Floor<br>Miami, Florida 33131 | Abel Tesfaye<br>534 Barnaby Road<br>Los Angeles, CA 90077 |

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

Executed on January 27, 2023, at Los Angeles, California.

_____
Melanie L. Duncan