# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ADONIS REAL and ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated,

Plaintiff(s)

v.

YUGA LABS, INC., et al.,

Defendant(s).

CASE NUMBER

2:22-cv-08909-FMO-PLA

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Howton, Skyler M.

*Applicant's Name (Last Name, First Name & Middle Initial*

214.965.7700                    214.965.7752

*Telephone Number*          *Fax Number*

SHowton@perkinscoie.com

*E-Mail Address*

of

Perkins Coie LLP
500 N. Akard Street, Suite 3300
Dallas, Texas 75201

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

adidas AMERICA INC.

adidas VENTURE B.V.

*Name(s) of Party(ies) Represent*      ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Gold, Oliver M.

*Designee's Name (Last Name, First Name & Middle Initial*

279033                    +1.310.788.3291          +1.310.843.1272

*Designee's Cal. Bar No.*     *Telephone Number*       *Fax Number*

OGold@perkinscoie.com

*E-Mail Address*

of

Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ **GRANTED**

☐ **DENIED:**

☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: January 30, 2023**

/s/

**Fernando M. Olguin, U.S. District Judge**