PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone:  (213) 687-5000
Facsimile:  (213) 687-5600

ALEXANDER C. DRYLEWSKI (admitted *pro hac vice*)
alexander.drylewski@skadden.com
KYLE J. SCHWARTZ (admitted *pro hac vice*)
kyle.schwartz@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone:  (212) 735-3000
Facsimile:  (212) 735-2000

*Attorneys for Defendants*
YUGA LABS, INC., WYLIE ARONOW, GREG SOLANO,
KEREM ATALAY, ZESHAN ALI, NICOLE MUNIZ,
JASMIN SHOEMAKER, PATRICK EHRLUND,
CHRISTOPHER LYONS and GUY OSEARY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADONIS REAL and ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>YUGA LABS, INC., et al.,<br><br>　　　　　　　　Defendants. | CASE NO.: 2:22-cv-08909-FMO-PLA<br><br>**NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO L.R. 7.1-1 AND FED. R. CIV. P. 7.1**<br><br>Judge: Hon. Fernando M. Olguin<br>Complaint Filed: December 8, 2022 |

NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for Defendants Yuga Labs, Inc., Wylie Aronow, Greg Solano, Kerem Atalay, Zeshan Ali, Nicole Muniz, Jasmin Shoemaker, Patrick Ehrlund, Christopher Lyons and Guy Oseary, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| PARTY | CONNECTION / INTEREST |
|---|---|
| Adonis Real | Plaintiff |
| Adam Titcher | Plaintiff |
| Yuga Labs, Inc. | Defendant |
| Wylie Aronow | Defendant |
| Greg Solano | Defendant |
| Kerem Atalay | Defendant |
| Zeshan Ali | Defendant |
| Nicole Muniz | Defendant |
| Jasmin Shoemaker | Defendant |
| Patrick Ehrlund | Defendant |
| Christopher Lyons | Defendant |
| Alexis Ohanian | Defendant |
| Amy Wu | Defendant |
| Maaria Bajwa | Defendant |
| Dean Steinbeck | Defendant |
| Guy Oseary | Defendant |
| Mike Winkelmann | Defendant |
| Madonna Louise Ciccone | Defendant |
| Paris Hilton | Defendant |
| James Fallon | Defendant |
| Electric Hot Dog, Inc. | Defendant |
| Universal Television, LLC | Defendant |
| Justin Bieber | Defendant |
| Gwyneth Paltrow | Defendant |
| Serena Williams | Defendant |
| Thomas Pentz | Defendant |
| Austin Richard Post | Defendant |
| Calvin Broadus, Jr. | Defendant |
| Kevin Hart | Defendant |
| Alexander Pall | Defendant |
| Andrew Taggart | Defendant |
| Wardell Stephen Curry II | Defendant |
| Nayvadius Wilburn Cash | Defendant |
| Abel Tesfaye | Defendant |
| Khaled Mohammed Khaled | Defendant |
| adidas America Inc. | Defendant |
| adidas Ventures B.V. | Defendant |
| Ivan Soto-Wright | Defendant |
| MoonPay USA LLC | Defendant |
| Obsidian Specialty Insurance Company | Insurer to Yuga Labs, Inc. |

In addition, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Yuga Labs, Inc., certifies that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

DATED: February 3, 2023

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____/s/ Peter B. Morrison_____
PETER B. MORRISON

*Attorneys for Defendants*
YUGA LABS, INC., WYLIE ARONOW,
GREG SOLANO, KEREM ATALAY,
ZESHAN ALI, NICOLE MUNIZ,
JASMIN SHOEMAKER, PATRICK EHRLUND,
CHRISTOPHER LYONS and GUY OSEARY

300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Email: peter.morrison@skadden.com
Telephone: (213) 687-5000
Facsimile:  (213) 687-5600