Peter Anderson, Esq., Cal. Bar No. 88891
PeterAnderson@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, CA 90017-2566

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADONIS REAL et al., <br><br> Plaintiff(s) <br> v. <br><br> YUGA LABS, INC., et al., <br><br> Defendant(s). | CASE NUMBER <br><br> 2:22-cv-08909-FMO-PLA <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case** *Pro Hac Vice* **filed by**

Goldfarb, James K.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 880-3961        (212) 880-3998
*Telephone Number*        *Fax Number*

JamesGoldfarb@dwt.com
*E-Mail Address*

of

Davis Wright Tremaine LLP
1185 Avenue of the Americas -21 FL
New York, New York 10036

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Abel Tesfaye.

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Anderson, Peter J.
*Designee's Name (Last Name, First Name & Middle Initial)*

88891         (213) 633-6800        (213) 633-6899
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

peteranderson@dwt.com
*E-Mail Address*

of

Davis Wright Tremaine LLP
865 S. Figueroa Street
24th Floor
Los Angeles, CA 90017

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:   ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application:

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated: Click here to enter a date.

U.S. District Judge/U.S. Magistrate Judge