Peter Anderson, Esq., Cal. Bar No. 88891
PeterAnderson@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, CA 90017-2566

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ADONIS REAL et al., | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:22-cv-08909-FMO-PLA |
| v. | |
| YUGA LABS, INC., et al., | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Snyder, Theodore R.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 880-3976
*Telephone Number*

(212) 880-3998
*Fax Number*

TheodoreSnyder@dwt.com
*E-Mail Address*

of Davis Wright Tremaine LLP
1185 Avenue of the Americas -21 FL
New York, New York 10036
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Abel Tesfaye.

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Anderson, Peter J.
*Designee's Name (Last Name, First Name & Middle Initial)*

88891
*Designee's Cal. Bar No.*

(213) 633-6800
*Telephone Number*

(213) 633-6899
*Fax Number*

peteranderson@dwt.com
*E-Mail Address*

of Davis Wright Tremaine LLP
865 S. Figueroa Street
24th Floor
Los Angeles, CA 90017
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated: Click here to enter a date.

U.S. District Judge/U.S. Magistrate Judge