| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>LATHAM & WATKINS LLP<br>   Perry J. Viscounty (Bar No. 132143)<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, California 92626<br>Telephone: +1.714.540.1235<br>Facsimile: +1.714.755.8290<br>Email: perry.viscounty@lw.com | |
| ATTORNEY(S) FOR: Defendants Moonpay USA LLC, et al. | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADONIS REAL & ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff(s),<br>v.<br>YUGA LABS, INC., et al.<br><br>Defendant(s) | CASE NUMBER:<br>2:22-cv-08909-FMO-PLA<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _MoonPay USA LLC, and Ivan Soto-Wright_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Adonis Real and Adam Titcher | Plaintiffs |
| Yuga Labs, Inc., Wylie Aronow, Greg Solano, Kerem Atalay, Zeshan Ali, Nicole Muniz, Jasmin Shoemaker, Patrick Ehrlund, Christopher Lyons, Alexis Ohanian, Amy Wu, Maaria Bajwa, Dean Steinbeck, Guy Oseary, Mike Winkelmann, Madonna Louise Ciccone, Paris Hilton, James Fallon, Electric Hot Dog, Inc., Universal Television, LLC, Justin Bieber, Gwyneth Paltrow, Serena Williams, Thomas Pentz, Austin Richard Post, Calvin Broadus Jr., Kevin Hart, Alexander Pall, Andrew Taggart, Wardell Stephen Curry II, Nayvadius Wilburn Cash, Abel Tesfaye, Khaled Mohammed Khaled, Adidas America Inc., Adidas Venture B.V., Ivan Soto-Wright, MoonPay USA LLC | Defendants |

| | |
|---|---|
| 2/6/2023<br>Date | /s/ Perry J. Viscounty<br>Signature |

Attorney of record for (or name of party appearing in pro per):

MoonPay USA LLC, and Ivan Soto-Wright

CV-30 (05/13)                              **NOTICE OF INTERESTED PARTIES**