| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | Perry J. Viscounty (Bar No. 132143) |
|   | *perry.viscounty@lw.com* |
| 3 | 650 Town Center Drive, 20th Floor |
|   | Costa Mesa, CA 92626-1925 |
| 4 | Telephone: + 1.714.540.1235 |
| 5 | |
|   | Colleen C. Smith (Bar No. 231216) |
| 6 | *colleen.smith@lw.com* |
|   | 12670 High Bluff Drive |
| 7 | San Diego, CA 92130-3086 |
|   | Telephone: +1.858.523.5400 |
| 8 | |
| 9 | Douglas K. Yatter (Bar No. 236089) |
|   | *douglas.yatter@lw.com* |
| 10 | 1271 Avenue of the Americas |
|    | New York, NY 10020 |
| 11 | Telephone: +1.212.906.1200 |
| 12 | |
|    | *Attorneys for Defendants MoonPay USA LLC,* |
| 13 | *and Ivan Soto-Wright* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADONIS REAL and ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:22-cv-08909 FMO (PLAx) |
| Plaintiffs, | **MOONPAY USA LLC'S CORPORATE DISCLOSURE STATEMENT** |
| v. | **Fed. R. Civ. P. 7.1** |
| YUGA LABS, INC., et al. | Judge: Hon. Fernando M. Olguin |
| Defendants. | Complaint Filed: December 8, 2022 |

1    TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 7.1 of the Federal Rules of Procedure, Defendant MoonPay USA LLC states that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

Dated: February 6, 2023

Respectfully submitted,

LATHAM & WATKINS LLP

By /s/ Perry J. Viscounty
Perry J. Viscounty
Colleen C. Smith
Douglas K. Yatter

*Attorneys for Defendants MoonPay USA LLC, and Ivan Soto-Wright*