# EXHIBIT 1





# Scott+Scott Attorneys at Law LLP Files Securities Class Action Against Yuga Labs, Inc. (YUGA), its Executive Officers, and Celebrity Promoters

December 09, 2022 05:00 PM Eastern Standard Time

NEW YORK--(BUSINESS WIRE)--Scott+Scott Attorneys at Law LLP ("Scott+Scott"), an international securities and consumer rights litigation firm, today announced that it has filed a class action lawsuit against Defendants Yuga Labs, Inc. ("Yuga" or the "Company"), Wylie Aronow, Greg Solano, Kerem Atalay, Zeshan Ali, Nicole Muniz, Jasmin Shoemaker, Patrick Ehrlund, Christopher Lyons (the "Executive Defendants"), Alexis Ohanian, Amy Wu, Maaria Bajwa, Dean Steinbeck (the "Ape DAO Board Defendants"), Guy Oseary, Mike Winkelmann, Madonna Louise Ciccone, Paris Hilton, James Fallon, Electric Hot Dog, Inc., Universal Television, LLC, Justin Bieber, Gwyneth Paltrow, Serena Williams, Thomas Pentz, Austin Richard Post, Calvin Broadus, Jr., Kevin Hart, Alexander Pall, Andrew Taggart, Wardell Stephen Curry II, Nayvadius Wilburn Cash, Abel Tesfaye, Khaled Mohammed Khaled, adidas America Inc., adidas Ventures B.V. (the "Promoter Defendants"), Ivan Soto-Wright, and MoonPay USA LLC.

The action, which was filed in the U.S. District Court for the Central District of California and captioned *Real et. al. v. Yuga Labs. Inc. et al., Case No. 2:22-cv-08909,* asserts claims under §§5, 12(a)(1),15, and 20(a) of the Securities Act of 1933 (the "Securities Act"), as well as under §§10(b) and 20A of the Securities Exchange Act of 1934 (the "Exchange Act"), and other California state consumer protection laws, on behalf of investors who purchased or otherwise acquired the Yuga securities, which were sold as various non-fungible tokens (or "NFTs") and the native token Ape Coin on various cryptocurrency exchanges from April 23, 2021 through December 8, 2022, inclusive (the "Class Period"), and who were damaged thereby.

Yuga is a cryptocurrency-related company that offers investors a suite of digital assets, including various collections of NFTs and the Company's native token ApeCoin). Yuga's brand and flagship NFT collection is referred to as the Bored Ape Yacht Club ("BAYC").

The complaint alleges that Defendants violated provisions of the Exchange Act by making false and misleading statements

**What You Can Do**

If you wish to discuss this action or have any questions concerning this notice or your rights or interests, **please contact Plaintiff's counsel, Sean Masson of Scott+Scott, at (212) 519-0522, or via email at smasson@scott-scott.com.**

**About Scott+Scott Attorneys at Law LLP**

Scott+Scott has significant experience in prosecuting major securities, antitrust, and consumer rights actions throughout the United States, and is actively litigating several cryptocurrency cases. The firm represents pension funds, foundations, individuals, and other entities worldwide with offices in New York, London, Amsterdam, Connecticut, California, Ohio, and Virginia.

Contacts

Sean Masson

Scott+Scott Attorneys at Law LLP

230 Park Ave, 17th Floor, New York, NY 10169

(212) 519-0522

smasson@scott-scott.com