# EXHIBIT 3

**Yuga Labs, Inc. Loss Chart**
**April 23, 2021 through the Present**

| Name | Security | Date Purchased | Tokens | Price per Token | Total | Date Sold | Token | Price per Token | Total | Tokens Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Daniel Wolfford | APE | 3/17/2022 | 120.90 | ($8.19) | ($990.19) | 4/13/2022 | 120.90 | $12.59 | $1,522.16 | | | |
| | APE | 4/28/2022 | 1000.74 | ($22.26) | ($22,274.47) | 4/28/2022 | 1000.74 | $24.45 | $24,463.09 | | | |
| | APE | 4/29/2022 | 0.58 | ($22.42) | ($13.03) | 5/11/2022 | 154.77 | $6.42 | $993.61 | | | |
| | APE | 4/29/2022 | 42.99 | ($22.48) | ($966.43) | 5/18/2022 | 62.79 | $7.96 | $499.81 | | | |
| | APE | 4/30/2022 | 1000.00 | ($20.09) | ($20,085.57) | 6/16/2022 | 277.70 | $3.86 | $1,071.93 | | | |
| | APE | 5/7/2022 | 74.53 | ($13.28) | ($989.79) | 6/16/2022 | 256.97 | $3.87 | $994.47 | | | |
| | APE | 5/7/2022 | 7.45 | ($13.30) | ($99.04) | 6/18/2022 | 1533.92 | $3.64 | $5,583.48 | | | |
| | APE | 5/8/2022 | 8.15 | ($12.16) | ($99.05) | 6/19/2022 | 1530.87 | $3.44 | $5,266.20 | | | |
| | APE | 5/9/2022 | 8.84 | ($11.20) | ($99.02) | 11/9/2022 | 1530.87 | $3.29 | $5,036.57 | | | |
| | APE | 5/10/2022 | 10.71 | ($9.24) | ($98.99) | 11/13/2022 | 1378.97 | $2.91 | $4,012.81 | | | |
| | APE | 5/11/2022 | 13.91 | ($7.12) | ($99.03) | 12/18/2022 | 3.10 | $3.50 | $10.87 | | | |
| | APE | 5/11/2022 | 173.69 | ($5.70) | ($990.03) | | | | | | | |
| | APE | 5/12/2022 | 17.13 | ($5.78) | ($99.02) | | | | | | | |
| | APE | 5/13/2022 | 10.87 | ($9.11) | ($99.04) | | | | | | | |
| | APE | 5/14/2022 | 11.93 | ($8.30) | ($99.00) | | | | | | | |
| | APE | 5/15/2022 | 11.94 | ($8.29) | ($99.00) | | | | | | | |
| | APE | 5/16/2022 | 12.40 | ($7.98) | ($98.98) | | | | | | | |
| | APE | 6/14/2022 | 272.75 | ($3.63) | ($990.08) | | | | | | | |
| | APE | 6/16/2022 | 277.33 | ($3.37) | ($935.34) | | | | | | | |
| | APE | 6/16/2022 | 256.60 | ($3.37) | ($865.41) | | | | | | | |
| | APE | 6/18/2022 | 1533.92 | ($3.77) | ($5,782.89) | | | | | | | |
| | APE | 8/26/2022 | 1000.00 | ($4.94) | ($4,937.60) | | | | | | | |
| | APE | 8/27/2022 | 13.00 | ($4.80) | ($62.34) | | | | | | | |
| | APE | 11/9/2022 | 1010.50 | ($3.29) | ($3,324.55) | | | | | | | |
| | APE | 11/10/2022 | 368.47 | ($3.34) | ($1,231.44) | | | | | | | |
| | APE | 11/23/2022 | 3.11 | ($3.45) | ($10.74) | | | | | | | |
| | | | 7,262.44 | | ($65,440.06) | | 7,851.62 | | $49,455.00 | 0 | 0 | ($15,985.06) |

*Rounded to the second decimal place