John T. Jasnoch (CA 281605)
jjasnoch@scott-scott.com
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: 619-233-4565
Fax: 619-233-0508

*Attorneys for Lead Plaintiff Movant*
*The Yuga Investor Group*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADONIS REAL and ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>YUGA LABS, INC., et al.,<br><br>Defendants. | Case No.: 2:22-cv-08909-FMO-PLA<br><br>**NOTICE OF MOTION AND MOTION OF LEAD PLAINTIFF MOVANT THE YUGA INVESTOR GROUP FOR APPOINTMENT OF CO-LEAD PLAINTIFFS AND LEAD COUNSEL**<br><br>Judge: Fernando M. Olguin<br>Date: March 9, 2023<br>Time: 10:00 a.m.<br>Courtroom: 6D<br><br>Complaint Filed: December 8, 2022 |

## NOTICE OF MOTION AND MOTION

TO:  ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD

PLEASE TAKE NOTICE that Lead Plaintiff movants and putative Class members Johnny Johnson ("Johnson"), Ezra Boekweg ("Boekweg"), and Mario Palombini ("Palombini") (collectively referred to as the "Yuga Investor Group"), by and through their undersigned counsel, hereby move this Court in Courtroom 6D of the United States District Court for the Central District of California, 350 West 1st Street, Los Angeles, California, 90012, on March 9, 2023 at 10:00 a.m. PT, or as soon thereafter as the matter may be heard, for the entry of an order: (1) appointing the Yuga Investor Group as Co-Lead Plaintiffs for the putative Class pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4, *et seq.*; and (2) approving their selection of Scott+Scott Attorneys at Law LLP ("Scott+Scott") as Lead Counsel for the putative Class.

This motion is made on the grounds that the Yuga Investor Group timely filed this motion, and that they are the most adequate plaintiffs. Based on the information presently available, the Yuga Investor Group has the largest financial interest in the relief sought by the Class amongst movants for lead plaintiff, meets the requirements of Rule 23 of the Federal Rules of Civil Procedure ("Rule 23"), as their claims are typical of the claims of the Class, and they will fairly and adequately represent the interests of the Class. In addition, the Yuga Investor Group has selected and retained Scott+Scott, a law firm with substantial experience in prosecuting securities class actions, to serve as Lead Counsel for the securities claims. Scott+Scott has done significant work to advance the claims alleged and prosecute this action on behalf of Class members.

This motion is based on this notice of motion and memorandum of points and authorities herein, the Declaration of John T. Jasnoch ("Jasnoch Decl.") with attached exhibits thereto filed concurrently herewith and in support thereof, the pleadings and

other files and records previously entered in this action, and such other written or oral argument as may be presented to the Court.

DATED: February 7, 2023         Respectfully submitted,

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

*/s/ John T. Jasnoch*

John T. Jasnoch (CA 281605)
jjasnoch@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile:  619-233-0508

*Attorneys for Lead Plaintiff Movant the Yuga Investor Group and Proposed Lead Counsel*

**TAYLOR-COPELAND LAW**
James Q. Taylor-Copeland
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: 619-400-4944
Facsimile:  619-566-4341

**ZIGLER LAW GROUP, LLC**
Aaron M. Zigler
Nidya Gutierrez
308 S. Jefferson Street, Suite 333
Chicago, IL 60661
Telephone: 312-673-8427
aaron@ziglerlawgroup.com
nidya.gutierrez@ziglerlawgroup.com

*Additional Counsel for Movants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2023, I electronically filed the foregoing with the Clerk using CM / ECF, which will send notification via electronic means to all counsel of record.

DATED: February 7, 2023

                                   */s/ John T. Jasnoch*
                                   John T. Jasnoch