John T. Jasnoch (CA 281605)
jjasnoch@scott-scott.com
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: 619-233-4565
Fax: 619-233-0508

*Attorney for Lead Plaintiff Movant
The Yuga Investor Group*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADONIS REAL and ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiffs,<br>　v.<br>YUGA LABS, INC., et al.,<br>　　　　　　　Defendants. | Case No. 2:22-cv-08909-FMO-PLA<br><br>**[PROPOSED] ORDER GRANTING MOTION OF LEAD PLAINTIFF MOVANT THE YUGA INVESTOR GROUP FOR APPOINTMENT OF CO-LEAD PLAINTIFFS AND LEAD COUNSEL**<br><br>Judge: Fernando M. Olguin<br>Date: March 9, 2023<br>Time: 10:00 a.m.<br>Courtroom: 6D<br><br>Complaint Filed:  December 8, 2022 |

WHEREAS, Lead Plaintiff movants and putative Class members Johnny Johnson ("Johnson"), Ezra Boekweg ("Boekweg"), and Mario Palombini ("Palombini") (collectively referred to as the "Yuga Investor Group") have moved, pursuant to §21D of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, for: (1) appointment as Co-Lead Plaintiffs; (2) approval of their selection of Scott+Scott Attorneys at Law LLP ("Scott+Scott") as Lead Counsel for plaintiffs and the Class, and good cause appearing therefore:

**IT IS HEREBY ORDERED** as follows:

1. Movants are the most adequate plaintiffs and are appointed Co-Lead Plaintiffs for the Class in the Action (and any subsequently consolidated or related actions) to represent the Class.

2. Co-Lead Plaintiffs' selection of Lead Counsel for the Class is hereby approved. The law firm of Scott+Scott is appointed as Lead Counsel. Lead Counsel shall have the authority to speak for all plaintiffs and Class members in all matters regarding the litigation, including, but not limited to, pre-trial proceedings, motion practice, trial and settlement, and shall make all work assignments in such a manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort. Additionally, Lead Counsel shall have the following responsibilities:

    (a)    to brief and argue motions;

    (b)    to initiate and conduct discovery, including, without limitation, coordination of discovery with Defendants' counsel, the preparation of written interrogatories, requests for admission, and requests for production of documents;

    (c)    to direct and coordinate the examination of witnesses in depositions;

    (d)    to act as spokesperson at pretrial conferences;

   (e) to call and chair meetings of plaintiffs' counsel, as appropriate or necessary, from time-to-time;

   (f) to initiate and conduct any settlement negotiations with counsel for Defendants;

   (g) to provide general coordination of the activities of plaintiffs' counsel and to delegate work responsibilities to selected counsel, as may be required in such a manner, as to lead to the orderly and efficient prosecution of this litigation and to avoid duplication or unproductive effort;

   (h) to consult with and employ experts;

   (i) to receive and review periodic time reports of all attorneys on behalf of plaintiffs to determine if the time is being spent appropriately and for the benefit of plaintiffs and to determine and distribute plaintiffs' attorneys' fees; and

   (j) to perform such other duties as may be expressly authorized by further order of this Court.

   3. Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of the Class and for disseminating notices and orders of this Court.

   4. No motion, application, or request for discovery shall be served or filed, or other pretrial proceedings initiated, on behalf of Co-Lead Plaintiffs, except through Lead Counsel.

   5. All notices, proposed orders, pleadings, motions, discovery, and memoranda requiring a response in less than 30 days shall be served upon Lead Counsel and Defendants' counsel by the Court's Electronic Case Filing ("ECF") system, overnight mail service, telecopy, and/or hand delivery.

   6. All other service shall take place by regular mail.

   7. Lead Counsel for the Class shall be available and responsible for communications to and from the Court.

8. Defendants' counsel may rely upon all agreements made with Lead Counsel or other duly authorized representatives of Co-Lead Plaintiffs.

9. This Order shall apply to each case subsequently filed in this Court or transferred to this Court, unless a party objecting to the consolidation of such case or to any other provision of this Order files, within 10 days after the date upon which a copy of this Order is mailed to counsel for such party, an application for relief from this Order or any provision herein and this Court deems it appropriate to grant such application.

**IT IS SO ORDERED.**

DATED:

Fernando M. Olguin
United States District Judge

Submitted by:

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

*/s/ John T. Jasnoch*

John T. Jasnoch (CA 281605)
jjasnoch@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile:  619-233-0508

*Attorney for Lead Plaintiff Movant*
*The Yuga Investor Group*