John T. Jasnoch (CA 281605)
jjasnoch@scott-scott.com
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: 619-233-4565
Fax: 619-233-0508

*Attorney for Lead Plaintiff Movant
The Yuga Investor Group*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADONIS REAL and ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiffs,<br>　v.<br>YUGA LABS, INC., et al.,<br>　　　　　　　　Defendants. | Case No. 2:22-cv-08909-FMO-PLA<br><br>**DECLARATION OF JOHN T. JASNOCH IN SUPPORT OF MOTION OF THE YUGA INVESTOR GROUP FOR APPOINTMENT OF CO-LEAD PLAINTIFFS AND LEAD COUNSEL**<br><br>Judge: Fernando M. Olguin<br>Date: March 9, 2023<br>Time: 10:00 a.m.<br>Courtroom: 6D<br><br>Complaint Filed: December 8, 2022 |

I, John T. Jasnoch, pursuant to 28 U.S.C. §1746, hereby declare as follows:

1.  I am an attorney duly licensed to practice before all of the courts of the State of California and am a member of this Court. I am an attorney with the law firm of Scott+Scott Attorneys at Law LLP ("Scott+Scott"). I have personal knowledge of the matters stated herein and if called upon, I could, and would, competently testify thereto.

2.  I make this Declaration in Support of the motion of Lead Plaintiff movants and putative Class members Johnny Johnson ("Johnson"), Ezra Boekweg ("Boekweg"), and Mario Palombini ("Palombini") (collectively referred to as the "Yuga Investor Group"), for an order: (1) appointing Movants as Co-Lead Plaintiffs; (2) approving Movants' selection of Scott+Scott as Lead Counsel for the Class.

3.  Attached are true and correct copies of the following:

- Exhibit A:  Notice published on December 9, 2022 via *BUSINESS WIRE*;

- Exhibit B:  The Movants' Certifications pursuant to the Private Securities Litigation Reform Act of 1995;

- Exhibit C:  The Movants' Joint Declaration;

- Exhibit D:  Scott+Scott's Firm Résumé.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on the 7th of February, 2023, in San Diego, California.

/s/ *John T. Jasnoch*
John T. Jasnoch (CA 281605)

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2023, I electronically filed the foregoing with the Clerk using CM / ECF, which will send notification via electronic means to all counsel of record.

DATED: February 7, 2023

                                         */s/ John T. Jasnoch*
                                         John T. Jasnoch

DECLARATION OF JOHN T. JASNOCH IN SUPPORT OF MOTION FOR APPOINTMENT OF
CO-LEAD PLAINTIFFS AND LEAD COUNSEL
CASE NO. 2:22-cv-08909-FMO-PLA