# EXHIBIT A

Business

# Scott+Scott Attorneys at Law LLP Files Securities Class Action Against Yuga Labs, Inc. (YUGA), its Executive Officers, and

December 9, 2022 at 2:00 PM PST

```
Scott+Scott Attorneys at Law LLP Files Securities Class Action Against Yuga
Labs, Inc. (YUGA), its Executive Officers, and Celebrity Promoters

Business Wire

NEW YORK -- December 9, 2022

Scott+Scott Attorneys at Law LLP ("Scott+Scott"), an international securities
and consumer rights litigation firm, today announced that it has filed a class
action lawsuit against Defendants Yuga Labs, Inc. ("Yuga" or the "Company"),
Wylie Aronow, Greg Solano, Kerem Atalay, Zeshan Ali, Nicole Muniz, Jasmin
Shoemaker, Patrick Ehrlund, Christopher Lyons (the "Executive Defendants"),
Alexis Ohanian, Amy Wu, Maaria Bajwa, Dean Steinbeck (the "Ape DAO Board
Defendants"), Guy Oseary, Mike Winkelmann, Madonna Louise Ciccone, Paris
Hilton, James Fallon, Electric Hot Dog, Inc., Universal Television, LLC,
Justin Bieber, Gwyneth Paltrow, Serena Williams, Thomas Pentz, Austin Richard
Post, Calvin Broadus, Jr., Kevin Hart, Alexander Pall, Andrew Taggart, Wardell
Stephen Curry II, Nayvadius Wilburn Cash, Abel Tesfaye, Khaled Mohammed
Khaled, adidas America Inc., adidas Ventures B.V. (the "Promoter Defendants"),
Ivan Soto-Wright, and MoonPay USA LLC.

The action, which was filed in the U.S. District Court for the Central
District of California and captioned Real et. al. v. YugaLabs. Inc. et al.,
Case No. 2:22-cv-08909, asserts claims under §§5, 12(a)(1),15, and 20(a) of
the Securities Act of 1933 (the "Securities Act"), as well as under §§10(b)
and 20A of the Securities Exchange Act of 1934 (the "Exchange Act"), and other
California state consumer protection laws, on behalf of investors who
purchased or otherwise acquired the Yuga securities, which were sold as
various non-fungible tokens (or "NFTs") and the native token Ape Coin on
various cryptocurrency exchanges from April 23, 2021 through December 8, 2022,
inclusive (the "Class Period"), and who were damaged thereby.

Yuga is a cryptocurrency-related company that offers investors a suite of
digital assets, including various collections of NFTs and the Company's native
token ApeCoin). Yuga's brand and flagship NFT collection is referred to as the
Bored Ape Yacht Club ("BAYC").

The complaint alleges that Defendants violated provisions of the Exchange Act
by making false and misleading statements concerning Yuga's growth prospects,
financial ownership, and financial benefits for Yuga securities investors, as
well as using celebrity promoters to lure in unsuspecting investors so that
Yuga insiders could sell the unregistered Yuga securities in violation of the
Securities Act.

On November 13, 2022, the price of the ApeCoin Token hit a low of $2.70 per
```

token, an approximately 90% drop from its height during the Class Period, which it has not been able to recover.

On November 14, 2022 the floor price of the Company's NFT collections including the BAYC, Mutant Ape Yacht Club, and Otherdeed virtual land fell to similar Class Period lows.

Lead Plaintiff Deadline

The Lead Plaintiff deadline in this action is February 7, 2023. Any member of the proposed Class may seek to serve as Lead Plaintiff through counsel of their choice, or may choose to do nothing and remain a member of the proposed Class.

What You Can Do

If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact Plaintiff's counsel, Sean Masson of Scott+Scott, at (212) 519-0522, or via email at smasson@scott-scott.com.

About Scott+Scott Attorneys at Law LLP

Scott+Scott has significant experience in prosecuting major securities, antitrust, and consumer rights actions throughout the United States, and is actively litigating several cryptocurrency cases. The firm represents pension funds, foundations, individuals, and other entities worldwide with offices in New York, London, Amsterdam, Connecticut, California, Ohio, and Virginia.

View source version on businesswire.com:
https://www.businesswire.com/news/home/20221209005588/en/

Contact:

Sean Masson
Scott+Scott Attorneys at Law LLP
230 Park Ave, 17th Floor, New York, NY 10169
(212) 519-0522
smasson@scott-scott.com

Terms of Service   Do Not Sell or Share My Personal Information   Trademarks   Privacy Policy
©2023 Bloomberg L.P. All Rights Reserved
Careers   Made in NYC   Advertise   Ad Choices    Help