# EXHIBIT C

John T. Jasnoch (CA 281605)
jjasnoch@scott-scott.com
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: 619-233-4565
Fax: 619-233-0508

*Attorneys for Lead Plaintiff Movant*
*The Yuga Investor Group*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADONIS REAL and ADAM TITCHER, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> YUGA LABS, INC., et al., <br><br> Defendants. | Case No.: 2:22-cv-08909-FMO-PLA <br><br> **JOINT DECLARATION IN SUPPORT OF MOTION FOR APPOINTMENT OF LEAD PLAINTIFFS AND LEAD COUNSEL** <br><br> Judge: Hon. Fernando M. Olguin <br><br> Complaint Filed:  December 8, 2022 |

We, Johnny Johnson, Ezra Boekweg, and Mario Palombini, pursuant to 28 U.S.C. §1746, declare as follows:

1.      We, Johnny Johnson, Ezra Boekweg, and Mario Palombini respectfully submit this Joint Declaration in support of our motion for appointment as co-lead plaintiffs and approval of our selection of co-lead counsel in the federal securities class actions brought on behalf of purchasers of Yuga Financial Products during the Class Period alleged in the Complaint.

2.      We are each informed of and understand the requirements and duties imposed on us by the Private Securities Litigation Reform Act of 1995 ("PSLRA"). Each of us has personal knowledge about the information in this Joint Declaration relating to ourselves, and if called as witnesses, we each could testify competently thereto.

3.      I, Johnny Johnson, as reflected in my Certification, purchased Yuga Financial Products during the Class Period. I reside in Georgetown, Texas.  After due consideration, I decided to join in and seek appointment as co-lead plaintiff with Ezra Boekweg and Mario Palombini, investors who are similarly situated to me and suffered damages from the same conduct by Defendants.

4.      I, Ezra Boekweg, as reflected in my Certification, purchased Yuga Financial Products during the Class Period. I reside in Mc Gregor, Texas.  After due consideration, I decided to join in and seek appointment as co-lead plaintiff with Johnny Johnson and Mario Palombini, investors who are similarly situated to me and suffered damages from the same conduct by Defendants.

5.      I, Mario Palombini, as reflected in my Certification, purchased Yuga Financial Products during the Class Period.  I am motivated to recover related damages for my benefit and the benefit of all members of the Class.  I reside in Cascais, Lisbon, Portugal.  I made my Yuga Financial Product purchases on the OpenSea exchange headquartered in the United States.  After

due consideration, I decided to join in and seek appointment as lead plaintiff with Johnny Johnson and Ezra Boekweg, investors who are similarly situated to me and suffered damages from the same conduct by Defendants.

6.      We are highly incentivized to recover the substantial losses we suffered as a result of Defendants' alleged violations of federal securities laws and are committed to actively directing this litigation and maximizing the recovery for the Class.  We believe that the allegations in the Action are meritorious and that the Class will benefit from having highly motivated investors, with substantial financial interests at stake, in control of the case.

7.      We understand that each of us could have chosen to pursue individual actions, made a motion for the appointment as Lead Plaintiff individually, or could have taken no action and remained absent class members.  However, based on our respective financial losses, and in order to gain the advantages of joint decision-making, collective resources, coverage for the various Yuga Financial Products alleged, and to provide the Class stable representation, we affirmatively decided that it would be a benefit to ourselves and the Class if we jointly sought appointment as co-lead plaintiffs.

8.      These reasons, along with our commitment to ensure that the Class's claims are efficiently and effectively prosecuted, motivated us to seek appointment together. We believe that our joint prosecution of this Action will be in the best interests of the Class. We believe a small group of investors serving together will benefit the Class in that there will be more potential class representatives actively monitoring counsel and ensuring the case is moving forward expediently, and a joint decision-making process (with the ability for a tie breaking vote if needed) that will assist us in overseeing counsel.

-2-

JOINT DECLARATION IN SUPPORT OF MOTION FOR APPOINTMENT OF
LEAD PLAINTIFFS AND LEAD COUNSEL
CASE NO. 2:22-CV-08909-FMO-PLA

9.      If appointed as co-lead plaintiffs, our primary goal will be to ensure that the Class achieves the largest possible recovery.  We understand that our efforts as co-lead plaintiffs, if successful, will benefit the entire Class.  We each understand that we owe a duty to all members of the proposed Class to provide fair and adequate representation.  We intend to work with one another and with our chosen counsel to protect the interests of all Class members, and to vigorously prosecute the claims brought forth in this action on behalf of the Class.

10.     We do not foresee any problems communicating with one another or staying informed of the progress of this litigation.  As part of our effort to formalize our leadership of this Action, and our commitment to jointly prosecute the Action against Defendants, before seeking appointment as Lead Plaintiff, we had discussions with our proposed Lead Counsel, Scott+Scott Attorneys at Law LLP as well as a group call, to discuss, among other things: the facts and the merits of the claims against Defendants; our interest in serving jointly as co-lead plaintiffs; the benefits our small group of investors may provide to the Class; and ensuring that the Class's claims will be efficiently and zealously prosecuted.

11.     We have been advised that, prior to this submission, Scott+Scott, among other things: filed a 94-page, thoroughly investigated complaint that sets forth in great detail the violations of law perpetrated by Defendants here; (2) conducted interviews with other investors impacted by Defendants' misconduct; (3) actively monitored developments in the FTX bankruptcy cases; (4) served the complaint on various defendants; (5) coordinated with defense counsel regarding the individual defendants' response to the complaint; and (6) continued their investigation into the wrongdoing alleged by the complaint.

12.     Given the work already undertaken by Scott+Scott thus far to investigate the claims and file the complaint, we strongly believe that replacing Scott+Scott at this juncture with new

-3-

DocuSign Envelope ID: F221D33A-F142-414A-8CF3-30D94EC80990

counsel – who may not have been actively involved in this litigation – would, at the very least, increase our (and the class's) litigation costs and, at the worst, jeopardize the prosecution of the class's claims. We do not believe such a result would be in the class's best interests.

13. We are aware of a lead plaintiff's obligation under the PSLRA to select lead counsel, and to supervise the prosecution of the case to guarantee that the Action is prosecuted efficiently. Through supervision of our chosen counsel, we will ensure that the Action is prosecuted for the benefit of the Class in an efficient and effective manner. In order to achieve this result, we plan on consulting with each other and with counsel regarding the prosecution of this lawsuit via telephone, email, and other forms of electronic communication. We also understand that some of these meetings may need to be conducted without counsel and have made arrangements to do so. We are confident in our ability to reach unanimous decisions regarding litigation matters. If, by chance, we disagree with each other on a significant decision, we will work with our counsel to make sure we overcome our differences to reach an agreement.

14. We are committed to satisfying our obligations as co-lead plaintiffs to ensure that the Action will be vigorously prosecuted, consistent with the requirements of the lead plaintiff provisions of the PSLRA, and in the best interests of the Class.

We declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 7th Day of February 2023

_____
Johnny Johnson

Executed this 7th Day of February 2023

_____
Mario Palombini

Executed this 7th Day of February 2023

_____
Ezra Boekweg

-4-