John T. Jasnoch (CA 281605)
jjasnoch@scott-scott.com
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: 619-233-4565
Fax: 619-233-0508

*Attorney for Lead Plaintiff Movant
The Yuga Investor Group*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADONIS REAL and ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated,<br><br>                                Plaintiffs,<br><br>     v.<br><br>YUGA LABS, INC., et al.,<br><br>                                Defendants. | Case No. 2:22-cv-08909-FMO-PLA<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 7.1-1**<br><br>Judge: Fernando M. Olguin<br>Date: March 9, 2023<br>Time: 10:00 a.m.<br>Courtroom: 6D<br><br>Complaint Filed:  December 8, 2022 |

The undersigned, counsel of record for Lead Plaintiff Movants and putative Class members Johnny Johnson ("Johnson"), Ezra Boekweg ("Boekweg"), and Mario Palombini ("Palombini") (collectively referred to as the "Yuga Investor Group"), hereby certify, pursuant to Civil Local Rule 7.1-1 of the U.S. District Court for the Central District of California ("Rule 7.1-1"), that as of this date, other than the named parties and putative Class members, there is no pecuniary interest in the outcome of this case to report, as described in Rule 7.1-1.

DATED: February 7, 2023   Respectfully submitted,

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

*/s/ John T. Jasnoch*
John T. Jasnoch (CA 281605)
jjasnoch@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile:  619-233-0508

*Attorney for Lead Plaintiff Movant
The Yuga Investor Group*

1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO
LOCAL RULE 7.1-1
CASE NO. 2:22-cv-08909-FMO-PLA

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2023, I electronically filed the foregoing with the Clerk using CM/ECF, which will send notification via electronic means to all counsel of record.

DATED: February 7, 2023

                                    */s/ John T. Jasnoch*
                                    John T. Jasnoch