Peter Anderson, Esq., Cal. Bar No. 88891
PeterAnderson@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, CA 90017-2566

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADONIS REAL et al., | CASE NUMBER |
| Plaintiff(s) | 2:22-cv-08909-FMO-PLA |
| v. | |
| YUGA LABS, INC., et al., | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Goldfarb, James K.                                    of   Davis Wright Tremaine LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*     1185 Avenue of the Americas -21 FL
(212) 880-3961              (212) 880-3998            New York, New York 10036
*Telephone Number*         *Fax Number*
JamesGoldfarb@dwt.com
*E-Mail Address*                                       *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Abel Tesfaye.

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Anderson, Peter J.                                    of   Davis Wright Tremaine LLP
*Designee's Name (Last Name, First Name & Middle Initial)*      865 S. Figueroa Street
88891              (213) 633-6800         (213) 633-6899      24th Floor
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*   Los Angeles, CA 90017
peteranderson@dwt.com
*E-Mail Address*                                       *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:     ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: February 8, 2023**          /s/

**Fernando M. Olguin, U.S. District Judge**