Peter Anderson, Esq., Cal. Bar No. 88891
PeterAnderson@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, CA 90017-2566

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADONIS REAL et al., <br><br> Plaintiff(s) <br><br> v. <br><br> YUGA LABS, INC., et al., <br><br> Defendant(s). | CASE NUMBER <br><br> 2:22-cv-08909-FMO-PLA <br><br> **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Snyder, Theodore R.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 880-3976          (212) 880-3998
*Telephone Number*      *Fax Number*

TheodoreSnyder@dwt.com
*E-Mail Address*

of Davis Wright Tremaine LLP
1185 Avenue of the Americas -21 FL
New York, New York 10036
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Abel Tesfaye.

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ *Other:*

**and designating as Local Counsel**

Anderson, Peter J.
*Designee's Name (Last Name, First Name & Middle Initial)*

88891            (213) 633-6800       (213) 633-6899
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

peteranderson@dwt.com
*E-Mail Address*

of Davis Wright Tremaine LLP
865 S. Figueroa Street
24th Floor
Los Angeles, CA 90017
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:**   ☐ be refunded   ☐ not be refunded.

**Dated:** February 8, 2023

/s/
**Fernando M. Olguin, U.S. District Judge**