| | |
|---|---|
| 1 | Theodore R. Snyder, Esq.. Admitted PHV |
| | TheodoreSnyder@dwt.com |
| 2 | James K. Goldfarb, Esq., Admitted PHV |
| | JamesGoldfarb@dwt.com |
| 3 | DAVIS WRIGHT TREMAINE LLP |
| | 1185 Avenue of the Americas, 21st Floor |
| 4 | New York, NY 10036 |
| | Tel: (212) 880-3976 |
| 5 | Fax: (212) 880-3998 |
| 6 | Peter Anderson, Esq., Cal. Bar No. 88891 |
| | PeterAnderson@dwt.com |
| 7 | DAVIS WRIGHT TREMAINE LLP |
| | 865 South Figueroa Street, 24th Floor |
| 8 | Los Angeles, CA 90017-2566 |
| | Tel: (213) 633-6800 |
| 9 | Fax: (213) 633-6899 |
| 10 | Attorneys for Defendant |
| | ABEL TESFAYE |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | | |
|---|---|---|
| ADONIS REAL and ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Case No. 2:22-cv-08909-FMO-PLA |
| Plaintiff, | ) ) | |
| v. | ) ) | DEFENDANT ABEL TESFAYE'S NOTICE OF INTERESTED PARTIES |
| YUGA LABS, INC., WYLIE ARONOW, GREG SOLANO, KEREM ATALAY, ZESHAN ALI, NICOLE MUNIZ, JASMIN SHOEMAKER, PATRICK EHRLUND, CHRISTOPHER LYONS, ALEXIS OHANIAN, AMY WU, MAARIA BAJWA, DEAN STEINBECK, GUY OSEARY, MIKE WINKELMANN, MADONNA LOUISE CICCONE, PARIS HILTON, JAMES FALLON, ELECTRIC HOT DOG, INC., UNIVERSAL TELEVISION, LLC, JUSTIN BIEBER, GWYNETH PALTROW, SERENA WILLIAMS, THOMAS PENTZ, AUSTIN RICHARD POST, CALVIN BROADUS JR., KEVIN HART, ALEXANDER PALL, ANDREW [Continued next page] | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

| | |
|---|---|
| 1 | TAGGART, WARDELL STEPHEN ) |
|   | CURRY II, NAYVADIUS ) |
| 2 | WILBURN CASH, ABEL TESFAYE, ) |
|   | KHALED MOHAMMED KHALED, ) |
| 3 | ADIDAS AMERICA INC., ADIDAS ) |
|   | VENTURE B.V., IVAN SOTO- ) |
| 4 | WRIGHT, and MOONPAY USA LLC, ) |
|   | ) |
| 5 | Defendants. ) |
|   | ) |
| 6 | ) |

## NOTICE OF INTERESTED PARTIES

**[Fed. R. Civ. P., Rule 7.1; Local Rule 7.1-1]**

The undersigned, counsel of record for defendant Abel Tesfaye, certifies that the following listed party has a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Abel Tesfaye, who is a named defendant.

Dated: February 15, 2023

/s/ James K. Goldfarb
Peter Anderson, Esq.
Theodore R. Snyder, Esq.
James K. Goldfarb, Esq.
DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant
ABEL TESFAYE

1