1 | Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
2 | 355 South Grand Avenue, Suite 2450
3 | Los Angeles, CA 90071
Telephone: (213) 785-2610
4 | Facsimile: (213) 226-4684
5 | Email: lrosen@rosenlegal.com

6 | *Counsel for Daniel Wolfford*

7 |

8 |                     UNITED STATES DISTRICT COURT
9 |                     CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADONIS REAL and ADAM TITCHER, Individually and on behalf of all others similarly situated, | Case No. 2:22-cv-08909-FMO-PLA |
| Plaintiff, | **NOTICE OF NON-OPPOSITION OF DANIEL WOLFFORD TO COMPETING LEAD PLAINTIFF MOTION** |
| v. | <u>CLASS ACTION</u> |
| YUGA LABS, INC., WYLIE ARONOW, GREG SOLANO, KEREM ATALAY, ZESHAN ALI, NICOLE MUNIZ, JASMIN SHOEMAKER, PATRICK EHRLUND, CHRISTOPHER LYONS, ALEXIS OHANIAN, AMY WU, MAARIA BAJWA, DEAN STEINBECK, GUY OSEARY, MIKE WINKELMANN, MADONNA LOUISE CICCONE, PARIS HILTON, JAMES FALLON, ELECTRIC HOT DOG, INC., | JUDGE: Fernando M. Olguin<br>HEARING: March 9, 2023<br>TIME: 10:00 a.m.<br>CTRM: 6D |
| [Additional Defendants on Next Page]<br>UNIVERSAL TELEVISION, LLC, | |

---

1

NOTICE OF NON-OPPOSITION OF DANIEL WOLFFORD TO COMPETING LEAD PLAINTIFF MOTION
Case No. 2:22-cv-08909-FMO-PLA

| | |
|---|---|
| JUSTIN BIEBER, GWYNETH PALTROW, SERENA WILLIAMS, THOMAS PENTZ, AUSTIN RICHARD POST, CALVIN BROADUS JR., KEVIN HART, ALEXANDER PALL, ANDREW TAGGART, WARDELL STEPHEN CURRY II, NAYVADIUS WILBURN CASH, ABEL TESFAYE, KHALED MOHAMMED KHALED, ADIDAS AMERICA INC., ADIDAS VENTURE B.V., IVAN SOTO-WRIGHT, and MOONPAY USA LLC,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

On February 7, 2023, movant Daniel Wolfford ("Movant") pursuant to the Securities Act of 1933 and the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), filed a motion for entry of an order appointing Movant as Lead Plaintiff and approving Movant's selection of Counsel. Dkt. No. 68.

Having reviewed the competing motion filed in this action, Movant does not appear to have the largest financial interest in this litigation within the meaning of the PSLRA. This notice of non-opposition shall have no impact on Movant's membership in the proposed class, Movant's right to share in any

recovery obtained for the benefit of class members, and Movant's ability to serve as a representative party should the need arise.

Dated: February 16, 2023      Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Daniel Wolfford*

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows: I am the Managing Partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On February 16, 2023, I electronically filed the following **NOTICE OF NON-OPPOSITION OF DANIEL WOLFFORD TO COMPETING LEAD PLAINTIFF MOTION** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on February 16, 2023.

                                      /s/ Laurence M. Rosen
                                      Laurence M. Rosen

4
NOTICE OF NON-OPPOSITION OF DANIEL WOLFFORD TO COMPETING LEAD PLAINTIFF MOTION
Case No. 2:22-cv-08909-FMO-PLA