| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| John Jasnoch, Esq., Bar #281605<br>Scott+Scott, Attorneys at Law, LLP<br>600 West Broadway, Suite 3300<br>San Diego, CA  92101<br>*Telephone No:* 619-233-4565    *FAX No:* 619-233-0508<br>*Ref. No. or File No.:* | |
| *Attorney for:* Plaintiff(s) | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court - Central District Of California | |
| *Plaintiff(s):* Adonis Real, et al. | |
| *Defendant:* Yuga Labs, Inc., et al. | |

| PROOF OF SERVICE<br>Summons and Complaint | Hearing Date: | Time: | Dept/Div: | Case Number:<br>22CV08909FMOPLAx |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet; Declaration Regarding Proper Venue; Certification and Notice of Interested Parties; Notice of Assignment to United States Judges; Initial Standing Order for Judge Fernando M. Olguin

3. a. Party served:   Wardell Stephen Curry, II

4. Address where the party was served:   28 Selby Lane
   Atherton, CA  94027

5. I served the party:
   b. **by substituted service.** On: Mon., Feb. 13, 2023 at: 7:35PM by leaving the copies with or in the presence of:
   Michelle Brink, Home Staff Member, Caucasian, Female, 35-40 Years Old, Long Blond Hair, 5 Feet 8 Inches, 150 Pounds
   (2) **(Home)** Person of suitable age and discretion. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. **Person Who Served Papers:**   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Victoria Ababseh
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA  95663
   c. (916) 663-2562, FAX (916) 663-4955

   d. **The Fee** for Service was:
   e. I am: (3) registered California process server
      (i)  Independent Contractor
      (ii) Registration No.:   540
      (iii) County:    San Mateo

8. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

   Date: Wed, Feb. 15, 2023

                                                                         (Victoria Ababseh)

| Judicial Council Form | PROOF OF SERVICE | |
| Rule 2.150.(a)&(b) Rev January 1, 2007 | Summons and Complaint | jojas.244336 |

| Attorney or Party without Attorney: <br> John Jasnoch, Esq., Bar #281605 <br> Scott+Scott, Attorneys at Law, LLP <br> 600 West Broadway, Suite 3300 <br> San Diego, CA  92101 | | For Court Use Only |
|---|---|---|
| Telephone No: 619-233-4565     FAX: No: 619-233-0508 | | |
| Attorney for: Plaintiff(s) | Ref. No or File No.: | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - Central District Of California | | |
| Plaintiff(s): Adonis Real, et al. | | |
| Defendant: Yuga Labs, Inc., et al. | | |
| **Affidavit of Reasonable Diligence** | Hearing Date:   Time:   Dept/Div: | Case Number: <br> 22CV08909FMOPLAx |

1. I, Victoria Ababseh, and any employee or independent contractors retained by Class Action Research & Litigation are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant Wardell Stephen Curry, II as follows:

2. **Documents:** Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet; Declaration Regarding Proper Venue; Certification and Notice of Interested Parties; Notice of Assignment to United States Judges; Initial Standing Order for Judge Fernando M. Olguin.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 02/13/23 | 7:31pm | Home | This is a gated residence with a call box.  I rang the residence via the call box but there was no response.  I could see a red light on the camera following me as I walked away.   As I was getting ready to leave another vehicle pulled up and a person delivering food called the residence via the call box.  I could see that the delivery person was speaking with someone.   He left the bag of food at the gate entry and proceeded to leave.  I saw the gate start to open so I hopped out of my car and caught a woman picking up the food.   I asked for Wardell Curry and said that I had a legal delivery for him.  She confirmed he lived here so I asked if she could take the documents and deliver them to him.  She said yes and confirmed that she is a member of his staff. Attempt made by: Victoria Ababseh. Attempt at: 28 Selby Lane  Atherton, CA 94027. |
| Mon | 02/13/23 | 7:35pm | Home | Substituted Service on: Wardell Stephen Curry, II Home - 28 Selby Lane Atherton, CA 94027  by leaving a copy of the document(s) with: Michelle Brink, Home Staff Member, Caucasian, Female, 35-40 Years Old, Long Blond Hair, 5 Feet 8 Inches, 150 Pounds.  Served by: Victoria Ababseh |

3. *Person Executing*
   a. Victoria Ababseh
   b. **Class Action Research & Litigation**
   P O Box 740
   Penryn, CA  95663
   c. (916) 663-2562, FAX (916) 663-4955

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   **d. The Fee** for service was:
   e. I am:   (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:     540
      (iii) County:                    San Mateo

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Wed, Feb. 15, 2023

                                           **(Victoria Ababseh)**

**Affidavit of Reasonable Diligence**

sc04.244336

| Attorney or Party without Attorney:<br>John Jasnoch, Esq., Bar #281605<br>Scott+Scott, Attorneys at Law, LLP<br>600 West Broadway, Suite 3300<br>San Diego, CA 92101<br>Telephone No: 619-233-4565   FAX No: 619-233-0508 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No or File No.: | | |
| Attorney for: Plaintiff(s) | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Central District Of California | | | | |
| Plaintiff(s): Adonis Real, et al. | | | | |
| Defendant: Yuga Labs, Inc., et al. | | | | |
| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>22CV08909FMOPLAx |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet; Declaration Regarding Proper Venue; Certification and Notice of Interested Parties; Notice of Assignment to United States Judges; Initial Standing Order for Judge Fernando M. Olguin

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:          Wed., Feb. 15, 2023
   b. Place of Mailing:         Penryn, CA 95663
   c. Addressed as follows:     Wardell Stephen Curry, II
                                28 Selby Lane
                                Atherton, CA 94027

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed., Feb. 15, 2023 in the ordinary course of business.

5. Person Serving:
   a. Janis Dingman
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for Service was:
   e. I am: (3) registered California process server
      (i) Owner
      (ii) Registration No.:    15-009
      (iii) County:             Placer
      (iv) Expiration Date:     Sat, Jul. 15, 2023

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Wed, Feb. 15, 2023

   Judicial Council Form
   Rule 2.150.(a)&(b) Rev January 1, 2007

   PROOF OF SERVICE
   By Mail

   (Janis Dingman)                      jojas.244336