JASON D. STRABO (SBN 246426)
jstrabo@mwe.com
ELLIE HOURIZADEH (SBN 204627)
ehourizadeh@mwe.com
**MCDERMOTT WILL & EMERY LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA  90067-3206
Telephone:   310 277 4110
Facsimile:   310 277 4730

*Attorneys for Defendant*
WARDELL STEPHEN CURRY II

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADONIS REAL and ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>YUGA LABS, INC., WYLIE ARONOW, GREG SOLANO, KEREM ATALAY, ZESHAN ALI, NICOLE MUNIZ, JASMIN SHOEMAKER, PATRICK EHRLUND, CHRISTOPHER LYONS, ALEXIS OHANIAN, AMY WU, MAARIA BAJWA, DEAN STEINBECK, GUY OSEARY, MIKE WINKELMANN, MADONNA LOUISE CICCONE, PARIS HILTON, JAMES FALLON, ELECTRIC HOT DOG, INC., UNIVERSAL TELEVISION, LLC, JUSTIN BIEBER, GWYNETH PALTROW, SERENA WILLIAMS, THOMAS PENTZ, AUSTIN RICHARD POST, CALVIN BROADUS JR., KEVIN HART, ALEXANDER PALL, ANDREW TAGGART, WARDELL STEPHEN CURRY II, NAYADIUS WILBURN CASH, ABEL TESFAYE, KHALED MOHAMMED KHALED, ADIDAS AMERICA INC., ADIDAS VENTURE B.V., IVAN SOTO-WRIGHT, and MOONPAY USA LLC,<br><br>Defendants. | CASE NO. 2:22-cv-08909-FMO(PLAx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served on: February 13, 2023<br><br>Current Response Date: March 13, 2023<br><br>New Response Date: April 5, 2023<br><br>Judge: Hon. Fernando M. Olguin<br>Action Filed: December 9, 2022 |

Plaintiffs Adonis Real and Adam Titcher (together, "Plaintiffs"), and Defendant Wardell Stephen Curry II ("Curry" and, together with Plaintiffs, the "Parties"), through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on December 8, 2022, Plaintiffs commenced this action by filing their Complaint (Dkt. No. 1);

WHEREAS, Plaintiffs contend that on February 13, 2023, they served the Complaint and Summons upon Curry;

WHEREAS, Curry contests that Plaintiffs validly effected service in compliance with Federal Rules of Civil Procedure Rule 4;

WHEREAS, Curry has agreed to waive his contention that service was not validly effected and accept service effective as of February 13, 2023;

WHEREAS, in light of the February 13, 2023 service date, Curry's present deadline for responding to the Complaint is March 6, 2023;

WHEREAS, Curry has not previously sought or been granted any extension of time to respond to the Complaint; and

WHEREAS, pursuant to Local Rule 8-3, the Parties have agreed to extend Curry's time to respond to the Complaint by no more than 30 days;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

1. Pursuant to Local Rule 8-3, Curry's time to answer, move, or otherwise respond to the initial Complaint is extended to and including April 5, 2023; and

2. Nothing herein shall be deemed to constitute a waiver of any rights, defenses or other objections or any other application to any court or any party that either party may have with respect to the claims set forth in the initial complaint.

IT IS SO STIPULATED.

Dated: March 1, 2023      Respectfully submitted,

**MCDERMOTT WILL & EMERY LLP**

By: */s/ Jason D. Strabo*
　　Jason D. Strabo
　　Ellie Hourizadeh
　　2049 Century Park East, Suite 3200
　　Los Angeles, CA 90067
　　Attorneys for Defendant,
　　Wardell Stephen Curry II

Dated: March 1, 2023      **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

By: */s/ John T Jasnoch*
　　John T. Jasnoch
　　600 W. Broadway, Suite 3300
　　San Diego, CA 92101
　　Attorneys for Plaintiffs
　　Adonis Real and Adam Titcher, individually and
　　on behalf of others similarly situated