John T. Jasnoch (CA 281605)
jjasnoch@scott-scott.com
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: 619-233-4565
Fax: 619-233-0508

*Attorney for Lead Plaintiff Movant
The Yuga Investor Group*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADONIS REAL and ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br>v.<br>YUGA LABS, INC., et al.,<br>Defendants. | Case No. 2:22-cv-08909-FMO-PLA<br><br>**NOTICE THAT THE MOTION OF THE YUGA INVESTOR GROUP FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL IS UNOPPOSED**<br><br>Judge: Fernando M. Olguin<br>Date: March 9, 2023<br>Time: 10:00 a.m.<br>Courtroom: 6D<br><br>Complaint Filed: December 8, 2022 |

Lead plaintiff movants Johnny Johnson ("Johnson"), Ezra Boekweg ("Boekweg"), and Mario Palombini ("Palombini") (collectively referred to as the "Yuga Investor Group") timely filed a motion for appointment as Lead Plaintiff and approval of its selection of Lead Counsel in the above-captioned action, pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), as amended, 15 U.S.C. §78u-4(a)(3). ECF No. 72.[1]

The Yuga Investor Group is the presumptive lead plaintiff under the PSLRA because it is the movant with the largest financial interest and is also adequate and typical under Rule 23 of the Federal Rules of Civil Procedure. *See generally* ECF Nos. 72-73. One other movant filed a similar motion.[2] They have now withdrawn their motion and filed a notice of non-opposition. ECF No. 83. For the forgoing reasons, as well as those set forth in its opening papers, the Yuga Investor Group respectfully requests appointment as Lead Plaintiff, and approval of its selection of Scott+Scott Attorneys at Law LLP as Lead Counsel.

DATED: March 1, 2023           Respectfully submitted,

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

*s/ John T. Jasnoch*
John T. Jasnoch (CA 281605)
jjasnoch@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-233-0508

*Attorneys for Lead Plaintiff Movant the Yuga Investor Group and Proposed Lead Counsel*

---

[1] Unless otherwise defined herein, all capitalized terms shall maintain the same meaning as those set forth in the Yuga Investor Group's motion and supporting memorandum of law. ECF Nos. 72-74.

[2] The other motion was filed by movant Daniel Wolfford. ECF Nos. 68-70.

1

NOTICE THAT THE MOTION FOR APPOINTMENT OF LEAD PLTF & APPROVAL OF SELECTION OF LEAD COUNSEL IS UNOPPOSED        CASE NO. 2:22-cv-08909-FMO-PLA

**TAYLOR-COPELAND LAW**
James Q. Taylor-Copeland
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: 619-400-4944
Facsimile:  619-566-4341

**ZIGLER LAW GROUP, LLC**
Aaron M. Zigler
Nidya Gutierrez
308 S. Jefferson Street, Suite 333
Chicago, IL 60661
Telephone: 312-673-8427
aaron@ziglerlawgroup.com
nidya.gutierrez@ziglerlawgroup.com

*Additional Counsel for Movants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2023, I electronically filed the foregoing with the Clerk using CM / ECF, which will send notification via electronic means to all counsel of record.

DATED: March 1, 2023

                             *s/ John T. Jasnoch*
                             John T. Jasnoch