UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ADONIS REAL and ADAM TITCHER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>YUGA LABS, INC., et al.,<br><br>Defendants. | CASE NO. 2:22-CV-08989-FMO-PLA<br><br>**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND STAY DISCOVERY**<br><br>Judge:  Hon. Fernando M. Olguin<br><br>Complaint Filed:   December 8, 2022 |

The Court, having considered the Joint Stipulation to Extend Time to Respond to Complaint and Stay Discovery, filed by Plaintiffs Adonis Real and Adam Titcher, individually and on behalf of all others similarly situated, and defendant Mike Winkelmann, by and through her undersigned counsel, hereby ORDERS:

1.  Defendant shall have no obligation to answer, move to dismiss, or otherwise respond to the complaint, until after the appointment of one or more lead plaintiffs pursuant to 15 U.S.C. § 78u-4(a)(3)(B) and filing by such lead plaintiff(s) of an amended complaint, or designation of an operative complaint.

6030.060/1905165.1

2. Promptly after entry of an Order by this Court pursuant to the Private Securities Litigation Reform Act of 1995 appointing one or more lead plaintiffs and lead counsel, defendant's counsel and Court-appointed lead counsel shall meet and confer to propose to the Court a schedule for (i) the filing of an operative complaint; (ii) any answer, motion to dismiss, or other response to that operative complaint; and (iii) any subsequent briefing on such motion to dismiss.

3. The scheduling of an initial pretrial conference pursuant to Fed. R. Civ. P. 16(b), as well as the parties' obligations to serve initial disclosures pursuant to Fed. R. Civ. P. 26(a) and to confer regarding case management and the development and submission of a discovery plan pursuant to Fed. R. Civ. P. 26(f), shall be stayed pending the resolution of any motion to dismiss the operative complaint referenced in paragraph 2.

IT IS SO ORDERED.

Dated: _____

					Hon. Fernando M. Olguin
					United States District Judge