NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Jason D. Strabo (SBN 246426)
jstrabo@mwe.com
McDermott Will & Emery LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
(310) 277-4110

ATTORNEY(S) FOR: Wardell Stephen Curry II

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Adonis Real and Adam Titcher, on behalf of themselves and all others similarly situated,

Plaintiff(s),

v.

Yuga Labs, Inc. et al.

Defendant(s)

CASE NUMBER:

2:22-cv-08909-FMO(PLAx)

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
**(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Wardell Stephen Curry II_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| None | |

March 31, 2023
Date

/s/ Jason D. Strabo
Signature

Attorney of record for (or name of party appearing in pro per):

Jason D. Strabo