PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

ALEXANDER C. DRYLEWSKI (admitted *pro hac vice*)
alexander.drylewski@skadden.com
KYLE J. SCHWARTZ (admitted *pro hac vice*)
kyle.schwartz@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

*Attorneys for Defendants*
YUGA LABS, INC., WYLIE ARONOW, GREG SOLANO,
KEREM ATALAY, ZESHAN ALI, NICOLE MUNIZ,
JASMIN SHOEMAKER, PATRICK EHRLUND,
CHRISTOPHER LYONS and GUY OSEARY

[Additional counsel listed on signature pages]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ADONIS REAL and ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>YUGA LABS, INC. et al.,<br><br>Defendants. | CASE NO.: 2:22-cv-08909-FMO-PLA<br><br>**JOINT STIPULATION SETTING A SCHEDULE FOR LEAD PLAINTIFFS' FILING OF AN AMENDED COMPLAINT AND DEFENDANTS' RESPONSES THERETO**<br><br>Filed concurrently herewith: Declaration of Peter B. Morrison; and [Proposed] Order<br><br>Judge: Hon. Fernando M. Olguin<br>Complaint Filed: December 8, 2022 |

JOINT STIPULATION SETTING
A SCHEDULE FOR LEAD PLAINTIFFS'         CASE NO.: 2:22-cv-08909-FMO-PLA
FILING OF AN AMENDED COMPLAINT
AND DEFENDANTS' RESPONSES THERETO

Lead Plaintiffs Johnny Johnson, Ezra Boekweg and Mario Palombini ("Lead Plaintiffs"), and Defendants Yuga Labs, Inc., Wylie Aronow, Greg Solano, Kerem Atalay, Zeshan Ali, Nicole Muniz, Jasmin Shoemaker, Patrick Ehrlund, Christopher Lyons, Alexis Ohanian, Amy Wu, Maaria Bajwa, Guy Oseary, Mike Winkelmann, Madonna Louise Ciccone, Paris Hilton, James Fallon, Electric Hot Dog, Inc., Universal Television, LLC, Justin Bieber, Gwyneth Paltrow, Thomas Pentz, Kevin Hart, Alexander Pall, Andrew Taggart, Wardell Stephen Curry II, Abel Tesfaye, adidas America Inc., adidas Ventures B.V., Ivan Soto-Wright and MoonPay USA LLC (the "Stipulating Defendants"), hereby stipulate and agree as follows:

**WHEREAS**, on December 8, 2022, Plaintiffs Adonis Real and Adam Titcher filed a putative class action complaint in the above-captioned action (the "Initial Complaint," ECF No. 1) asserting, *inter alia*, claims governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. §§ 77z-1 & 78u-4;

**WHEREAS**, the PSLRA provides a procedure for the appointment by the Court of lead plaintiff(s) and lead counsel to represent the putative class;

**WHEREAS**, the parties anticipated that after the Court appointed lead plaintiff(s), such lead plaintiff(s) would likely file an amended complaint, which would supersede the Initial Complaint as the operative pleading in the action;

**WHEREAS**, the Court issued Orders on January 6, 2023, January 17, 2023, March 6, 2023, and April 10, 2023 (ECF Nos. 25, 40, 101, 105) that, *inter alia*, relieved all Defendants from responding to the Initial Complaint and directed certain Defendants to meet and confer after the Court appointed lead plaintiff(s) and lead counsel and submit a proposed schedule to the Court regarding the filing of an amended complaint, Defendants' responses thereto and any associated briefing;

**WHEREAS**, on July 11, 2023, the Court issued an Order appointing Johnny Johnson, Ezra Boekweg, and Mario Palombini as Lead Plaintiffs, and Scott+Scott Attorneys at Law LLP as lead counsel (ECF No. 107);

2

JOINT STIPULATION SETTING
A SCHEDULE FOR LEAD PLAINTIFFS'
FILING OF AN AMENDED COMPLAINT
AND DEFENDANTS' RESPONSES THERETO

CASE NO.: 2:22-cv-08909-FMO-PLA

**WHEREAS**, Lead Plaintiffs and the Stipulating Defendants have conferred and have reached agreement on a schedule for Lead Plaintiffs' filing of an amended complaint and the Stipulating Defendants' responses thereto;

**WHEREAS**, the schedule proposed herein is made in the interest of fairness and efficiency in this action, including (i) given the large number of defendants named in this matter, allowing sufficient time for the Stipulating Defendants and their counsel to coordinate to the greatest extent possible on any motions they may file in response to the amended complaint in order to efficiently present common arguments to the Court while minimizing duplication, and (ii) to accommodate the respective schedules and caseloads of counsel representing certain of the parties;

**WHEREAS**, the schedule proposed herein is not intended to delay the proceedings and will not prejudice any party;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between Lead Plaintiffs and the Stipulating Defendants, that, subject to the Court's approval:

1. The deadline for Lead Plaintiffs to file an amended complaint in this action is August 4, 2023.

2. The deadline for the Stipulating Defendants to answer, move or otherwise respond to the amended complaint, including bringing any motions pursuant to Rule 12 of the Federal Rules of Civil Procedure, is October 13, 2023.

3. The deadline for Lead Plaintiffs to oppose any motions filed pursuant to Rule 12 of the Federal Rules of Civil Procedure is December 12, 2023.

4. The deadline for the Stipulating Defendants to file reply papers, if any, in further support of any motions filed pursuant to Rule 12 of the Federal Rules of Civil Procedure is January 26, 2024.

5. Nothing herein shall be deemed to constitute a waiver of any rights, objections or defenses (including, but not limited to, jurisdictional defenses) that any

3

JOINT STIPULATION SETTING
A SCHEDULE FOR LEAD PLAINTIFFS'
FILING OF AN AMENDED COMPLAINT
AND DEFENDANTS' RESPONSES THERETO

CASE NO.: 2:22-cv-08909-FMO-PLA

party may have with respect to this action or to the claims asserted in any complaint, and is without prejudice to any other or further application by a party to this Court or any other court.

DATED: July 24, 2023

        Respectfully submitted,

        **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

        By: */s/ John T. Jasnoch*
             John T. Jasnoch

            600 W. Broadway, Suite 3300
            San Diego, CA 92101
            Email: jjasnoch@scott-scott.com
            Telephone: (619) 233-4565
            Facsimile: (619) 236-0508

            *Attorneys for Lead Plaintiffs Johnny Johnson, Ezra Boekweg and Mario Palombini*

        **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

        By: */s/ Peter B. Morrison*
             Peter B. Morrison

            300 South Grand Avenue, Suite 3400
            Los Angeles, California 90071
            Email: peter.morrison@skadden.com
            Telephone: (213) 687-5000
            Facsimile: (213) 687-5600

            *Attorneys for Defendants Yuga Labs, Inc., Wylie Aronow, Greg Solano, Kerem Atalay, Zeshan Ali, Nicole Muniz, Jasmin Shoemaker, Patrick Ehrlund, Christopher Lyons and Guy Oseary*

            I, Peter B. Morrison, attest that all other signatories herein, and on whose behalf this filing is also submitted, concur in the filing's content and have authorized the filing.

4

JOINT STIPULATION SETTING
A SCHEDULE FOR LEAD PLAINTIFFS'
FILING OF AN AMENDED COMPLAINT
AND DEFENDANTS' RESPONSES THERETO

CASE NO.: 2:22-cv-08909-FMO-PLA

**FENWICK & WEST LLP**

By: */s/ Jennifer C. Bretan*
Jennifer C. Bretan (CSB No. 233475)

555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281-1350
jbretan@fenwick.com

*Attorneys for Defendants Amy Wu, Maaria Bajwa, and Alexis Ohanian*

**KING, HOLMES, PATERNO & SORIANO, LLP**

By: */s/ Stephen D. Rothschild*
Stephen D. Rothschild

1900 Avenue of the Stars, 25th Floor
Los Angeles, California 90067
Email: srothschild@khpslaw.com
Telephone: (310) 282-8986
Facsimile: (310) 282-8903

*Attorneys for Defendant Mike Winkelmann*

**COOLEY LLP**

By: */s/ Michael G. Rhodes*
Michael G. Rhodes (116127)

3 Embarcadero Center, 20th Fl.
San Francisco, CA 94111
Tel.: 415-693-2000
Fax: 415-693-2222
rhodesmg@cooley.com

*Attorneys for Defendants Justin Bieber, Madonna Louise Ciccone, Alexander Pall, Andrew Taggart, and Gwyneth Paltrow*

5

JOINT STIPULATION SETTING
A SCHEDULE FOR LEAD PLAINTIFFS'
FILING OF AN AMENDED COMPLAINT
AND DEFENDANTS' RESPONSES THERETO

CASE NO.: 2:22-cv-08909-FMO-PLA

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: */s/ Shon Morgan*
     Shon Morgan

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
shonmorgan@quinnemanuel.com
Tel. 213-443-3000

Kevin P.B. Johnson
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
kevinjohnson@quinnemanuel.com
Tel. 650-801-5000

*Attorneys for Defendant Paris Hilton*

**DAVIS POLK & WARDWELL LLP**

By: */s/ Neal A. Potischman*
     Neal A. Potischman

1600 El Camino Real
Menlo Park, California 94025
Email: neal.potischman@davispolk.com
Telephone: (650) 725-2021
Facsimile: (650) 752-3621

450 Lexington Avenue
New York, New York 10017
Email: dana.seshens@davispolk.com
         (pro hac vice forthcoming)
         daniel.schwartz@davispolk.com
         (pro hac vice forthcoming)
Telephone: (212) 450-4855
Facsimile: (212) 701-5855

*Attorneys for Defendants Universal Television, LLC, James Fallon, and Electric Hot Dog, Inc.*

JOINT STIPULATION SETTING
A SCHEDULE FOR LEAD PLAINTIFFS'          CASE NO.: 2:22-cv-08909-FMO-PLA
FILING OF AN AMENDED COMPLAINT
AND DEFENDANTS' RESPONSES THERETO

**MANATT, PHELPS & PHILLIPS, LLP**

By: */s/ Nathaniel L. Bach*
    Nathaniel L. Bach

    2049 Century Park East, Suite 1700
    Los Angeles, CA 90067
    Telephone: (310) 312-4000
    Facsimile: (310) 312-4224
    nbach@manatt.com

*Attorneys for Defendant Thomas Pentz*


**VENABLE LLP**

By: */s/ Laura A. Wytsma*
    William J. Briggs, II (SBN 144717)
    Laura A. Wytsma (SBN 189527)

    2049 Century Park East, Suite 2300
    Los Angeles, CA 90067
    Telephone: 310.229.9900
    Facsimile: 310.229.9901
    WJBriggs@Venable.com
    LAWytsma@Venable.com

*Attorneys for Defendant Kevin Hart*


**McDERMOTT WILL & EMERY LLP**

By: */s/ Jason D. Strabo*
    Jason D. Strabo (SBN 246426)
        Jstrabo@mwe.com
    2049 Century Park East, Suite 3200
    Los Angeles, CA 90067
    Tel.: (310) 277-4110

*Attorneys for Defendant Stephen Curry*

7

JOINT STIPULATION SETTING
A SCHEDULE FOR LEAD PLAINTIFFS'        CASE NO.: 2:22-cv-08909-FMO-PLA
FILING OF AN AMENDED COMPLAINT
AND DEFENDANTS' RESPONSES THERETO

**DAVIS WRIGHT TREMAINE LLP**

By: */s/ Theodore R. Snyder*
　　 Theodore R. Snyder

Theodore R. Snyder, Esq.. Admitted PHV
James K. Goldfarb, Esq., Admitted PHV
1251 Avenue of the Americas, 21st Floor
New York, NY 10036
Tel: (212) 880-3976
Fax: (212) 880-3998
TheodoreSnyder@dwt.com
JamesGoldfarb@dwt.com

Peter Anderson, Esq., Cal. Bar No. 88891
865 South Figueroa Street, 24th Floor
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899

*Attorneys for Defendant Abel Tesfaye*

**PERKINS COIE LLP**

By: */s/ Renée E. Rothauge*
　　 Renée E. Rothauge

1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Tel: 503.727.2228
Fax: 503.727.2222
RRothauge@perkinscoie.com

*Attorneys for Defendants adidas America Inc. and adidas Ventures B.V*

8

JOINT STIPULATION SETTING
A SCHEDULE FOR LEAD PLAINTIFFS'　　　　CASE NO.: 2:22-cv-08909-FMO-PLA
FILING OF AN AMENDED COMPLAINT
AND DEFENDANTS' RESPONSES THERETO

| | |
|---|---|
| 1 | **LATHAM & WATKINS LLP** |
| 2 | |
| 3 | By: */s/ Colleen C. Smith* <br> Colleen C. Smith |
| 4 | Colleen.Smith@lw.com |
| 5 | 12670 High Bluff Drive <br> San Diego, CA 92130-3086 <br> Telephone: +1.858.523.5400 |

LATHAM & WATKINS LLP

By: */s/ Colleen C. Smith*
    Colleen C. Smith

Colleen.Smith@lw.com
12670 High Bluff Drive
San Diego, CA 92130-3086
Telephone: +1.858.523.5400

Perry J. Viscounty
Perry.Viscounty@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Telephone: + 1.714.540.1235

Douglas K. Yatter
Douglas.Yatter@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1200

*Attorneys for Defendants MoonPay USA LLC and Ivan Soto-Wright*

9

JOINT STIPULATION SETTING
A SCHEDULE FOR LEAD PLAINTIFFS'
FILING OF AN AMENDED COMPLAINT
AND DEFENDANTS' RESPONSES THERETO

CASE NO.: 2:22-cv-08909-FMO-PLA