PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

ALEXANDER C. DRYLEWSKI (admitted *pro hac vice*)
alexander.drylewski@skadden.com
KYLE J. SCHWARTZ (admitted *pro hac vice*)
kyle.schwartz@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

*Attorneys for Defendants*
YUGA LABS, INC., WYLIE ARONOW, GREG SOLANO,
KEREM ATALAY, ZESHAN ALI, NICOLE MUNIZ,
JASMIN SHOEMAKER, PATRICK EHRLUND,
CHRISTOPHER LYONS and GUY OSEARY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ADONIS REAL and ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>YUGA LABS, INC., et al.,<br><br>Defendants. | CASE NO.: 2:22-cv-08909-FMO-PLA<br><br>**DECLARATION OF PETER B. MORRISON IN SUPPORT OF JOINT STIPULATION SETTING A SCHEDULE FOR LEAD PLAINTIFFS' FILING OF AN AMENDED COMPLAINT AND DEFENDANTS' RESPONSES THERETO**<br><br>Judge: Hon. Fernando M. Olguin<br>Complaint Filed: December 8, 2022 |

DECLARATION OF PETER B. MORRISON
IN SUPPORT OF JOINT STIPULATION
SETTING A SCHEDULE FOR LEAD PLAINTIFFS'
FILING OF AN AMENDED COMPLAINT AND
DEFENDANTS' RESPONSES THERETO

CASE NO.: 2:22-cv-08909-FMO-PLA

## DECLARATION OF PETER B. MORRISON

I, Peter B. Morrison, declare and state as follows:

1.  I am an attorney admitted to practice before the courts of the State of California and have been admitted to this Court. I am a partner in the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, which is counsel of record for Defendants Yuga Labs, Inc., Wylie Aronow, Greg Solano, Kerem Atalay, Zeshan Ali, Nicole Muniz, Jasmin Shoemaker, Patrick Ehrlund, Christopher Lyons and Guy Oseary in the above-captioned matter. I submit this declaration in support of the Joint Stipulation Setting a Schedule for Lead Plaintiffs' Filing of an Amended Complaint and Defendants' Responses Thereto (the "Stipulation"). I make this declaration based on my own personal knowledge, and if called upon to do so, could and would testify competently thereto.[1]

2.  On December 8, 2022, Plaintiffs Adonis Real and Adam Titcher filed the initial complaint in the above-captioned action, a putative class action arising under, *inter alia*, the Securities Act of 1933 and the Securities Exchange Act of 1934, including the Private Securities Litigation Reform Act of 1995 ("PSLRA").

3.  The Court issued Orders on January 6, 2023, January 17, 2023, March 6, 2023, and April 10, 2023 (ECF Nos. 25, 40, 101, 105) that, *inter alia*, relieved all Defendants from responding to the Initial Complaint and directed certain Defendants to meet and confer after the Court appointed lead plaintiff(s) and lead counsel and submit a proposed schedule to the Court regarding the filing of an amended complaint, Defendants' responses thereto and any associated briefing.

---

[1] Capitalized terms used but not defined herein have the meanings assigned to them in the Stipulation.

2
DECLARATION OF PETER B. MORRISON
IN SUPPORT OF JOINT STIPULATION
SETTING A SCHEDULE FOR LEAD PLAINTIFFS'
FILING OF AN AMENDED COMPLAINT AND
DEFENDANTS' RESPONSES THERETO

CASE NO.: 2:22-cv-08909-FMO-PLA

4. Pursuant to the PSLRA, on July 11, 2023, the Court issued an Order appointing Johnny Johnson, Ezra Boekweg, and Mario Palombini as Lead Plaintiffs, and Scott+Scott Attorneys at Law LLP as lead counsel (ECF No. 107).

5. Consistent with the Court's Orders, Lead Plaintiffs and the Stipulating Defendants have conferred and reached agreement on a schedule for Lead Plaintiffs' filing of an amended complaint and the Stipulating Defendants' responses thereto.

6. The parties agree that the schedule proposed herein is made in the interest of fairness and efficiency in this action, including (i) given the large number of defendants named in this matter, allowing sufficient time for the Stipulating Defendants and their counsel to coordinate to the greatest extent possible on any motions they may file in response to the amended complaint in order to efficiently present common arguments to the Court while minimizing duplication, and (ii) to accommodate the respective schedules and caseloads of counsel representing certain of the parties.

7. The parties further agree and represent that the schedule requested in the Stipulation is not intended to delay the proceedings and will not prejudice any party.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on July 24, 2023, in Los Angeles, California.

*/s/ Peter B. Morrison*
PETER B. MORRISON

3

DECLARATION OF PETER B. MORRISON
IN SUPPORT OF JOINT STIPULATION
SETTING A SCHEDULE FOR LEAD PLAINTIFFS'
FILING OF AN AMENDED COMPLAINT AND
DEFENDANTS' RESPONSES THERETO

CASE NO.: 2:22-cv-08909-FMO-PLA