# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ADONIS REAL and ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>YUGA LABS, INC., WYLIE ARONOW, GREG SOLANO, KEREM ATALAY, ZESHAN ALI, NICOLE MUNIZ, JASMIN SHOEMAKER, PATRICK EHRLUND, CHRISTOPHER LYONS, ALEXIS OHANIAN, AMY WU, MAARIA BAJWA, DEAN STEINBECK, GUY OSEARY, MIKE WINKELMANN, MADONNA LOUISE CICCONE, PARIS HILTON, JAMES FALLON, ELECTRIC HOT DOG, INC., UNIVERSAL TELEVISION, LLC, JUSTIN BIEBER, GWYNETH PALTROW, SERENA WILLIAMS, THOMAS PENTZ, AUSTIN RICHARD POST, CALVIN BROADUS JR., KEVIN HART, ALEXANDER PALL, ANDREW TAGGART, WARDELL STEPHEN CURRY II, NAYVADIUS WILBURN CASH, ABEL TESFAYE, KHALED MOHAMMED KHALED, ADIDAS AMERICA INC., ADIDAS VENTURE B.V., IVAN SOTO- WRIGHT, AND MOONPAY USA LLC,<br><br>Defendants. | CASE NO.: 2:22-cv-08909-FMO-PLA<br><br>**[PROPOSED] ORDER SETTING A SCHEDULE FOR LEAD PLAINTIFFS' FILING OF AN AMENDED COMPLAINT AND DEFENDANTS' RESPONSES THERETO**<br><br>Judge: Hon. Fernando M. Olguin<br>Complaint Filed: December 8, 2022 |

This matter comes before the Court on the Joint Stipulation Setting a Schedule for Lead Plaintiffs' Filing of an Amended Complaint and Defendants' Responses Thereto (the "Stipulation") between Lead Plaintiffs Johnny Johnson, Ezra Boekweg and Mario Palombini ("Lead Plaintiffs"), and Defendants Yuga Labs, Inc., Wylie Aronow, Greg Solano, Kerem Atalay, Zeshan Ali, Nicole Muniz, Jasmin Shoemaker, Patrick Ehrlund, Christopher Lyons, Alexis Ohanian, Amy Wu, Maaria Bajwa, Guy Oseary, Mike Winkelmann, Madonna Louise Ciccone, Paris Hilton, James Fallon, Electric Hot Dog, Inc., Universal Television, LLC, Justin Bieber, Gwyneth Paltrow, Thomas Pentz, Kevin Hart, Alexander Pall, Andrew Taggart, Wardell Stephen Curry II, Abel Tesfaye, adidas America Inc., adidas Ventures B.V., Ivan Soto-Wright and MoonPay USA LLC (the "Stipulating Defendants").  Having considered the Stipulation, and good cause appearing therefor:

The Court GRANTS the Stipulation and ORDERS the following:

1. The deadline for Lead Plaintiffs to file an amended complaint in this action is August 4, 2023.

2. The deadline for the Stipulating Defendants to answer, move or otherwise respond to the amended complaint, including bringing any motions pursuant to Rule 12 of the Federal Rules of Civil Procedure, is October 13, 2023.

3. The deadline for Lead Plaintiffs to oppose any motions filed pursuant to Rule 12 of the Federal Rules of Civil Procedure is December 12, 2023.

4. The deadline for the Stipulating Defendants to file reply papers, if any, in further support of any motions filed pursuant to Rule 12 of the Federal Rules of Civil Procedure is January 26, 2024.

5. Nothing herein shall be deemed to constitute a waiver of any rights, objections or defenses (including, but not limited to, jurisdictional defenses) that any party may have with respect to this action or to the claims asserted in the complaint,

1 | and is without prejudice to any other or further application by a party to this Court or
2 | any other court.

4 | DATED:

                              HON. FERNANDO M. OLGUIN
                              UNITED STATES DISTRICT JUDGE