# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-8909 FMO (PLAx) | Date | August 4, 2023 |
|---|---|---|---|
| Title | Adonis Real, et al. v. Yuga Labs, Inc., et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**     (In Chambers) Order Re: Further Proceedings

Having reviewed and considered the parties' Joint Stipulation Setting a Schedule [] (Dkt. 110, "Stipulation"), IT IS ORDERED THAT:

1. The Stipulation (**Document No. 110**) is **granted** as set forth in this Order.

2. Plaintiffs shall file an amended complaint no later than **August 4, 2023**.

3. Defendants shall file an answer or motion pursuant to Rule 12 of the Federal Rules of Civil Procedure no later than **September 5, 2023**.

4. In the event that defendants decide to file a motion pursuant to Rule 12 of the Federal Rules of Civil Procedure, plaintiffs shall file their opposition to the motion no later than **October 5, 2023**.

5. Defendants shall file their reply papers no later than **October 12, 2023**.

6. Counsel for the parties shall appear for a hearing regarding the motion on **November 2, 2023**, at **10:00 a.m.**

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | | vdr |