| Attorney or Party without Attorney: <br> John Jasnoch, Esq., Bar #281605 <br> Scott+Scott, Attorneys at Law, LLP <br> 600 West Broadway, Suite 3300 <br> San Diego, CA 92101 <br> Telephone No: 619-233-4565   FAX No: 619-233-0508 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff(s) | Ref. No. or File No.: |

Insert name of Court, and Judicial District and Branch Court:
United States District Court - Central District Of California

Plaintiff(s): Adonis Real, et al.
Defendant: Yuga Labs, Inc., et al.

| **AFFIDAVIT OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 22CV08909FMOPLA |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action on First Amended Complaint; First Amended Class Action Complaint; Initial Standing Order; Notice to Parties of Court-Directed ADR Program; Notice to Counsel re Consent to Proceed before a U S Magistrate Judge; Notice of Assignment to U S Judges

3. a. Party served:      Sotheby's Holdings, Inc.
   b. Person served:    Nadia Bellamy, Service of Process Intake Clerk

4. Address where the party was served:   The Corporation Trust Company
                                          1209 Orange Street
                                          Wilmington, DE 19801

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., Aug. 09, 2023 (2) at: 10:53AM

7. **Person Who Served Papers:**
   a. Joseph Leotta, Jr.
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   Fee for Service:
   I Declare under penalty of perjury under the laws of the State of DELAWARE that the foregoing is true and correct.

   8/9/2023                    Joseph Leotta Jr.
   (Date)                      (Signature)

8. STATE OF DELAWARE, COUNTY OF New Castle
   Subscribed and sworn to (or affirmed) before me on this 9th day of August, 2023 by Joseph Leotta, Jr. proved to me on the basis of satisfactory evidence to be the person who appeared before me.

   AFFIDAVIT OF SERVICE                    (Notary Signature)

   [Notary Seal: GEORGE C BARTOLI, MY COMMISSION EXPIRES APRIL 5, 2024, NOTARY PUBLIC, STATE OF DELAWARE]

   jojas.252348