**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHNNY JOHNSON, ET AL.,<br><br>Plaintiff(s)<br>v.<br>YUGA LABS, INC., ET AL.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:22-CV-08909-FMO-PLA<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

<u>Mike Winkelmann</u>    ☐ Plaintiff   ☒ Defendant   ☐ Other
*Name of Party*

to substitute <u>Michael G. Rhodes, Cooley LLP</u> who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

<u>3 Embarcadero Center, 20th Floor</u>
*Street Address*

<u>San Francisco, CA 94111</u>                                          <u>rhodesmg@cooley.com</u>
*City, State, Zip*                                                                    *E-Mail Address*

<u>(415) 693-2000</u>             <u>(415) 693-2222</u>                    <u>116127</u>
*Telephone Number*          *Fax Number*                          *State Bar Number*

as attorney of record instead of   <u>Stephen D. Rothschild (SBN 132514) and Howard E. King (SBN 77012)</u>
                                                    List **all** attorneys from same firm or agency who are withdrawing
of <u>King, Holmes, Paterno & Soriano, LLP</u>

**is hereby**     ☐ **GRANTED**     ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____           _____
                                                                   U. S. District Judge/U.S. Magistrate Judge

G-01 ORDER (09/17)**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**