**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHNNY JOHNSON, ET AL.,<br><br>Plaintiff(s)<br><br>v.<br><br>YUGA LABS, INC., ET AL.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:22-CV-08909-FMO-PLA<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

__Mike Winkelmann__   ☐ Plaintiff   ☒ Defendant   ☐ Other
*Name of Party*

to substitute __Max Sladek de la Cal, Cooley LLP__ who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

__1333 2nd Street, Suite 400__
*Street Address*

__Santa Monica, CA 90401-4100__                                         __msladekdelacal@cooley.com__
*City, State, Zip*                                                                                   *E-Mail Address*

__(310) 883-6527__                    __(310) 883-6500__                    __324961__
*Telephone Number*                    *Fax Number*                    *State Bar Number*

as attorney of record instead of __Stephen D. Rothschild (SBN 132514) and Howard E. King (SBN 77012)__
*List **all** attorneys from same firm or agency who are withdrawing*
of __King, Holmes, Paterno & Soriano, LLP__

**is hereby**      ☐ **GRANTED**      ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____                    _____
                                                                                       U. S. District Judge/U.S. Magistrate Judge