PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone:   (213) 687-5000
Facsimile:    (213) 687-5600

ALEXANDER C. DRYLEWSKI (admitted *pro hac vice*)
alexander.drylewski@skadden.com
SHAUD G. TAVAKOLI (*pro hac vice* application forthcoming)
shaud.tavakoli@skadden.com
KYLE J. SCHWARTZ (admitted *pro hac vice*)
kyle.schwartz@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone:   (212) 735-3000
Facsimile:    (212) 735-2000

*Attorneys for Defendants*
YUGA LABS, INC., WYLIE ARONOW, GREG SOLANO,
KEREM ATALAY, ZESHAN ALI, NICOLE MUNIZ,
JASMIN SHOEMAKER, PATRICK EHRLUND,
CHRISTOPHER LYONS and GUY OSEARY

[Additional counsel listed on signature pages]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| JOHNNY JOHNSON, EZRA BOEKWEG, MARIO PALOMBINI, and ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>YUGA LABS, INC., et al.,<br><br>Defendants. | CASE NO.: 2:22-cv-08909-FMO-PLA<br><br>**JOINT STIPULATION TO MODIFY WORD LIMITS AND BRIEFING SCHEDULE FOR MOTIONS TO DISMISS THE AMENDED COMPLAINT**<br><br>Filed concurrently herewith:<br>Declaration of Peter B. Morrison; and [Proposed] Order<br><br>Judge: Hon. Fernando M. Olguin<br>Complaint Filed: December 8, 2022 |

1   Lead Plaintiffs Johnny Johnson, Ezra Boekweg and Mario Palombini and
2   Named Plaintiff Adam Titcher (collectively, "Plaintiffs"); Defendants Yuga Labs,
3   Inc., Wylie Aronow, Greg Solano, Kerem Atalay, Zeshan Ali, Nicole Muniz, Jasmin
4   Shoemaker, Patrick Ehrlund, Christopher Lyons and Guy Oseary (collectively, the
5   "Yuga Defendants"); Defendants MoonPay USA LLC and Ivan Soto-Wright
6   (collectively, the "MoonPay Defendants"); and Defendants Alexis Ohanian, Amy Wu,
7   Maaria Bajwa, Mike Winkelmann, Madonna Louise Ciccone, Paris Hilton, James
8   Fallon, Electric Hot Dog, Inc., Universal Television, LLC, Justin Bieber, Kevin Hart,
9   Wardell Stephen Curry II, adidas America Inc. and adidas Ventures B.V. (together
10  with the "Yuga Defendants" and the "MoonPay Defendants," the "Stipulating
11  Defendants"), hereby stipulate and agree as follows:

12  **WHEREAS**, (i) the Yuga Defendants request leave to submit an opening
13  motion to dismiss brief covering issues common to most or all of the Stipulating
14  Defendants not to exceed 14,000 words; (ii) the Stipulating Defendants aside from the
15  MoonPay Defendants agree that their opening motion to dismiss briefs will not exceed
16  4,500 words and (iii) the Stipulating Defendants request leave for a modest extension
17  of one (1) week for submissions of opening and reply motion to dismiss briefs, with a
18  corresponding enlargement and extension for Plaintiffs, for the reasons set forth
19  herein;

20  **WHEREAS**, on December 8, 2022, Adonis Real and Adam Titcher filed the
21  initial putative class action complaint in the above-captioned action;

22  **WHEREAS**, on July 24, 2023, Lead Plaintiffs and certain Defendants filed a
23  Joint Stipulation (ECF No. 110) proposing that: (i) Lead Plaintiffs file an amended
24  complaint by August 4, 2023; (ii) Defendants answer, move or otherwise respond to
25  the amended complaint by October 13, 2023; (iii) Plaintiffs oppose any motions by
26  December 12, 2023; and (iv) Defendants file reply papers in further support of any
27  motions by January 26, 2024;

28

JOINT STIPULATION TO MODIFY WORD LIMITS
AND BRIEFING SCHEDULE FOR MOTIONS
TO DISMISS THE AMENDED COMPLAINT                    CASE NO. 2:22-cv-08909-FMO-PLA

1  **WHEREAS**, on August 4, 2023, the Court entered an Order (ECF No. 111)

2  requiring that: (i) Lead Plaintiffs file an amended complaint by August 4, 2023;

3  (ii) Defendants answer, move or otherwise respond to the amended complaint by

4  September 5, 2023; (iii) Plaintiffs oppose any motions by October 5, 2023;

5  (iv) Defendants file reply papers in further support of any motions by October 12,

6  2023; and (v) the parties appear for a hearing on November 2, 2023, at 10:00 am;

7  **WHEREAS**, on August 4, 2023, Plaintiffs filed a First Amended Class Action

8  Complaint (the "Amended Complaint"), which (i) is more than double the length of

9  the Initial Complaint, spanning 218 pages and containing 699 paragraphs, (ii) asserts

10 13 causes of action against 29 defendants, many of whom are represented by different

11 counsel, and (iii) adds a new defendant, Sotheby's Holdings Inc., an entity that has not

12 yet appeared in the action;

13 **WHEREAS**, each of the Stipulating Defendants intends to move to dismiss the

14 Amended Complaint, and pursuant to Rule 11-6.1 of the Local Rules for the Central

15 District of California and this Court's requirements, each defendant may file an

16 opening memorandum of points and authorities of 7,000 words (which would result in

17 a maximum of 203,000 words across the 29 named defendants);

18 **WHEREAS**, the parties believe it would be considerably more efficient for

19 common arguments and issues to be coordinated into joint briefs where possible,

20 which would streamline the motions to dismiss for the Court and result in a

21 substantially lower volume of briefing overall;

22 **WHEREAS**, to that end, the Yuga Defendants intend to file an opening brief

23 addressing numerous arguments for dismissal that will apply to all or most of the

24 Stipulating Defendants;

25 **WHEREAS**, the Yuga Defendants request leave to submit a consolidated

26 opening brief that will not exceed 14,000 words, which the remaining Stipulating

27

28
3
JOINT STIPULATION TO MODIFY WORD LIMITS
AND BRIEFING SCHEDULE FOR MOTIONS
TO DISMISS THE AMENDED COMPLAINT                CASE NO. 2:22-cv-08909-FMO-PLA

Defendants will join while also filing their own streamlined individual or joint briefs addressing only defendant-specific issues;

**WHEREAS**, in light of the omnibus brief the Yuga Defendants intend to file, all Stipulating Defendants other than the MoonPay Defendants will limit their individual or joint opening briefs to 4,500 words each, and the MoonPay Defendants will comply with the 7,000-word limit provided by Local Rule 11-6.1;

**WHEREAS**, the Stipulating Defendants further request that the current briefing schedule be modestly enlarged by one additional week for each deadline to enable the parties to proceed in accordance with the collaborative approach set forth herein, and to enable the parties sufficient time to address the expanded pleading only just filed;

**WHEREAS**, Plaintiffs do not oppose the relief requested herein, provided that they are granted reciprocal relief;

**WHEREAS**, the schedule proposed herein is not intended to delay the proceedings and will not prejudice any party;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs and the Stipulating Defendants, that, subject to the Court's approval:

1.      The Yuga Defendants are permitted to file a consolidated opening brief of up to 14,000 words in support of any motion pursuant to Rule 12 of the Federal Rules of Civil Procedure.  The remaining Stipulating Defendants may join in the Yuga Defendants' brief and/or file their own individual or joint briefs addressing defendant-specific issues, provided that any such brief filed by the MoonPay Defendants is limited to 7,000 words, and any such briefs filed by other Stipulating Defendants are limited to 4,500 words each.

2.      Plaintiffs are granted reciprocal relief, such that: (i) Plaintiffs' response to the Yuga Defendants' opening brief may contain up to 14,000 words; (ii) Plaintiffs'

response to the MoonPay Defendants' opening brief may contain up to 7,000 words; and (iii) Plaintiffs' responses to other Stipulating Defendants' opening briefs may contain up to 4,500 words each.

3.     The deadline for the Stipulating Defendants to answer, move or otherwise respond to the Amended Complaint, including bringing any motions pursuant to Rule 12 of the Federal Rules of Civil Procedure, is September 12, 2023.

4.     The deadline for Plaintiffs to oppose any motions filed pursuant to Rule 12 of the Federal Rules of Civil Procedure is October 19, 2023.

5.     The deadline for the Stipulating Defendants to file reply papers, if any, in further support of any motions filed pursuant to Rule 12 of the Federal Rules of Civil Procedure is November 2, 2023.

6.     The current hearing date set for November 2, 2023, at 10:00 am, is continued to November 30, 2023, at 10:00 am (to account for the Thanksgiving holiday), or a later date set at the convenience of the Court.

7.     Nothing herein shall be deemed to constitute a waiver of any rights, objections or defenses (including, but not limited to, jurisdictional defenses) that any party may have with respect to this action or to the claims asserted in any complaint, and is without prejudice to any other or further application by a party to this Court or any other court.

1  DATED:  August 11, 2023

2                              Respectfully submitted,

3                              **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

4                              By:  */s/ John T. Jasnoch*
                                    John T. Jasnoch

5
                                    600 W. Broadway, Suite 3300
6                                   San Diego, CA 92101
                                    Email: jjasnoch@scott-scott.com
7                                   Telephone: (619) 233-4565
                                    Facsimile: (619) 236-0508
8
                                    *Attorneys for Lead Plaintiffs Johnny Johnson,*
9                                   *Ezra Boekweg and Mario Palombini*

10

11                             **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

12                             By:  */s/ Peter B. Morrison*
                                    Peter B. Morrison
13
                                    300 South Grand Avenue, Suite 3400
14                                  Los Angeles, California 90071
                                    Email: peter.morrison@skadden.com
15                                  Telephone: (213) 687-5000
                                    Facsimile: (213) 687-5600
16
                                    *Attorneys for Defendants Yuga Labs, Inc.,*
17                                  *Wylie Aronow, Greg Solano, Kerem Atalay,*
                                    *Zeshan Ali, Nicole Muniz, Jasmin Shoemaker,*
18                                  *Patrick Ehrlund, Christopher Lyons and Guy Oseary*

19                                  I, Peter B. Morrison, attest that all other signatories
                                    herein, and on whose behalf this filing is also
20                                  submitted, concur in the filing's content and have
                                    authorized the filing.

21

22

23

24

25

26

27

28
                              6

**FENWICK & WEST LLP**

By:  */s/ Jennifer C. Bretan*
      Jennifer C. Bretan (CSB No. 233475)

555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281-1350
jbretan@fenwick.com

*Attorneys for Defendants Amy Wu, Maaria Bajwa,
and Alexis Ohanian*

**COOLEY LLP**

By:  */s/ Michael G. Rhodes*
      Michael G. Rhodes (116127)

3 Embarcadero Center, 20th Fl.
San Francisco, CA 94111
Tel.: 415-693-2000
Fax: 415-693-2222
rhodesmg@cooley.com

*Attorneys for Defendants Mike Winkelmann,
Justin Bieber and Madonna Louise Ciccone*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By:  */s/ Shon Morgan*
      Shon Morgan

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
shonmorgan@quinnemanuel.com
Tel. 213-443-3000

Kevin P.B. Johnson
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
kevinjohnson@quinnemanuel.com
Tel. 650-801-5000

*Attorneys for Defendant Paris Hilton*

7

1

**DAVIS POLK & WARDWELL LLP**

2

By: */s/ Neal A. Potischman*
    Neal A. Potischman

3

4

1600 El Camino Real
Menlo Park, California 94025
Email: neal.potischman@davispolk.com
Telephone: (650) 725-2021
Facsimile: (650) 752-3621

5

6

7

450 Lexington Avenue
New York, New York 10017
Email: dana.seshens@davispolk.com
     (pro hac vice forthcoming)
     daniel.schwartz@davispolk.com
     (pro hac vice forthcoming)
Telephone: (212) 450-4855
Facsimile: (212) 701-5855

8

9

10

11

*Attorneys for Defendants Universal Television, LLC, James Fallon, and Electric Hot Dog, Inc.*

12

13

**VENABLE LLP**

14

By: */s/ Laura A. Wytsma*
    William J. Briggs, II (SBN 144717)
    Laura A. Wytsma (SBN 189527)

15

16

2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone:  310.229.9900
Facsimile:  310.229.9901
WJBriggs@Venable.com
LAWytsma@Venable.com

17

18

19

20

*Attorneys for Defendant Kevin Hart*

21

22

23

24

25

26

27

28

JOINT STIPULATION TO MODIFY WORD LIMITS
AND BRIEFING SCHEDULE FOR MOTIONS
TO DISMISS THE AMENDED COMPLAINT       CASE NO. 2:22-cv-08909-FMO-PLA

1

2

**McDERMOTT WILL & EMERY LLP**

3
By: /s/ Jason D. Strabo
Jason D. Strabo (SBN 246426)

4
Jstrabo@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, CA 90067

5
Tel.: (310) 277-4110

6
*Attorneys for Defendant Stephen Curry*

7

8

9
**PERKINS COIE LLP**

By: /s/ Renée E. Rothauge

10
Renée E. Rothauge

11
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128

12
Tel: 503.727.2228
Fax: 503.727.2222

13
RRothauge@perkinscoie.com

14
*Attorneys for Defendants adidas America Inc.
and adidas Ventures B.V*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO MODIFY WORD LIMITS
AND BRIEFING SCHEDULE FOR MOTIONS
TO DISMISS THE AMENDED COMPLAINT                    CASE NO. 2:22-cv-08909-FMO-PLA

**LATHAM & WATKINS LLP**

By: */s/ Colleen C. Smith*
　　　Colleen C. Smith

　　　Colleen.Smith@lw.com
　　　12670 High Bluff Drive
　　　San Diego, CA 92130-3086
　　　Telephone: +1.858.523.5400

　　　Perry J. Viscounty
　　　Perry.Viscounty@lw.com
　　　650 Town Center Drive, 20th Floor
　　　Costa Mesa, CA 92626-1925
　　　Telephone: + 1.714.540.1235

　　　Douglas K. Yatter
　　　Douglas.Yatter@lw.com
　　　1271 Avenue of the Americas
　　　New York, NY 10020
　　　Telephone: +1.212.906.1200

　　　*Attorneys for Defendants MoonPay USA LLC*
　　　*and Ivan Soto-Wright*

10

JOINT STIPULATION TO MODIFY WORD LIMITS
AND BRIEFING SCHEDULE FOR MOTIONS
TO DISMISS THE AMENDED COMPLAINT                    CASE NO. 2:22-cv-08909-FMO-PLA