PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone:   (213) 687-5000
Facsimile:    (213) 687-5600

ALEXANDER C. DRYLEWSKI (admitted *pro hac vice*)
alexander.drylewski@skadden.com
SHAUD G. TAVAKOLI (*pro hac vice* application forthcoming)
shaud.tavakoli@skadden.com
KYLE J. SCHWARTZ (admitted *pro hac vice*)
kyle.schwartz@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone:   (212) 735-3000
Facsimile:    (212) 735-2000

*Attorneys for Defendants*
YUGA LABS, INC., WYLIE ARONOW, GREG SOLANO,
KEREM ATALAY, ZESHAN ALI, NICOLE MUNIZ,
JASMIN SHOEMAKER, PATRICK EHRLUND,
CHRISTOPHER LYONS and GUY OSEARY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| JOHNNY JOHNSON, EZRA BOEKWEG, MARIO PALOMBINI, and ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>YUGA LABS, INC., et al.,<br><br>Defendants. | CASE NO.: 2:22-cv-08909-FMO-PLA<br><br>**DECLARATION OF PETER B. MORRISON IN SUPPORT OF JOINT STIPULATION MODIFYING WORD LIMITS AND BRIEFING SCHEDULE FOR MOTIONS TO DISMISS THE AMENDED COMPLAINT**<br><br>Judge: Hon. Fernando M. Olguin<br>Complaint Filed: December 8, 2022 |

## DECLARATION OF PETER B. MORRISON

I, Peter B. Morrison, declare and state as follows:

1. I am an attorney admitted to practice before the courts of the State of California and have been admitted to this Court. I am a partner in the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, which is counsel of record for Defendants Yuga Labs, Inc., Wylie Aronow, Greg Solano, Kerem Atalay, Zeshan Ali, Nicole Muniz, Jasmin Shoemaker, Patrick Ehrlund, Christopher Lyons and Guy Oseary in the above-captioned matter. I submit this declaration in support of the Joint Stipulation Modifying Word Limits and Briefing Schedule for Motions to Dismiss the Amended Complaint (the "Stipulation"). I make this declaration based on my own personal knowledge, and if called upon to do so, could and would testify competently thereto.[1]

2. On December 8, 2022, Adonis Real and Adam Titcher filed the initial putative class action complaint in the above-captioned action.

3. On July 24, 2023, Lead Plaintiffs and certain Defendants filed a Joint Stipulation (ECF No. 110) proposing that: (i) Lead Plaintiffs file an amended complaint by August 4, 2023; (ii) Defendants answer, move or otherwise respond to the amended complaint by October 13, 2023; (iii) Plaintiffs oppose any motions by December 12, 2023; and (iv) Defendants file reply papers in further support of any motions by January 26, 2024.

4. On August 4, 2023, the Court entered an Order (ECF No. 111) requiring that: (i) Lead Plaintiffs file an amended complaint by August 4, 2023; (ii) Defendants answer, move or otherwise respond to the amended complaint by September 5, 2023; (iii) Plaintiffs oppose any motions by October 5, 2023; (iv) Defendants file reply

---

[1] Capitalized terms used but not defined herein have the meanings assigned to them in the Stipulation.

2

DECLARATION OF PETER B. MORRISON
IN SUPPORT OF JOINT STIPULATION
MODIFYING WORD LIMITS AND BRIEFING
SCHEDULE FOR MOTIONS TO DISMISS
THE AMENDED COMPLAINT

CASE NO.: 2:22-cv-08909-FMO-PLA

papers in further support of any motions by October 12, 2023; and (v) the parties appear for a hearing on November 2, 2023, at 10:00 am.

5. On August 4, 2023, Plaintiffs filed a First Amended Class Action Complaint (the "Amended Complaint"), which (i) is more than double the length of the Initial Complaint, spanning 218 pages and containing 699 paragraphs, (ii) asserts 13 causes of action against 29 defendants, many of whom are represented by different counsel, and (iii) adds a new defendant, Sotheby's Holdings Inc., an entity that has not yet appeared in the action.

6. Each of the Stipulating Defendants intends to move to dismiss the Amended Complaint, and pursuant to Rule 11-6.1 of the Local Rules for the Central District of California and this Court's requirements, each defendant may file an opening memorandum of points and authorities of 7,000 words (which would result in a maximum of 203,000 words across the 29 named defendants).

7. The parties believe it would be considerably more efficient for common arguments and issues to be coordinated into joint briefs where possible, which would streamline the motions to dismiss for the Court and result in a substantially lower volume of briefing overall.

8. To that end, the Yuga Defendants intend to file an opening brief addressing numerous arguments for dismissal that will apply to all or most of the Stipulating Defendants.

9. The Yuga Defendants request leave to submit a consolidated opening brief that will not exceed 14,000 words, which the remaining Stipulating Defendants will join while also filing their own streamlined individual or joint briefs addressing only defendant-specific issues.

10. In light of the omnibus brief the Yuga Defendants intend to file, all Stipulating Defendants other than the MoonPay Defendants will limit their individual

3

DECLARATION OF PETER B. MORRISON
IN SUPPORT OF JOINT STIPULATION
MODIFYING WORD LIMITS AND BRIEFING               CASE NO.: 2:22-cv-08909-FMO-PLA
SCHEDULE FOR MOTIONS TO DISMISS
THE AMENDED COMPLAINT

or joint opening briefs to 4,500 words each, and the MoonPay Defendants will comply with the 7,000-word limit provided by Local Rule 11-6.1.

11. The Stipulating Defendants further request that the current briefing schedule be modestly enlarged by one additional week for each deadline to enable the parties to proceed in accordance with the collaborative approach set forth herein, and to enable the parties sufficient time to address the expanded pleading only just filed.

12. Plaintiffs do not oppose the relief requested herein, provided that they are granted reciprocal relief.

13. The parties further agree and represent that the schedule requested in the Stipulation is not intended to delay the proceedings and will not prejudice any party.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on August 11, 2023, in Los Angeles, California.

                                                  */s/ Peter B. Morrison*
                                                  PETER B. MORRISON

4

DECLARATION OF PETER B. MORRISON
IN SUPPORT OF JOINT STIPULATION
MODIFYING WORD LIMITS AND BRIEFING
SCHEDULE FOR MOTIONS TO DISMISS
THE AMENDED COMPLAINT

CASE NO.: 2:22-cv-08909-FMO-PLA