1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOHNNY JOHNSON, EZRA BOEKWEG, MARIO PALOMBINI, and ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>YUGA LABS, INC., et al.,<br><br>Defendants. | CASE NO.: 2:22-cv-08909-FMO-PLA<br><br>**[PROPOSED] ORDER MODIFYING WORD LIMITS AND BRIEFING SCHEDULE FOR MOTIONS TO DISMISS THE AMENDED COMPLAINT**<br><br>Judge: Hon. Fernando M. Olguin<br>Complaint Filed: December 8, 2022 |

This matter comes before the Court on the Joint Stipulation Modifying Word Limits and Briefing Schedule for Motions to Dismiss the Amended Complaint (the "Stipulation") between Lead Plaintiffs Johnny Johnson, Ezra Boekweg and Mario Palombini and Named Plaintiff Adam Titcher (collectively, "Plaintiffs"); Defendants Yuga Labs, Inc., Wylie Aronow, Greg Solano, Kerem Atalay, Zeshan Ali, Nicole Muniz, Jasmin Shoemaker, Patrick Ehrlund, Christopher Lyons and Guy Oseary (collectively, the "Yuga Defendants"); Defendants MoonPay USA LLC and Ivan Soto-Wright (collectively, the "MoonPay Defendants"); and Defendants Alexis Ohanian, Amy Wu, Maaria Bajwa, Mike Winkelmann, Madonna Louise Ciccone, Paris Hilton, James Fallon, Electric Hot Dog, Inc., Universal Television, LLC, Justin Bieber, Kevin Hart, Wardell Stephen Curry II, adidas America Inc. and adidas Ventures B.V. (together with the "Yuga Defendants" and the "MoonPay Defendants," the "Stipulating Defendants"). Having considered the Stipulation, and good cause appearing therefor:

The Court GRANTS the Stipulation and ORDERS the following:

1.  The Yuga Defendants are permitted to file a consolidated opening brief of up to 14,000 words in support of any motion pursuant to Rule 12 of the Federal Rules of Civil Procedure. The remaining Stipulating Defendants may join in the Yuga Defendants' brief and/or file their own individual or joint briefs addressing defendant-specific issues, provided that any such brief filed by the MoonPay Defendants is limited to 7,000 words, and any such briefs filed by other Stipulating Defendants are limited to 4,500 words each.

2.  Plaintiffs are granted reciprocal relief, such that: (i) Plaintiffs' response to the Yuga Defendants' opening brief may contain up to 14,000 words; (ii) Plaintiffs' response to the MoonPay Defendants' opening brief may contain up to 7,000 words; and (iii) Plaintiffs' responses to other Stipulating Defendants' opening briefs may contain up to 4,500 words each.

3.   The deadline for the Stipulating Defendants to answer, move or otherwise respond to the Amended Complaint, including bringing any motions pursuant to Rule 12 of the Federal Rules of Civil Procedure, is September 12, 2023.

4.   The deadline for Plaintiffs to oppose any motions filed pursuant to Rule 12 of the Federal Rules of Civil Procedure is October 19, 2023.

5.   The deadline for the Stipulating Defendants to file reply papers, if any, in further support of any motions filed pursuant to Rule 12 of the Federal Rules of Civil Procedure is November 2, 2023.

6.   The current hearing date set for November 2, 2023, at 10:00 am, is continued to November 30, 2023, at 10:00 am (to account for the Thanksgiving holiday), or a later date set at the convenience of the Court.

7.   Nothing herein shall be deemed to constitute a waiver of any rights, objections or defenses (including, but not limited to, jurisdictional defenses) that any party may have with respect to this action or to the claims asserted in any complaint, and is without prejudice to any other or further application by a party to this Court or any other court.

DATED:

_____
HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE