**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHNNY JOHNSON, ET AL., <br> Plaintiff(s) <br> v. <br> YUGA LABS, INC., ET AL. <br> Defendant(s). | CASE NUMBER: <br><br> 2:22-CV-08909-FMO-PLA <br><br> **ORDER ON REQUEST [120] FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

__Mike Winkelmann__     ☐ Plaintiff   ☒ Defendant   ☐ Other
*Name of Party*

to substitute __Michael G. Rhodes, Cooley LLP__ who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

__3 Embarcadero Center, 20th Floor__
*Street Address*

__San Francisco, CA 94111__                    __rhodesmg@cooley.com__
*City, State, Zip*                                    *E-Mail Address*

__(415) 693-2000__        __(415) 693-2222__         __116127__
*Telephone Number*        *Fax Number*              *State Bar Number*

as attorney of record instead of __Stephen D. Rothschild (SBN 132514) and Howard E. King (SBN 77012)__
*List **all** attorneys from same firm or agency who are withdrawing*
of __King, Holmes, Paterno & Soriano, LLP__

**is hereby**     ☒ **GRANTED**     ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated __August 14, 2023__           /s/ Fernando M. Olguin
                                     U. S. District Judge

G-01 ORDER (09/17) **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**