# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY JOHNSON, ET AL.,<br><br>Plaintiff(s)<br><br>v.<br><br>YUGA LABS, INC., ET AL.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:22-CV-08909-FMO-PLA<br><br>**ORDER ON REQUEST [121] FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

Mike Winkelmann ☐ Plaintiff ☒ Defendant ☐ Other _____
*Name of Party*

to substitute Max Sladek de la Cal, Cooley LLP who is

☒ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

1333 2nd Street, Suite 400
*Street Address*

Santa Monica, CA 90401-4100                   msladekdelacal@cooley.com
*City, State, Zip*                                         *E-Mail Address*

(310) 883-6527              (310) 883-6500              324961
*Telephone Number*         *Fax Number*              *State Bar Number*

as attorney of record instead of     Stephen D. Rothschild (SBN 132514) and Howard E. King (SBN 77012)
*List **all** attorneys from same firm or agency who are withdrawing*

of King, Holmes, Paterno & Soriano, LLP

**is hereby** ☒ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated     August 15, 2023              /s/  Fernando M. Olguin
                                        U. S. District Judge