Melissa L. Lawton (CSB No. 225452)
mlawton@fenwick.com
Fenwick & West LLP
228 Santa Monica Blvd., Santa Monica, CA 90401

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ADONIS REAL, et al., | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:22-cv-08909-FMO-PLA |
| v. | |
| YUGA LABS, INC., | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Matsumura, Rebecca T.
*Applicant's Name (Last Name, First Name & Middle Initial*

206-389-4510
*Telephone Number*    *Fax Number*

rmatsumura@fenwick.com
*E-Mail Address*

of

FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA 98101

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Amy Wu, Maaria Bajwa, Alexis Ohanian

*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Lawson, Melissa L.
*Designee's Name (Last Name, First Name & Middle Initial*

225452          310-554-5400
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

mlawton@fenwick.com
*E-Mail Address*

of

FENWICK & WEST LLP
228 Santa Monica Blvd.,
Santa Monica, CA 90401

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:  ☐ for failure to pay the required fee.
          ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
          ☐ for failure to complete Application:
          ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
          ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
          ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:** August 15, 2023

/s/ Fernando M. Olguin
**U.S. District Judge**