| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| John Jasnoch, Esq., Bar #281605<br>Scott+Scott, Attorneys at Law, LLP<br>600 West Broadway, Suite 3300<br>San Diego, CA 92101<br>Telephone No: 619-233-4565   FAX No: 619-233-0508 | | | | |
| | | | Ref. No. or File No.: | |
| Attorney for: Plaintiff(s) | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Central District Of California | | | | |
| Plaintiff(s): Adonis Real, et al. | | | | |
| Defendant: Yuga Labs, Inc., et al. | | | | |
| **AFFIDAVIT OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>22CV08909FMOPLA |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action on First Amended Complaint; First Amended Class Action Complaint; Initial Standing Order; Notice to Parties of Court-Directed ADR Program; Notice to Counsel re Consent to Proceed before a U S Magistrate Judge; Notice of Assignment to U S Judges

3. a. Party served:   Sotheby's Holdings, Inc.
   b. Person served:   Aimee Scillieri, Associate General Counsel, Caucasian, Female, 30-40 Years Old, Light Brown Hair, 5 Feet 5 Inches, 100-130 Pounds

4. Address where the party was served:   1334 York avenue
   New York, NY 10021

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., Aug. 23, 2023 (2) at: 10:48AM

7. Person Who Served Papers:
   a. Bobby Ali
   b. Class Action Research & Litigation
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

Fee for Service:
I Declare under penalty of perjury under the laws of the State of NEW YORK that the foregoing is true and correct.

8/24/23   (Signature)

8. STATE OF NEW YORK, COUNTY OF New York
   Subscribed and sworn to (or affirmed) before me on this 24th day of August, 2023 by Bobby Ali proved to me on the basis of satisfactory evidence to be the person who appeared before me.

STEVEN MITCHELL
Notary Public, State of New York
Reg. No.01-MI-6326046
Qualified in New York County
Commission Expires June 8, 20 27

AFFIDAVIT OF SERVICE   (Notary Signature)   jojas.252752