Name and address:

Jason Strabo (SBN 246426)
McDermott Will & Emery LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
Tel.: (310) 277-4110

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adonis Real and Adam Titcher, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff(s),<br><br>v.<br><br>Yuga Labs, Inc. et al.,<br><br>Defendant(s), | CASE NUMBER<br><br>2:22-cv-08909-FMO(PLAx)<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE<br>*PRO HAC VICE* |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III.  **ELECTRONIC SIGNATURES ARE NOT ACCEPTED**.  Space to supplement responses is provided in Section IV.  The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application.  Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $500 fee.**  *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status.  See L.R. 83-2.1.4.)  A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address.  L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Hogarth, Sarah P.
*Applicant's Name (Last Name, First Name & Middle Initial)*    check here if federal government attorney ☐

McDermott Will & Emery LLP
*Firm/Agency Name*

500 North Capitol Street NW                    (202) 756-8534
                                                *Telephone Number*              *Fax Number*
*Street Address*

Washington, DC 20001                                    shogarth@mwe.com
*City, State, Zip Code*                                    *E-mail Address*

**I have been retained to represent the following parties:**

Wardell Stephen Curry II        ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____
                                ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership.  Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| Supreme Court of Indiana | 11/5/2015 | Yes |
| Supreme Court of the United States | 10/7/2019 | Yes |
| Court of Appeals of District of Columbia | 8/8/2016 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied |
|---|---|---|---|
| 2:22-cv-06727 | Airboss Defense Group, LLC v. Smart Glove Holding | 9/26/2022 | Granted |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated August 21, 2023

Sarah P. Hogarth
*Applicant's Name (please type or print)*

*Applicant's Signature*

**SECTION III - DESIGNATION OF LOCAL COUNSEL**

Strabo, Jason D.
*Designee's Name (Last Name, First Name & Middle Initial)*

McDermott Will & Emery
*Firm/Agency Name*

2049 Century Park East
Suite 3200
*Street Address*

Los Angles, CA 90067
*City, State, Zip Code*

(310) 277-4110
*Telephone Number*     *Fax Number*

jstrabo@mwe.com
*Email Address*

246426
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated August 25, 2023

Jason Strabo
*Designee's Name (please type or print)*

*[signature]*
*Designee's Signature*

**SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)**

| Name of Court | Date of Admission | Active Member in Good Standing? |
|---|---|---|
| Court of Appeals of Maryland | November 5, 2021 | Yes |
| U.S. Courts of Appeals, First Circuit | June 3, 2019 | Yes |
| U.S. Courts of Appeals, Second Circuit | June 20, 2018 | Yes |
| U.S. Courts of Appeals, Third Circuit | April 17, 2017 | Yes |
| U.S. Courts of Appeals, Fourth Circuit | August 3, 2020 | Yes |
| U.S. Courts of Appeals, Fifth Circuit | May 5, 2021 | Yes |
| U.S. Courts of Appeals, Seventh Circuit | December 1, 2015 | Yes |
| U.S. Courts of Appeals, Eighth Circuit | June 26, 2018 | Yes |
| U.S. Courts of Appeals, Ninth Circuit | May 6, 2019 | Yes |
| U.S. Courts of Appeals, Tenth Circuit | August 23, 2018 | Yes |
| U.S. Courts of Appeals, DC Circuit | June 29, 2018 | Yes |
| U.S. Courts of Appeals, Federal Circuit | June 26, 2018 | Yes |
| U.S. District Court, Northern District of Indiana | November 23, 2015 | Yes |
| U.S. District Court, Southern District of Indiana | December 4, 2015 | Yes |
| U.S. District Court, District of Maryland | June 17, 2022 | Yes |
| U.S. District Court, District of Columbia | November 7, 2016 | Yes |
| Court of Appeals for Veterans Claims | August 23, 2018 | Yes |
| Board of Immigration Appeals and Immigration Court | March 29, 2022 | Yes |



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Sarah Patricia Hogarth

was duly qualified and admitted on August 8, 2016 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 21, 2023.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*

# SUPREME COURT OF
# THE STATE OF INDIANA



## *Certification*

**STATE OF INDIANA:**

I, Bradley W. Skolnik, Executive Director of the Office of Admissions and Continuing Legal Education, do hereby certify that

### SARAH PATRICIA HOGARTH

is a member of the bar of the Supreme Court of Indiana since admission on __November 5, 2015__, and is in good standing therein.

Given under my hand and the seal of said Court at Indianapolis, Indiana, this 21st day of August, 2023.



Bradley W. Skolnik
Executive Director
Office of Admissions and Continuing Education
Indiana Supreme Court

# Supreme Court of Maryland

### Annapolis, MD



## *CERTIFICATE OF GOOD STANDING*

STATE OF MARYLAND, ss:

I, Gregory Hilton, Clerk of the Supreme Court of Maryland, do hereby certify that on the fifth day of November, 2021,

### *Sarah Patricia Hogarth*

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court. This certificate of good standing is valid through the twentieth day of October, 2023.



**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Supreme Court of Maryland, this twenty-first day of August, 2023.

*Gregory Hilton*

Clerk of the Supreme Court of Maryland