| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Tala T. Jayadevan (SBN 288121) <br> tjayadevan@mwe.com <br> MCDERMOTT WILL & EMERY LLP <br> 2049 Century Park East, Suite 3200 <br> Los Angeles, CA 90067-3206 <br> Telephone: (310) 284-6148 <br> Fax: (310) 277-4730 | |
| ATTORNEY(S) FOR: Defendant, Sotheby's Holdings Inc. | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| JOHNNY JOHNSON, et al., | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:22-cv-08909-FMO-PLA |
| v. | |
| YUGA LABS, INC., et al., | CERTIFICATION AND NOTICE OF INTERESTED PARTIES <br> (Local Rule 7.1-1) |
| Defendant(s) | |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Sotheby's Holdings Inc._____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| None | |

| August 25, 2023 | /s/ Tala T. Jayadevan |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Defendant, Sotheby's Holdings Inc.