1  TALA JAYADEVAN (SBN 288121)
   tjayadevan@mwe.com
2  MCDERMOTT WILL & EMERY LLP
   2049 Century Park East, Suite 3200
3  Los Angeles, CA 90067-3206
4  Telephone: (310) 284-6148

5  JOSEPH B. EVANS (*pro hac vice* application forthcoming)
   jbevans@mwe.com
6  TODD HARRISON (*pro hac vice* application forthcoming)
   tdharrison@mwe.com
7  MCDERMOTT WILL & EMERY LLP
   One Vanderbilt Ave
8  New York, NY 10017
   Telephone: (212) 547-5767
9

10 Attorneys for Defendant
   SOTHEBY'S HOLDINGS INC.
11
   [*Additional counsel on signature pages*]
12

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| JOHNNY JOHNSON, EZRA BOEKWEG, MARIO PALOMBINI, and ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated,<br><br>             Plaintiffs,<br><br>     v.<br><br>YUGA LABS, INC., et al.,<br><br>             Defendants. | Case No. 2:22-cv-08909-FMO-PLA<br><br>**JOINT STIPULATION TO MODIFY WORD LIMITS AND BRIEFING SCHEDULE FOR MOTIONS TO DISMISS THE AMENDED COMPLAINT AND [PROPOSED] ORDER**<br><br>Judge: Hon. Fernando M. Olguin<br>Complaint Filed: December 8, 2022 |

Lead Plaintiffs Johnny Johnson, Ezra Boekweg and Mario Palombini and Named Plaintiff Adam Titcher (collectively, "Plaintiffs") and Defendant Sotheby's Holdings Inc. ("Sotheby's"), hereby stipulate and agree as follows:

**WHEREAS,** on August 14, 2023, the Court entered an Order (ECF No. 125) providing a schedule for Rule 12 motions to be filed by the Yuga Defendants, the Moonpay Defendants, and the other Stipulating Defendants (as defined in ECF No. 125) in this case by September 12, 2023;

**WHEREAS**, pursuant to Rule 11-6.1 of the Local Rules for the Central District of California and this Court's requirements, Sotheby's may file an opening memorandum of points and authorities of 7,000 words;

**WHEREAS,** the deadline for Sotheby's to answer, move or otherwise respond to the Amended Complaint, including bringing any motions pursuant to Rule 12 of the Federal Rules of Civil Procedure, is September 8, 2023;

**WHEREAS**, the remainder of the briefing schedule will be consistent with the Order entered on August 14, 2023 (ECF No. 125).

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs and Sotheby's, that, subject to the Court's approval:

1. Sotheby's must answer, move, or otherwise respond to the Amended Complaint, including bringing any motions pursuant to Rule 12 of the Federal Rules of Civil Procedure by September 12, 2023.

2. In support of its forthcoming Rule 12 motion, Sotheby's is permitted to file an opening memorandum of points and authorities of 7,000 words in accordance with Rule 11-6.1 of the Local Rules for the Central District of California and this Court's requirements, and may additionally join or adopt portions of the brief to be filed by the Yuga Defendants pursuant to ECF 125.

- 1 -

JOINT STIPULATION TO MODIFY WORD LIMITS
AND BRIEFING SCHEDULE FOR MOTIONS
TO DISMISS THE AMENDED COMPLAINT                    CASE NO. 2:22-CV-08909-FMO-PLA

3.  The remainder of the briefing schedule will be consistent with the Order entered on August 14, 2023 (ECF No. 125).

4.  Nothing herein shall be deemed to constitute a waiver of any rights, objections or defenses (including, but not limited to, jurisdictional defenses) that any party may have with respect to this action or to the claims asserted in any complaint, and is without prejudice to any other or further application by a party to this Court or any other court.

DATED: August 25, 2023

                              Respectfully submitted,

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

By: */s/ John T. Jasnoch*
John T. Jasnoch

600 W. Broadway, Suite 3300
San Diego, CA 92101
Email: jjasnoch@scott-scott.com
Telephone: (619) 233-4565
Facsimile: (619) 236-0508

*Attorneys for Lead Plaintiffs Johnny Johnson, Ezra Boekweg and Mario Palombini*

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 25, 2023 | **MCDERMOTT WILL & EMERY LLP** |
| 3 | | By: */s/ Tala Jayadevan* |
| | | Tala Jayadevan (SBN 288121) |
| 4 | | 2049 Century Park East, Suite 3200 |
| | | Los Angeles, CA 90067-3206 |
| 5 | | Telephone: (310) 284-6148 |

Joseph B. Evans (*pro hac vice* application forthcoming)
jbevans@mwe.com
Todd Harrison (*pro hac vice* application forthcoming)
tdharrison@mwe.com
One Vanderbilt Ave
New York, NY 10017
Telephone: (212) 547-5767

Paul Hughes (*pro hac vice* application forthcoming)
phughes@mwe.com
Andrew Lyonsberg (*pro hac vice* application forthcoming)
alyonsberg@mwe.com
500 North Capitol Street, NW
Washington, DC 20001-1531

*Attorneys for Defendant Sotheby's Holdings Inc.*

I, Tala Jayadevan, attest that all other signatories listed, and on whose behalf this filing is also submitted, concur in the filing's content and have authorized the filing.