**DENIED**
BY ORDER OF THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JOHNNY JOHNSON, EZRA BOEKWEG, MARIO PALOMBINI, and ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>YUGA LABS, INC., et al.,<br><br>Defendants. | Case No. 2:22-cv-08909-FMO-PLA<br><br>[PROPOSED] ORDER MODIFYING WORD LIMITS AND BRIEFING SCHEDULE FOR MOTIONS TO DISMISS THE AMENDED COMPLAINT<br><br>Judge: Hon. Fernando M. Olguin<br>Complaint Filed: December 8, 2022 |

This matter comes before the Court on the Joint Stipulation Modifying Word Limits and Briefing Schedule for Motions to Dismiss the Amended Complaint (the "Stipulation") between Lead Plaintiffs Johnny Johnson, Ezra Boekweg and Mario Palombini and Named Plaintiff Adam Titcher (collectively, "Plaintiffs") and Sotheby's Holdings, Inc. ("Sotheby's"). Having considered the Stipulation, and good cause appearing therefor:

The Court GRANTS the Stipulation and ORDERS the following:

1. Sotheby's must answer, move, or otherwise respond to the Amended Complaint, including bringing any motions pursuant to Rule 12 of the Federal Rules of Civil Procedure by September 12, 2023.

2. Sotheby's is permitted to file an opening memorandum of points and authorities of 7,000 words in accordance with Rule 11-6.1 of the Local Rules for the Central District of California and this Court's requirements, and may additionally join or adopt portions of the brief to be filed by the Yuga Defendants.

3. The remainder of the briefing schedule will be consistent with the Order entered on August 14, 2023 (ECF No. 125).

4. Nothing herein shall be deemed to constitute a waiver of any rights, objections or defenses (including, but not limited to, jurisdictional defenses) that any party may have with respect to this action or to the claims asserted in any complaint, and is without prejudice to any other or further application by a party to this Court or any other court.

**IT IS SO ORDERED.**

Dated: __August 29, 2023__

DENIED /s/
_____
HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE