Jason Strabo (SBN 246426)
McDermott Will & Emery LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
Tel.: (310) 277-4110

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Johnny Johnson, et al.<br><br>Plaintiff(s)<br>v.<br>Yuga Labs, Inc., et al.<br><br>Defendant(s). | CASE NUMBER<br><br>2:22-cv-08909-FMO-PLA<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Bull, Nathan  of  McDermott Will & Emery LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    333 SE 2nd Avenue, Suite 4500,
305 358 3500                         Miami, FL 33131-2184
*Telephone Number    Fax Number*
nbull@mwe.com
*E-Mail Address*                     *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Defendant Wardell Stephen Curry, II

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*   Wardell Stephen Curry, II

**and designating as Local Counsel**

Strabo, Jason D.   of   McDermott Will and Emery LLP
*Designee's Name (Last Name, First Name & Middle Initial)*   2049 Century Park East Suite 3200
246426       310-277-4110              Los Angeles, CA 90067-3218
*Designee's Cal. Bar No.   Telephone Number   Fax Number*
jstrabo@mwe.com
*E-Mail Address*                     *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED
☐ DENIED:  ☐ for failure to pay the required fee.
           ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           ☐ for failure to complete Application: _____
           ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
           ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
           ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** Click here to enter a date.

                                                      **U.S. District Judge/U.S. Magistrate Judge**