Name and address:
Tala T. Jayadevan (SBN 288121)
tjayadevan@mwe.com
MCDERMOTT WILL & EMERY LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY JOHNSON, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>YUGA LABS, INC., et al.,<br><br>Defendant(s), | CASE NUMBER<br><br>2:22-cv-08909-FMO-PLA<br><br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE<br>*PRO HAC VICE* |

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $500 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

**SECTION I - INFORMATION**

Hughes, Paul W.
*Applicant's Name (Last Name, First Name & Middle Initial)*                    check here if federal government attorney ☐

McDermott Will & Emery LLP
*Firm/Agency Name*

The McDermott Building                    (202) 756-8000                    (202) 756-8087
500 North Capitol Street, NW              *Telephone Number*                *Fax Number*
*Street Address*

Washington, DC 20001-1531                                                   phughes@mwe.com
*City, State, Zip Code*                                                     *E-mail Address*

**I have been retained to represent the following parties:**

Sotheby's Holdings Inc.                   ☐ Plaintiff(s)   ☒ Defendant(s)   ☐ Other: _____
_____                   ☐ Plaintiff(s)   ☐ Defendant(s)   ☐ Other: _____
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| District of Columbia State Court | 11/04/2010 | Active |
| New York State Court | 06/23/2009 | Active |
| District Court of the District of Columbia | 05/02/2011 | Active |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated September 1, 2023

Paul W. Hughes
Applicant's Name (please type or print)

*[signature]*
Applicant's Signature

SECTION III - DESIGNATION OF LOCAL COUNSEL

Jayadevan, Tala T.
*Designee's Name (Last Name, First Name & Middle Initial)*

McDermott Will & Emery LLP
*Firm/Agency Name*

2049 Century Park East
Suite 3200
*Street Address*

Los Angeles, CA 90067-3206
*City, State, Zip Code*

(310) 284-6148
*Telephone Number*

tjayadevan@mwe.com
*Email Address*

288121
*Designee's California State Bar Number*

(310) 277-4730
*Fax Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated  September 5, 2023

Tala T. Jayadevan
*Designee's Name (please type or print)*

*/s/ Tala Jayadevan*
*Designee's Signature*

SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

| Name of Court | Date of Admission | Active Member in Good Standing? |
|---|---|---|
| District of Maryland | 05/28/2009 | Active |
| Eastern District of New York | 05/07/2021 | Active |
| Southern District of New York | 07/01/2021 | Active |
| U.S. Court of Appeals for the First Circuit | 06/02/2011 | Active |
| U.S. Court of Appeals for the Second Circuit | 07/12/2011 | Active |
| U.S. Court of Appeals for the Third Circuit | 10/11/2011 | Active |
| U.S. Court of Appeals for the Fourth Circuit | 06/25/2009 | Active |
| U.S. Court of Appeals for the Fifth Circuit | 09/24/2014 | Active |
| U.S. Court of Appeals for the Sixth Circuit | 09/04/2012 | Active |
| U.S. Court of Appeals for the Seventh Circuit | 06/24/2011 | Active |
| U.S. Court of Appeals for the Eighth Circuit | 08/12/2011 | Active |
| U.S. Court of Appeals for the Ninth Circuit | 01/14/2011 | Active |
| U.S. Court of Appeals for the Tenth Circuit | 05/16/2011 | Active |
| U.S. Court of Appeals for the Eleventh Circuit | 03/11/2011 | Active |
| U.S. Court of Appeals for the D.C. Circuit | 03/31/2011 | Active |
| U.S. Court of Appeals for the Federal Circuit | 06/27/2011 | Active |
| U.S. Supreme Court | 08/13/2012 | Active |
| U.S. Court of Federal Claims | 04/26/2023 | Active |
| District of Colorado | 11/22/2021 | Active |



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# *Paul Whitfield Hughes III*

was duly qualified and admitted on November 5, 2010 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on August 30, 2023.*

*JULIO A. CASTILLO
Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

**For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.**



## Appellate Division of the Supreme Court of the State of New York
### Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

### Paul Whitfield Hughes

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **June 23, 2009**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on August 31, 2023.

Clerk of the Court

CertID-00135071