Name and address:
Tala T. Jayadevan (SBN 288121)
tjayadevan@mwe.com
MCDERMOTT WILL & EMERY LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY JOHNSON, et al., <br><br> v.  Plaintiff(s) <br><br> YUGA LABS, INC., et al., <br><br> Defendant(s). | CASE NUMBER <br> 2:22-cv-08909-FMO-PLA <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Hughes, Paul W.       of      McDermott Will & Emery LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*       The McDermott Building
(202) 756-8000    (202) 756-8087       500 North Capitol Street, NW
*Telephone Number*    *Fax Number*       Washington, DC 20001-1531
phughes@mwe.com
*E-Mail Address*      *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Sotheby's Holdings Inc.

*Name(s) of Party(ies) Represented*      ☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ Other: _____

and designating as Local Counsel
Jayadevan, Tala T.       of      McDermott Will & Emery LLP
*Designee's Name (Last Name, First Name & Middle Initial)*       2049 Century Park East, Suite 3200
288121    (310) 284-6148    (310) 277-4730       Los Angeles, CA 90067-3206
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*
tjayadevan@mwe.com
*E-Mail Address*      *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
          ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
          ☐ for failure to complete Application: _____
          ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
          ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
          ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded   ☐ not be refunded.

Dated _____                              _____
                                                   U.S. District Judge/U.S. Magistrate Judge