Robby L.R. Saldaña
Cooley LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY JOHNSON, et al., <br><br> Plaintiff(s) <br><br> v. <br><br> YUGA LABS, INC., et al., <br><br> Defendant(s) | CASE NUMBER <br><br> 2:22-cv-08909-FMO-PLA <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Saldaña, Robby L.R.
*Applicant's Name (Last Name, First Name & Middle Initial)*

202-776-2109             202-842-7899
*Telephone Number*          *Fax Number*

rsaldana@cooley.com
*E-Mail Address*

Cooley LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, D.C. 20004-2400
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Justin Bieber; Madonna Louise Ciccone; Mike Winkelmann

*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Sladek de la Cal, Maximillian
*Designee's Name (Last Name, First Name & Middle Initial)*

324961            310-883-6527           310-883-6500
*Designee's Cal. Bar No.*   *Telephone Number*    *Fax Number*

*E-Mail Address*

Cooley LLP
1333 2nd Street, Suite 400
Santa Monica, CA 90401
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** Click here to enter a date.

U.S. District Judge/U.S. Magistrate Judge

G-64 Order (05/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1