Anjani Mandavia (SBN 94092)
MANDAVIA EPHRAIM + BURG LLP
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel: (310) 556-9694 | Fax: (310) 492-9868
Email: amandavia@mandaviallp.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNSON, et al.,<br><br>v.                                    Plaintiff(s)<br><br>YUGA LABS, INC., et al.,<br><br>                                    Defendant(s). | CASE NUMBER<br>2:22-cv-08909-FMO-PL<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Greene, Adam M.    of    Davis Polk & Wardwell LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    450 Lexington Avenue
                                                                New York, New York 10017

(212) 450-4000        (212) 701-5800
*Telephone Number*    *Fax Number*

adam.greene@davispolk.com
*E-Mail Address*        *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Universal Television, LLC; James Fallon; and Electric Hot Dog, Inc.

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ Other: _____

and designating as Local Counsel

Mandavia, Anjani    of    Mandavia Ephraim & Burg LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    1801 Century Park East, Suite 2400
                                                              Los Angeles, California 90067

94092        (310) 556-9694        (310) 492-9868
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

amandavia@mandaviallp.com
*E-Mail Address*        *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
            ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____                                            _____
                                                            U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1