Anjani Mandavia (SBN 94092)
MANDAVIA EPHRAIM + BURG LLP
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel: (310) 556-9694 | Fax: (310) 492-9868
Email: amandavia@mandaviallp.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNSON, et al., <br><br> v. <span style="float:right">Plaintiff(s)</span> <br><br> YUGA LABS, INC., et al., <br><br> <span style="float:right">Defendant(s).</span> | CASE NUMBER <br> 2:22-cv-08909-FMO-PL <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case** *Pro Hac Vice* **filed by**

Seshens, Dana M.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 450-4000     (212) 701-5800
*Telephone Number*     *Fax Number*

dana.seshens@davispolk.com
*E-Mail Address*

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York 10017

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Universal Television, LLC; James Fallon; and Electric Hot Dog, Inc.

*Name(s) of Party(ies) Represented*   ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Mandavia, Anjani
*Designee's Name (Last Name, First Name & Middle Initial)*

94092     (310) 556-9694     (310) 492-9868
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

amandavia@mandaviallp.com
*E-Mail Address*

Mandavia Ephraim & Burg LLP
1801 Century Park East, Suite 2400
Los Angeles, California 90067

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____                                          _____
                                                          U.S. District Judge/U.S. Magistrate Judge