Name and address:
PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADONIS REAL and ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff(s)<br><br>v.<br><br>YUGA LABS, INC., et al.,<br><br>Defendant(s). | CASE NUMBER<br><br>2:22-cv-08909-FMO-PLA<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Tavakoli, Shaud G.   of   Skadden, Arps, Slate, Meagher & Flom LLP
*Applicant's Name (Last Name First Name & Middle Initial)*   One Manhattan West
(212) 735-3000    (212) 735-2000   New York, New York 10001
*Telephone Number*   *Fax Number*
shaud.tavakoli@skadden.com
*E-Mail Address*   *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Yuga Labs, Inc., Wylie Aronow, Greg Solano, Kerem Atalay, Zeshan Ali, Nicole Muniz, Jasmin Shoemaker, Patrick Ehrlund, Christopher Lyons and Guy Oseary

*Name(s) of Party(ies) Represented*   ☐ Plaintiff(s)  [x] Defendant(s)  ☐ Other:

and designating as Local Counsel
Morrison, Peter B.   of   Skadden, Arps, Slate, Meagher & Flom LLP
*Designee's Name (Last Name First Name & Middle Initial)*   300 South Grand Avenue
230148   (213) 687-5000   (213) 687-5600   Suite 3400
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*   Los Angeles, California 90071
peter.morrison@skadden.com
*E-Mail Address*   *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
[X] GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded  ☐ not be refunded.

Dated   September 5, 2023                          /s/ Fernando M. Olguin
                                                   **U.S. District Judge**

G 64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1