Jason Strabo (SBN 246426)
McDermott Will & Emery LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
Tel.: (310) 277-4110

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Johnny Johnson, et al. | CASE NUMBER |
| Plaintiff(s) | 2:22-cv-08909-FMO-PLA |
| v. | |
| Yuga Labs, Inc., et al. | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Bull, Nathan                                                        of
*Applicant's Name (Last Name, First Name & Middle Initial*

| McDermott Will & Emery LLP |
| 333 SE 2nd Avenue, Suite 4500, |
| Miami, FL 33131-2184 |

305 358 3500
*Telephone Number          Fax Number*

nbull@mwe.com
*E-Mail Address*                                    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Defendant Wardell Stephen Curry, II

*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*   Wardell Stephen Curry, II

**and designating as Local Counsel**

Strabo, Jason D.                                                   of
*Designee's Name (Last Name, First Name & Middle Initial*

| McDermott Will and Emery LLP |
| 2049 Century Park East Suite 3200 |
| Los Angeles, CA 90067-3218 |

246426                    310-277-4110
*Designee's Cal. Bar No.    Telephone Number      Fax Number*

jstrabo@mwe.com
*E-Mail Address*                                    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:   ☐   for failure to pay the required fee.

☐   for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐   for failure to complete Application:

☐   pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐   pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐   because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** September 5, 2023                    /s/  Fernando M. Olguin

                                                **U.S. District Judge**