Name and address:
Tala T. Jayadevan (SBN 288121)
tjayadevan@mwe.com
MCDERMOTT WILL & EMERY LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOHNNY JOHNSON, et al.,

Plaintiff(s)

v.

YUGA LABS, INC., et al.,

Defendant(s).

CASE NUMBER

2:22-cv-08909-FMO-PLA

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Evans, Joseph B.   of   McDermott Will & Emery LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*   One Vanderbilt Avenue
(212) 547-5400    (212) 547-5444    New York, New York 10017-3852
*Telephone Number*   *Fax Number*
jbevans@mwe.com
*E-Mail Address*    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Sotheby's Holdings Inc.

*Name(s) of Party(ies) Represented*   ☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ Other: _____

**and designating as Local Counsel**

Jayadevan, Tala T.   of   McDermott Will & Emery LLP
*Designee's Name (Last Name, First Name & Middle Initial)*   2049 Century Park East, Suite 3200
288121   (310) 284-6148   (310) 277-4730   Los Angeles, CA 90067-3206
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
tjayadevan@mwe.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:   ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2:   ☐ Applicant resides in California;   ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:   ☐ is not member of Bar of this Court;   ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded

Dated _____    _____
U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1