Tala T. Jayadevan (SBN 288121)
tjayadevan@mwe.com
MCDERMOTT WILL & EMERY LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JOHNNY JOHNSON, et al., | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:22-cv-08909-FMO-PLA |
| v. | |
| YUGA LABS, INC., et al., | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Lyons-Berg, Andrew A.
*Applicant's Name (Last Name, First Name & Middle Initial*

(202) 756-8000   (202) 756-8087
*Telephone Number*   *Fax Number*

alyonsberg@mwe.com
*E-Mail Address*

of McDermott Will & Emery LLP
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Sotheby's Holdings Inc.

*Name(s) of Party(ies) Represent*  ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Jayadevan, Tala T.
*Designee's Name (Last Name, First Name & Middle Initial*

288121   (310) 284-6148   (310) 277-4730
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

tjayadevan@mwe.com
*E-Mail Address*

of McDermott Will & Emery LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: September 8, 2023**

/s/ Fernando M. Olguin
**U.S. District Judge**