# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOHNNY JOHNSON, EZRA BOEKWEG, MARIO PALOMBINI, and ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>YUGA LABS, INC., et al.,<br><br>Defendants. | CASE NO.: 2:22-cv-08909-FMO-PLA<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS THE FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Judge: Hon. Fernando M. Olguin<br>Complaint Filed: December 8, 2022<br>Courtroom: 6D<br>Date: November 30, 2023<br>Time: 10:00 a.m. |

**[PROPOSED] ORDER**

The Court, having considered Defendants Yuga Labs, Inc., Wylie Aronow, Greg Solano, Kerem Atalay, Zeshan Ali, Nicole Muniz, Jasmin Shoemaker, Patrick Ehrlund, Christopher Lyons and Guy Oseary's Motion to Dismiss the First Amended Class Action Complaint (the "Motion"), all papers filed in support thereof and in opposition thereto, the argument of counsel, and good cause appearing, hereby GRANTS the Motion in its entirety with prejudice.

**IT IS SO ORDERED.**

DATED:

---
HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE