1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ADONIS REAL and ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>YUGA LABS, INC., *et al.*,<br><br>Defendants. | Case No. 2:22-cv-08909-FMO-PLA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT KEVIN HART'S MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT WITH PREJUDICE** |

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    Having considered defendant Kevin Hart's Motion to Dismiss Claims in First

2  Amended Class Action Complaint, and good cause appearing therefore, the

3  following claims are dismissed with prejudice as to Mr. Hart:

4
- Claims 1, 2 and 3 under the California Unfair Competition Law,
5
   Cal. Bus. & Prof. Code §17200;

6
- Claim 8 under §10(b) of the Securities Exchange Act of 1934
7
   (the "Exchange Act");

8
- Claim 10 under Cal. Corp. Code §25401, §25501; and

9
- Claim 13 for Unjust Enrichment/Restitution.

10   Additionally, Plaintiffs' request for "appropriate injunctive … relief" in

11  the Complaint's Prayer for Relief (§X, ¶E) is stricken.

12

13    **IT IS SO ORDERED.**

14

15  Dated:  _____

16                    HON. FERNANDO M. OLGUIN
                     United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING DEFENDANT KEVIN HART'S MOTION TO DISMISS