|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |
| 7   |     |
| 8   |     |
| 9   |     |
| 10  |     |
| 11  |     |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| JOHNNY JOHNSON, EZRA BOEKWEG, MARIO PALOMBINI, and ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>YUGA LABS, INC., et al.,<br><br>Defendants. | Case No.: 2:22-cv-08909-FMO-PLA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT PARIS HILTON'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>The Hon. Fernando M. Olguin<br><br>Complaint Filed:  December 8, 2022<br>Amended Complaint Filed: August 4, 2023 |

**[PROPOSED ORDER]**

Before the Court is defendant Paris Hilton's Motion to Dismiss Plaintiffs' First Amended Complaint. Having considered the parties' papers and oral arguments, the Court hereby orders as follows:

IT IS HEREBY ORDERED THAT defendant's Motion to Dismiss is GRANTED.

DATED: _____        _____
                                     Hon. Fernando M. Olguin