DEAN S. KRISTY (CSB No. 157646)
dkristy@fenwick.com
JENNIFER C. BRETAN (CSB No. 233475)
jbretan@fenwick.com
TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
ETHAN M. THOMAS (CSB. No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone: 415.875.2300
Facsimile:   415.281.1350

MELISSA L. LAWTON (CSB No. 225452)
mlawton@fenwick.com
FENWICK & WEST LLP
228 Santa Monica Boulevard, Suite 300
Santa Monica, CA 90401
Telephone: 310.554.5400

REBECCA MATSUMURA (*admitted pro hac vice*)
rmatsumura@fenwick.com
FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone:  206.389.4510

Attorneys for Defendants Alexis Ohanian,
Amy Wu, and Maaria Bajwa

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| JOHNNY JOHNSON, EZRA BOEKWEG, MARIO PALOMBINI, and ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>YUGA LABS, INC., et al.,<br><br>Defendants. | Case No.: 2:22-cv-08909-FMO-PLA<br><br>**ALEXIS OHANIAN, AMY WU, AND MAARIA BAJWA'S NOTICE OF JOINDER AND JOINDER IN THE YUGA DEFENDANTS' CONSOLIDATED MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Date: November 30, 2023<br>Time: 10:00 AM<br>Courtroom:  6D<br>Judge: Hon. Fernando M. Olguin |

PLEASE TAKE NOTICE that on November 30, 2023, at 10:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable Fernando M. Olguin, United States District Court Judge for the Central District of California, at 350 W. 1st Street, Los Angeles, CA 90012, Courtroom 6D, and pursuant to this Court's August 14, 2023 Order (ECF No. 125) (the "Order"), Alexis Ohanian, Amy Wu, and Maaria Bajwa (collectively, the "Special Council" defendants), will, and hereby do, respectfully join in the consolidated motion to dismiss the First Amended Complaint ("FAC") by defendants Yuga Labs, Inc., Wylie Aronow, Greg Solano, Kerem Atalay, Zeshan Ali, Nicole Muniz, Jasmin Shoemaker, Patrick Ehrlund, Christopher Lyons and Guy Oseary ("Yuga's Motion") filed on September 12, 2023 (ECF No. 153), and as provided in the Order submit a separate motion and supporting memorandum of law raising and addressing issues and claims specific to them. The Special Council defendants' motion incorporates by reference the arguments for dismissal of the FAC made in Yuga's Motion, as these arguments apply with equal force to plaintiffs' claims against the Special Council members.

Counsel for the Special Council defendants participated in the meet-and-confer process on the motions pursuant to Local Rule 7-3, which took place on September 1, 2023.

Dated:  September 12, 2023         **FENWICK & WEST LLP**

By: /s/ *Jennifer C. Bretan*
    Jennifer C. Bretan (CSB No. 233475)

Dean S. Kristy (CSB No. 157646)
Tyler G. Newby (CSB No. 205790)
Ethan M. Thomas (CSB. No. 338062)
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  415.875.2300
Facsimile:   415.281.1350
jbretan@fenwick.com
dkristy@fenwick.com
tnewby@fenwick.com
ethomas@fenwick.com

Melissa L. Lawton (CSB No. 225452)
228 Santa Monica Boulevard, Suite 300
Santa Monica, CA 90401
Telephone: 310.554.5400
mlawton@fenwick.com

Rebecca Matsumura (*admitted pro hac vice*)
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone: 206.389.4510
rmatsumura@fenwick.com

*Attorneys for Defendants Alexis Ohanian, Amy Wu, and Maaria Bajwa*