| | |
|---|---|
| 1 | NEAL A. POTISCHMAN (SBN 254862) |
| 2 | neal.potischman@davispolk.com<br>DAVIS POLK & WARDWELL LLP |
| 3 | 1600 El Camino Real<br>Menlo Park, California 94025 |
| 4 | Telephone: (650) 752-2000<br>Facsimile: (650) 752-3621 |
| 5 | DANA M. SESHENS |
| 6 | dana.seshens@davispolk.com<br>(*pro hac vice* application pending) |
| 7 | DANIEL J. SCHWARTZ<br>daniel.schwartz@davispolk.com |
| 8 | (*pro hac vice* application pending)<br>DAVIS POLK & WARDWELL LLP |
| 9 | 450 Lexington Avenue<br>New York, New York 10017 |
| 10 | Telephone: (212) 450-4000<br>Facsimile: (212) 701-5855 |
| 11 | ANJANI MANDAVIA (SBN 94092) |
| 12 | amandavia@mandaviallp.com<br>MANDAVIA EPHRAIM + BURG LLP |
| 13 | 1801 Century Park East, Suite 2400<br>Los Angeles, CA 90067 |
| 14 | Telephone: (310) 556-9694<br>Facsimile: (310) 492-9868 |
| 15 | Attorneys for Defendants |
| 16 | UNIVERSAL TELEVISION, LLC,<br>JAMES FALLON, and ELECTRIC HOT DOG, INC. |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JOHNNY JOHNSON, EZRA BOEKWEG, MARIO POLOMBINI and ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>YUGA LABS, INC., et al.,<br><br>Defendants. | Case No. 2:22-cv-08909-FMO-PLA<br><br>**[PROPOSED] ORDER GRANTING UNIVERSAL DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>Date: November 30, 2023<br>Time: 10:00am<br>Dept: Courtroom 6D<br>Judge: Hon. Fernando M. Olguin |

The Motion to Dismiss the First Amended Complaint filed by defendants Universal Television, LLC, James Fallon, and Electric Hot Dog, Inc. ("Universal Defendants") came on for hearing before the Honorable Fernando M. Olguin on November 30, 2023 at 10:00am in Courtroom 6D.

Having considered the motion and all supporting papers and opposition papers and having heard the argument of counsel, IT IS HEREBY ORDERED that:

1. Universal Defendants' Motion to Dismiss the First Amended Complaint is GRANTED; and

2. The claims against the Universal Defendants in the First Amended Complaint ("FAC") are dismissed with prejudice.

Dated: _____

_____
Hon. Fernando M. Olguin
United States District Judge