**MCDERMOTT WILL & EMERY LLP**
TALA JAYADEVAN (SBN 288121)
tjayadevan@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: (310) 284-6148
Facsimile: (310) 317-7398

JOSEPH B. EVANS (*pro hac vice* application pending)
jbevans@mwe.com
TODD HARRISON (admitted *pro hac vice*)
tdharrison@mwe.com
One Vanderbilt Avenue
New York, NY 10017-3852
Telephone: (212) 547-5767
Facsimile: (212) 547-5444

*(Additional counsel listed on signature page)*

Attorneys for Defendant
SOTHEBY'S HOLDINGS INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOHNNY JOHNSON, EZRA BOEKWEG, MARIO PALOMBINI, and ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>YUGA LABS, INC., et al.,<br><br>Defendants. | Case No. 2:22-cv-08909-FMO-PLA<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br><u>Filed concurrently herewith:</u><br>Memorandum of Points and Authorities, Request for Judicial Notice, Declaration of Tala Jayadevan, and [Proposed] Order<br><br>DATE: October 19, 2023<br>TIME:  10 a.m.<br>CTRM: 6D<br><br>Judge: Hon. Fernando M. Olguin<br>Complaint Filed: December 8, 2022 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on October 19, 2023, at 10:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Fernando M. Olguin of the United States District Court for the Central District of California, in Courtroom 6D, and to be noticed in accordance with Judge Olguin's Initial Standing Order, Defendant Sotheby's Holdings Inc. (Sotheby's), will and hereby does move the Court for an order dismissing, with prejudice, all claims for relief asserted against them by Plaintiffs in the First Amended Complaint for Damages (the "FAC") in this matter based on Federal Rules of Civil Procedure 12(b)(6) and 12(b)(1) and the Private Securities Litigation Reform Act, on the grounds that the FAC, and each of the causes of action asserted therein, fails to state a cause of action upon which relief may be granted, and the named Plaintiffs additionally lack standing to bring many of their claims.

Sotheby's bases its motion on this Notice of Motion and Motion to Dismiss Plaintiffs' FAC (the "Motion"), the accompanying Memorandum of Points and Authorities, the concurrently-filed Request for Judicial Notice, and the Declaration of Tala Jayadevan in Support of Request for Judicial Notice, all pleadings and papers filed in this action, the oral argument of counsel if ordered by the Court, and any other matters that may come before the Court.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on September 1, 2023.

Dated: September 12, 2023

**MCDERMOTT WILL & EMERY LLP**

By: */s/ Tala Jayadevan*
Tala Jayadevan (SBN 288121)
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: (310) 284-6148
Facsimile: (310) 317-7398

Joseph B. Evans (*pro hac vice* application pending)
jbevans@mwe.com
Todd Harrison (admitted *pro hac vice*)
tdharrison@mwe.com
One Vanderbilt Avenue
New York, NY 10017-3852
Telephone: (212) 547-5767
Facsimile: (212) 547-5444

Paul W. Hughes (admitted *pro hac vice*)
phughes@mwe.com
Andrew A. Lyons-Berg (admitted *pro hac vice*)
alyonsberg@mwe.com
500 North Capitol Street, NW
Washington, DC 20001-1531
Telephone: (202) 756-8981
Facsimile: (202) 591-2784

*Attorneys for Defendant Sotheby's Holdings Inc.*