**MCDERMOTT WILL & EMERY LLP**
TALA JAYADEVAN (SBN 288121)
tjayadevan@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: (310) 284-6148
Facsimile: (310) 317-7398

JOSEPH B. EVANS (*pro hac vice* application pending)
jbevans@mwe.com
TODD HARRISON (admitted *pro hac vice*)
tdharrison@mwe.com
One Vanderbilt Avenue
New York, NY 10017-3852
Telephone: (212) 547-5767
Facsimile: (212) 547-5444

*(Additional counsel listed on signature page)*

Attorneys for Defendant
SOTHEBY'S HOLDINGS INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

JOHNNY JOHNSON, EZRA BOEKWEG, MARIO PALOMBINI, and ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

YUGA LABS, INC., et al.,

Defendants.

Case No. 2:22-cv-08909-FMO-PLA

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS THE AMENDED COMPLAINT**

Filed concurrently herewith:
Notice of Motion and Motion, Memorandum of Points and Authorities, Declaration of Tala Jayadevan, and [Proposed] Order

DATE: October 19, 2023
TIME: 10 a.m.
CTRM: 6D

Judge: Hon. Fernando M. Olguin
Complaint Filed: December 8, 2022

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** pursuant to Federal Rule of Evidence 201, defendant Sotheby's Holdings Inc. ("Sotheby's") hereby respectfully requests that the Court take judicial notice of, and/or find that Plaintiffs have incorporated by reference into the First Amended Complaint ("FAC"), the following:

1. Historical floor-price data for Bored Ape Yacht Club ("BAYC") and Mutant Ape Yacht Club ("MAYC") non-fungible tokens ("NFTs"), obtained from CoinGecko.com and attached as **Exhibits A-B** to the Declaration of Tala Jayadevan ("Jayadevan Declaration").

Courts in the Ninth Circuit and elsewhere routinely take judicial notice of published security prices, and the premise of the FAC's claims is that these NFTs constitute securities.[1] *See, e.g.*, *Metzler Inv. GMBH v. Corinthian Colleges, Inc.*, 540 F.3d 1049, 1064 n.7 (9th Cir. 2008) (judicial notice of company's "reported stock price history … was proper"); *In re Facebook, Inc. Sec. Litig.*, 477 F. Supp. 3d 980, 1010 (N.D. Cal. 2020) (taking judicial notice of a "table showing … historical stock prices"). Courts similarly take notice of published digital asset prices. *See, e.g.*, *Paypolitan OU v. Marchesoni*, 2022 WL 17541091, at *2 (S.D.N.Y. Aug. 26, 2022) ("The Court takes judicial notice of the historical financial data for the value of ETH cryptocurrency submitted by Defendants."), *report and recommendation adopted*, 2022 WL 17541749 (S.D.N.Y. Dec. 6, 2022); *Diamond Fortress Techs., Inc. v. EverID, Inc.*, 274 A.3d 287, 306 (Del. Super. Ct. 2022) ("rely[ing] on historical pricing data published by CoinMarketCap to determine the proper USD value of" a cryptocurrency). And CoinGecko.com is used by Plaintiffs themselves as a reliable source for historical NFT floor prices. *See* FAC ¶¶ 70, 147 & n.85.

[1] As noted in its memorandum of points and authorities, Sotheby's does not concede that the NFTs in question are securities, but assumes so *arguendo* for purposes of this motion to dismiss. *See* Mem. 12 n.6.

In the alternative, the Court may consider these exhibits because Plaintiffs have incorporated these NFTs' price histories into the FAC. *See generally Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988 (9th Cir. 2018). Specifically, the FAC "refers to the [CoinGecko page] to establish … the 'artificially inflated price' of" BAYC NFTs, and the document therefore "form[s] the basis of [Plaintiffs'] claims" for securities fraud. *Id.* at 1006; *see* FAC ¶ 147 & n.85; *see also Orexigen*, 899 F.3d at 1002 (incorporation proper "if … the document forms the basis of the plaintiff's claim.") (quoting *United States v. Ritchie*, 342 F.3d 903, 907 (9th Cir. 2003)).

2. A tweet by Twitter user @LowMintNFT reproduced at paragraph 133 of the FAC, which is available at https://twitter.com/LowMintNFT/status/1435967306266386446, and is attached as **Exhibit C** to the Jayadevan Declaration. This document is literally incorporated into the complaint (*i.e.*, FAC ¶ 133 contains an image of the tweet), and the tweet is Plaintiffs' source for their allegation that Sotheby's even made the alleged misrepresentation that is the centerpiece of their case. *See Khoja*, 899 F.3d at 1005 (document "forms the basis of" a securities fraud count, and was therefore incorporated, where it "contains an alleged misrepresentation."). The tweet is timestamped "10:04 AM – Sep 9, 2021."

3. A tweet by a Sotheby's representative, quoted and hyperlinked at paragraph 130 of the FAC, which is available at https://twitter.com/MaxMoore_Art/status/1435868430679175170, and is attached as **Exhibit D** to the Jayadevan Declaration. *See* FAC ¶ 130 & n.62. This tweet is incorporated because the FAC alleges that it is part of Sotheby's supposed securities-fraud scheme—and when a document is "part of [a defendant's] scheme to inflate its stock values," that document "form[s] the basis of the scheme" and may be considered by the court. *Khoja*, 899 F.3d at 1004; *see, e.g.* FAC ¶¶ 118 (alleging that "Sotheby's representatives misleadingly promoted both the auction and the BAYC NFT collection"), 130 (citing this tweet for the proposition that representatives

"continued to promote the sale of BAYC NFTs"). The tweet demonstrates that the BAYC auction's scheduled end time was "September 9, 10:01 PM (HKT)"—that is, 10:01 a.m. EDT on September 9, 2021.

4. Excerpts from a Sotheby's webpage for the BAYC NFT auction, cited and hyperlinked at paragraph 130 of the FAC, which is available at https://www.sothebys.com/en/buy/auction/2021/ape-in/101-bored-ape-yacht-club, and is attached as **Exhibit E** to the Jayadevan Declaration. *See* FAC ¶ 130 & n.63. This document similarly "forms the basis of" Plaintiffs' claims because the auction, its promotion, and its result form the factual core of Plaintiffs' theory against Sotheby's. *Khoja*, 899 F.3d at 1002; *see also Battle v. Taylor James, LLc*, 607 F. Supp. 3d 1025, 1039 (C.D. Cal. 2022) ("Under the incorporation by reference doctrine, the court may consider Exhibit 1 because the FAC cites, discusses, and hyperlinks it."). This webpage also confirms that the BAYC auction "[l]ot [c]losed" on "September 9, 10:01 AM EDT."

Dated: September 12, 2023

**MCDERMOTT WILL & EMERY LLP**

By: */s/ Tala Jayadevan*

Tala Jayadevan (SBN 288121)
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: (310) 284-6148
Facsimile: (310) 317-7398

Joseph B. Evans (*pro hac vice* application pending)
jbevans@mwe.com
Todd Harrison (admitted *pro hac vice*)
tdharrison@mwe.com
One Vanderbilt Avenue
New York, NY 10017-3852
Telephone: (212) 547-5767
Facsimile: (212) 547-5444

Paul W. Hughes (admitted *pro hac vice*)
phughes@mwe.com
Andrew A. Lyons-Berg (admitted *pro hac vice*)
alyonsberg@mwe.com
500 North Capitol Street, NW
Washington, DC 20001-1531
Telephone: (202) 756-8981
Facsimile: (202) 591-2784

*Attorneys for Defendant Sotheby's Holdings Inc.*