**MCDERMOTT WILL & EMERY LLP**
TALA JAYADEVAN (SBN 288121)
tjayadevan@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: (310) 284-6148
Facsimile: (310) 317-7398

JOSEPH B. EVANS (*pro hac vice* application pending)
jbevans@mwe.com
TODD HARRISON (admitted *pro hac vice*)
tdharrison@mwe.com
One Vanderbilt Avenue
New York, NY 10017-3852
Telephone: (212) 547-5767
Facsimile: (212) 547-5444

*(Additional counsel listed on signature page)*

Attorneys for Defendant
SOTHEBY'S HOLDINGS INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| JOHNNY JOHNSON, EZRA BOEKWEG, MARIO PALOMBINI, and ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>YUGA LABS, INC., et al.,<br><br>　　　　　Defendants. | Case No. 2:22-cv-08909-FMO-PLA<br><br>**DECLARATION OF TALA JAYADEVAN IN SUPPORT OF MOTION TO DISMISS THE AMENDED COMPLAINT**<br><br><u>Filed concurrently herewith:</u><br>Notice of Motion and Motion, Memorandum of Points and Authorities, Request for Judicial Notice, and [Proposed] Order<br><br>DATE: October 19, 2023<br>TIME:　10 a.m.<br>CTRM: 6D<br><br>Judge: Hon. Fernando M. Olguin<br>Complaint Filed: December 8, 2022 |

# DECLARATION OF TALA JAYADEVAN

I, Tala Jayadevan, declare as follows:

1. I am an attorney duly licensed to practice before all courts in the State of California and before the United States District Court, Central District of California. I am a partner with the law form of McDermott Will & Emery LLP, attorneys of record for defendant Sotheby's Holdings, Inc. ("Sotheby's") in the above-captioned matter. I make this declaration in support of Sotheby's motion to dismiss Plaintiffs' First Amended Complaint. If called upon as a witness, I could and would competently testify to the facts set forth below as I know each to be true based upon my own personal knowledge or upon my review of the records and files maintained by McDermott Will & Emery LLP in the regular course of its representation of Sotheby's.

2. Attached hereto as **Exhibit A** are true and correct copies of charts showing the historical floor price for Bored Ape Yacht Club ("BAYC") non-fungible tokens ("NFTs"), obtained from https://www.coingecko.com/en/nft/bored-ape-yacht-club. The copied view was obtained by checking the boxes for both "Main" and "USD"; selecting "Max" for the time period; restricting the date range to November 1, 2021, to January 1, 2022; and then hovering the mouse over the date in question on the chart.

3. Attached hereto as **Exhibit B** are true and correct copies of charts showing the historical floor price for Mutant Ape Yacht Club ("MAYC") NFTs, obtained from https://www.coingecko.com/en/nft/mutant-ape-yacht-club. The copied view was obtained by checking the boxes for both "Main" and "USD"; selecting "Max" for the time period; restricting the date range to November 1, 2021, to January 1, 2022; and then hovering the mouse over the date in question on the chart.

4. Attached hereto as **Exhibit C** is a true and correct copy of a tweet by

1. Twitter user @LowMintNFT, obtained from https://twitter.com/LowMintNFT/status/1435967306266386446.

5. Attached hereto as **Exhibit D** is a true and correct copy of a tweet by Twitter user @MaxMoore_Art, obtained from https://twitter.com/MaxMoore_Art/status/1435868430679175170.

6. Attached hereto as **Exhibit E** is a true and correct copy of excerpts from a public webpage maintained by Sotheby's, obtained from https://www.sothebys.com/en/buy/auction/2021/ape-in/101-bored-ape-yacht-club.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of September, 2023, in Los Angeles, California.

_____
Tala Jayadevan (SBN 288121)
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: (310) 284-6148
Facsimile: (310) 317-7398

Joseph B. Evans (*pro hac vice* application pending)
jbevans@mwe.com
Todd Harrison (admitted *pro hac vice*)
tdharrison@mwe.com
One Vanderbilt Ave
New York, NY 10017
Telephone: (212) 547-5767
Facsimile: (646) 417-7672

Paul W. Hughes (admitted *pro hac vice*)
phughes@mwe.com
Andrew A. Lyons-Berg (admitted *pro hac vice*)
alyonsberg@mwe.com
500 North Capitol Street, NW
Washington, DC 20001-1531
Telephone: (202) 756-8981
Facsimile: (202) 591-2784

*Attorneys for Defendant Sotheby's Holdings Inc.*