# Exhibit A

BAYC floor price charts

Coins: 9980   Exchanges: 853   Market Cap: $1,044,181,355,261 -2.8%   24h Vol: $43,957,835,857   Dominance: BTC 46.0% ETH 19.3%   Gas: 17 GWEI   EN   USD   API Key

CoinGecko · Cryptocurrencies · Exchanges · NFT · Learn Crypto · Products · · Portfolio · Login · Sign Up · Search

NFT > Ethereum NFT > Bored Ape Yacht Club

# Bored Ape Yacht Club (BAYC)

Buy / Sell

boredapeyachtclub.com · Twitter · Discord · Etherscan · ··· · Bored Ape Ecosystem · ···

☆  ⭐ On 841 watchlists

| BAYC Floor Price | Market Cap | 24h Volume |
|---|---|---|
| **26.99803 ETH** | **269,926 ETH** | **999.21 ETH** |
| $41,680  -7.1% | $416,717,152  -7.1% | $1,542,598  -48.4% |



24h · 7d · 14d · 30d · 90d · Max

Logarithmic · Linear

Nov 1, 2021 → Jan 1, 2022

Mon 22 Nov 2021, 16:05:01
Price: 44.490000 PRICE
Vol: Ξ367.740
Price: $182,341

☑ Main   ☑ USD

Need NFT data? Explore Our API



## BAYC Market Statistics

| | |
|---|---|
| BAYC Floor Price | 26.99803 ETH |
| Market Cap | 269,926 ETH |
| 24h Volume | 999.21 ETH |
| 24h Sales | 37   -45.6% |
| 24h Average Sale Price | 27.01 ETH   -0.4% |
| Owners | 5,551   -0.1% |
| Total Assets | 9,998 |

**TOP NFTS BY MARKET CAP**

- Mutant Ape Yacht Club
- Bored Ape Yacht Club
- Azuki
- Milady Maker
- Nouns
- DeGods
- Pudgy Penguins
- Redacted Remilio Babies

| 24h | 7d | 14d | 30d | 60d | 1y |
|---|---|---|---|---|---|
| -7.1% | -4.2% | -5.1% | -28.8% | -35.2% | -67.9% |

## What is Bored Ape Yacht Club?

Bored Ape Yacht Club (BAYC) is an NFT collection. Bored Ape Yacht Club (BAYC) price floor today is $41,680, with a 24 hour sales volume of 999.21 ETH. As of today, there is a total of 9,998 NFTs minted, held by 5,551 unique owners, and has a total market cap of $416,717,152.

## What Is the Bored Ape Yacht Club NFT Collection?

The Bored Ape Yacht Club is a collection of 10,000 unique Bored Ape NFTs, which showcase a series of apes with different characteristics and expressions.

Often the face of NFTs, the BAYC collection is one of the most well-known NFT collections, with many celebrities holding the collection. Some of these celebrities include Justin Bieber, Eminem, Serena Williams, Stephen Curry, Shaquille O'Neal, and Jimmy Fallon. Celebrities and investors were not the only ones interested in the collection, even big corporate companies like Adidas purchased their own Ape.

Launched in April 2021, the project was available for mint at 0.08 ETH and was sold out within 12 hours. Less than 2 years later, the most expensive ape was sold at an astounding 3.4 Million USD.

## Who Is the Team Behind BAYC?

The NFT project was created by Yuga Labs, a team of four individuals who preferred to use their online pseudonyms and only later revealed their identities to the public. The team consists of Greg Solana (Gargamel), Wylie Aronow (Gordon Goner), Kerem (Emperor Tomato Ketchup), and Zesham (No Sass).

The artists that designed the BAYC collection are Seneca, Thomas Dagley, Migwashere, and other artists who, to this day, choose to remain anonymous.

[Read More]

| # | Marketplace | 24h Volume | BAYC Floor Price | Last Updated | |
|---|---|---|---|---|---|
| 1 | Blur | 965.88 ETH | 26.95000 ETH | 13 minutes | Buy/Sell |
| 2 | X2Y2 | 0 ETH | 34.90000 ETH | 13 minutes | Buy/Sell |
| 3 | OpenSea | 33.33 ETH | 28.39000 ETH | 13 minutes | Buy/Sell |
| 4 | LooksRare | 0 ETH | 27.99990 ETH | 13 minutes | Buy/Sell |

Affiliate disclosures

## CoinGecko NFT Data API

Proudly powering over thousands of industry builders worldwide with accurate, live & independent data

    

[Get Your API Key Now]



**Resources**

Perpetuals

Crypto News

Bitcoin Treasury

Crypto Heatmap

Crypto API

**Donations**

Bitcoin

Ethereum

**Support**

Request Form

Advertising

Candy Rewards Listing

Help Center

Bug Bounty

FAQ

**About CoinGecko**

About Us

Careers `Join Us`

Company Blog

Branding Guide

Disclaimer

Terms of Service

Privacy Policy

Ad Policy

**Community**

Twitter

Telegram Chat

Telegram News

Instagram

Reddit

Discord

Facebook

Youtube

TikTok

CoinGecko provides a fundamental analysis of the crypto market. In addition to tracking price, volume and market capitalisation, CoinGecko tracks community growth, open-source code development, major events and on-chain metrics.

**Interested to stay up-to-date with cryptocurrencies?**

Get the latest crypto news, updates, and reports by subscribing to our free newsletter.

Subscribe

© 2023 CoinGecko. All Rights Reserved.

 

IMPORTANT DISCLAIMER: All content provided herein our website, hyperlinked sites, associated applications, forums, blogs, social media accounts and other platforms ("Site") is for your general information only, procured from third party sources. We make no warranties of any kind in relation to our content, including but not limited to accuracy and updatedness. No part of the content that we provide constitutes financial advice, legal advice or any other form of advice meant for your specific reliance for any purpose. Any use or reliance on our content is solely at your own risk and discretion. You should conduct your own research, review, analyse and verify our content before relying on them. Trading is a highly risky activity that can lead to major losses, please therefore consult your financial advisor before making any decision. No content on our Site is meant to be a solicitation or offer.



Coins: 9980   Exchanges: 853   Market Cap: $1,044,181,355,261 -2.8% ↓   24h Vol: $43,957,835,857   Dominance: BTC 46.6% ↑ ETH 17.7% ↑   Gas: 17 GWEI   EN ▼   USD ▼   ☾   API Key

**CoinGecko**   Cryptocurrencies   Exchanges   NFT   Learn Crypto   Products ●   🎁 Portfolio   Login   **Sign Up**   🔍 Search

NFT > Ethereum NFT > Bored Ape Yacht Club

# 🐵 Bored Ape Yacht Club (BAYC)

**Buy / Sell** ▼

boredapeyachtclub.com   🐦 Twitter   💬 Discord   Etherscan ···   Bored Ape Ecosystem ···

☆   ⭐ On 841 watchlists

| BAYC Floor Price | Market Cap | 24h Volume |
|---|---|---|
| **26.99803 ETH** | **269,926 ETH** | **999.21 ETH** |
| $41,680  -7.1% | $416,717,152  -7.1% | $1,542,598  -48.4% |

24h | 7d | 14d | 30d | 90d | **Max**

Logarithmic | Linear | ☰
Nov 1, 2021 → Jan 1, 2022



Tue 23 Nov 2021, 16:05:02
Price: 44.210000 PRICE
Vol: Ξ322.890
Price: $192,176

☑ Main   ☑ USD

Need NFT data? Explore Our API



## BAYC Market Statistics

| | |
|---|---|
| BAYC Floor Price | 26.99803 ETH |
| Market Cap | 269,926 ETH |
| 24h Volume | 999.21 ETH |
| 24h Sales | 37   -45.6% |
| 24h Average Sale Price | 27.01 ETH   -0.4% |
| Owners | 5,551   -0.1% |
| Total Assets | 9,998 |

**TOP NFTS BY MARKET CAP**

- Mutant Ape Yacht Club
- Bored Ape Yacht Club
- Azuki
- Milady Maker
- Nouns
- DeGods
- Pudgy Penguins
- Redacted Remilio Babies

| 24h | 7d | 14d | 30d | 60d | 1y |
|------|------|------|------|------|------|
| -7.1% | -4.2% | -5.1% | -28.8% | -35.2% | -67.9% |

## What is Bored Ape Yacht Club?

Bored Ape Yacht Club (BAYC) is an NFT collection. Bored Ape Yacht Club (BAYC) price floor today is $41,680, with a 24 hour sales volume of 999.21 ETH. As of today, there is a total of 9,998 NFTs minted, held by 5,551 unique owners, and has a total market cap of $416,717,152.

## What Is the Bored Ape Yacht Club NFT Collection?

The Bored Ape Yacht Club is a collection of 10,000 unique Bored Ape NFTs, which showcase a series of apes with different characteristics and expressions.

Often the face of NFTs, the BAYC collection is one of the most well-known NFT collections, with many celebrities holding the collection. Some of these celebrities include Justin Bieber, Eminem, Serena Williams, Stephen Curry, Shaquille O'Neal, and Jimmy Fallon. Celebrities and investors were not the only ones interested in the collection, even big corporate companies like Adidas purchased their own Ape.

Launched in April 2021, the project was available for mint at 0.08 ETH and was sold out within 12 hours. Less than 2 years later, the most expensive ape was sold at an astounding 3.4 Million USD.

## Who Is the Team Behind BAYC?

The NFT project was created by Yuga Labs, a team of four individuals who preferred to use their online pseudonyms and only later revealed their identities to the public. The team consists of Greg Solana (Gargamel), Wylie Aronow (Gordon Goner), Kerem (Emperor Tomato Ketchup), and Zesham (No Sass).

The artists that designed the BAYC collection are Seneca, Thomas Dagley, Migwashere, and other artists who, to this day, choose to remain anonymous.

Read More

| # | Marketplace | 24h Volume | BAYC Floor Price | Last Updated | |
|---|---|---|---|---|---|
| 1 | Blur | 965.88 ETH | 26.95000 ETH | 13 minutes | Buy/Sell |
| 2 | X2Y2 | 0 ETH | 34.90000 ETH | 13 minutes | Buy/Sell |
| 3 | OpenSea | 33.33 ETH | 28.39000 ETH | 13 minutes | Buy/Sell |
| 4 | LooksRare | 0 ETH | 27.99990 ETH | 13 minutes | Buy/Sell |

Affiliate disclosures

## CoinGecko NFT Data API

Proudly powering over thousands of industry builders worldwide with accurate, live & independent data

    

Get Your API Key Now



**Resources**

Perpetuals

Crypto News

Bitcoin Treasury

Crypto Heatmap

Crypto API

**Donations**

Bitcoin

Ethereum

**Support**

Request Form

Advertising

Candy Rewards Listing

Help Center

Bug Bounty

FAQ

**About CoinGecko**

About Us

Careers Join Us

Company Blog

Branding Guide

Disclaimer

Terms of Service

Privacy Policy

Ad Policy

**Community**

Twitter

Telegram Chat

Telegram News

Instagram

Reddit

Discord

Facebook

Youtube

TikTok

CoinGecko provides a fundamental analysis of the crypto market. In addition to tracking price, volume and market capitalisation, CoinGecko tracks community growth, open-source code development, major events and on-chain metrics.

**Interested to stay up-to-date with cryptocurrencies?**

Get the latest crypto news, updates, and reports by subscribing to our free newsletter.

Subscribe

© 2023 CoinGecko. All Rights Reserved.

 

IMPORTANT DISCLAIMER: All content provided herein our website, hyperlinked sites, associated applications, forums, blogs, social media accounts and other platforms ("Site") is for your general information only, procured from third party sources. We make no warranties of any kind in relation to our content, including but not limited to accuracy and updatedness. No part of the content that we provide constitutes financial advice, legal advice or any other form of advice meant for your specific reliance for any purpose. Any use or reliance on our content is solely at your own risk and discretion. You should conduct your own research, review, analyse and verify our content before relying on them. Trading is a highly risky activity that can lead to major losses, please therefore consult your financial advisor before making any decision. No content on our Site is meant to be a solicitation or offer.



 CoinGecko

Coins: 9980   Exchanges: 853   Market Cap: $1,044,181,355,261 -2.8%   24h Vol: $43,957,835,857   Dominance: BTC 46.0%   Gas: 17 GWEI

Cryptocurrencies   Exchanges   NFT   Learn Crypto   Products ●

Portfolio   Login   Sign Up   🔍 Search

EN ⌄   USD ⌄   🌙   API Key

NFT > Ethereum NFT > Bored Ape Yacht Club

# Bored Ape Yacht Club (BAYC)

Buy / Sell ⌄

boredapeyachtclub.com   🐦 Twitter   💬 Discord   Etherscan   •••   Bored Ape Ecosystem   •••

☆   ⭐ On 841 watchlists

**BAYC Floor Price**
## 26.99803 ETH
$41,680   -7.1%

**Market Cap**
## 269,926 ETH
$416,717,152   -7.1%

**24h Volume**
## 999.21 ETH
$1,542,598   -48.4%

| 24h | 7d | 14d | 30d | 90d | Max |

Logarithmic | Linear | ☰

Nov 1, 2021 → Jan 1, 2022



Wed 24 Nov 2021, 16:05:02
Price: 44.890000 PRICE
Vol: Ξ670.690
Price: $191,703

☑ Main   ☑ USD

Need NFT data? Explore Our API



## BAYC Market Statistics

| | |
|---|---|
| BAYC Floor Price | 26.99803 ETH |
| Market Cap | 269,926 ETH |
| 24h Volume | 999.21 ETH |
| 24h Sales | 37   -45.6% |
| 24h Average Sale Price | 27.01 ETH   -0.4% |
| Owners | 5,551   -0.1% |
| Total Assets | 9,998 |

**TOP NFTS BY MARKET CAP**

- Mutant Ape Yacht Club
- Bored Ape Yacht Club
- Azuki
- Milady Maker
- Nouns
- DeGods
- Pudgy Penguins
- Redacted Remilio Babies

| 24h | 7d | 14d | 30d | 90d | 1y |
|---|---|---|---|---|---|
| -7.1% | -4.2% | -5.1% | -28.8% | -35.2% | -67.9% |

## What is Bored Ape Yacht Club?

Bored Ape Yacht Club (BAYC) is an NFT collection. Bored Ape Yacht Club (BAYC) price floor today is $41,680, with a 24 hour sales volume of 999.21 ETH. As of today, there is a total of 9,998 NFTs minted, held by 5,551 unique owners, and has a total market cap of $416,717,152.

## What Is the Bored Ape Yacht Club NFT Collection?

The Bored Ape Yacht Club is a collection of 10,000 unique Bored Ape NFTs, which showcase a series of apes with different characteristics and expressions.

Often the face of NFTs, the BAYC collection is one of the most well-known NFT collections, with many celebrities holding the collection. Some of these celebrities include Justin Bieber, Eminem, Serena Williams, Stephen Curry, Shaquille O'Neal, and Jimmy Fallon. Celebrities and investors were not the only ones interested in the collection, even big corporate companies like Adidas purchased their own Ape.

Launched in April 2021, the project was available for mint at 0.08 ETH and was sold out within 12 hours. Less than 2 years later, the most expensive ape was sold at an astounding 3.4 Million USD.

## Who Is the Team Behind BAYC?

The NFT project was created by Yuga Labs, a team of four individuals who preferred to use their online pseudonyms and only later revealed their identities to the public. The team consists of Greg Solana (Gargamel), Wylie Aronow (Gordon Goner), Kerem (Emperor Tomato Ketchup), and Zeshan (No Sass).

The artists that designed the BAYC collection are Seneca, Thomas Dagley, Migwashere, and other artists who, to this day, choose to remain anonymous.

Read More

| # | Marketplace | 24h Volume | BAYC Floor Price | Last Updated | |
|---|---|---|---|---|---|
| 1 | Blur | 965.88 ETH | 26.95000 ETH | 13 minutes | Buy/Sell |
| 2 | X2Y2 | 0 ETH | 34.90000 ETH | 13 minutes | Buy/Sell |
| 3 | OpenSea | 33.33 ETH | 28.39000 ETH | 13 minutes | Buy/Sell |
| 4 | LooksRare | 0 ETH | 27.99990 ETH | 13 minutes | Buy/Sell |

Affiliate disclosures

## CoinGecko NFT Data API

Proudly powering over thousands of industry builders worldwide with accurate, live & independent data

    

Get Your API Key Now



**Resources**

Perpetuals

Crypto News

Bitcoin Treasury

Crypto Heatmap

Crypto API

**Donations**

Bitcoin

Ethereum

**Support**

Request Form

Advertising

Candy Rewards Listing

Help Center

Bug Bounty

FAQ

**About CoinGecko**

About Us

Careers Join Us

Company Blog

Branding Guide

Disclaimer

Terms of Service

Privacy Policy

Ad Policy

**Community**

Twitter

Telegram Chat

Telegram News

Instagram

Reddit

Discord

Facebook

Youtube

TikTok

CoinGecko provides a fundamental analysis of the crypto market. In addition to tracking price, volume and market capitalisation, CoinGecko tracks community growth, open-source code development, major events and on-chain metrics.

**Interested to stay up-to-date with cryptocurrencies?**

Get the latest crypto news, updates, and reports by subscribing to our free newsletter.

Enter Your Email

Subscribe

© 2023 CoinGecko. All Rights Reserved.




IMPORTANT DISCLAIMER: All content provided herein our website, hyperlinked sites, associated applications, forums, blogs, social media accounts and other platforms ("Site") is for your general information only, procured from third party sources. We make no warranties of any kind in relation to our content, including but not limited to accuracy and updatedness. No part of the content that we provide constitutes financial advice, legal advice or any other form of advice meant for your specific reliance for any purpose. Any use or reliance on our content is solely at your own risk and discretion. You should conduct your own research, review, analyse and verify our content before relying on them. Trading is a highly risky activity that can lead to major losses, please therefore consult your financial advisor before making any decision. No content on our Site is meant to be a solicitation or offer.







## Bored Ape Yacht Club (BAYC)

boredapeyachtclub.com · Twitter · Discord · Etherscan · ··· · Bored Ape Ecosystem · ···

On 841 watchlists

| BAYC Floor Price | Market Cap | 24h Volume |
|---|---|---|
| 26.99803 ETH | 269,926 ETH | 999.21 ETH |
| $41,680  -7.1% | $416,717,152  -7.1% | $1,542,598  -48.4% |

### BAYC Market Statistics

| | |
|---|---|
| BAYC Floor Price | 26.99803 ETH |
| Market Cap | 269,926 ETH |
| 24h Volume | 999.21 ETH |
| 24h Sales | 37  -45.6% |
| 24h Average Sale Price | 27.01 ETH  -0.4% |
| Owners | 5,551  -0.1% |
| Total Assets | 9,998 |

**TOP NFTs BY MARKET CAP**

- Mutant Ape Yacht Club
- Bored Ape Yacht Club
- Azuki
- Milady Maker
- Nouns
- DeGods
- Pudgy Penguins
- Redacted Remilio Babies

Need NFT data? Explore Our API

| 24h | 7d | 14d | 30d | 60d | 1y |
|---|---|---|---|---|---|
| -7.1% | -4.2% | -5.1% | -28.8% | -35.2% | -67.9% |

## What is Bored Ape Yacht Club?

Bored Ape Yacht Club (BAYC) is an NFT collection. Bored Ape Yacht Club (BAYC) price floor today is $41,680, with a 24 hour sales volume of 999.21 ETH. As of today, there is a total of 9,998 NFTs minted, held by 5,551 unique owners, and has a total market cap of $416,717,152.

## What Is the Bored Ape Yacht Club NFT Collection?

The Bored Ape Yacht Club is a collection of 10,000 unique Bored Ape NFTs, which showcase a series of apes with different characteristics and expressions.

Often the face of NFTs, the BAYC collection is one of the most well-known NFT collections, with many celebrities holding the collection. Some of these celebrities include Justin Bieber, Eminem, Serena Williams, Stephen Curry, Shaquille O'Neal, and Jimmy Fallon. Celebrities and investors were not the only ones interested in the collection, even big corporate companies like Adidas purchased their own Ape.

Launched in April 2021, the project was available for mint at 0.08 ETH and was sold out within 12 hours. Less than 2 years later, the most expensive ape was sold at an astounding 3.4 Million USD.

## Who Is the Team Behind BAYC?

The NFT project was created by Yuga Labs, a team of four individuals who preferred to use their online pseudonyms and only later revealed their identities to the public. The team consists of Greg Solana (Gargamel), Wyle Aronow (Gordon Goner), Kerem (Emperor Tomato Ketchup), and Zeshan (No Sass).

The artists that designed the BAYC collection are Seneca, Thomas Dagley, Migwashere, and other artists who, to this day, choose to remain anonymous.

Read More

| # | Marketplace | 24h Volume | BAYC Floor Price | Last Updated | |
|---|---|---|---|---|---|
| 1 | Blur | 965.88 ETH | 26.95000 ETH | 13 minutes | Buy/Sell |
| 2 | X2Y2 | 0 ETH | 34.90000 ETH | 13 minutes | Buy/Sell |
| 3 | OpenSea | 33.33 ETH | 28.39000 ETH | 13 minutes | Buy/Sell |
| 4 | LooksRare | 0 ETH | 27.99990 ETH | 13 minutes | Buy/Sell |

Affiliate disclosures

## CoinGecko NFT Data API

Proudly powering over thousands of industry builders worldwide with accurate, live & independent data

    

Get Your API Key Now



**Resources**

Perpetuals

Crypto News

Bitcoin Treasury

Crypto Heatmap

Crypto API

**Donations**

Bitcoin

Ethereum

**Support**

Request Form

Advertising

Candy Rewards Listing

Help Center

Bug Bounty

FAQ

**About CoinGecko**

About Us

Careers  Join Us

Company Blog

Branding Guide

Disclaimer

Terms of Service

Privacy Policy

Ad Policy

**Community**

Twitter

Telegram Chat

Telegram News

Instagram

Reddit

Discord

Facebook

Youtube

TikTok

CoinGecko provides a fundamental analysis of the crypto market. In addition to tracking price, volume and market capitalisation, CoinGecko tracks community growth, open-source code development, major events and on-chain metrics.

**Interested to stay up-to-date with cryptocurrencies?**

Get the latest crypto news, updates, and reports by subscribing to our free newsletter.

Enter Your Email

Subscribe

© 2023 CoinGecko. All Rights Reserved.





IMPORTANT DISCLAIMER: All content provided herein our website, hyperlinked sites, associated applications, forums, blogs, social media accounts and other platforms ("Site") is for your general information only, procured from third party sources. We make no warranties of any kind in relation to our content, including but not limited to accuracy and updatedness. No part of the content that we provide constitutes financial advice, legal advice or any other form of advice meant for your specific reliance for any purpose. Any use or reliance on our content is solely at your own risk and discretion. You should conduct your own research, review, analyse and verify our content before relying on them. Trading is a highly risky activity that can lead to major losses, please therefore consult your financial advisor before making any decision. No content on our Site is meant to be a solicitation or offer.

# Exhibit B

## MAYC floor price charts



Coins: 9980   Exchanges: 853   Market Cap: $1,043,491,681,179 -3.0% ↓   24h Vol: $43,567,085,341   Dominance: BTC 46% ETH 18%   Gas: 15 GWEI

EN ▾   USD ▾   ☾   API Key

CoinGecko   Cryptocurrencies   Exchanges   NFT   Learn Crypto   Products ●

🎅 Portfolio   Login   **Sign Up**   🔍 Search

NFT  >  Ethereum NFT  >  Mutant Ape Yacht Club

# 🐵 Mutant Ape Yacht Club (MAYC)

Buy / Sell ⌄

🐦 Twitter   Etherscan ···   Bored Ape Ecosystem ···

☆   ⭐ On 531 watchlists

| MAYC Floor Price | Market Cap | 24h Volume |
|---|---|---|
| **5.18085 ETH** | **100,928 ETH** | **1,366 ETH** |
| $7,994.37  -7.6% | $155,738,229  -7.6% | $2,107,584  30.5% |



24h | 7d | 14d | 30d | 90d | **Max**

Logarithmic | Linear  ≡

Nov 1, 2021  →  Jan 1, 2022

Mon 22 Nov 2021, 16:05:03
Price: 5.900000 PRICE
Vol: Ξ452.634
Price: $24,181.03

☑ Main   ☑ USD

Need NFT data? Explore Our API



## MAYC Market Statistics

| | |
|---|---|
| MAYC Floor Price | 5.18085 ETH |
| Market Cap | 100,928 ETH |
| 24h Volume | 1,366 ETH |
| 24h Sales | 261  38.8% |
| 24h Average Sale Price | 5.23 ETH  -1.1% |
| Owners | 11,423  -0.1% |
| Total Assets | 19,481 |

**TOP NFTS BY MARKET CAP**

- Mutant Ape Yacht Club
- Bored Ape Yacht Club
- Azuki
- Milady Maker
- Nouns
- DeGods
- Pudgy Penguins
- Redacted Remilio Babies

| 24h | 7d | 14d | 30d | 90d | 1y |
|---|---|---|---|---|---|
| -7.6% | -8.3% | -11.4% | -26.7% | -35.9% | -60.6% |

## What is Mutant Ape Yacht Club?

Mutant Ape Yacht Club (MAYC) is an NFT collection. Mutant Ape Yacht Club (MAYC) price floor today is $7,994.37, with a 24 hour sales volume of 1,366 ETH. As of today, there is a total of 19,481 NFTs minted, held by 11,423 unique owners, and has a total market cap of $155,738,201.

## What Is the Mutant Ape Yacht Club NFT Collection?

The Mutant Ape Yacht Club (MAYC) is a collection of 20,000 unique Mutant Ape NFTs, which showcase a series of mutated apes.

The MAYC collection is a spin-off collection based on the Bored Ape Yacht Club (BAYC), one of the most well-known NFT collections. In August 2021, Yuga Labs airdropped BAYC holders a "mutant serum". With the serum, BAYC holders were able to mutate their own Bored Ape into a Mutant Ape.

For users to obtain a MAYC, they had to either purchase the serum through a public sale or purchase the serum from another MAYC holder. When a Bored Ape is exposed to the mutant serum, it mutates to become a Mutant Ape.

The MAYC collection was created as a way to expand the BAYC ecosystem and invite new members into the community, as well as reward the existing holders of BAYC.

## Who Is the Team Behind MAYC?

The MAYC NFT project was created by Yuga Labs, the team behind the main collection BAYC. The Yuga Labs team consists of four individuals. The team consists of Greg Solana (Gargamel), Wyle Aronow (Gordon Goner), Kerem (Emperor Tomato Ketchup), and Zesham (No Sass).

Read More

| # | Marketplace | 24h Volume | MAYC Floor Price | Last Updated | |
|---|---|---|---|---|---|
| 1 | Blur | 1,343 ETH | 5.17970 ETH | 3 minutes | Buy/Sell |
| 2 | X2Y2 | 0 ETH | 6.25000 ETH | 3 minutes | Buy/Sell |
| 3 | LooksRare | 0 ETH | 5.21000 ETH | 3 minutes | Buy/Sell |
| 4 | OpenSea | 22.44 ETH | 5.25000 ETH | 3 minutes | Buy/Sell |

Affiliate disclosures

## CoinGecko NFT Data API

Proudly powering over thousands of industry builders worldwide with accurate, live & independent data

    

Get Your API Key Now



**Resources**

Perpetuals

Crypto News

Bitcoin Treasury

Crypto Heatmap

Crypto API

**Donations**

Bitcoin

Ethereum

**Support**

Request Form

Advertising

Candy Rewards Listing

Help Center

Bug Bounty

FAQ

**About CoinGecko**

About Us

Careers `Join Us`

Company Blog

Branding Guide

Disclaimer

Terms of Service

Privacy Policy

Ad Policy

**Community**

Twitter

Telegram Chat

Telegram News

Instagram

Reddit

Discord

Facebook

Youtube

TikTok

CoinGecko provides a fundamental analysis of the crypto market. In addition to tracking price, volume and market capitalisation, CoinGecko tracks community growth, open-source code development, major events and on-chain metrics.

**Interested to stay up-to-date with cryptocurrencies?**

Get the latest crypto news, updates, and reports by subscribing to our free newsletter.

Subscribe

© 2023 CoinGecko. All Rights Reserved.

 

IMPORTANT DISCLAIMER: All content provided herein our website, hyperlinked sites, associated applications, forums, blogs, social media accounts and other platforms ("Site") is for your general information only, procured from third party sources. We make no warranties of any kind in relation to our content, including but not limited to accuracy and updatedness. No part of the content that we provide constitutes financial advice, legal advice or any other form of advice meant for your specific reliance for any purpose. Any use or reliance on our content is solely at your own risk and discretion. You should conduct your own research, review, analyse and verify our content before relying on them. Trading is a highly risky activity that can lead to major losses, please therefore consult your financial advisor before making any decision. No content on our Site is meant to be a solicitation or offer.



Coins: 9980   Exchanges: 853   Market Cap: $1,043,491,681,179 -3.0%   24h Vol: $43,567,085,341   Dominance: BTC 46.9%   Gas: 15 GWEI

EN   USD   API Key

Cryptocurrencies   Exchanges   NFT   Learn Crypto   Products

Portfolio   Login   Sign Up   Search

NFT  >  Ethereum NFT  >  Mutant Ape Yacht Club

# Mutant Ape Yacht Club (MAYC)

Buy / Sell

Twitter   Etherscan  •••   Bored Ape Ecosystem  •••

☆   ⭐ On 531 watchlists

| MAYC Floor Price | Market Cap | 24h Volume |
|---|---|---|
| **5.18085 ETH** | **100,928 ETH** | **1,366 ETH** |
| $7,994.37   -7.6% | $155,738,229   -7.6% | $2,107,584   30.5% |



24h   7d   14d   30d   90d   Max

Logarithmic   Linear

Nov 1, 2021 → Jan 1, 2022

Tue 23 Nov 2021, 16:05:05
Price: 5.900000 PRICE
Vol: Ξ239,802
Price: $25,646.66

☑ Main   ☑ USD

Need NFT data? Explore Our API



## MAYC Market Statistics

| | |
|---|---|
| MAYC Floor Price | 5.18085 ETH |
| Market Cap | 100,928 ETH |
| 24h Volume | 1,366 ETH |
| 24h Sales | 261   38.8% |
| 24h Average Sale Price | 5.23 ETH   -1.1% |
| Owners | 11,423   -0.1% |
| Total Assets | 19,481 |

**TOP NFTS BY MARKET CAP**

- Mutant Ape Yacht Club
- Bored Ape Yacht Club
- Azuki
- Milady Maker
- Nouns
- DeGods
- Pudgy Penguins
- Redacted Remilio Babies

| 24h | | | | | 1Y |
|---|---|---|---|---|---|
| -7.6% | -8.3% | -11.4% | -26.7% | -35.9% | -60.6% |

## What is Mutant Ape Yacht Club?

Mutant Ape Yacht Club (MAYC) is an NFT collection. Mutant Ape Yacht Club (MAYC) price floor today is $7,994.37, with a 24 hour sales volume of 1,366 ETH. As of today, there is a total of 19,481 NFTs minted, held by 11,423 unique owners, and has a total market cap of $155,738,209.

## What Is the Mutant Ape Yacht Club NFT Collection?

The Mutant Ape Yacht Club (MAYC) is a collection of 20,000 unique Mutant Ape NFTs, which showcase a series of mutated apes.

The MAYC collection is a spin-off collection based on the Bored Ape Yacht Club (BAYC), one of the most well-known NFT collections. In August 2021, Yuga Labs airdropped BAYC holders a "mutant serum". With the serum, BAYC holders were able to mutate their own Bored Ape into a Mutant Ape.

For users to obtain a MAYC, they had to either purchase the serum through a public sale or purchase the serum from another MAYC holder. When a Bored Ape is exposed to the mutant serum, it mutates to become a Mutant Ape.

The MAYC collection was created as a way to expand the BAYC ecosystem and invite new members into the community, as well as reward the existing holders of BAYC.

## Who Is the Team Behind MAYC?

The MAYC NFT project was created by Yuga Labs, the team behind the main collection BAYC. The Yuga Labs team consists of four individuals. The team consists of Greg Solana (Gargamel), Wyle Aronow (Gordon Goner), Kerem (Emperor Tomato Ketchup), and Zesham (No Sass).

Read More

| # | Marketplace | 24h Volume | MAYC Floor Price | Last Updated | |
|---|---|---|---|---|---|
| 1 | Blur | 1,343 ETH | 5.17970 ETH | 3 minutes | Buy/Sell |
| 2 | X2Y2 | 0 ETH | 6.25000 ETH | 3 minutes | Buy/Sell |
| 3 | LooksRare | 0 ETH | 5.21000 ETH | 3 minutes | Buy/Sell |
| 4 | OpenSea | 22.44 ETH | 5.25000 ETH | 3 minutes | Buy/Sell |

Affiliate disclosures

# CoinGecko NFT Data API

Proudly powering over thousands of industry builders worldwide with accurate, live & independent data

    

Get Your API Key Now



CoinGecko provides a fundamental analysis of the crypto market. In addition to tracking price, volume and market capitalisation, CoinGecko tracks community growth, open-source code development, major events and on-chain metrics.

**Resources**

Perpetuals

Crypto News

Bitcoin Treasury

Crypto Heatmap

Crypto API

**Donations**

Bitcoin

Ethereum

**Support**

Request Form

Advertising

Candy Rewards Listing

Help Center

Bug Bounty

FAQ

**About CoinGecko**

About Us

Careers Join Us

Company Blog

Branding Guide

Disclaimer

Terms of Service

Privacy Policy

Ad Policy

**Community**

Twitter

Telegram Chat

Telegram News

Instagram

Reddit

Discord

Facebook

Youtube

TikTok

**Interested to stay up-to-date with cryptocurrencies?**

Get the latest crypto news, updates, and reports by subscribing to our free newsletter.

Enter Your Email    Subscribe

© 2023 CoinGecko. All Rights Reserved.




IMPORTANT DISCLAIMER: All content provided herein our website, hyperlinked sites, associated applications, forums, blogs, social media accounts and other platforms ("Site") is for your general information only, procured from third party sources. We make no warranties of any kind in relation to our content, including but not limited to accuracy and updatedness. No part of the content that we provide constitutes financial advice, legal advice or any other form of advice meant for your specific reliance for any purpose. Any use or reliance on our content is solely at your own risk and discretion. You should conduct your own research, review, analyse and verify our content before relying on them. Trading is a highly risky activity that can lead to major losses, please therefore consult your financial advisor before making any decision. No content on our Site is meant to be a solicitation or offer.



CoinGecko

Cryptocurrencies   Exchanges   NFT   Learn Crypto   Products

Portfolio   Login   Sign Up   Search

NFT > Ethereum NFT > Mutant Ape Yacht Club



# Mutant Ape Yacht Club (MAYC)

Buy / Sell

Twitter   Etherscan   ···   Bored Ape Ecosystem   ···



On 531 watchlists

| MAYC Floor Price | Market Cap | 24h Volume |
|---|---|---|
| **5.18085 ETH** | **100,928 ETH** | **1,366 ETH** |
| $7,994.37   -7.6% | $155,738,229   -7.6% | $2,107,584   30.5% |

24h   7d   14d   30d   90d   Max

Logarithmic   Linear

Nov 1, 2021 → Jan 1, 2022



**Wed 24 Nov 2021, 16:05:05**
Price: 6.050000 PRICE
Vol: 2302.276
Price: $25,836.56

CoinGecko

1. Nov   8. Nov   15. Nov   22. Nov   29. Nov   6. Dec   13. Dec   20. Dec   27. Dec

☑ Main   ☑ USD



## MAYC Market Statistics

| | |
|---|---|
| MAYC Floor Price | 5.18085 ETH |
| Market Cap | 100,928 ETH |
| 24h Volume | 1,366 ETH |
| 24h Sales | 261   38.8% |
| 24h Average Sale Price | 5.23 ETH   -1.1% |
| Owners | 11,423   -0.1% |
| Total Assets | 19,481 |

**TOP NFTS BY MARKET CAP**

- Mutant Ape Yacht Club
- Bored Ape Yacht Club
- Azuki
- Milady Maker
- Nouns
- DeGods
- Pudgy Penguins
- Redacted Remilio Babies

Need NFT data? Explore Our API

| 24h | 7d | 14d | 30d | 90d | 1y |
|---|---|---|---|---|---|
| -7.6% | -8.3% | -11.4% | -26.7% | -35.9% | -60.6% |

## What is Mutant Ape Yacht Club?

Mutant Ape Yacht Club (MAYC) is an NFT collection. Mutant Ape Yacht Club (MAYC) price floor today is $7,994.37, with a 24 hour sales volume of 1,366 ETH. As of today, there is a total of 19,481 NFTs minted, held by 11,423 unique owners, and has a total market cap of $155,738,209.

## What Is the Mutant Ape Yacht Club NFT Collection?

The Mutant Ape Yacht Club (MAYC) is a collection of 20,000 unique Mutant Ape NFTs, which showcase a series of mutated apes.

The MAYC collection is a spin-off collection based on the Bored Ape Yacht Club (BAYC), one of the most well-known NFT collections. In August 2021, Yuga Labs airdropped BAYC holders a "mutant serum". With the serum, BAYC holders were able to mutate their own Bored Ape into a Mutant Ape.

For users to obtain a MAYC, they had to either purchase the serum through a public sale or purchase the serum from another MAYC holder. When a Bored Ape is exposed to the mutant serum, it mutates to become a Mutant Ape.

The MAYC collection was created as a way to expand the BAYC ecosystem and invite new members into the community, as well as reward the existing holders of BAYC.

## Who Is the Team Behind MAYC?

The MAYC NFT project was created by Yuga Labs, the team behind the main collection BAYC. The Yuga Labs team consists of four individuals. The team consists of Greg Solana (Gargamel), Wyle Aronow (Gordon Goner), Kerem (Emperor Tomato Ketchup), and Zesham (No Sass).

Read More

| # | Marketplace | 24h Volume | MAYC Floor Price | Last Updated | |
|---|---|---|---|---|---|
| 1 | Blur | 1,343 ETH | 5.17970 ETH | 3 minutes | Buy/Sell |
| 2 | X2Y2 | 0 ETH | 6.25000 ETH | 3 minutes | Buy/Sell |
| 3 | LooksRare | 0 ETH | 5.21000 ETH | 3 minutes | Buy/Sell |
| 4 | OpenSea | 22.44 ETH | 5.25000 ETH | 3 minutes | Buy/Sell |

Affiliate disclosures

## CoinGecko NFT Data API

Proudly powering over thousands of industry builders worldwide with accurate, live & independent data

    

Get Your API Key Now

 **CoinGecko**

CoinGecko provides a fundamental analysis of the crypto market. In addition to tracking price, volume and market capitalisation, CoinGecko tracks community growth, open-source code development, major events and on-chain metrics.

**Resources**

Perpetuals

Crypto News

Bitcoin Treasury

Crypto Heatmap

Crypto API

**Donations**

Bitcoin

Ethereum

**Support**

Request Form

Advertising

Candy Rewards Listing

Help Center

Bug Bounty

FAQ

**About CoinGecko**

About Us

Careers Join Us

Company Blog

Branding Guide

Disclaimer

Terms of Service

Privacy Policy

Ad Policy

**Community**

Twitter

Telegram Chat

Telegram News

Instagram

Reddit

Discord

Facebook

Youtube

TikTok

**Interested to stay up-to-date with cryptocurrencies?**

Get the latest crypto news, updates, and reports by subscribing to our free newsletter.

[Enter Your Email] **Subscribe**

© 2023 CoinGecko. All Rights Reserved.

 

IMPORTANT DISCLAIMER: All content provided herein our website, hyperlinked sites, associated applications, forums, blogs, social media accounts and other platforms ("Site") is for your general information only, procured from third party sources. We make no warranties of any kind in relation to our content, including but not limited to accuracy and updatedness. No part of the content that we provide constitutes financial advice, legal advice or any other form of advice meant for your specific reliance for any purpose. Any use or reliance on our content is solely at your own risk and discretion. You should conduct your own research, review, analyse and verify our content before relying on them. Trading is a highly risky activity that can lead to major losses, please therefore consult your financial advisor before making any decision. No content on our Site is meant to be a solicitation or offer.



CoinGecko   Cryptocurrencies   Exchanges   NFT   Learn Crypto   Products •

Portfolio   Login   **Sign Up**   Search

NFT > Ethereum NFT > Mutant Ape Yacht Club

# Mutant Ape Yacht Club (MAYC)

**Buy / Sell**

Twitter   Etherscan ···   Bored Ape Ecosystem ···

☆   ⭐ On 531 watchlists



| MAYC Floor Price | Market Cap | 24h Volume |
|---|---|---|
| **5.18085 ETH** | **100,928 ETH** | **1,366 ETH** |
| $7,994.37   -7.6% | $155,738,229   -7.6% | $2,107,584   30.5% |



| 24h | 7d | 14d | 30d | 90d | Max |

Logarithmic   Linear   ☰

Nov 1, 2021 → Jan 1, 2022

₿9.000000 — $35,000.00

Fri 31 Dec 2021, 16:05:18
Price: 8.000000 PRICE
Vol: ₿1,405
Price: $29,447.19

₿8.000000 — $30,000.00
₿7.000000 — $25,000.00
₿6.000000 — $20,000.00
₿5.000000 — $15,000.00
₿4.000000
₿3.000000

1. Nov   8. Nov   15. Nov   22. Nov   29. Nov   6. Dec   13. Dec   20. Dec   27. Dec

CoinGecko

Jan 22   Jul 22   Jan 23   Jul 23

☑ Main   ☑ USD

Need NFT data? Explore Our API

## MAYC Market Statistics

| | |
|---|---|
| MAYC Floor Price | 5.18085 ETH |
| Market Cap | 100,928 ETH |
| 24h Volume | 1,366 ETH |
| 24h Sales | 261   38.8% |
| 24h Average Sale Price | 5.23 ETH   -1.1% |
| Owners | 11,423   -0.1% |
| Total Assets | 19,481 |

**TOP NFTS BY MARKET CAP**

- Mutant Ape Yacht Club
- Bored Ape Yacht Club
- Azuki
- Milady Maker
- Nouns
- DeGods
- Pudgy Penguins
- Redacted Remilio Babies

| 24h | 7d | 14d | 30d | 90d | 1y |
|---|---|---|---|---|---|
| -7.6% | -8.3% | -11.4% | -26.7% | -35.9% | -60.6% |

## What is Mutant Ape Yacht Club?

Mutant Ape Yacht Club (MAYC) is an NFT collection. Mutant Ape Yacht Club (MAYC) price floor today is $7,994.37, with a 24 hour sales volume of 1,366 ETH. As of today, there is a total of 19,481 NFTs minted, held by 11,423 unique owners, and has a total market cap of $155,738,203.

## What Is the Mutant Ape Yacht Club NFT Collection?

The Mutant Ape Yacht Club (MAYC) is a collection of 20,000 unique Mutant Ape NFTs, which showcase a series of mutated apes.

The MAYC collection is a spin-off collection based on the Bored Ape Yacht Club (BAYC), one of the most well-known NFT collections. In August 2021, Yuga Labs airdropped BAYC holders a "mutant serum". With the serum, BAYC holders were able to mutate their own Bored Ape into a Mutant Ape.

For users to obtain a MAYC, they had to either purchase the serum through a public sale or purchase the serum from another MAYC holder. When a Bored Ape is exposed to the mutant serum, it mutates to become a Mutant Ape.

The MAYC collection was created as a way to expand the BAYC ecosystem and invite new members into the community, as well as reward the existing holders of BAYC.

## Who Is the Team Behind MAYC?

The MAYC NFT project was created by Yuga Labs, the team behind the main collection BAYC. The Yuga Labs team consists of four individuals. The team consists of Greg Solana (Gargamel), Wyle Aronow (Gordon Goner), Kerem (Emperor Tomato Ketchup), and Zesham (No Sass).

Read More

| # | Marketplace | 24h Volume | MAYC Floor Price | Last Updated | |
|---|---|---|---|---|---|
| 1 | Blur | 1,343 ETH | 5.17970 ETH | 3 minutes | Buy/Sell |
| 2 | X2Y2 | 0 ETH | 6.25000 ETH | 3 minutes | Buy/Sell |
| 3 | LooksRare | 0 ETH | 5.21000 ETH | 3 minutes | Buy/Sell |
| 4 | OpenSea | 22.44 ETH | 5.25000 ETH | 3 minutes | Buy/Sell |

Affiliate disclosures

# CoinGecko NFT Data API

Proudly powering over thousands of industry builders worldwide with accurate, live & independent data

    

Get Your API Key Now



**Resources**

Perpetuals

Crypto News

Bitcoin Treasury

Crypto Heatmap

Crypto API

**Donations**

Bitcoin

Ethereum

**Support**

Request Form

Advertising

Candy Rewards Listing

Help Center

Bug Bounty

FAQ

**About CoinGecko**

About Us

Careers Join Us

Company Blog

Branding Guide

Disclaimer

Terms of Service

Privacy Policy

Ad Policy

**Community**

Twitter

Telegram Chat

Telegram News

Instagram

Reddit

Discord

Facebook

Youtube

TikTok

CoinGecko provides a fundamental analysis of the crypto market. In addition to tracking price, volume and market capitalisation, CoinGecko tracks community growth, open-source code development, major events and on-chain metrics.

**Interested to stay up-to-date with cryptocurrencies?**

Get the latest crypto news, updates, and reports by subscribing to our free newsletter.

Subscribe

© 2023 CoinGecko. All Rights Reserved.




IMPORTANT DISCLAIMER: All content provided herein our website, hyperlinked sites, associated applications, forums, blogs, social media accounts and other platforms ("Site") is for your general information only, procured from third party sources. We make no warranties of any kind in relation to our content, including but not limited to accuracy and updatedness. No part of the content that we provide constitutes financial advice, legal advice or any other form of advice meant for your specific reliance for any purpose. Any use or reliance on our content is solely at your own risk and discretion. You should conduct your own research, review, analyse and verify our content before relying on them. Trading is a highly risky activity that can lead to major losses, please therefore consult your financial advisor before making any decision. No content on our Site is meant to be a solicitation or offer.

# Exhibit C

Tweet by @LowMintNFT



**Low Mint**
@LowMintNFT
···

sotheby's rep confirmed on @farokh's space that the BAYC buyer is a traditional collector

10:04 AM · Sep 9, 2021

**2** Likes

**Low Mint** @LowMintNFT · Sep 9, 2021
cc @MaxMoore_Art
···

# Exhibit D

Tweet by @MaxMoore_Art



**Max Moore**
@MaxMoore_Art

···

We got action @michaelbouhanna



3:31 AM · Sep 9, 2021

# Exhibit E

Sotheby's auction webpage

Ape in !

‹   Lot 1 ▾   ›                                                                     ♡   •••



0:00 / 0:35

# Yuga Labs

101 Bored Ape Yacht Club

👓  Cryptocurrency Payments
Ɔ  Irrevocable Bids

Lot Closed
September 9, 10:01 AM EDT

Estimate
12,000,000 - 18,000,000 USD

| Log in to view results |
|---|

# Lot Details

☆ Authenticity guaranteed

## Description

Yuga Labs
Est. 2021
101 Bored Ape Yacht Club

107 NFTs
each: ERC721, minted in 2021.
Contract address: 0xbc4ca0eda7647a8ab7c2061c2e118a18a936f13d
This lot includes 3 M1 + 3 M2 Mutant serums

## Condition Report                                           +

## Saleroom Notice                                            —

Please note this lot is subject to an irrevocable bid.