Renée E. Rothauge, Bar No. 271239
RRothauge@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: +1.503.727.2000
Facsimile: +1.503.727.2222

Donald J. Kula, Bar No. 144342
DKula@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: +1.310.788.3391
Facsimile: +1.310.788.3399

Attorneys for Defendants
adidas AMERICA INC. and
adidas VENTURE B.V.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOHNNY JOHNSON, EZRA BOEKWEG, MARIO PALOMBINI and ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>YUGA LABS, INC., et al,<br><br>Defendants. | Case No. 2:22-cv-08909 FMO-PLA<br><br>**DEFENDANTS ADIDAS AMERICA INC. AND ADIDAS VENTURE B.V.'S NOTICE OF MOTION AND MOTION TO DISMISS THE FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Date: November 30, 2023<br>Time: 10:00 am<br>Courtroom: 6D<br>Judge: Hon. Fernando M. Olguin<br><br>Complaint filed: December 8, 2022<br><br>[*Filed concurrently with Memorandum in support of Motion to Dismiss, and Proposed Order*] |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on November 30, 2023, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 6D, located at 350 West First Street, Los Angeles, California 90012, Defendants adidas AMERICA INC. and adidas VENTURE B.V. (collectively, "adidas Defendants") will, and hereby do, present for hearing by the Court, the Honorable Fernando M. Olguin presiding, this Motion to Dismiss the First Amended Class Action Complaint (the "Motion").

This Motion is made following the conference of counsel pursuant to Civil Local Rule 7-3, which took place on September 1, 2023. The Motion seeks dismissal with prejudice of the First Amended Class Action Complaint brought by Plaintiffs Johnny Johnson, Ezra Boekweg, Mario Palombini, and Adam Titcher, for failure to state a claim upon which relief may be granted and, with respect to certain Defendants, lack of personal jurisdiction.

This Motion is filed pursuant to Federal Rules of Civil Procedure 8(a), 9(b), 12(b)(1), 12(b)(2), 12(b)(6) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u–4 ("PSLRA"), and, is based on the accompanying Memorandum of Points and Authorities, all pleadings and papers filed in this action, and such additional papers and arguments as may be presented at or in connection with the hearing.

Pursuant to the Court's Order dated August 14, 2023 (ECF 125), Defendants Alexis Ohanian, Amy Wu, Maaria Bajwa, Mike Winkelmann, Madonna Louise Ciccone, Paris Hilton, James Fallon, Electric Hot Dog, Inc., Universal Television, LLC, Justin Bieber, Kevin Hart, Wardell Stephen Curry II, Ivan Soto-Wright, MoonPay USA LLC, Sotheby's Holdings Inc., Yuga Labs, Inc., Wylie Aronow, Greg Solano, Kerem Atalay, Zeshan Ali, Nicole Muniz, Jasmin Shoemaker, Patrick Ehrlund, Christopher Lyons and Guy Oseary are concurrently filing Motions to Dismiss and, to the extent set forth in their respective Memoranda of Points and

1  Authorities, join in some or all of the adidas Defendants' arguments herein. The
2  adidas Defendants likewise join in other Defendants' arguments to the extent they
3  apply to the adidas Defendants.

Dated: September 12, 2023          **PERKINS COIE LLP**

By: /s/ Renée E. Rothauge
  Renée E. Rothauge, Bar No. 271239
  Donald J. Kula, Bar No. 144342

Attorneys for Defendants
adidas AMERICA INC. and adidas
VENTURE B.V.