**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

JOHNNY JOHNSON, EZRA BOEKWEG, MARIO PALOMBINI and ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

YUGA LABS, INC., et al,

Defendants.

Case No. 2:22-cv-08909 FMO-PLA

**[PROPOSED] ORDER GRANTING DEFENDANTS ADIDAS AMERICA INC. AND ADIDAS VENTURE B.V.'S MOTION TO DISMISS THE FIRST AMENDED CLASS ACTION COMPLAINT**

After reviewing Defendants adidas AMERICA INC. and adidas VENTURE B.V.'s Motion to Dismiss the First Amended Class Action Complaint, the supporting Memorandum of Points and Authorities, any additional papers filed in support of and in opposition to the Motion, the files in this action, and hearing any argument of counsel, the Court hereby GRANTS the Motion in its entirety with prejudice.

**IT IS SO ORDERED.**

DATED: ____________________

______________________________
Hon. Fernando M. Olguin
United States District Judge