LATHAM & WATKINS LLP
Perry J. Viscounty (Bar No. 132143)
 *perry.viscounty@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Telephone: +1.714.540.1235

Colleen C. Smith (Bar No. 231216)
 *colleen.smith@lw.com*
12670 High Bluff Drive
San Diego, CA 92130-3086
Telephone: +1.858.523.5400

Douglas K. Yatter (Bar No. 236089)
 *douglas.yatter@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1200

*Attorneys for Defendants MoonPay USA LLC, and Ivan Soto-Wright*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY JOHNSON, EZRA BOEKWEG, MARIO PALOMBINI, and ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>YUGA LABS, INC., et al.<br><br>Defendants. | Case No. 2:22-cv-08909 FMO (PLAx)<br><br>**[PROPOSED] ORDER GRANTING MOONPAY DEFENDANTS' MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Date:        November 30, 2023<br>Time:        10:00 a.m.<br>Courtroom: 6D<br>Judge:       Hon. Fernando M. Olguin<br><br>Complaint Filed:  December 8, 2022 |

1   Before the Court is Defendants MoonPay USA LLC ("MoonPay") and Ivan Soto-Wright ("Soto-Wright") (collectively, the "MoonPay Defendants") Motion to Dismiss the First Amended Class Action Complaint, dated September 12, 2023.

The Court, having considered the Motion, the parties' memoranda and supporting papers, the arguments of counsel, the records in the above-captioned case, judicially noticed matters, and all other arguments and evidence before the Court, HEREBY ORDERS that the MoonPay Defendants' Motion to Dismiss the First Amended Class Action Complaint is GRANTED.

IT IS SO ORDERED.

Dated: _____, 2023

_____
The Honorable Fernando M. Olguin
United States District Judge