1  LATHAM & WATKINS LLP
   Perry J. Viscounty (Bar No. 132143)
2    *perry.viscounty@lw.com*
3  650 Town Center Drive, 20th Floor
   Costa Mesa, CA 92626-1925
4  Telephone: +1.714.540.1235

5  Colleen C. Smith (Bar No. 231216)
     *colleen.smith@lw.com*
6  12670 High Bluff Drive
7  San Diego, CA 92130-3086
   Telephone: +1.858.523.5400
8
9  Douglas K. Yatter (Bar No. 236089)
     *douglas.yatter@lw.com*
10 1271 Avenue of the Americas
   New York, NY 10020
11 Telephone: +1.212.906.1200

12 *Attorneys for Defendants MoonPay USA LLC,*
   *and Ivan Soto-Wright*
13

14 **UNITED STATES DISTRICT COURT**

15 **CENTRAL DISTRICT OF CALIFORNIA**

16

| | |
|---|---|
| JOHNNY JOHNSON, EZRA BOEKWEG, MARIO PALOMBINI, and ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>YUGA LABS, INC., et al.<br><br>Defendants. | Case No. 2:22-cv-08909 FMO (PLAx)<br><br>**DECLARATION OF COLLEEN C. SMITH IN SUPPORT OF MOONPAY DEFENDANTS' MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT AND REQUEST FOR JUDICIAL NOTICE**<br><br>Date:      November 30, 2023<br>Time:      10:00 a.m.<br>Courtroom: 6D<br>Judge:     Hon. Fernando M. Olguin<br><br>Complaint Filed:  December 8, 2022 |

I, Colleen C. Smith, declare as follows:

1. I am an attorney with the law firm of Latham & Watkins LLP, and counsel of record for Defendants MoonPay USA LLC ("MoonPay") and Ivan Soto-Wright ("Soto-Wright") (collectively, the "MoonPay Defendants"). I am a member in good standing with the State Bar of California. I submit this declaration in support of the accompanying Motion to Dismiss Plaintiff's First Amended Class Action Complaint ("FAC" or "Complaint") and Request for Judicial Notice and Incorporation of Documents by Reference in Support of MoonPay Defendants' Motion to Dismiss First Amended Class Action Complaint. I have personal knowledge of the facts set forth herein.

2. Attached hereto as **Exhibit 1**, is a true and correct copy of an online news article: Herman Hayes, *Purchases at Bored Ape Yacht Club Fall by 90% to 16-Month Low,* BITKAN (Oct. 8, 2022), https://bitkan.com/news/purchases-at-bored-ape-yacht-club-fall-by-90-to-16-month-low-5479.

3. Using the information contained in Plaintiffs' First Amended Class Action Complaint, I have prepared **Appendix A**, which is a chart of the statements purportedly made by the MoonPay Defendants that Plaintiffs alleged to be false or misleading. The chart is designed to aid in the Court's evaluation of the MoonPay Defendants' motion to dismiss, and the statements are copied directly from Plaintiffs' First Amended Class Action Complaint.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 12th day of September, 2023, in San Diego, California.

/s/ Colleen C. Smith
Colleen C. Smith