# EXHIBIT 1

EXHIBIT 1
Page 2

# Purchases at Bored Ape Yacht Club Fall by 90% to 16-Month Low

Herman Hayes   Oct 8, 2022

In August, the average sale price in BAYC was close to $130,000. There weren't more than 300 unique buyers in total. Less than $60 million worth of merchandise from the NFT collection were sold in August.

In August, the number of unique customers at Bored Ape Yacht Club significantly declined, primarily because it became less profitable to keep non-fungible tokens.

CryptoPunks has been eclipsed by Bored Ape Yacht Club (BAYC) as the NFT collection with the second-highest sales volume ever. In less than two years after entering the digital collectibles market in April 2021, BAYC accomplished this milestone. This milestone was made possible in large part by the growing number of unique purchasers who supported Yuga Labs' (the NFT's developers) effort.

Unfortunately, one of the most well-liked collections in the market today has suffered as a result of the unfavorable market attitude that damaged worldwide NFT market sales and unique consumers.

In August, BAYC counted 263 different buyers. This was a 16-

EXHIBIT 1
Page 3

month low for new buyers and the lowest number in 2022.

Sales continue to suffer from exclusive customers.

Unique purchasers are crucial in determining the level of demand for a certain NFT collection. A 2,418% increase in unique buyers to 3,550 in May 2021 established BAYC NFTs' position as the new golden goose in the digital art market after 141 buyers bought them in April of last year.

Several cryptocurrencies, including Ethereum (ETH) and Internet Computer (ICP), hit fresh highs at this time.

As a result of the jump, sales volume increased from a relatively lower volume of $37,557 in the month of its inception to almost $17 million.

Although sales and unique purchasers are correlated, BAYC's past reveals that it now has a different relationship with average sale value. There were months when the number of unique buyers fell short of the May 2021 benchmark, yet sales volume continued to rise.

The month of January 2022, when Bored Apes had 937 unique purchasers and 1,456 transactions, serves as an excellent illustration.

Sales at the Bored Ape Yacht Club were compared to new customers in August.

**EXHIBIT 1**
**Page 4**

Sales volume has decreased over the last three months as a result of a decline in unique buyers. The number of new buyers has decreased from 611 in May 2022 to 424 in June, according to our observations. As a result, revenues decreased by 63%, from $223 million to $82 million.

Sales have fallen below $60 million in the last two months due to a further decline in unique buyers, which brought the number to 290 in July and then 263 in August. Volume in August 2022 was about $58 million.

Price changes for APE were a result of fewer unique customers and sales.

The Bored Ape project's native blockchain currency, ApeCoin (APE), has likewise been losing value since March 2022, when it peaked. APE traded in the $4.61 to $7.68 range in August. APE lost 29% of its market value overall throughout this time.

The most popular NFT category in the previous seven days was Bored Ape Yacht Club, which was closely followed by Loot, a collection of 8,000 NFTs represented as photographs of white text on a black backdrop. BAYC generated sales of almost $11 million at the time. The ranks were completed by Ethereum Name Service, Otherside, and CloneX.

EXHIBIT 1
Page 5