# APPENDIX A

**APPENDIX A**

| Statement | Date / Source | Challenged Statement | Topic |
|---|---|---|---|
| 1 | 11/11/2021 / TV Broadcast & Twitter | "MoonPay Twitter account posted a clip from the segment with Fallon promoting MoonPay and the BAYC NFTs with a caption stating: 'So this just happened. @jimmyfallon reveals to @beeple on the #TheTonightShow that he just bought his first Bored Ape by @BoredApeYC with MoonPay!'"  AC ¶¶ 162, 603(e). | BAYC NFT |
| 2 | 11/15/2021 / Twitter | "MoonPay Twitter account posted 'This just happened. @PostMalone aped into @BoredApeYC by purchasing his first NFT with MoonPay in his latest #OneRightNow music video with @theweeknd! Win your own Bored Ape here'"  AC ¶¶ 171, 603(f). | BAYC NFT |
| 3 | 1/24/2022 / Twitter | "MoonPay Twitter account posted the following picture of Defendant Hart on its Twitter account with the caption 'Someone funny aped in today!'"  AC ¶¶ 203, 603(g). | BAYC NFT |
| 4 | 12/24/2021 / Media Interview | "Soto-Wright falsely described the creation of the Concierge service as first spreading via word of mouth among artists, stating, 'So I helped one artist figure it out. They told another who then asked for help. Word started to spread.' Soto-Wright later falsely described it as an accident, stating 'A really happy accident I'd say. 100% organic.'"  AC ¶¶ 246, 603(j). | Concierge Service |
| 5 | 12/24/2021 / Media Interview | "When asked to confirm whether celebrities were not paid to promote MoonPay, Soto-Wright falsely stated that 'Everyone that uses MoonPay Concierge has a commercial relationship with the company in the sense that this is a commercial service we offer our clients. We provide the support and then we invoice for services rendered.'"  AC ¶¶ 247, 603(k) | Concierge Service |