UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHNNY JOHNSON, EZRA BOEKWEG, MARIO PALOMBINI, and ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>YUGA LABS, INC., WYLIE ARONOW, GREG SOLANO, KEREM ATALAY, ZESHAN ALI, NICOLE MUNIZ, JASMIN SHOEMAKER, PATRICK EHRLUND, CHRISTOPHER LYONS, ALEXIS OHANIAN, AMY WU, MAARIA BAJWA, SOTHEBY'S HOLDINGS INC., GUY OSEARY, MIKE WINKELMANN, MADONNA LOUISE CICCONE, PARIS HILTON, JAMES FALLON, ELECTRIC HOT DOG, INC., UNIVERSAL TELEVISION, LLC, JUSTIN BIEBER, AUSTIN RICHARD POST, CALVIN BROADUS JR., KEVIN HART, WARDELL STEPHEN CURRY II, ADIDAS AMERICA INC., ADIDAS VENTURE B.V., IVAN SOTO-WRIGHT, and MOONPAY USA LLC,<br><br>Defendants. | Case No. 2:22-cv-08909-FMO-PLA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MADONNA LOUISE CICCONE'S MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING DEF.
CICCONE'S MOT. TO DISMISS
2:22-CV-08909-FMO-PLA

On September 12, 2023, Defendant Madonna Louise Ciccone moved to dismiss all claims against her in the Amended Class Action Complaint (ECF No. 114) pursuant to: (1) Federal Rule of Civil Procedure 12(b)(1) due to Plaintiffs' failure to plead Article III standing necessary to seek injunctive relief, and (2) Federal Rules of Civil Procedure 9(b) and 12(b)(6) due to Plaintiffs' failure to state any claim upon which relief may be granted.

After considering the briefs in support of and in opposition to Defendant's motion, the arguments of counsel, and the evidence of record, the Court hereby **ORDERS** that Defendant Ciccone's Motion to Dismiss the Amended Class Action Complaint is **GRANTED**, and all claims against her are **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

DATED: _____       _____
The Honorable Fernando M. Olguin
UNITED STATES DISTRICT JUDGE