NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Tala T. Jayadevan (SBN 288121)
tjayadevan@mwe.com
MCDERMOTT WILL & EMERY LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: (310) 284-6148
Fax: (310) 277-4730

ATTORNEY(S) FOR: Defendant, Sotheby's Holdings Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JOHNNY JOHNSON, et al., | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:22-cv-08909-FMO-PLA |
| v. | |
| YUGA LABS, INC., et al., | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Sotheby's Holdings Inc._ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Sotheby's Holdings Inc. | Defendant |
| Sotheby's | Merged with Sotheby's Holdings Inc. |
| Bidfair Holdings Inc. | Direct Parent of Sotheby's |
| Bidfair USA Inc. | Indirect Parent of Sotheby's |
| Sotheby's Holdings UK Ltd. | Indirect Parent of Sotheby's |
| Bidfair Limited | Indirect Parent of Sotheby's |

September 14, 2023
Date

/s/ Tala T. Jayadevan
Signature

Attorney of record for (or name of party appearing in pro per):

Defendant, Sotheby's Holdings Inc.