Name and address:
Tala T. Jayadevan (SBN 288121)
tjayadevan@mwe.com
MCDERMOTT WILL & EMERY LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JOHNNY JOHNSON, et al.,

Plaintiff(s)

v.

YUGA LABS, INC., et al.,

Defendant(s).

**CASE NUMBER**

2:22-cv-08909-FMO-PLA

(~~PROPOSED~~) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Evans, Joseph B.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 547-5400
*Telephone Number*

(212) 547-5444
*Fax Number*

jbevans@mwe.com
*E-Mail Address*

of

McDermott Will & Emery LLP
One Vanderbilt Avenue
New York, New York 10017-3852
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Sotheby's Holdings Inc.

*Name(s) of Party(ies) Represented*

☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**

Jayadevan, Tala T.
*Designee's Name (Last Name, First Name & Middle Initial)*

288121
*Designee's Cal. Bar No.*

(310) 284-6148
*Telephone Number*

(310) 277-4730
*Fax Number*

tjayadevan@mwe.com
*E-Mail Address*

of

McDermott Will & Emery LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated  September 14, 2023

/s/ Fernando M. Olguin
U.S. District Judge/~~U.S. Magistrate Judge~~

G-64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1