Donald J. Kula, Bar No. 144342
DKula@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 788-9900
Facsimile: (310) 788-3399

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADONIS REAL and ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff(s)<br><br>v.<br><br>YUGA LABS, INC., et al.,<br><br>Defendant(s). | CASE NUMBER<br><br>2:22-cv-08909-FMO-PLA<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of **Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice*** filed by

Riccardi, Matthew M.     of

*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 626-6900     (212) 977-1649

*Telephone Number*     *Fax Number*

MRiccardi@perkinscoie.com

*E-Mail Address*

Perkins Coie LLP
1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

adidas America Inc., adidas Venture B.V.

*Name(s) of Party(ies) Represent*  ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Kula, Donald J.     of

*Designee's Name (Last Name, First Name & Middle Initial)*

144342     (310) 788-9900     (310)-788-3399

*Designee's Cal. Bar No.*     *Telephone Number*     *Fax Number*

DKula@perkinscoie.com

*E-Mail Address*

Perkins Coie LLP
1888 Century Park East
Suite 1700
Los Angeles, CA 90067

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒GRANTED

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: September 18, 2023**           /s/  Fernando M. Olguin

                                              **U.S. District Judge**