John T. Jasnoch (CA 281605)
jjasnoch@scott-scott.com
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: 619-233-4565
Fax: 619-233-0508

*Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| JOHNNY JOHNSON, EZRA BOEKWEG, MARIO PALOMBINI, and ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>YUGA LABS, INC., et al.,<br><br>    Defendants. | Case No.: 2:22-cv-08909-FMO-PLA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE BRIEFING SCHEDULE FOR MOTION TO DISMISS**<br><br>Judge: Hon. Fernando M. Olguin<br>Complaint Filed: December 8, 2022 |

Lead Plaintiffs Johnny Johnson, Ezra Boekweg and Mario Palombini and Named Plaintiff Adam Titcher (collectively, "Plaintiffs") and Defendant Sotheby's Holdings Inc. ("Sotheby's"), hereby stipulate and agree as follows:

**WHEREAS,** on December 8, 2022, Plaintiffs Titcher and Adonis Real filed the initial complaint in this action (*see* ECF No. 1), asserting claims relating to the sale of digital assets to retail investors.

**WHEREAS**, on July 11, 2023, the Court appointed Boekweg, Palombini, and Johnson as the Lead Plaintiffs in this action. *See* ECF No. 107.

**WHEREAS,** on July 24, 2023, the existing parties to the case filed a joint stipulation for an order setting a schedule for the filing of the Lead Plaintiffs' complaint. *See* ECF No. 110. The Court granted the stipulation, ordering that (1) Plaintiffs file the complaint by August 4, 2023 and (2) Defendants file an answer or motion to dismiss by September 5, 2023. *See* ECF No. 111.

**WHEREAS,** on August 4, 2023, Lead Plaintiffs filed their complaint, which added Lead Plaintiffs Boekweg, Palombini, and Johnson and Defendant Sotheby's as parties for the first time. *See* ECF No. 114.

**WHEREAS,** on September 12, 2023, all Defendants (including Sotheby's) filed their respective motions to dismiss the operative complaint. *See* ECF Nos. 153, 154, 155 156, 157, 158, 159, 160, 161, 162, 164, 165, 166. Sotheby's motion to dismiss (ECF No. #160) relies, in part, on various arguments made in the Yuga Labs Defendants' motion to dismiss (ECF No. 153).

**WHEREAS,** Plaintiffs' response to the Sotheby's motion to dismiss is due on September 28, 2023, while Plaintiffs' response to the Stipulating Defendants is due by October 19, 2023. October 19, 2023 is also the date currently set for the hearing on Defendant Sotheby's motion to dismiss.

JOINT STIPULATION ORDER TO CONSOLIDATE
BRIEFING SCHEDULE FOR MOTION TO DISMISS                    CASE NO. 2:22-cv-08909-FMO-PLA

**WHEREAS**, Plaintiffs and Sotheby's believe it would be most efficient for the motions to dismiss to be coordinated both into a single briefing schedule and hearing;

**WHEREAS,** Plaintiffs have requested, and Sotheby's has consented to, an extension of time to respond to the Sotheby's motion to dismiss through and until October 19, 2023 so that the briefing and hearing date is in line with the schedule for all of the other Defendants' Rule 12 motions to dismiss.

**WHEREAS,** the Plaintiffs and Sotheby's agree, consistent with the Court's prior scheduling order, that Plaintiffs' opposition shall be filed on or before October 19, 2023, that Sotheby's reply in support of its motion to dismiss shall be filed on or before November 2, 2023, and that the hearing shall take place on November 30, 2023 at 10:00 a.m.  *See* ECF No. 125.

**WHEREAS**, there has been one previous request to modify the briefing schedule for Sotheby's motion to dismiss (ECF No. 133), which was denied by the Court (ECF No. 134);

**WHEREAS**, Sotheby's and Plaintiffs further agree and represent that the relief requested herein is not intended to delay the proceedings and will not prejudice any party;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs and Sotheby's, that, subject to the Court's approval:

1.      Plaintiffs' response to Defendant Sotheby's motion to dismiss shall be filed on or before October 19, 2023.

2.      Sotheby's reply in support of its motion to dismiss shall be filed on or before November 2, 2023.

3.      The hearing on Sotheby's motion to dismiss shall occur on November 30, 2023 at 10 a.m.

JOINT STIPULATION ORDER TO CONSOLIDATE
BRIEFING SCHEDULE FOR MOTION TO DISMISS                    CASE NO. 2:22-cv-08909-FMO-PLA

4.     For avoidance of doubt, Sotheby's is permitted to rely upon and/or incorporate by reference arguments made in the Yuga Labs Defendants' motion to dismiss (ECF No. 153) and in the Yuga Labs Defendants' forthcoming reply.

DATED: September 22, 2023    Respectfully submitted,

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

By: */s/ John T. Jasnoch*
John T. Jasnoch

600 W. Broadway, Suite 3300
San Diego, CA 92101
Email: jjasnoch@scott-scott.com
Telephone: (619) 233-4565
Facsimile: (619) 236-0508

*Lead Counsel for Plaintiffs*

I, John T. Jasnoch, attest that all other signatories listed, and on whose behalf this filing is also submitted, concur in the filing's content and have authorized the filing.

Dated: September 22, 2023     **MCDERMOTT WILL & EMERY LLP**

By: */s/  Paul W. Hughes*
Paul W. Hughes (*pro hac vice*)
phughes@mwe.com
Andrew A. Lyons-Berg (*pro hac vice*)
alyonsberg@mwe.com
500 North Capitol Street, NW
Washington, DC 20001-1531
Telephone: (202) 756-8981
Facsimile: (202) 591-2784

Tala Jayadevan (SBN 288121)
tjayadevan@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: (310) 284-6148
Facsimile: (310) 317-7398

4

Joseph B. Evans (*pro hac vice*)
jbevans@mwe.com
Todd Harrison (*pro hac vice*)
tdharrison@mwe.com
One Vanderbilt Ave
New York, NY 10017
Telephone: (212) 547-5767
Facsimile: (646) 417-7672

*Attorneys for Defendant Sotheby's Holdings Inc.*

5