John T. Jasnoch (CA 281605)
jjasnoch@scott-scott.com
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: 619-233-4565
Fax: 619-233-0508

*Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOHNNY JOHNSON, EZRA BOEKWEG, MARIO PALOMBINI, and ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>YUGA LABS, INC., et al.,<br><br>Defendants. | Case No.: 2:22-cv-08909-FMO-PLA<br><br>**DECLARATION OF JOHN T. JASNOCH IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE BRIEFING SCHEDULE FOR MOTION TO DISMISS**<br><br>Judge: Hon. Fernando M. Olguin<br>Complaint Filed: December 8, 2022 |

DECLARATION OF JOHN T. JASNOCH IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE BRIEFING SCHEDULE
FOR MOTION TO DISMISS THE AMENDED COMPLAINT              CASE NO. 2:22-CV-08909-FMO-PLA

# DECLARATION OF JOHN T. JASNOCH

I, John T. Jasnoch, declare and state as follows:

1. I am an attorney admitted to practice before the courts of the State of California and have been admitted to this Court. I am an attorney in the law firm of Scott+Scott Attorneys at Law LLP, which is Lead Counsel for Lead Plaintiffs Johnny Johnson, Ezra Boekweg, and Mario Palombini and Named Plaintiff Adam Titcher (collectively, "Plaintiffs") in the above-captioned matter. I submit this declaration in support of the Joint Stipulation Modifying Briefing Schedule for Motion to Dismiss the Amended Complaint (the "Stipulation"). I make this declaration based on my own personal knowledge, and if called upon to do so, could and would testify competently thereto.

2. On December 8, 2022, Plaintiffs Titcher and Adonis Real filed the initial complaint in this action (*see* ECF No. 1), asserting claims relating to the sale of digital assets to retail investors.

3. On July 11, 2023, the Court appointed Boekweg, Palombini, and Johnson as the Lead Plaintiffs in this action. *See* ECF No. 107.

4. On July 24, 2023, the existing parties to the case filed a joint stipulation for an order setting a schedule for the filing of the Lead Plaintiffs' complaint. *See* ECF No. 110. The Court granted the stipulation, ordering that: (1) Plaintiffs file the complaint by August 4, 2023; and (2) Defendants file an answer or motion to dismiss by September 5, 2023. *See* ECF No. 111.

5. On August 4, 2023, Lead Plaintiffs filed their complaint, which added Lead Plaintiffs Boekweg, Palombini, and Johnson and Defendant Sotheby's as parties for the first time. *See* ECF No. 114.

6. On September 12, 2023, all Defendants (including Sotheby's) filed their respective motions to dismiss the operative complaint. *See* ECF Nos. 153, 154, 155 156, 157, 158, 159, 160, 161, 162, 164, 165, 166. Defendant Sotheby's motion to

2

DECLARATION OF JOHN T. JASNOCH IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE BRIEFING SCHEDULE
FOR MOTION TO DISMISS THE AMENDED COMPLAINT    CASE NO. 2:22-CV-08909-FMO-PLA

dismiss (ECF No. 160) relies, in part, on various arguments made in the Yuga Labs Defendants' motion to dismiss (ECF No. 153).

7. Plaintiffs' response to Defendant Sotheby's motion to dismiss is due on September 28, 2023, while Plaintiffs' response to the Stipulating Defendants is due by October 19, 2023.  October 19, 2023 is also the date currently set for the hearing on Sotheby's motion to dismiss.

8. Plaintiffs and Sotheby's believe it would be most efficient for the motions to dismiss to be coordinated both into a single briefing schedule and hearing;

9. Plaintiffs have requested, and Sotheby's has consented to, an extension of time to respond to Sotheby's motion to dismiss through and until October 19, 2023 so that the briefing and hearing date is in line with the schedule for all of the other Defendants' Rule 12 motions to dismiss.

10. The Plaintiffs and Sotheby's agree, consistent with the Court's prior scheduling order, that Plaintiffs' opposition shall be filed on or before October 19, 2023, that Sotheby's reply in support of its motion to dismiss shall be filed on or before November 2, 2023, and that the hearing shall take place on November 30, 2023 at 10:00 a.m.  *See* ECF No. 125.

11. There has been one previous request to modify the briefing schedule for Sotheby's motion to dismiss (ECF No. 133), which was denied by the Court (ECF No. 134).

12. Plaintiffs and Sotheby's have further agreed and represent that the relief requested herein is not intended to delay the proceedings and will not prejudice any party.

3

DECLARATION OF JOHN T. JASNOCH IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE BRIEFING SCHEDULE
FOR MOTION TO DISMISS THE AMENDED COMPLAINT         CASE NO. 2:22-CV-08909-FMO-PLA

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on September 22, 2023, in San Diego, California.

                                                */s/ John T. Jasnoch*
                                                John T. Jasnoch