1  John T. Jasnoch (CA 281605)
2  jjasnoch@scott-scott.com
   **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
3  600 W. Broadway, Suite 3300
4  San Diego, CA 92101
   Tel.: 619-233-4565
5  Fax: 619-233-0508

6  *Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADONIS REAL and ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated,<br><br>                         Plaintiffs,<br><br>     v.<br><br>YUGA LABS, INC., et al.,<br><br>                         Defendants. | Case No. 2:22-cv-08909-FMO-PLA<br><br>**ORDER ON STIPULATION [175] TO CONSOLIDATE BRIEFING SCHEDULE FOR MOTION TO DISMISS**<br><br>Judge: Hon. Fernando M. Olguin<br>Complaint Filed: December 8, 2022 |

[PROPOSED] ORDER TO CONSOLIDATE BRIEFING SCHEDULE FOR MOTION TO DISMISS CASE NO. 2:22-cv-08909-FMO-PLA

# ORDER

This matter comes before the Court on the Joint Stipulation Consolidating Briefing Schedule for Motion to Dismiss the Amended Complaint (the "Stipulation") between Lead Plaintiffs Johnny Johnson, Ezra Boekweg and Mario Palombini and Named Plaintiff Adam Titcher (collectively, "Plaintiffs") and Defendant Sotheby's Holdings, Inc. ("Sotheby's"). Having considered the Stipulation, and good cause appearing therefor:

The Court **GRANTS** the Stipulation and **ORDERS** the following:

1. Plaintiffs' response to Defendant Sotheby's motion to dismiss shall be filed on or before October 19, 2023.

2. Defendant Sotheby's reply in support of its motion to dismiss shall be filed on or before November 2, 2023.

3. The hearing on Defendant Sotheby's motion to dismiss [160] shall occur on November 30, 2023 at 10:00 a.m.

**IT IS SO ORDERED**

Dated: September 25, 2023

          /s/
HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

Submitted by:

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

*/s/ John T. Jasnoch*

John T. Jasnoch (CA 281605)
jjasnoch@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-233-0508

*Lead Counsel for Plaintiffs*

2
ORDER TO CONSOLIDATE BRIEFING SCHEDULE FOR MOTION TO DISMISS CASE NO. 2:22-cv-08909-FMO-PLA