John T. Jasnoch (CA 281605)
jjasnoch@scott-scott.com
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: 619-233-4565
Fax: 619-233-0508

*Lead Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

JOHNNY JOHNSON, EZRA BOEKWEG, MARIO PALOMBINI, and ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

YUGA LABS, INC., et al.,

Defendants.

Case No.: 2:22-cv-08909-FMO-PLA

**JOINT STIPULATION AND [PROPOSED] ORDER TO SET SCHEDULE FOR AMENDED COMPLAINT AND RESPONSES THERETO**

Judge: Hon. Fernando M. Olguin
Complaint Filed: December 8, 2022

Lead Plaintiffs Johnny Johnson, Ezra Boekweg and Mario Palombini and Named Plaintiff Adam Titcher (collectively, "Plaintiffs") and Defendants Yuga Labs, Inc., Wylie Aronow, Greg Solano, Kerem Atalay, Zeshan Ali, Nicole Muniz, Jasmin Shoemaker, Patrick Ehrlund, Christopher Lyons and Guy Oseary (collectively, the "Yuga Defendants"); and Defendants Alexis Ohanian, Amy Wu, Maaria Bajwa, Mike Winkelmann, Madonna Louise Ciccone, Paris Hilton, James Fallon, Electric Hot Dog, Inc., Universal Television, LLC, Justin Bieber, Wardell Stephen Curry II, adidas America Inc., adidas Ventures B.V., Ivan Soto-Wright and MoonPay USA LLC, and Sotheby's Holdings Inc. ("Sotheby's") (together with the "Yuga Defendants," the "Stipulating Defendants"), hereby stipulate and agree as follows:

**WHEREAS,** on December 8, 2022, Plaintiffs Titcher and Adonis Real filed the initial complaint in this action (*see* ECF No. 1).

**WHEREAS**, on July 11, 2023, the Court appointed Boekweg, Palombini, and Johnson as the Lead Plaintiffs in this action. *See* ECF No. 107.

**WHEREAS,** on July 24, 2023, the existing parties to the case filed a joint stipulation for an order setting a schedule for the filing of an amended complaint by Lead Plaintiffs. *See* ECF No. 110. On August 4, 2023, the Court entered a Scheduling Order providing that (1) Plaintiffs shall file any amended complaint no later than August 4, 2023, and (2) Stipulating Defendants shall file an answer or motion pursuant to Rule 12 of the Federal Rules of Civil Procedure (the "Rules") no later than September 5, 2023. *See* ECF No. 111.

**WHEREAS,** on August 4, 2023, Plaintiffs filed their First Amended Class Action Complaint, which spanned 218 pages and contained 699 paragraphs; asserted 13 causes of action against 29 defendants, many of whom are represented by different counsel; and added Lead Plaintiffs Boekweg, Palombini, and Johnson and Defendant Sotheby's as parties. *See* ECF No. 114;

**WHEREAS,** on August 14, 2023, the Court approved the parties' stipulation setting forth the following word limits with respect to the Defendants' motions to dismiss the First Amended Complaint, which were proposed by the parties based on the length of the First Amended Complaint and Defendants' desire to coordinate the briefing of common arguments in order to streamline the motions to dismiss, minimize duplication, and more efficiently present issues to the Court: Yuga Defendants (14,000 words); MoonPay Defendants (7,000 words); other stipulating defendants (4,500 words each). *See* ECF No. 125;

**WHEREAS,** on September 1, 2023, the parties conducted a pre-motion meet and confer under Civil Local Rule 7-3 in advance of Defendants' filing of their motions to dismiss, during which Defendants set forth all arguments they intended to raise;

**WHEREAS,** on September 12, 2023, all Defendants filed their respective motions to dismiss the First Amended Class Action Complaint. *See* ECF Nos. 153, 154, 155 156, 157, 158, 159, 160, 161, 162, 164, 165, 166;

**WHEREAS,** Plaintiffs notified Defendants of their intention to amend the First Amended Class Action Complaint "as of right" under Rule 15(a)(1) in response to the arguments made by Defendants' motions to dismiss;

**WHEREAS,** Plaintiffs have informed Defendants that their intended amendment will include, among other things, adding purportedly new factual allegations, new plaintiffs and additional claims under Florida law, and a revised class period, and will remove Kevin Hart as a defendant;

**WHEREAS**, while the Stipulating Defendants do not agree that Plaintiffs have any existing amendment "as of right" under Rule 15(a)(1), to avoid burdening the Court with a dispute, the Stipulating Defendants have agreed not to oppose Plaintiffs' amendment subject to the terms set forth herein;

**WHEREAS,** Plaintiffs agree that, following the instant amendment, they will have no further right to amend "as of right" under Rule 15(a)(1) and will not seek to further amend the Second Amended Complaint before resolution of the Stipulating Defendants' forthcoming motions to dismiss the Second Amended Complaint;

**WHEREAS,** the Stipulating Defendants are agreeing through this stipulation only to a proposed schedule and word limits specified herein and to Plaintiffs' agreement not to further amend the complaint, but are not consenting to Plaintiffs' amendment of the First Amended Class Action Complaint under Rule 15(a)(2) or otherwise.

**WHEREAS,** Plaintiffs and the Stipulating Defendants agree to a schedule under which the Second Amended Class Action Complaint shall be filed on or before October 17, 2023, the Stipulating Defendants' motions to dismiss shall be filed on or before November 30, 2023; Plaintiffs' opposition to the motions to dismiss shall be filed on or before January 5, 2023; the Stipulating Defendants' replies shall be filed on or before January 26, 2024; the hearing on the motions to dismiss shall be February 15, 2024, at 10:00 a.m., or another date and time that is convenient for the Court.

**WHEREAS,** based on Plaintiffs' representations regarding the nature of the forthcoming amendment, including the addition of new plaintiffs and claims, as well as the word limits previously set by the Court (ECF No. 125), Plaintiffs and the Stipulating Defendants agree to the following modified word limits in order to allow the Stipulating Defendants to address the claims set forth in the Second Amended Complaint while addressing common arguments and issues in a coordinated fashion where possible, which would streamline the motions to dismiss for the Court and result in substantially lower volume of briefing overall: Yuga Defendants (15,000 words); MoonPay Defendants (7,500 words); Sotheby's (7,500 words); all other Stipulating Defendants (up to 6,000 words each); provided, however, that the

Stipulating Defendants reserve the right to seek an enlargement of their page limits based on the contents of Plaintiffs' forthcoming amendments because Plaintiffs have not provided the Stipulating Defendants with a copy of the proposed amendment for review;

**WHEREAS**, Plaintiffs and the Stipulating Defendants agree and represent that the relief requested herein is not intended to delay the proceedings and will not prejudice any party;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs and the Stipulating Defendants, that, subject to the Court's approval:

1. The deadline for Plaintiffs to file the Second Amended Class Action Complaint shall be October 17, 2023.

2. The Stipulating Defendants' motions to dismiss shall be filed on or before November 30, 2023.

3. Plaintiffs' opposition to defendants' motion to dismiss shall be filed on or before January 5, 2024.

4. The Stipulating Defendants' replies in support of their motions to dismiss shall be filed on or before January 26, 2024.

5. The hearing on the motions to dismiss shall be heard on February 15, 2024, at 10:00 a.m., or another date and time that is convenient for the Court.

6. Plaintiffs have no right to amend the Second Amended Class Action Complaint under Rule 15(a)(1) and will not further amend or seek leave to amend the Second Amended Class Action Complaint for any reason or on any ground before resolution of the Stipulating Defendants' forthcoming motions to dismiss the Second Amended Class Action Complaint.

7. The Yuga Defendants are permitted to file a consolidated opening brief of up to 15,000 words in support of a motion pursuant to Rule 12 and may incorporate

arguments raised in the remaining Stipulating Defendants' briefing. The remaining Stipulating Defendants may join in the Yuga Defendants' brief and/or file their own individual or joint briefs addressing defendant-specific issues, provided that any such brief filed by the MoonPay Defendants is limited to 7,500 words, any such brief filed by Sotheby's is limited to 7,500 words, and any such briefs filed by other Stipulating Defendants are limited to up to 6,000 words each; provided, however, that the Stipulating Defendants reserve the right to seek an enlargement of their page limits based on the contents of Plaintiffs' forthcoming amendments because Plaintiffs have not provided the Stipulating Defendants with a copy of the proposed amendment for review.

DATED: October 3, 2023          Respectfully submitted,

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

By: */s/ John T. Jasnoch*
John T. Jasnoch

600 W. Broadway, Suite 3300
San Diego, CA 92101
Email: jjasnoch@scott-scott.com
Telephone: (619) 233-4565
Facsimile: (619) 236-0508

*Lead Counsel for Plaintiffs*

I, John T. Jasnoch, attest that all other signatories listed, and on whose behalf this filing is also submitted, concur in the filing's content and have authorized the filing.

Dated: October 3, 2023

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

By: */s/ Peter B. Morrison*
Peter B. Morrison

300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Email: peter.morrison@skadden.com
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

*Attorneys for Defendants Yuga Labs, Inc., Wylie Aronow, Greg Solano, Kerem Atalay, Zeshan Ali, Nicole Muniz, Jasmin Shoemaker, Patrick Ehrlund, Christopher Lyons and Guy Oseary*

**FENWICK & WEST LLP**

By: */s/ Jennifer C. Bretan*
Jennifer C. Bretan (CSB No. 233475)

555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281-1350
jbretan@fenwick.com

*Attorneys for Defendants Amy Wu, Maaria Bajwa, and Alexis Ohanian*

**COOLEY LLP**

By: */s/ Michael G. Rhodes*
Michael G. Rhodes (116127)

3 Embarcadero Center, 20th Fl.
San Francisco, CA 94111
Tel.: 415-693-2000
Fax: 415-693-2222
rhodesmg@cooley.com

*Attorneys for Defendants Mike Winkelmann, Justin Bieber and Madonna Louise Ciccone*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: */s/ Shon Morgan*
Shon Morgan

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
shonmorgan@quinnemanuel.com
Tel. 213-443-3000

Kevin P.B. Johnson
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
kevinjohnson@quinnemanuel.com
Tel. 650-801-5000

*Attorneys for Defendant Paris Hilton*

**DAVIS POLK & WARDWELL LLP**

By: */s/ Neal A. Potischman*
Neal A. Potischman

1600 El Camino Real
Menlo Park, California 94025
Email: neal.potischman@davispolk.com
Telephone: (650) 725-2021
Facsimile: (650) 752-3621

*Attorneys for Defendants Universal Television, LLC, James Fallon, and Electric Hot Dog, Inc.*

**McDERMOTT WILL & EMERY LLP**

By: */s/ Jason D. Strabo*
Jason D. Strabo (SBN 246426)
Jstrabo@mwe.com

2049 Century Park East, Suite 3200
Los Angeles, CA 90067
Tel.: (310) 277-4110

*Attorneys for Defendant Stephen Curry*

**PERKINS COIE LLP**

By: */s/ Renee E. Rothauge*
Renée E. Rothauge

1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Tel: 503.727.2228
Fax: 503.727.2222
RRothauge@perkinscoie.com

*Attorneys for Defendants adidas America Inc. and adidas Ventures B.V*

**LATHAM & WATKINS LLP**

By: */s/ Colleen C. Smith*
Colleen C. Smith

Colleen.Smith@lw.com
12670 High Bluff Drive
San Diego, CA 92130-3086
Telephone: +1.858.523.5400

Perry J. Viscounty
Perry.Viscounty@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Telephone: + 1.714.540.1235

Douglas K. Yatter
Douglas.Yatter@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1200

*Attorneys for Defendants MoonPay USA LLC and Ivan Soto-Wright*

**MCDERMOTT WILL & EMERY LLP**

By: */s/ Paul W. Hughes*
Paul W. Hughes (*pro hac vice*)
phughes@mwe.com
Andrew A. Lyons-Berg (*pro hac vice*)
alyonsberg@mwe.com
500 North Capitol Street, NW
Washington, DC 20001-1531
Telephone: (202) 756-8981
Facsimile: (202) 591-2784

Tala Jayadevan (SBN 288121)
tjayadevan@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: (310) 284-6148
Facsimile: (310) 317-7398

Joseph B. Evans (*pro hac vice*)
jbevans@mwe.com
Todd Harrison (*pro hac vice*)
tdharrison@mwe.com
One Vanderbilt Ave
New York, NY 10017
Telephone: (212) 547-5767
Facsimile: (646) 417-7672

*Attorneys for Defendant Sotheby's Holdings Inc.*

10

JOINT STIPULATION AND ORDER TO SET SCHEDULE FOR AMENDED COMPLAINT AND RESPONSES THERETO CASE NO. 2:22-cv-08909-FMO-PLA