John T. Jasnoch (CA 281605)
jjasnoch@scott-scott.com
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: 619-233-4565
Fax: 619-233-0508

*Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOHNNY JOHNSON, EZRA BOEKWEG, MARIO PALOMBINI, and ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>YUGA LABS, INC., et al.,<br><br>　　　　　Defendants. | Case No.: 2:22-cv-08909-FMO-PLA<br><br>**DECLARATION OF JOHN T. JASNOCH IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER TO SET SCHEDULE FOR AMENDED COMPLAINT AND RESPONSES THERETO**<br><br>Judge: Hon. Fernando M. Olguin<br>Complaint Filed: December 8, 2022 |

## DECLARATION OF JOHN T. JASNOCH

I, John T. Jasnoch, declare and state as follows:

1. I am an attorney admitted to practice before the courts of the State of California and have been admitted to this Court. I am an attorney in the law firm of Scott+Scott Attorneys at Law LLP, which is Lead Counsel for Lead Plaintiffs Johnny Johnson, Ezra Boekweg and Mario Palombini and Named Plaintiff Adam Titcher (collectively, "Plaintiffs") in the above-captioned matter. I submit this declaration in support of the Joint Stipulation to Set Schedule for Amended Complaint and Responses Thereto (the "Stipulation"). I make this declaration based on my own personal knowledge, and if called upon to do so, could and would testify competently thereto.

2. On December 8, 2022, Plaintiffs Titcher and Adonis Real filed the initial complaint in this action (*see* ECF No. 1).

3. On July 11, 2023, the Court appointed Boekweg, Palombini, and Johnson as the Lead Plaintiffs in this action. *See* ECF No. 107.

4. On July 24, 2023, the existing parties to the case filed a joint stipulation for an order setting a schedule for the filing of an amended complaint by Lead Plaintiffs. *See* ECF No. 110. On August 4, 2023, the Court entered a Scheduling Order providing that (1) Plaintiffs shall file any amended complaint no later than August 4, 2023, and (2) Stipulating Defendants shall file an answer or motion pursuant to Rule 12 of the Federal Rules of Civil Procedure (the "Rules") no later than September 5, 2023. *See* ECF No. 111.

5. On August 4, 2023, Plaintiffs filed their First Amended Class Action Complaint, which spanned 218 pages and contained 699 paragraphs; asserted 13 causes of action against 29 defendants, many of whom are represented by different counsel; and added Lead Plaintiffs Boekweg, Palombini, and Johnson and Defendant Sotheby's as parties. *See* ECF No. 114.

6. On August 14, 2023, the Court approved the parties' stipulation setting

forth the following word limits with respect to the Defendants' motions to dismiss the First Amended Complaint, which were proposed by the parties based on the length of the First Amended Complaint and Defendants' desire to coordinate the briefing of common arguments in order to streamline the motions to dismiss, minimize duplication, and more efficiently present issues to the Court: Yuga Defendants (14,000 words); MoonPay Defendants (7,000 words); other stipulating defendants (4,500 words each). *See* ECF No. 125;

7. On September 1, 2023, the parties conducted a pre-motion meet and confer under Civil Local Rule 7-3 in advance of Defendants' filing of their motions to dismiss, during which Defendants set forth all arguments they intended to raise.

8. On September 12, 2023, all Defendants filed their respective motions to dismiss the First Amended Class Action Complaint. *See* ECF Nos. 153, 154, 155 156, 157, 158, 159, 160, 161, 162, 164, 165, 166.

9. Plaintiffs notified Defendants of their intention to amend the First Amended Class Action Complaint "as of right" under Rule 15(a)(1) in response to the arguments made by Defendants' motions to dismiss;

10. Plaintiffs have informed Defendants that their intended amendment will include, among other things, adding purportedly new factual allegations, new plaintiffs and additional claims under Florida law, and a revised class period, and will remove Kevin Hart as a defendant.

11. While the Stipulating Defendants do not agree that Plaintiffs have any existing amendment "as of right" under Rule 15(a)(1), to avoid burdening the Court with a dispute, the Stipulating Defendants have agreed not to oppose Plaintiffs' amendment subject to the terms set forth herein.

12. Plaintiffs agree that, following the instant amendment, they will have no further right to amend "as of right" under Rule 15(a)(1) and will not seek to further amend the Second Amended Complaint before resolution of the Stipulating Defendants' forthcoming motions to dismiss the Second Amended Complaint.

13. The Stipulating Defendants are agreeing through this stipulation only to a proposed schedule and word limits specified herein and to Plaintiffs' agreement not to further amend the complaint, but are not consenting to Plaintiffs' amendment of the First Amended Class Action Complaint under Rule 15(a)(2) or otherwise.

14. Plaintiffs and the Stipulating Defendants agree to a schedule under which the Second Amended Class Action Complaint shall be filed on or before October 17, 2023, the Stipulating Defendants' motions to dismiss shall be filed on or before November 30, 2023; Plaintiffs' opposition to the motions to dismiss shall be filed on or before January 5, 2023; the Stipulating Defendants' replies shall be filed on or before January 26, 2024; the hearing on the motions to dismiss shall be February 15, 2024, at 10:00 a.m., or another date and time that is convenient for the Court.

15. Based on Plaintiffs' representations regarding the nature of the forthcoming amendment, including the addition of new plaintiffs and claims, as well as the word limits previously set by the Court (ECF No. 125), Plaintiffs and the Stipulating Defendants agree to the following modified word limits in order to allow the Stipulating Defendants to address the claims set forth in the Second Amended Complaint while addressing common arguments and issues in a coordinated fashion where possible, which would streamline the motions to dismiss for the Court and result in substantially lower volume of briefing overall: Yuga Defendants (15,000 words); MoonPay Defendants (7,500 words); Sotheby's (7,500 words); all other Stipulating Defendants (up to 6,000 words each); provided, however, that the Stipulating Defendants reserve the right to seek an enlargement of their page limits based on the contents of Plaintiffs' forthcoming amendments because Plaintiffs have not provided the Stipulating Defendants with a copy of the proposed amendment for review.

16. Plaintiffs and the Stipulating Defendants agree and represent that the relief requested herein is not intended to delay the proceedings and will not prejudice

any party.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on October 3, 2023, in San Diego, California.

*/s/ John T. Jasnoch*
John T. Jasnoch
