John T. Jasnoch (CA 281605)
jjasnoch@scott-scott.com
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: 619-233-4565
Fax: 619-233-0508

*Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADONIS REAL and ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiffs,<br>　v.<br>YUGA LABS, INC., et al.,<br>　　　　　　Defendants. | Case No. 2:22-cv-08909-FMO-PLA<br><br>**[PROPOSED] ORDER RE JOINT STIPULATION TO SET SCHEDULE FOR AMENDED COMPLAINT AND RESPONSES THERETO**<br><br>Judge: Hon. Fernando M. Olguin<br>Complaint Filed: December 8, 2022 |

**[PROPOSED] ORDER**

This matter comes before the Court on the Joint Stipulation and Order to Set Schedule for Amended Complaint and Responses Thereto Consolidating Briefing Schedule for Motion to Dismiss the Amended Complaint (the "Stipulation") between Lead Plaintiffs Johnny Johnson, Ezra Boekweg and Mario Palombini and Named Plaintiff Adam Titcher (collectively, "Plaintiffs") and Defendants and Defendants Yuga Labs, Inc., Wylie Aronow, Greg Solano, Kerem Atalay, Zeshan Ali, Nicole Muniz, Jasmin Shoemaker, Patrick Ehrlund, Christopher Lyons and Guy Oseary (collectively, the "Yuga Defendants"); and Defendants Alexis Ohanian, Amy Wu, Maaria Bajwa, Mike Winkelmann, Madonna Louise Ciccone, Paris Hilton, James Fallon, Electric Hot Dog, Inc., Universal Television, LLC, Justin Bieber, Wardell Stephen Curry II, adidas America Inc., adidas Ventures B.V., Ivan Soto-Wright and MoonPay USA LLC, and Sotheby's Holdings Inc. (together with the Yuga Defendants, the "Stipulating Defendants"). Having considered the Stipulation, and good cause appearing therefor:

The Court **GRANTS** the Stipulation and **ORDERS** the following:

1. The deadline for Plaintiffs to file the Second Amended Class Action Complaint shall be October 17, 2023.

2. The Stipulating Defendants' motions to dismiss shall be filed on or before November 30, 2023.

3. Plaintiffs' opposition to defendants' motion to dismiss shall be filed on or before January 5, 2024.

4. The Stipulating Defendants' replies in support of their motions to dismiss shall be filed on or before January 26, 2024.

5. The hearing on the motions to dismiss shall be heard on February 15, 2024, at 10:00 a.m., or another date and time that is convenient for the Court.

2

[PROPOSED] ORDER RE JOINT STIPULATION TO SET SCHEDULE
FOR AMENDED COMPLAINT AND RESPONSES THERETO                 CASE NO. 2:22-CV-08909-FMO-PLA

6. Plaintiffs have no right to amend the Second Amended Class Action Complaint under Rule 15(a)(1) of the Federal Rules of Civil Procedure and will not further amend or seek leave to amend the Second Amended Class Action Complaint for any reason or on any ground before resolution of the Stipulating Defendants' forthcoming motions to dismiss the Second Amended Class Action Complaint.

7. The Yuga Defendants are permitted to file a consolidated opening brief of up to 15,000 words in support of a motion pursuant to Rule 12 of the Federal Rules of Civil Procedure and may incorporate arguments raised in the remaining Stipulating Defendants' briefing. The remaining Stipulating Defendants may join in the Yuga Defendants' brief and/or file their own individual or joint briefs addressing defendant-specific issues, provided that any such brief filed by the MoonPay Defendants is limited to 7,500 words, any such brief filed by Sotheby's is limited to 7,500 words, and any such briefs filed by other Stipulating Defendants are limited to up to 6,000 words each; provided, however, that the Stipulating Defendants reserve the right to seek an enlargement of their page limits based on the contents of Plaintiffs' forthcoming amendments because Plaintiffs have not provided the Stipulating Defendants with a copy of the proposed amendment for review.

**IT IS SO ORDERED**

Dated: October ___, 2023

_____
HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

Submitted by:

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

*/s/ John T. Jasnoch*
John T. Jasnoch (CA 281605)
jjasnoch@scott-scott.com

3

[PROPOSED] ORDER RE JOINT STIPULATION TO SET SCHEDULE
FOR AMENDED COMPLAINT AND RESPONSES THERETO                CASE NO. 2:22-CV-08909-FMO-PLA

600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-233-0508

*Lead Counsel for Plaintiff*

4

[PROPOSED] ORDER RE JOINT STIPULATION TO SET SCHEDULE
FOR AMENDED COMPLAINT AND RESPONSES THERETO        CASE NO. 2:22-CV-08909-FMO-PLA