1  PETER B. MORRISON (SBN 230148)
2  peter.morrison@skadden.com
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
3  300 South Grand Avenue, Suite 3400
   Los Angeles, California 90071
4  Telephone:   (213) 687-5000
   Facsimile:   (213) 687-5600
5
6  *Attorney for Defendants*
   YUGA LABS, INC., WYLIE ARONOW, GREG SOLANO,
7  KEREM ATALAY, ZESHAN ALI, NICOLE MUNIZ,
   JASMIN SHOEMAKER, PATRICK EHRLUND,
8  CHRISTOPHER LYONS and GUY OSEARY
9
10              **UNITED STATES DISTRICT COURT**
11              **CENTRAL DISTRICT OF CALIFORNIA**
12                    **WESTERN DIVISION**
13

14  JOHNNY JOHNSON, EZRA )          Case No.: 2:22-cv-08909-FMO-PLA
15  BOEKWEG, MARIO PALOMBINI, )
    ADAM TITCHER, JONATHAN )        **JOINT STIPULATION AND**
16  SMITH, NEAL PATEL, HIREN )      **[PROPOSED] ORDER FOR AN**
                             )      **ENLARGEMENT FOR MOTION**
17  PATEL, and DAVID GRAND, )       **TO DISMISS BRIEFING IN**
    Individually and on Behalf of All )  **RESPONSE TO SECOND**
18  Others Similarly Situated, )    **AMENDED COMPLAINT**
                             )
19                           )
20               Plaintiffs, )
                             )
21        v.                 )      Judge: Hon. Fernando M. Olguin
                             )      Complaint Filed: December 8, 2022
22  YUGA LABS, INC., et al., )
                             )
23               Defendants. )
                             )
24  ───────────────────────── )
25
26
27
28
──────────────────────────────────────────────────────
JOINT STIPULATION AND ORDER FOR AN ENLARGEMENT FOR
BRIEFING IN RESPONSE TO SECOND AMENDED COMPLAINT          CASE NO. 2:22-cv-08909-FMO-PLA

1    Lead Plaintiffs Johnny Johnson, Ezra Boekweg and Mario Palombini and
2  Named Plaintiffs Adam Titcher, Jonathan Smith, Neal Patel, Hiren Patel, and David
3  Grand (collectively, "Plaintiffs") and Defendants (i) Yuga Labs, Inc., Wylie Aronow,
4  Greg Solano, Kerem Atalay, Zeshan Ali, Nicole Muniz, Jasmin Shoemaker, Patrick
5  Ehrlund, Christopher Lyons and Guy Oseary (collectively, the "Yuga Labs
6  Defendants"); (ii) MoonPay USA LLC and Ivan Soto-Wright (together, the
7  "MoonPay Defendants"); (iii) Sotheby's Holdings Inc. ("Sotheby's"); and (iv) Alexis
8  Ohanian, Amy Wu, Maaria Bajwa, Mike Winkelmann, Madonna Louise Ciccone,
9  Paris Hilton, James Fallon, Electric Hot Dog, Inc., Universal Television, LLC, Justin
10  Bieber, Wardell Stephen Curry II, adidas America Inc. and adidas Ventures B.V.
11  (together with the Yuga Labs Defendants, the MoonPay Defendants and Sotheby's,
12  the "Stipulating Defendants"), hereby stipulate and agree as follows:

13    **WHEREAS,** on December 8, 2022, Plaintiffs Adam Titcher and Adonis Real
14  filed the initial complaint in this action (ECF No. 1);

15    **WHEREAS**, on July 11, 2023, the Court appointed Ezra Boekweg, Mario
16  Palombini, and Johnny Johnson as the Lead Plaintiffs (ECF No. 107);

17    **WHEREAS,** on August 4, 2023, Plaintiffs Johnny Johnson, Ezra Boekweg,
18  Mario Palombini and Adam Titcher filed their First Amended Class Action
19  Complaint, which spanned 218 pages and contained 699 paragraphs; asserted 13
20  causes of action against 29 defendants, many of whom are represented by different
21  counsel; and added Lead Plaintiffs Johnny Johnson, Ezra Boekweg, and Mario
22  Palombini, and Defendant Sotheby's as parties (ECF No. 114);

23    **WHEREAS,** on August 14, 2023, the Court approved the parties' stipulation
24  setting forth the following word limits with respect to the Stipulating Defendants'
25  motions to dismiss the First Amended Complaint, which were proposed by the parties
26  based on the length of the First Amended Complaint and the Stipulating Defendants'
27  desire to coordinate the briefing of common arguments in order to streamline the

28

2

JOINT STIPULATION AND ORDER FOR AN ENLARGEMENT FOR
BRIEFING IN RESPONSE TO SECOND AMENDED COMPLAINT          CASE NO. 2:22-cv-08909-FMO-PLA

motions to dismiss, minimize duplication, and more efficiently present issues to the Court:  Yuga Labs Defendants (14,000 words); MoonPay Defendants (7,000 words); other stipulating defendants (4,500 words each) (ECF No. 125)[1];

**WHEREAS,** on September 12, 2023, all Stipulating Defendants filed their respective motions to dismiss the First Amended Class Action Complaint (ECF Nos. 153, 154, 155 156, 157, 158, 159, 160, 161, 162, 164, 165, 166);

**WHEREAS,** on September 20, 2023, Plaintiffs Johnny Johnson, Ezra Boekweg, Mario Palombini and Adam Titcher notified the Stipulating Defendants of their intention to amend the First Amended Class Action Complaint in response to the arguments made by the Stipulating Defendants' motions to dismiss;

**WHEREAS,** on October 3, 2023, the parties filed a Joint Stipulation and Proposed Order proposing, among other things, modified word limits in order to allow the Stipulating Defendants to address the claims set forth in the Second Amended Complaint while addressing common arguments and issues in a coordinated fashion where possible, which would streamline the motions to dismiss for the Court and result in substantially lower volume of briefing overall:  Yuga Labs Defendants (15,000 words); MoonPay Defendants (7,500 words); Sotheby's (7,500 words); all other Stipulating Defendants (up to 6,000 words each) (ECF No. 177);

**WHEREAS,** the parties' October 3, 2023, Joint Stipulation and Proposed Order provided that the Stipulating Defendants reserved the right to seek an enlargement of their page limits based on the contents of Plaintiffs Johnny Johnson, Ezra Boekweg, Mario Palombini and Adam Titcher's forthcoming amendments because Plaintiffs had not provided the Stipulating Defendants with a copy of the proposed amendment for review;

---

[1] Sotheby's was not a party to this stipulation, as it had not yet been properly served. (*See* ECF No. 129.)

3

1
2
3
4
5

**WHEREAS,** on October 10, 2023, the Court granted in part and denied in part the parties' stipulation and set forth the following word limits with respect to the Stipulating Defendants' motion to dismiss the Second Amended Complaint: Yuga Labs Defendants (14,000 words); MoonPay Defendants (4,500 words); Sotheby's (4,500 words); other Stipulating Defendants (4,500 words each) (ECF No. 178);

6
7
8

**WHEREAS,** on October 17, 2023, Plaintiffs filed their Second Amended Complaint, which spans 315 pages and contains 925 paragraphs and asserted fifteen causes of action against 28 defendants (ECF No. 179);

9
10
11
12

**WHEREAS,** the Second Amended Complaint thus added 97 pages and 226 paragraphs—including two new causes of action, four additional Plaintiffs and a modified class period—signifying a more than 40% increase in pages and a more than 30% increase in paragraphs  (ECF Nos. 114, 179);

13
14
15
16
17
18
19
20

**WHEREAS**, Plaintiffs and the Stipulating Defendants agree to the following modified word limits in order to allow the Stipulating Defendants to address more fully the claims set forth in the expanded Second Amended Complaint, which is substantially larger than the First Amended Complaint, while addressing common arguments and issues in a coordinated fashion where possible for the convenience of the parties and the Court:  Yuga Labs Defendants (16,000 words); MoonPay Defendants (7,000 words); Sotheby's (7,000 words); all other Stipulating Defendants (up to 5,500 words each);

21
22

**WHEREAS,** Plaintiffs do not oppose the relief requested herein, provided that they are granted reciprocal relief;

23
24
25

**WHEREAS**, Plaintiffs and the Stipulating Defendants agree and represent that the relief requested herein is not intended to delay the proceedings and will not prejudice any party;

26
27
28

4

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs and the Stipulating Defendants, that, subject to the Court's approval:

1.      The Yuga Labs Defendants are permitted to file a consolidated opening brief of up to 16,000 words in support of a motion pursuant to Rule 12 and may incorporate arguments raised in the remaining Stipulating Defendants' briefing to the extent indicated in accordance with this Court's order dated October 10, 2023, by specifically referencing by page and line number the arguments they seek to incorporate. (ECF No. 178.)

2.      The remaining Stipulating Defendants may join in the Yuga Labs Defendants' brief and/or file their own individual or joint briefs addressing defendant-specific issues, provided that any such brief filed by the MoonPay Defendants is limited to 7,000 words, any such brief filed by Sotheby's is limited to 7,000 words, and any such briefs filed by other Stipulating Defendants are limited to up to 5,500 words each.

3.      Plaintiffs are granted reciprocal relief, such that: Plaintiffs' response to (i) to the Yuga Labs Defendants' opening brief may contain up to 16,000 words; (ii) the MoonPay Defendants' opening brief may contain up to 7,000 words; (iii) Sotheby's opening brief may contain up to 7,000 words; and (iv) other Stipulating Defendants' opening briefs may contain up to 5,500 words each.

1 | DATED: October 24, 2023        Respectfully submitted,

2

3 |                                **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

4 |                                By: */s/ Peter B. Morrison*
5 |                                       Peter B. Morrison

6 |                                300 South Grand Avenue, Suite 3400
   |                                Los Angeles, California 90071
7 |                                Email: peter.morrison@skadden.com
   |                                Telephone: (213) 687-5000
8 |                                Facsimile: (213) 687-5600

9 |                                *Attorneys for Defendants Yuga Labs, Inc.,*
   |                                *Wylie Aronow, Greg Solano, Kerem Atalay,*
10|                                *Zeshan Ali, Nicole Muniz, Jasmin Shoemaker,*
   |                                *Patrick Ehrlund, Christopher Lyons and Guy*
11|                                *Oseary*

12|                                I, Peter B. Morrison, attest that all other
   |                                signatories listed, and on whose behalf this
13|                                filing is also submitted, concur in the filing's
   |                                content and have authorized the filing.

14

15| DATED: October 24, 2023        **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

16

17| By:*/s/ John T. Jasnoch*
   | John T. Jasnoch

18|                                600 W. Broadway, Suite 3300
   |                                San Diego, CA 92101
19|                                Email: jjasnoch@scott-scott.com
   |                                Telephone: (619) 233-4565
20|                                Facsimile: (619) 236-0508
   |                                *Lead Counsel for Plaintiffs*

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FENWICK & WEST LLP**

By: */s/ Jennifer C. Bretan*
    Jennifer C. Bretan (CSB No. 233475)

555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281-1350
jbretan@fenwick.com

*Attorneys for Defendants Amy Wu, Maaria*
*Bajwa, and Alexis Ohanian*


**COOLEY LLP**

By: */s/ Michael G. Rhodes*
    Michael G. Rhodes (116127)

3 Embarcadero Center, 20th Fl.
San Francisco, CA 94111
Tel.: 415-693-2000
Fax: 415-693-2222
rhodesmg@cooley.com

*Attorneys for Defendants Mike Winkelmann,*
*Justin Bieber and Madonna Louise Ciccone*


**QUINN EMANUEL URQUHART &**
**SULLIVAN, LLP**

By: */s/ Shon Morgan*
    Shon Morgan

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
shonmorgan@quinnemanuel.com
Tel. 213-443-3000

Kevin P.B. Johnson
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
kevinjohnson@quinnemanuel.com
Tel. 650-801-5000

*Attorneys for Defendant Paris Hilton*

JOINT STIPULATION AND ORDER FOR AN ENLARGEMENT FOR
BRIEFING IN RESPONSE TO SECOND AMENDED COMPLAINT                CASE NO. 2:22-cv-08909-FMO-PLA

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DAVIS POLK & WARDWELL LLP**

By: */s/ Neil A. Potischman*
    Neal A. Potischman

    1600 El Camino Real
Menlo Park, California 94025
Email: neal.potischman@davispolk.com
Telephone: (650) 725-2021
Facsimile: (650) 752-3621

*Attorneys for Defendants Universal Television,*
*LLC, James Fallon, and Electric Hot Dog, Inc.*


**McDERMOTT WILL & EMERY LLP**

By: */s/ Jason D. Strabo*
    Jason D. Strabo (SBN 246426)
    Jstrabo@mwe.com

2049 Century Park East, Suite 3200
Los Angeles, CA 90067
Tel.: (310) 277-4110

*Attorneys for Defendant Stephen Curry*


**PERKINS COIE LLP**

By: */s/ Renee E. Rothauge*
    Renée E. Rothauge

1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Tel: 503.727.2228
Fax: 503.727.2222
RRothauge@perkinscoie.com

*Attorneys for Defendants adidas America Inc.*
*and adidas Ventures B.V*


**LATHAM & WATKINS LLP**

By: */s/ Colleen C. Smith*
    Colleen C. Smith

Colleen.Smith@lw.com
12670 High Bluff Drive
San Diego, CA 92130-3086

8

JOINT STIPULATION AND ORDER FOR AN ENLARGEMENT FOR
BRIEFING IN RESPONSE TO SECOND AMENDED COMPLAINT      CASE NO. 2:22-cv-08909-FMO-PLA

Telephone: +1.858.523.5400

Perry J. Viscounty
Perry.Viscounty@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Telephone: + 1.714.540.1235

Douglas K. Yatter
Douglas.Yatter@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1200

*Attorneys for Defendants MoonPay USA LLC and Ivan Soto-Wright*

**MCDERMOTT WILL & EMERY LLP**

By: */s/ Paul W. Hughes*  _
       Paul W. Hughes

Paul W. Hughes (*pro hac vice*)
phughes@mwe.com
Andrew A. Lyons-Berg (*pro hac vice*)
alyonsberg@mwe.com
500 North Capitol Street, NW
Washington, DC 20001-1531
Telephone: (202) 756-8981
Facsimile: (202) 591-2784

Tala Jayadevan (SBN 288121)
tjayadevan@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: (310) 284-6148
Facsimile: (310) 317-7398

Joseph B. Evans (*pro hac vice*)
jbevans@mwe.com
Todd Harrison (*pro hac vice*)
tdharrison@mwe.com
One Vanderbilt Ave
New York, NY 10017
Telephone: (212) 547-5767
Facsimile: (646) 417-7672

*Attorneys for Defendant Sotheby's Holdings Inc.*

JOINT STIPULATION AND ORDER FOR AN ENLARGEMENT FOR
BRIEFING IN RESPONSE TO SECOND AMENDED COMPLAINT          CASE NO. 2:22-cv-08909-FMO-PLA