PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

*Attorney for Defendants*
YUGA LABS, INC., WYLIE ARONOW, GREG SOLANO,
KEREM ATALAY, ZESHAN ALI, NICOLE MUNIZ,
JASMIN SHOEMAKER, PATRICK EHRLUND,
CHRISTOPHER LYONS and GUY OSEARY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| JOHNNY JOHNSON, EZRA BOEKWEG, MARIO PALOMBINI, ADAM TITCHER, JONATHAN SMITH, NEAL PATEL, HIREN PATEL, and DAVID GRAND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>YUGA LABS, INC., et al.,<br><br>Defendants. | Case No.: 2:22-cv-08909-FMO-PLA<br><br>**DECLARATION OF PETER B. MORRISON IN SUPPORT OF JOINT STIPULATION FOR AN ENLARGEMENT FOR MOTION TO DISMISS BRIEFING IN RESPONSE TO SECOND AMENDED COMPLAINT**<br><br>Judge: Hon. Fernando M. Olguin<br>Complaint Filed: December 8, 2022 |

## DECLARATION OF PETER B. MORRISON

I, Peter B. Morrison, declare and state as follows:

1.  I am an attorney admitted to practice before the courts of the State of California and have been admitted to this Court. I am a partner in the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, which is counsel of record for Defendants Yuga Labs, Inc., Wylie Aronow, Greg Solano, Kerem Atalay, Zeshan Ali, Nicole Muniz, Jasmin Shoemaker, Patrick Ehrlund, Christopher Lyons and Guy Oseary in the above-captioned matter. I submit this declaration in support of the Joint Stipulation For an Enlargement For Motion to Dismiss Briefing in Response to Second Amended Complaint (the "Stipulation"). I make this declaration based on my own personal knowledge, and if called upon to do so, could and would testify competently thereto.

2.  On December 8, 2022, Plaintiffs Adam Titcher and Adonis Real filed the initial complaint in this action (ECF No. 1).

3.  On August 4, 2023, Plaintiffs Johnny Johnson, Ezra Boekweg, Mario Palombini and Adam Titcher filed their First Amended Class Action Complaint, which spanned 218 pages and contained 699 paragraphs; asserted 13 causes of action against 29 defendants, many of whom are represented by different counsel; and added Lead Plaintiffs Johnny Johnson, Ezra Boekweg, and Mario Palombini, and Defendant Sotheby's as parties (ECF No. 114).

4.  On August 14, 2023, the Court approved the parties' stipulation setting forth the following word limits with respect to the Stipulating Defendants' motions to dismiss the First Amended Complaint, which were proposed by the parties based on the length of the First Amended Complaint and the Stipulating Defendants' desire to coordinate the briefing of common arguments in order to streamline the motions to dismiss, minimize duplication, and more efficiently present issues to the Court:  Yuga

Labs Defendants (14,000 words); MoonPay Defendants (7,000 words); other stipulating defendants (4,500 words each) (ECF No. 125).[1]

5. On September 12, 2023, all Stipulating Defendants filed their respective motions to dismiss the First Amended Class Action Complaint (ECF Nos. 153, 154, 155 156, 157, 158, 159, 160, 161, 162, 164, 165, 166).

6. On September 20, 2023, Plaintiffs Johnny Johnson, Ezra Boekweg, Mario Palombini and Adam Titcher notified the Stipulating Defendants of their intention to amend the First Amended Class Action Complaint in response to the arguments made by the Stipulating Defendants' motions to dismiss.

7. On October 3, 2023, the parties filed a Joint Stipulation and Proposed Order proposing, among other things, modified word limits in order to allow the Stipulating Defendants to address the claims set forth in the Second Amended Complaint while addressing common arguments and issues in a coordinated fashion where possible, which would streamline the motions to dismiss for the Court and result in substantially lower volume of briefing overall:  Yuga Labs Defendants (15,000 words); MoonPay Defendants (7,500 words); Sotheby's (7,500 words); all other Stipulating Defendants (up to 6,000 words each) (ECF No. 177).

8. The parties' October 3, 2023, Joint Stipulation and Proposed Order provided that the Stipulating Defendants reserved the right to seek an enlargement of their page limits based on the contents of Plaintiffs Johnny Johnson, Ezra Boekweg, Mario Palombini and Adam Titcher's forthcoming amendments because Plaintiffs had not provided the Stipulating Defendants with a copy of the proposed amendment for review.

9. On October 10, 2023, the Court granted in part and denied in part the parties' stipulation and set forth the following word limits with respect to the

---

[1] Sotheby's was not a party to this stipulation, as it had not yet been properly served. (*See* ECF No. 129.)

Stipulating Defendants' motion to dismiss the Second Amended Complaint: Yuga Labs Defendants (14,000 words); MoonPay Defendants (4,500 words); Sotheby's (4,500 words); other Stipulating Defendants (4,500 words each) (ECF No. 178).

10. On October 17, 2023, Plaintiffs filed their Second Amended Complaint, which spans 315 pages and contains 925 paragraphs and asserted fifteen causes of action against 28 defendants (ECF No. 179).

11. The Second Amended Complaint thus added 97 pages and 226 paragraphs—including two new causes of action, four additional Plaintiffs and a modified class period—signifying a more than 40% increase in pages and a more than 30% increase in paragraphs (ECF Nos. 114, 179).

12. Plaintiffs do not oppose the relief requested in the accompanying Stipulation, provided that they are granted reciprocal relief.

13. Plaintiffs and the Stipulating Defendants agree and represent that the relief requested herein is not intended to delay the proceedings and will not prejudice any party.

I declare under penalty of perjury under the law of the State of California and the United States of America that the foregoing is true and correct.

Executed on October 24, 2023, in Los Angeles, California.

*/s/ Peter B. Morrison*  
Peter B. Morrison