PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

*Attorney for Defendants*
YUGA LABS, INC., WYLIE ARONOW, GREG SOLANO, KEREM ATALAY, ZESHAN ALI, NICOLE MUNIZ, JASMIN SHOEMAKER, PATRICK EHRLUND, CHRISTOPHER LYONS and GUY OSEARY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| JOHNNY JOHNSON, EZRA BOEKWEG, MARIO PALOMBINI, ADAM TITCHER, JONATHAN SMITH, NEAL PATEL, HIREN PATEL, and DAVID GRAND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>YUGA LABS, INC., et al.,<br><br>Defendants. | Case No.: 2:22-cv-08909-FMO-PLA<br><br>**[PROPOSED] ORDER FOR AN ENLARGEMENT FOR MOTION TO DISMISS BRIEFING IN RESPONSE TO SECOND AMENDED COMPLAINT**<br><br>Judge: Hon. Fernando M. Olguin<br>Complaint Filed: December 8, 2022 |

# [PROPOSED] ORDER

This matter comes before the Court on the Joint Stipulation and Order For an Enlargement For Motion to Dismiss Briefing in Response to Second Amended Complaint (the "Stipulation") between Lead Plaintiffs Johnny Johnson, Ezra Boekweg, and Mario Palombini and Named Plaintiffs Adam Titcher, Jonathan Smith, Neal Patel, Hiren Patel, and David Grand (collectively, "Plaintiffs") and Defendants (i) Yuga Labs, Inc., Wylie Aronow, Greg Solano, Kerem Atalay, Zeshan Ali, Nicole Muniz, Jasmin Shoemaker, Patrick Ehrlund, Christopher Lyons and Guy Oseary (collectively, the "Yuga Labs Defendants"); (ii) MoonPay USA LLC and Ivan Soto-Wright (together, the "MoonPay Defendants"); (iii) Sotheby's Holdings Inc. ("Sotheby's"); and (iv) Alexis Ohanian, Amy Wu, Maaria Bajwa, Mike Winkelmann, Madonna Louise Ciccone, Paris Hilton, James Fallon, Electric Hot Dog, Inc., Universal Television, LLC, Justin Bieber, Wardell Stephen Curry II, adidas America Inc. and adidas Ventures B.V. (together with the Yuga Labs Defendants, the MoonPay Defendants and Sotheby's, the "Stipulating Defendants").

Having considered the Stipulation, and good cause appearing therefor:

The Court **GRANTS** the Stipulation and **ORDERS** the following:

1. The Yuga Labs Defendants are permitted to file a consolidated opening brief of up to 16,000 words in support of a motion pursuant to Rule 12 and may incorporate arguments raised in the remaining Stipulating Defendants' briefing to the extent indicated in accordance with this Court's order dated October 10, 2023, by specifically referencing by page and line number the arguments they seek to incorporate.

2. The remaining Stipulating Defendants may join in the Yuga Labs Defendants' brief and/or file their own individual or joint briefs addressing defendant-specific issues, provided that any such brief filed by the MoonPay Defendants is limited to 7,000 words, any such brief filed by Sotheby's is limited to

1

7,000 words, and any such briefs filed by other Stipulating Defendants are limited to up to 5,500 words each.

3. Plaintiffs are granted reciprocal relief, such that: Plaintiffs' response to (i) to the Yuga Labs Defendants' opening brief may contain up to 16,000 words; (ii) the MoonPay Defendants' opening brief may contain up to 7,000 words; (iii) Sotheby's opening brief may contain up to 7,000 words; and (iv) other Stipulating Defendants' opening briefs may contain up to 5,500 words each.

**IT IS SO ORDERED**

Dated: October ___, 2023   _____
HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

Submitted by:

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

*/s/ Peter B. Morrison*
Peter B. Morrison

300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Email: peter.morrison@skadden.com
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

*Attorneys for Defendants Yuga Labs, Inc.,
Wylie Aronow, Greg Solano, Kerem Atalay,
Zeshan Ali, Nicole Muniz, Jasmin Shoemaker,
Patrick Ehrlund, Christopher Lyons and Guy Oseary*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2023, I electronically filed the foregoing with the Clerk using CM / ECF, which will send notification via electronic means to all counsel of record.

DATED: October 24, 2023

                        *s/ Peter B. Morrison*
                        Peter B. Morrison