Shon Morgan (SBN 187736)
shonmorgan@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY JOHNSON, et al., <br><br> Plaintiff(s) <br><br> v. <br><br> YUGA LABS, INC., et al., <br><br> Defendant(s). | **CASE NUMBER** <br> 2:22-cv-08909-FMO-PLA <br><br> ~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Ramos, Valerie J.
*Applicant's Name (Last Name, First Name & Middle Initial)*

of

Quinn Emanuel Urquhart & Sullivan, LLP
1300 I Street NW, Suite 900
Washington, DC 20005
*Firm/Agency Name & Address*

202-538-8000
*Telephone Number*

202-538-8100
*Fax Number*

valerieramos@quinnemanuel.com
*E-Mail Address*

for permission to appear and participate in this case on behalf of

Paris Hilton

*Name(s) of Party(ies) Represented*   ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

Morgan, Shon
*Designee's Name (Last Name, First Name & Middle Initial)*

of

Quinn Emanuel Urquhart & Sullivan, LLP
865 Figueroa Street, 10th Floor
Los Angeles, California 90017
*Firm/Agency Name & Address*

187736
*Designee's Cal. Bar No.*

213-443-3000
*Telephone Number*

213-443-3100
*Fax Number*

shonmorgan@quinnemanuel.com
*E-Mail Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid:  ☐ be refunded  ☐ not be refunded.

Dated   October 23, 2023

/s/ Fernando M. Olguin
U.S. District Judge/~~U.S. Magistrate Judge~~

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1