Shon Morgan (SBN 187736)
shonmorgan@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY JOHNSON, et al.,<br><br>Plaintiff(s)<br><br>v.<br><br>YUGA LABS, INC., et al.,<br><br>Defendant(s). | **CASE NUMBER**<br>2:22-cv-08909-FMO-PLA<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Gorman, Ryan P.
*Applicant's Name (Last Name, First Name & Middle Initial)*

617-712-7132                202-538-8100
*Telephone Number*          *Fax Number*

ryangorman@quinnemanuel.com
*E-Mail Address*

of
Quinn Emanuel Urquhart & Sullivan, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Paris Hilton

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Morgan, Shon
*Designee's Name (Last Name, First Name & Middle Initial)*

187736              213-443-3000         213-443-3100
*Designee's Cal. Bar No.*  *Telephone Number*   *Fax Number*

shonmorgan@quinnemanuel.com
*E-Mail Address*

of
Quinn Emanuel Urquhart & Sullivan, LLP
865 Figueroa Street, 10th Floor
Los Angeles, California 90017
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____                    _____
                                    U.S. District Judge/U.S. Magistrate Judge