

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHNNY JOHNSON, EZRA BOEKWEG, MARIO PALOMBINI, ADAM TITCHER, JONATHAN SMITH, NEAL PATEL, HIREN PATEL, and DAVID GRAND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>YUGA LABS, INC. et al.,<br><br>Defendants. | CASE NO.: 2:22-cv-08909-FMO-BFMx<br><br>**ORDER ON STIPULATION [237] SETTING A BRIEFING SCHEDULE ON WHETHER THE ASSETS AT ISSUE ARE SECURITIES**<br><br>Judge: Hon. Fernando M. Olguin<br>Complaint Filed: December 8, 2022 |

**ORDER**

This matter comes before the Court on the Joint Stipulation Setting a Briefing Schedule on Whether the Assets at Issue Are Securities (the "Stipulation") between Lead Plaintiffs Johnny Johnson, Ezra Boekweg, and Mario Palombini, and Named Plaintiffs Adam Titcher, Jonathan Smith, Neal Patel, Hiren Patel, and David Grand (collectively, "Plaintiffs"), and Defendants Yuga Labs, Inc., Wylie Aronow, Greg Solano, Kerem Atalay, Zeshan Ali, Nicole Muniz, Jasmin Shoemaker, Patrick Ehrlund, Christopher Lyons, and Guy Oseary (collectively, the "Yuga Labs Defendants"), and Defendants Alexis Ohanian, Amy Wu, Maaria Bajwa, Sotheby's Holdings Inc., Mike Winkelmann, Madonna Louise Ciccone, Paris Hilton, James Fallon, Electric Hot Dog, Inc., Universal Television, LLC, Justin Bieber, Wardell Stephen Curry II, adidas America Inc., adidas Ventures B.V., Ivan Soto-Wright, and MoonPay USA LLC (together with the Yuga Labs Defendants, the "Stipulating Defendants"). Having considered the Stipulation, and good cause appearing therefor:

The Court GRANTS the Stipulation and ORDERS the following:

1. The Stipulating Defendants' motions to dismiss limited to the question of whether the subject digital assets qualify as securities within the meaning of the Securities Acts shall be filed on or before October 3, 2024.

2. Plaintiffs' opposition to the Stipulating Defendants' motions to dismiss shall be filed on or before November 4, 2024.

3. The Stipulating Defendants' replies in further support of their motions to dismiss shall be filed on or before November 25, 2024.

4. The Yuga Labs Defendants are permitted to file a consolidated opening brief of no more than 7,000 words, and a consolidated reply brief of no more than 4,000 words, addressing common arguments on behalf of all the Stipulating Defendants. The remaining Stipulating Defendants may join in the Yuga Labs Defendants' briefs and/or file their own individual or joint briefs (of no more than 1,000 words for opening briefs and 500 words for reply briefs) addressing defendant-

specific issues, if any. The Yuga Labs Defendants may likewise incorporate arguments raised in the remaining Stipulating Defendants' briefing.

5. Plaintiffs are permitted to file a response of no more than 7,000 words to the Yuga Labs Defendants' consolidated opening brief, and responses of no more than 1,000 words to opening briefs filed by the remaining Stipulating Defendants, if any.

6. Nothing herein shall be deemed to constitute a waiver of any rights, objections or defenses (including, but not limited to, jurisdictional defenses) that any party may have with respect to this action or to the claims asserted in any complaint, and is without prejudice to any other or further application by a party to this Court or any other court.

IT IS SO ORDERED.

DATED: September 5, 2024

/s/

HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE