**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Shon Morgan (SBN 187736)
John B. Quinn (SBN 90378)
865 Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
shonmorgan@quinnemanuel.com
johnquinn@quinnemanuel.com

Kevin P.B. Johnson (SBN 177129)
555 Twin Dolphin Dr., 5th Fl.
Redwood Shores, California 94065
Telephone: (650) 801-5000
kevinjohnson@quinnemanuel.com

[*Additional Counsel on Signature Page*]

*Counsel for Defendant Paris Hilton*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JOHNNY JOHNSON, EZRA BOEKWEG, MARIO PALOMBINI, ADAM TITCHER, JONATHAN SMITH, NEAL PATEL, HIREN PATEL, and DAVID GRAND Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>YUGA LABS, INC., et al.,<br><br>Defendants. | Case No.: 2:22-cv-08909-FMO-PLA<br><br>**DEFENDANT PARIS HILTON'S NOTICE OF JOINDER IN MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Date: December 12, 2024<br>Time: 10:00 a.m.<br>Dept: 6D<br>Judge: Hon. Fernando M. Olguin<br><br>Complaint Filed: Dec. 8, 2022<br>Am. Compl. Filed: Aug. 4, 2023<br>Second Am. Comp. Filed: Oct. 17, 2023 |

# NOTICE OF JOINDER

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to the Court's September 5, 2024 Order (Dkt. 240), defendant Paris Hilton hereby joins in defendants Yuga Labs, Inc., Wylie Aronow, Greg Solano, Kerem Atalay, Zeshan Ali, Nicole Muniz, Jasmin Shoemaker, Patrick Ehrlund, Christopher Lyons, and Guy Oseary's motion to dismiss the second amended complaint (Dkt. 243) (Oct. 3, 2024).

Ms. Hilton expressly adopts, joins, and incorporates by reference all arguments and positions set forth in that motion, the corresponding notice of motion, and memorandum of points and authorities. Ms. Hilton is filing this notice following the conference of counsel pursuant to Local Rule 7-3 on September 24, 2024, during which counsel for the parties discussed in good faith the substance of defendants' contemplated motion and any potential resolution.

| | |
|---|---|
| DATED: October 3, 2024 | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| | |
| | */s/ Shon Morgan* |
| | Shon Morgan (SBN 187736) |
| | John B. Quinn (SBN 90378) |
| | 865 Figueroa Street, 10th Floor |
| | Los Angeles, California 90017 |
| | Telephone: (213) 443-3000 |
| | shonmorgan@quinnemanuel.com |
| | johnquinn@quinnemanuel.com |
| | |
| | Kevin P.B. Johnson (SBN 177129) |
| | 555 Twin Dolphin Dr., 5th Fl. |
| | Redwood Shores, California 94065 |
| | Telephone: (650) 801-5000 |
| | kevinjohnson@quinnemanuel.com |
| | |
| | Valerie Ramos (SBN 307783) |
| | (*pro hac vice*) |
| | 1300 I Street NW, Suite. 900 |
| | Washington, DC 20005 |
| | Telephone: (202) 538-8000 |
| | valerieramos@quinnemanuel.com |
| | |
| | Ryan Gorman |
| | (*pro hac vice* ) |
| | 111 Huntington Ave, Suite 520 |
| | Boston, MA 02199 |
| | Telephone: (617) 712-7100 |
| | ryangorman@quinnemanuel.com |
| | |
| | *Counsel for Defendant Paris Hilton* |

DEFENDANT PARIS HILTON'S JOINDER IN MOTION TO DISMISS
CASE NO. 2:22-CV-08909-FMO-PLA