|   |   |
|---|---|
| 1 | **MCDERMOTT WILL & EMERY LLP** |
| 2 | Jason D. Strabo (SBN 246426) |
|   | jstrabo@mwe.com |
| 3 | 2049 Century Park East, Suite 3200 |
|   | Los Angeles, CA 90067 |
| 4 | Telephone: (310) 551-9335 |
|   | Facsimile: (310) 277-4730 |

Sarah P. Hogarth (*pro hac vice*)
shogarth@mwe.com
500 North Capitol Street NW
Washington, DC 20001
Telephone:   (202) 756-8354
Facsimile:    (202) 756-8087

Nathan Bull (*pro hac vice*)
nbull@mwe.com
333 SE 2nd Avenue, Suite 4500
Miami, FL 33131
Telephone:   (212) 547-5768
Facsimile:    (305) 347-6500

*Attorneys for Defendant
Wardell Stephen Curry II*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| JOHNNY JOHNSON et al., individually and on behalf of all others similarly situated, | CASE NO. 2:22-cv-08909-FMO (PLAx) |
|---|---|
| Plaintiffs, | **DEFENDANT WARDELL STEPHEN CURRY II'S NOTICE OF JOINDER IN THE YUGA LAB DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS IN RESPONSE TO THE COURT'S ORDER (DKT. 236)** |
| v. |   |
| YUGA LABS, INC. et al., |   |
| Defendants. | Date:  Jan. 30, 2025 |
|   | Time:  10:00 AM |
|   | Judge:  Hon. Fernando Olguin |
|   | Place:  Courtroom 6D |
|   |   |
|   | Action Filed: December 8, 2022 |
|   | Trial Date:  TBD |

TO PLAINTIFF AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE Defendant Wardell Stephen Curry II (Curry) will and hereby does join in the reply brief filed by the Yuga Lab Defendants in support of their motion to dismiss (Dkt. 261). For the reasons explained in Mr. Curry's notice of joinder in the Yuga Lab Defendants' motion to dismiss and motion to dismiss (Dkt. 250), the Yuga Lab Defendants' brief joined by Mr. Curry (Dkt. 243), and further in the Yuga Lab Defendants' reply (Dkt. 261), which Mr. Curry hereby joins, all claims in the Second Amended Class Action Complaint (Dkt. 179) brought against Curry (Counts 1-4, 8, 10-11, and 13-15) should be dismissed.

As to Mr. Curry, plaintiffs' second amended class action complaint alleges only limited involvement with the Bored Ape Yacht Club non-fungible token, which is not a security. Nothing about Curry's limited conduct in posting a wordless selfie, purchasing a BAYC NFT, or appearing in a commercial for a separate cryptocurrency exchange in which he brushed a Bored Ape ice sculpture could possibly be construed as promoting investment in a "security." *See, e.g.*, Dkt. 261 at 3:10-20. Accordingly, the claims against Mr. Curry that require the existence of a "security" (Counts 4, 8, 10-11, and 14) must be dismissed.

The remaining counts against Mr. Curry (1-3, 13, 15) must be dismissed, as explained in the Yuga Labs Defendants' motion and brief (Dkt. 243 at 20:9-10 & App'x A) for the reasons already stated in Mr. Curry's motion to dismiss the second amended class action complaint (Dkt. 198 at i-ii, 8:27-14:22), which Mr. Curry intends to renew consistent with the Court's Orders (*see* Dkt. 236 at 8-9, Dkt. 240 ¶ 6).

Dated: November 25, 2024              **MCDERMOTT WILL & EMERY LLP**

                                       By:  /s/ *Jason D. Strabo*
                                            Jason D. Strabo

                                       *Attorneys for Defendant*
                                       *Wardell Stephen Curry II*