| | |
|---|---|
| 1 | COOLEY LLP |
|   | MATTHEW D. CAPLAN (260388) |
| 2 | (mcaplan@cooley.com) |
|   | 3 Embarcadero Center, 20th Floor |
| 3 | San Francisco, CA 94111-4004 |
|   | Telephone: (415) 693-2000 |
| 4 | Facsimile: (415) 693-2222 |

MAX SLADEK DE LA CAL (324961)
(msladekdelacal@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6527
Facsimile: (310) 883-6500

ROBBY L.R. SALDAÑA (*pro hac vice*)
(rsaldana@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 776-2109
Facsimile: (202) 842-7899

*Attorneys for Defendants Justin Bieber, Madonna Louise Ciccone, and Mike Winkelmann*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHNNY JOHNSON, EZRA BOEKWEG, MARIO PALOMBINI, and ADAM TITCHER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>YUGA LABS, INC., et al.,<br><br>Defendants. | Case No. 2:22-cv-08909-FMO-PLA<br><br>**DEFENDANT MADONNA LOUISE CICCONE'S NOTICE OF JOINDER IN YUGA LABS DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>Date: January 30, 2025<br>Time: 10:00 a.m.<br>Dept: 6D<br>Judge: Hon. Fernando M. Olguin<br><br>Trial Date: Not Scheduled<br>Complaint Filed: December 8, 2022 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEF. CICCONE'S NOTICE OF JOINDER IN
YUGA LABS DEFS' REPLY
CASE NO. 2:22-CV-08909-FMO-PLA

# NOTICE OF JOINDER IN YUGA LAB DEFENDANTS' REPLY

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to the Court's Order dated September 5, 2024 (ECF No. 240), Defendant Madonna Louise Ciccone ("Ms. Ciccone"), hereby joins in full the Yuga Lab Defendants' Reply in Further Support of Their Motion to Dismiss the Second Amended Class Action Complaint (the "SAC," ECF No. 179) ("Yuga's Reply," ECF No. 261).

Ms. Ciccone hereby requests entry of an order granting dismissal of the SAC with prejudice, including all claims against Ms. Ciccone, and incorporates by reference, as if set forth fully herein, the arguments made and authorities cited by the Yuga Defendants. To the extent that the Court reaches additional grounds for dismissal that were raised by Ms. Ciccone in her previously filed Motion to Dismiss the SAC (ECF No. 190), Ms. Ciccone additionally incorporates by reference, as if set forth fully herein, those arguments and authorities as reasons for dismissing with prejudice the claims asserted against her in the SAC.

Dated: November 25, 2024        COOLEY LLP

By: */s/ Matthew D. Caplan*

Matthew D. Caplan (260388)
3 Embarcadero Center, 20th Fl.
San Francisco, CA 94111
Tel: 415-693-2000
Fax: 415-693-2222
mcaplan@cooley.com

*Attorneys for Defendants Justin Bieber, Madonna Louise Ciccone, and Mike Winkelmann*