John T. Jasnoch (CA 281605)
jjasnoch@scott-scott.com
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: 619-233-4565
Fax: 619-233-0508

*Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOHNNY JOHNSON, EZRA BOEKWEG, MARIO PALOMBINI, ADAM TITCHER, JONATHAN SMITH, NEAL PATEL, HIREN PATEL, and DAVID GRAND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>YUGA LABS, INC., et al.,<br><br>Defendants. | CASE NO.: 2:22-cv-08909-FMO-PLA<br><br>**JOINT STIPULATION TO CONTINUE THE HEARING ON DEFENDANTS' MOTIONS TO DISMISS**<br><br>Filed concurrently herewith:<br>Declaration of John T. Jasnoch<br>[Proposed] Order<br><br>Judge: Hon. Fernando M. Olguin |

Lead Plaintiffs Johnny Johnson, Ezra Boekweg, and Mario Palombini, and Named Plaintiffs Adam Titcher, Jonathan Smith, Neal Patel, Hiren Patel, and David Grand (collectively, "Plaintiffs"), and Defendants Yuga Labs, Inc., Wylie Aronow, Greg Solano, Kerem Atalay, Zeshan Ali, Nicole Muniz, Jasmin Shoemaker, Patrick Ehrlund, Christopher Lyons, and Guy Oseary (collectively, the "Yuga Labs Defendants"), and Defendants Alexis Ohanian, Amy Wu, Maaria Bajwa, Sotheby's Holdings Inc., Mike Winkelmann, Madonna Louise Ciccone, Paris Hilton, James Fallon, Electric Hot Dog, Inc., Universal Television, LLC, Justin Bieber, Wardell Stephen Curry II, adidas America Inc., adidas Ventures B.V., Ivan Soto-Wright, and MoonPay USA LLC (together with the Yuga Labs Defendants, the "Stipulating Defendants" and with Plaintiffs, the "Parties"), hereby stipulate and agree as follows:

**WHEREAS**, on October 17, 2023, Plaintiffs filed their Second Amended Class Action Complaint (the "Second Amended Complaint," ECF No. 179);

**WHEREAS**, on November 30, 2023, the Stipulating Defendants filed their respective Motions to Dismiss the Second Amended Complaint (ECF Nos. 187, 189, 190, 191, 192, 193, 194, 195, 198, 199, 200);

**WHEREAS**, on August 20, 2024, the Court issued the Order Re: Pending Motions, in which the Court denied the pending Motions to Dismiss without prejudice and ordered additional briefing on the question of whether the subject digital assets qualify as securities within the meaning of the Securities Acts (ECF No. 236);

**WHEREAS,** on October 3, 2024, the Yuga Labs Defendants filed their renewed Motion to Dismiss (to which the other Stipulation Defendants joined) and set the hearing for December 12, 2024, at 10:00 a.m. (ECF No. 243);

**WHEREAS,** on November 19, 2024, the Court continued the hearing on the Motions to Dismiss to January 30, 2025, at 10:00 a.m. (ECF No. 260);

**WHEREAS,** on January 21, 2025, the Court continued the hearing on the Motions to Dismiss to March 20, 2025, at 10:00 a.m. (ECF No. 274);

**WHEREAS,** the undersigned Lead Counsel for Plaintiffs and his wife are expecting a baby and doctors have scheduled the labor induction for March 20, 2025, the same day as the continued hearing on Defendants' Motions to Dismiss;

**WHEREAS**, Plaintiffs have requested, and Stipulating Defendants have consented to, a further continuation of the March 20, 2025, hearing on the motion to dismiss;

**WHEREAS**, the Parties have met and conferred and are available to hold the rescheduled hearing on May 22, 2025, at 10:00 a.m. or on May 29, 2025, at 10:00 a.m., subject to the availability and approval of the Court;

**WHEREAS**, the continuance proposed herein is not intended to delay the proceedings and will not prejudice any party;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs and the Stipulating Defendants, that, subject to the Court's approval:

1. The hearing on the pending motions to dismiss shall be continued for hearing from March 20, 2025 at 10:00 a.m. to May 29, 2025 at 10:00 a.m.

DATED: March 3, 2025

Respectfully submitted,

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

By: */s/ John T. Jasnoch*
John T. Jasnoch

600 W. Broadway, Suite 3300
San Diego, CA 92101
Email: jjasnoch@scott-scott.com
Telephone: (619) 233-4565
Facsimile: (619) 236-0508

*Lead Counsel for Plaintiffs*

I, John T. Jasnoch, attest that all other signatories herein, and on whose behalf this filing is also submitted, concur in the filing's content and have authorized the filing.

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

By: */s/ Peter B. Morrison*
Peter B. Morrison

300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Email: peter.morrison@skadden.com
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

*Attorneys for Defendants Yuga Labs, Inc., Wylie Aronow, Greg Solano, Kerem Atalay, Zeshan Ali, Nicole Muniz, Jasmin Shoemaker, Patrick Ehrlund, Christopher Lyons, and Guy Oseary*

**FENWICK & WEST LLP**

By: */s/ Jennifer C. Bretan*
Jennifer C. Bretan (CSB No. 233475)

555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281-1350
jbretan@fenwick.com

*Attorneys for Defendants Alexis Ohanian, Amy Wu, and Maaria Bajwa*

**MCDERMOTT WILL & EMERY LLP**

By: */s/ Paul W. Hughes*
Paul W. Hughes (*pro hac vice*)
phughes@mwe.com
Andrew A. Lyons-Berg (*pro hac vice*)
alyonsberg@mwe.com
500 North Capitol Street, NW
Washington, DC 20001-1531
Telephone: (202) 756-8981
Facsimile: (202) 591-2784

Tala Jayadevan (SBN 288121)
tjayadevan@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: (310) 284-6148
Facsimile: (310) 317-7398

Joseph B. Evans (*pro hac vice*)
jbevans@mwe.com
Todd Harrison (*pro hac vice*)
tdharrison@mwe.com
One Vanderbilt Ave
New York, NY 10017
Telephone: (212) 547-5767
Facsimile: (646) 417-7672

*Attorneys for Defendant Sotheby's Holdings Inc.*

**COOLEY LLP**

By: */s/ Matthew Caplan*
Matthew Caplan (260388)

3 Embarcadero Center, 20th Fl.
San Francisco, CA 94111
Tel.: 415-693-2000
Fax: 415-693-2222
rhodesmg@cooley.com

*Attorneys for Defendants Mike Winkelmann, Madonna Louise Ciccone, and Justin Bieber*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: */s/ Shon Morgan*
Shon Morgan

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
shonmorgan@quinnemanuel.com
Tel. 213-443-3000

Kevin P.B. Johnson
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
kevinjohnson@quinnemanuel.com
Tel. 650-801-5000

*Attorneys for Defendant Paris Hilton*

**DAVIS POLK & WARDWELL LLP**

By: */s/ Neal A. Potischman*
    Neal A. Potischman

    1600 El Camino Real
    Menlo Park, California 94025
    Email: neal.potischman@davispolk.com
    Telephone: (650) 725-2021
    Facsimile: (650) 752-3621

    450 Lexington Avenue
    New York, New York 10017
    Email: dana.seshens@davispolk.com
        (*pro hac vice*)
        daniel.schwartz@davispolk.com
        (*pro hac vice*)
    Telephone: (212) 450-4855
    Facsimile: (212) 701-5855

*Attorneys for Defendants Universal Television, LLC, James Fallon, and Electric Hot Dog, Inc.*

**McDERMOTT WILL & EMERY LLP**

By: */s/ Jason D. Strabo*
    Jason D. Strabo (SBN 246426)
        Jstrabo@mwe.com
    2049 Century Park East, Suite 3200
    Los Angeles, CA 90067
    Tel.: (310) 277-4110

*Attorneys for Defendant Stephen Curry*

**PERKINS COIE LLP**

By: */s/ Renée E. Rothauge*
Renée E. Rothauge

1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Tel: 503.727.2228
Fax: 503.727.2222
RRothauge@perkinscoie.com

*Attorneys for Defendants adidas America Inc. and adidas Ventures B.V*

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

By: */s/ Rahul Mukhi*
Rahul Mukhi

One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2912
Fax: (212) 225-3999
RMukhi@cgsh.com

*Attorneys for Defendants MoonPay USA LLC and Ivan Soto-Wright*