COOLEY LLP
MICHELLE C. DOOLIN (179445)
(mdoolin@cooley.com)
JESSICA L. TAYLOR (339572)
(jtaylor@cooley.com)
10265 Science Center Drive
San Diego, CA 92121-1117
Telephone:  (858) 550-6000
Facsimile:  (858) 550-6420

MAX SLADEK DE LA CAL (324961)
(msladekdelacal@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone:  (310) 883-6527
Facsimile:  (310) 883-6500

ROBBY L.R. SALDAÑA (356226)
(rsaldana@cooley.com)
1299 Pennsylvania Ave, NW, Ste 700
Washington, DC 20004-2400
Telephone:  (202) 776-2109
Facsimile:  (202) 842-7899

*Attorneys for Defendants Justin Bieber, Madonna Louise Ciccone, and Mike Winkelmann*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHNNY JOHNSON, EZRA BOEKWEG, MARIO PALOMBINI, ADAM TITCHER, JONATHAN SMITH, NEAL PATEL, HIREN PATEL, and DAVID GRAND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>YUGA LABS, INC., et al.,<br><br>Defendants. | Case No. 2:22-cv-08909-FMO-PLA<br><br>**DECLARATION OF MAX SLADEK DE LA CAL PURSUANT TO LOCAL RULE 7-3 IN SUPPORT OF JOINDER OF DEFENDANTS BIEBER, CICCONE, AND WINKELMANN IN THE YUGA LABS DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT**<br><br>Date:  November 21, 2025<br>Time:  10:00 AM<br>Dept:  6D<br>Judge:  Hon. Fernando M. Olguin<br><br>Trial Date:  Not Scheduled<br>Complaint Filed:  December 8, 2022 |

COOLEY LLP
ATTORNEYS AT LAW

I, Max Sladek de la Cal, declare as follows:

1. I am an attorney admitted to practice before this Court and an attorney at the law firm Cooley LLP, counsel for Defendants Justin Bieber ("Bieber"), Madonna Louise Ciccone ("Ciccone"), and Mike Winkelmann ("Winkelmann") in this matter. This declaration is based on my personal knowledge and, if asked to do so, I would testify competently as to the same.

2. Pursuant to this Court's September 30, 2025 Order (ECF No. 288) (the "Dismissal Order"), Defendants Bieber, Ciccone, and Winkelmann join in its entirety the motion to dismiss the Third Amended Complaint ("TAC") filed by defendants Yuga Labs, Inc., Wylie Aronow, Greg Solano, Nicole Muniz, Patrick Ehrlund, Christopher Lyons and Guy Oseary (the "Yuga Motion" and the "Yuga Defendants") (ECF No. 290). Per the Dismissal Order, The Yuga Motion is limited to the question of whether the digital assets alleged in the TAC qualify as securities.

3. Prior to filing the joinder of Defendants Bieber, Ciccone, and Winkelmann, pursuant to Local Rule 7-3, on October 21, 2025, I participated in a call via Zoom with Plaintiffs' counsel and counsel for other defendants to discuss the bases for the Yuga Motion. During the call, which lasted approximately 20 minutes, counsel for the Yuga Defendants explained that the Yuga Motion would argue that the amendments to the TAC did not cure the issues identified by the Court in the Dismissal Order and that the digital assets alleged are not securities under the tests set forth in the relevant case law (citing *SEC v. W.J. Howey Co.*, 328 U.S. 293 (1946) and *United Hous. Found., Inc. v. Forman*, 421 U.S. 837 (1975)).

4. During the call, I stated that Defendants Bieber, Ciccone, and Winkelmann would join the Yuga Motion on the same bases articulated by counsel for the Yuga Defendants. Plaintiffs' counsel did not agree to amend or withdraw the TAC and thus no resolution was reached.

5. The TAC also remains subject to dismissal as to Defendants Bieber, Ciccone, and Winkelmann for additional reasons not addressed in the Yuga Motion. In the event any claims against Defendants Bieber, Ciccone, and Winkelmann survive the Yuga Motion, as set forth in the Court's August 20, 2024 Order (ECF No. 236), Defendants Bieber, Ciccone, and Winkelmann will renew their prior motions to dismiss as to any remaining claims against them.

//

COOLEY LLP
ATTORNEYS AT LAW

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed October 24, 2025 in Los Angeles, California.

By:    */s/ Max Sladek de la Cal*
         Max Sladek de la Cal