PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2000 Avenue of the Stars, Suite 200N
Los Angeles, California 90067
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

ALEXANDER C. DRYLEWSKI (admitted *pro hac vice*)
alexander.drylewski@skadden.com
SHAUD G. TAVAKOLI (admitted *pro hac vice*)
shaud.tavakoli@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

*Attorneys for Defendants*
YUGA LABS, INC., WYLIE ARONOW, GREG SOLANO,
NICOLE MUNIZ, PATRICK EHRLUND,
CHRISTOPHER LYONS and GUY OSEARY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOHNNY JOHNSON, EZRA BOEKWEG, MARIO PALOMBINI, ADAM TITCHER, JONATHAN SMITH, NEAL PATEL, HIREN PATEL, and DAVID GRAND, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>YUGA LABS, INC. et al.,<br><br>　　　　　　Defendants. | CASE NO.: 2:22-cv-08909-FMO-BFM<br><br>**REPLY IN FURTHER SUPPORT OF REQUEST FOR INCORPORATION BY REFERENCE (ECF. NO. 291)**<br><br>Date: December 4, 2025<br>Time: 10:00 a.m.<br>Ctrm: 6D<br>Judge: Hon. Fernando M. Olguin<br>Complaint Filed: December 8, 2022 |

Plaintiffs did not respond to Defendants' Request for Incorporation by Reference in Support of Defendants' Motion to Dismiss the Third Amended Class Action Complaint (ECF No. 291) and therefore concede that incorporation by reference is warranted. *See Cain v. Johnson Health Tech N. Am., Inc.*, 2023 WL 12154889, at *3 (C.D. Cal. June 23, 2023) (incorporating document by reference because its "contents are alleged in [the] Complaint" and "Plaintiff does not oppose"); *Shafizadeh v. James River Ins. Co.*, 2020 WL 8455193, at *1 n.3 (C.D. Cal. Dec. 1, 2020) (granting judicial notice "under the incorporation by reference doctrine" where "Plaintiff mentions the letter in the Complaint" and "does not oppose Defendant's request").

DATED: November 20, 2025

                              SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                              By:    */s/ Peter B. Morrison*
                                        PETER B. MORRISON

                              *Attorneys for Defendants*
                      Yuga Labs, Inc., Wylie Aronow, Greg Solano, Nicole Muniz, Patrick Ehrlund, Christopher Lyons, and Guy Oseary