```
 1  RAHUL MUKHI (SBN 350718)
    rmukhi@cgsh.com
 2  CLEARY GOTTLIEB STEEN & HAMILTON LLP
    One Liberty Plaza
 3  New York, NY 10006
    Telephone: (212) 225-2912
 4  Fax: (212) 225-3999
 5  Attorney for Defendants
    MOONPAY USA LLC, IVAN SOTO-WRIGHT
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOHNNY JOHNSON, et al., | CASE NO.: 2:22-cv-08909-FMO-BFM |
| Plaintiffs, | **DEFENDANTS MOONPAY USA LLC AND IVAN SOTO-WRIGHT'S NOTICE OF JOINDER IN YUGA LABS DEFENDANTS' REPLY IN FURTHER SUPPORT OF THEIR MOTION TO DISMISS THIRD AMENDED COMPLAINT** |
| v. | |
| YUGA LABS, INC., et al., | |
| Defendants. | Date: December 4, 2025<br>Time: 10:00 a.m.<br>Courtroom: 6D<br>Judge: Hon. Fernando M. Olguin |

# NOTICE OF JOINDER

## TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that, pursuant to the Court's September 30, 2025 Order (Dkt. 288), defendants MoonPay USA LLC and Ivan Soto-Wright (the "MoonPay Defendants") hereby join in full defendants Yuga Labs, Inc., Wylie Aronow, Greg Solano, Nicole Muniz, Patrick Ehrlund, Christopher Lyons, and Guy Oseary's (the "Yuga Labs Defendants") reply in further support of their motion to dismiss the third amended complaint (Dkt. 304).

DATED: November 20, 2025

> CLEARY GOTTLIEB STEEN & HAMILTON LLP
>
> By: _____/s/ Rahul Mukhi_____
> RAHUL MUKHI
>
> *Attorney for Defendants*
> MoonPay USA LLC, Ivan Soto-Wright