NEAL POTISCHMAN (SBN 254862)
  neal.potischman@davispolk.com
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile: (650) 752-3621

DANA M. SESHENS
  dana.seshens@davispolk.com
  (admitted *pro hac vice*)
DANIEL J. SCHWARTZ
  daniel.schwartz@davispolk.com
  (admitted *pro hac vice*)
ADAM M. GREENE
  adam.greene@davispolk.com
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5855

ANJANI MANDAVIA (SBN 94092)
  amandavia@mandaviallp.com
MANDAVIA EPHRAIM + BURG LLP
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 556-9694
Facsimile: (310) 492-9868

Attorneys for Defendants
UNIVERSAL TELEVISION, LLC,
JAMES FALLON, and ELECTRIC HOT DOG, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHNNY JOHNSON, EZRA BOEKWEG, MARIO POLOMBINI and ADAM TITCHER, JONATHAN SMITH, NEAL PATEL, HIREN PATEL, and DAVID GRAND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>YUGA LABS, INC., *et al.*,<br><br>Defendants. | Case No. 2:22-cv-08909-FMO-PLA<br><br>**UNIVERSAL DEFENDANTS' REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF YUGA LABS DEFENDANTS' MOTION TO DISMISS THE THIRD AMENDED CLASS ACTION COMPLAINT (ECF NO. 290) AND NOTICE OF JOINDER IN YUGA LABS DEFENDANTS' REPLY (ECF NO. 304)**<br><br>Date:    December 4, 2025<br>Time:    10:00 a.m.<br>Dept:    Courtroom 6D<br>Judge:   Hon. Fernando M. Olguin |

|   |   |
|---|---|
| 1 | PLEASE TAKE NOTICE that defendants Universal Television, LLC and James Fallon (together, the "Universal Defendants"[1]) hereby join in the reply brief ("Yuga Reply," ECF 304) filed by Defendants Yuga Labs, Inc., Wylie Aronow, Greg Solano, Nicole Muniz, Patrick Ehrlund, Christopher Lyons, and Guy Oseary (collectively, the "Yuga Labs Defendants"), in further support of their Motion to Dismiss the Third Amended Class Action Complaint ("Motion," ECF 290).[2] |

In accordance with the Court's September 30, 2025 Order (ECF 288), the Universal Defendants are also filing this Reply Memorandum of Points and Authorities in further support of the Motion to address issues specific to the Universal Defendants.[3]

---

[1] Based on Plaintiffs' Third Amended Class Action Complaint, Electric Hot Dog, Inc. is no longer a defendant in this case.

[2] Unless otherwise defined, all capitalized terms have the meanings set forth in the Motion, the Yuga Reply and the Universal Defendants' Notice of Joinder in the Motion ("Joinder," ECF 298).

[3] As explained below, the Motion provides a basis for dismissal with prejudice of Counts 1, 2, 4, 5, and 6 of the TAC. As noted in the Joinder, Plaintiffs' remaining claims against the Universal Defendants under California's Unfair Competition Law and Florida's Florida Deceptive and Unfair Trade Practices Act also fail as a matter of law and are subject to dismissal with prejudice for reasons set forth in prior briefing. (Joinder 2-3 & n.3.) The Universal Defendants stand ready to file a renewed motion to dismiss such claims and any claims that survive the Yuga Labs Defendants' Motion. (*Id*.)

Dated: November 20, 2025      DAVIS POLK & WARDWELL LLP

By: */s/ Neal Potischman*

NEAL POTISCHMAN (SBN 254862)
  neal.potischman@davispolk.com
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile: (650) 752-3621

DANA M. SESHENS
  dana.seshens@davispolk.com
  (admitted *pro hac vice*)
DANIEL J. SCHWARTZ
  daniel.schwartz@davispolk.com
  (admitted *pro hac vice*)
ADAM M. GREENE
  adam.greene@davispolk.com
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5855

ANJANI MANDAVIA (SBN 94092)
  amandavia@mandaviallp.com
MANDAVIA EPHRAIM + BURG LLP
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 556-9694
Facsimile: (310) 492-9868

Attorneys for Defendants
UNIVERSAL TELEVISION, LLC, JAMES FALLON, and ELECTRIC HOT DOG, INC.

# ARGUMENT

Plaintiffs have tried—and failed—numerous times to plausibly allege that any of the Products identified in the TAC is a security under *Howey* (or to otherwise state a claim). Nothing in Plaintiffs' Opposition Brief leads to a different conclusion. For the reasons explained in the Yuga Labs Defendants' Motion and Reply, the Universal Defendants' Joinder, and herein, Counts 1, 2, and 4–6 of the TAC should be dismissed with prejudice.

As the Court's SAC Dismissal Order made clear, Plaintiffs failed in plausibly alleging nearly every requirement of the *Howey* test, including with respect to BAYC NFTs—the ***only*** Product the Universal Defendants are alleged to have promoted. Although Plaintiffs aver that they have added allegations showing promotion of the NFTs "as high-return investment opportunities" (Opp. 3), that is demonstrably not so. Indeed, Plaintiffs rely almost entirely on the *exact same BAYC-related statements highlighted in the SAC* that this Court already rejected as insufficient, virtually none of which even involve the Universal Defendants (*see, e.g.*, Opp. 3, 9-11). In addition, Plaintiffs attempt to compare this case and the statements alleged therein to other cases and promotional statements the Court has already concluded are distinguishable. (*See id*. 9, 17 (citing *Dapper Labs* and *Draftkings*).)

Unable to identify profit-focused statements that could satisfy *Howey*, Plaintiffs resort to simply reimagining the inadequate statements they previously alleged, including by selectively adding words that do not exist or by claiming they say something they do not. For example, Plaintiffs insert, without explanation, the bracketed word "rich" into the purported meaning of an ambiguous tweet of the acronym "WAGMI," even though that word does not appear in the TAC, the relevant tweet, or indeed the acronym itself. (Opp. 3.) Similarly, Plaintiffs claim that Defendant Fallon and others used rocket ship emojis and "moon" references to indicate the NFTs would increase in value (Opp. 3, 9; TAC ¶ 429), but the statements cited say nothing of the sort (TAC ¶ 130). Plaintiffs cannot avoid

*Forman* by misrepresenting the very same statements that this Court has already determined do not suggest that the Products were offered as investments. Similarly unavailing is Plaintiffs' recycled reliance on these statements in attempting to show an "expectation of profits" by purchasers. (Opp. 20-21 (citing TAC ¶¶428-34, cross-referencing to same statements).)

Nor can Plaintiffs' amendments alter the fundamental dynamics of BAYC NFTs or the relationships among purchasers and "promoters." Although Plaintiffs make conclusory claims to the contrary (Opp. 15-20), it remains the case that Plaintiffs neither (i) "alleged [an] interconnected scheme" or "proprietary 'ecosystem'" of the sort "that underpinned the logic of *Dapper Labs* and *DraftKings*," and thus failed to allege horizontal commonality; nor (ii) alleged the requisite link to demonstrate vertical commonality. (SAC Dismissal Order 13-16.) Even had Plaintiffs alleged vertical commonality, it would be irrelevant to claims against the Universal Defendants in any event because Plaintiffs rely heavily on allegations concerning ApeCoin, which, as noted, have nothing to do with the Universal Defendants. (*See* Opp. 18-20.)

| | | |
|---|---|---|
| 1 | Dated: November 20, 2025 | DAVIS POLK & WARDWELL LLP |
| 2 | | |
| 3 | | By: */s/ Neal Potischman* |
| 4 | | NEAL POTISCHMAN (SBN 254862) |
| | | neal.potischman@davispolk.com |
| 5 | | 900 Middlefield Road, Suite 200 |
| | | Redwood City, California 94063 |
| 6 | | Telephone: (650) 752-2000 |
| | | Facsimile: (650) 752-3621 |

DANA M. SESHENS
  dana.seshens@davispolk.com
  (admitted *pro hac vice*)
DANIEL J. SCHWARTZ
  daniel.schwartz@davispolk.com
  (admitted *pro hac vice*)
ADAM M. GREENE
  adam.greene@davispolk.com
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5855

ANJANI MANDAVIA (SBN 94092)
  amandavia@mandaviallp.com
MANDAVIA EPHRAIM + BURG LLP
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 556-9694
Facsimile: (310) 492-9868

Attorneys for Defendants
UNIVERSAL TELEVISION, LLC, JAMES FALLON, and ELECTRIC HOT DOG, INC.

## I. CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for the Universal Defendants, certifies that this brief, excluding the notice, contains 497 words, which:

____ complies with the word limit of L.R. 11-6.1

_X_ complies with the world limit set by the Court order dated September 30, 2025 (ECF 288).

Dated: November 20, 2025          DAVIS POLK & WARDWELL LLP

                                  By: */s/ Neal Potischman*
                                  NEAL POTISCHMAN (SBN 254862)
                                    neal.potischman@davispolk.com
                                  900 Middlefield Road
                                  Redwood City, CA 94063
                                  Telephone: (650) 752-2000
                                  Facsimile: (650) 752-3621

                                  DANA M. SESHENS
                                    dana.seshens@davispolk.com
                                    (admitted *pro hac vice*)
                                  DANIEL J. SCHWARTZ
                                    daniel.schwartz@davispolk.com
                                    (admitted *pro hac vice*)
                                  ADAM M. GREENE
                                    adam.greene@davispolk.com
                                    (admitted *pro hac vice*)
                                  DAVIS POLK & WARDWELL LLP
                                  450 Lexington Avenue
                                  New York, New York 10017
                                  Telephone: (212) 450-4000
                                  Facsimile: (212) 701-5855

                                  ANJANI MANDAVIA (SBN 94092)
                                    amandavia@mandaviallp.com
                                  MANDAVIA EPHRAIM + BURG LLP
                                  1801 Century Park East, Suite 2400
                                  Los Angeles, California 90067
                                  Telephone: (310) 556-9694
                                  Facsimile: (310) 492-9868

                                  Attorneys for Defendants
                                  UNIVERSAL TELEVISION, LLC,
                                  JAMES FALLON, and ELECTRIC HOT DOG, INC.