**MCDERMOTT WILL & SCHULTE LLP**
Jason D. Strabo (SBN 246426)
jstrabo@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
Telephone: (310) 551-9335
Facsimile: (310) 277-4730

Sarah P. Hogarth (*pro hac vice*)
shogarth@mwe.com
500 North Capitol Street NW
Washington, DC 20001
Telephone:  (202) 756-8354
Facsimile:   (202) 756-8087

Nathan Bull (*pro hac vice*)
nbull@mwe.com
333 SE 2nd Avenue, Suite 4500
Miami, FL 33131
Telephone:  (212) 547-5768
Facsimile:   (305) 347-6500

*Attorneys for Defendant*
*Wardell Stephen Curry II*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY JOHNSON et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YUGA LABS, INC. et al.,<br><br>Defendants. | CASE NO. 2:22-cv-08909-FMO (PLAx)<br><br>**DEFENDANT WARDELL STEPHEN CURRY II'S NOTICE OF JOINDER IN THE YUGA LAB DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS THE THIRD AMENDED COMPLAINT (DKT. 290) IN RESPONSE TO THE COURT'S ORDER (DKT. 288)**<br><br>Date:         December 4, 2025<br>Time:         10:00 AM<br>Judge:        Hon. Fernando Olguin<br>Place:        Courtroom 6D<br><br>Action Filed: December 8, 2022<br>Trial Date:    TBD |

TO PLAINTIFF AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE Defendant Wardell Stephen Curry II (Curry) will and hereby does join in the reply brief filed by the Yuga Lab Defendants in support of their motion to dismiss (Dkt. 304). For the reasons explained in Mr. Curry's notice of joinder in the Yuga Lab Defendants' motion to dismiss (Dkt. 294), the Yuga Lab Defendants' motion joined by Mr. Curry (Dkt. 290), and further in the Yuga Lab Defendants' reply (Dkt. 304), which Mr. Curry hereby joins, all claims in the Third Amended Class Action Complaint (Dkt. 289) brought against Mr. Curry (Counts 1, 4, 6-10) should be dismissed.

As to Mr. Curry, plaintiffs' third amended class action complaint alleges only limited involvement with the Bored Ape Yacht Club non-fungible token, which is not a security for all the reasons explained in the the Yuga Lab Defendants opening motion (Dkt. 294) and reply brief (Dkt. 304) and which Mr. Curry joins in full.

If the current motion does not dispose of the third amended class action complaint in its entirety, Mr. Curry intends to renew his motion to dismiss (*see* Dkt. 198) as to the third amended complaint consistent with the Court's Orders. *See* Dkt. 236 at 8-9 ¶ 4; *accord* Dkt. 288.

Dated: November 20, 2025

**MCDERMOTT WILL & SCHULTE LLP**

By: /s/ *Jason D. Strabo*
Jason D. Strabo

*Attorneys for Defendant*
*Wardell Stephen Curry II*

- 1 -

CURRY'S NOTICE OF JOINDER IN YUGA LABS DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS