John T. Jasnoch (CA 281605)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: 619-233-4565
Fax: 619-233-0508
jjasnoch@scott-scott.com

*Lead Counsel for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY JOHNSON, EZRA BOEKWEG, MARIO PALOMBINI, and ADAM TITCHER, JONATHAN SMITH, NEAL PATEL, HIREN PATEL, and DAVID GRAND, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>YUGA LABS, INC., et al.,<br><br>        Defendants. | Case No. 2:22-cv-08909-FMO-PLA<br><br>**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Judge: Fernando M. Olguin<br>Courtroom: 6D |

# NOTICE OF SUPPLEMENTAL AUTHORITY

Lead Plaintiffs Johnny Johnson, Ezra Boekweg, and Mario Palombini ("Lead Plaintiffs") and additional named plaintiffs Adam Titcher, Jonathan Smith, Neal Patel, Hiren Patel, and David Grand (together with the Lead Plaintiffs, "Plaintiffs"), by their counsel, respectfully submit this Notice of Supplemental Authority in further support of their Opposition to Defendant Yuga Labs' Motion to Dismiss (ECF No. 303). The purpose of this Notice is to bring to the Court's attention a recently issued Summary Judgement Order from the Middle District of Florida, *De Ford v. Koutoulas et al.*, Case No. 6:22-cv-00652, which analyzes whether cryptocurrency assets constitute securities under the Supreme Court's decision in *Secs. & Exch. Comm'n v. W.J. Howey Co.*, 328 U.S. 293 (1946). A true and correct copy of the decision is attached hereto as Exhibit A.

DATED: December 3, 2025          Respectfully submitted,

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

 */s/ John T. Jasnoch*
John T. Jasnoch (CA 281605)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-233-0508
jjasnoch@scott-scott.com

*Lead Counsel for Plaintiffs and the Proposed Class*

**TAYLOR-COPELAND LAW**
James Q. Taylor-Copeland (CA 284743)
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: 619-400-4944
Facsimile: 619-566-4341
james@taylorcopelandlaw.com

**ZIGLER LAW GROUP, LLC**
Aaron M. Zigler (CA 327318)
Nidya Gutierrez (CA 330209)
308 S. Jefferson Street, Suite 333
Chicago, IL 60661
Telephone: 312-673-8427
Facsimile: 312-535-5773
aaron@ziglerlawgroup.com
nidya@ziglerlawgroup.com

*Additional Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, John T. Jasnoch, hereby certify that on December 3, 2025, I electronically filed the foregoing with the Clerk using CM / ECF, which will send notification via electronic means to all counsel of record.

DATED: December 3, 2025

*/s/ John T. Jasnoch*
John T. Jasnoch