# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JOHNNY JOHNSON, EZRA BOEKWEG, MARIO PALOMBINI, ADAM TITCHER, JONATHAN SMITH, NEAL PATEL, HIREN PATEL, and DAVID GRAND, Individually and on Behalf of All Others Similarly Situated, **Plaintiff(s)**

v.

YUGA LABS, INC., et al.,

**Defendant(s)**

**CASE NUMBER**

2:22-cv-08909-FMO-BFM

**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**

☐ The Court hereby orders that the request of:

_____  ☐ Plaintiff ☐ Defendant ☐Other _____
*Name of Party*

☐ to substitute _____ who is

☐ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

_____
*Street Address*

_____          _____
*City, State, Zip*                              *E-Mail Address*

_____   _____   _____
*Telephone Number*                  *Fax Number*                   *State Bar Number*

as attorney of record instead of _____
*List all attorneys from same firm or agency who are withdrawing.*

_____

_____

**is hereby** ☐ **GRANTED**  ☐ **DENIED**

☒ The Court hereby orders that the request of Caroline Lebel, Robby Saldana, Jessica Taylor and  Michael G. Rhodes
*List all attorneys from same firm or agency who are withdrawing.*

Maximilian Sladek de la Cal

to withdraw as attorney of record for Justin Bieber, Madonna Louise Ciccone, and Mike Winkelmann

**is hereby** ☒ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/ substituting attorney(s) in this case.

Dated _____

_____
U. S. District Judge/U.S. Magistrate Judge