Michelle Doolin (SBN 179445)
michelle.doolin@sidley.com
SIDLEY AUSTIN LLP
12230 El Camino Real, Suite 300
San Diego, CA 92130
Telephone: +1 310 595 9500
Facsimile: +1 310 595 9501

Nima H. Mohebbi (SBN 275453)
nima.mohebbi@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9500
Facsimile: (310) 595-9501

*Attorneys for Defendants Justin Bieber and Madonna Louise Ciccone*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY JOHNSON, EZRA BOEKWEG, MARIO PALOMBINI, and ADAM TITCHER, JONATHAN SMITH, NEAL PATEL, HIREN PATEL, and DAVID GRAND, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>        v.<br><br>YUGA LABS, INC., *et al.*,<br><br>                    Defendants. | Case No. 2:22-cv-08909-FMO-PLA<br>Judge: Hon. Fernando M. Olguin<br>Magistrate: Hon. Brianna Fuller Mircheff<br><br>**RESPONSE TO REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL** |

RESPONSE TO REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL

The undersigned respectfully responds to the Request for Approval of Substitution or Withdrawal of Counsel (Dkt. 331, hereinafter the "Request") submitted by outgoing counsel for Defendants Justin Bieber, Madonna Louise Ciccone, and Mike Winkelmann.

Sidley Austin LLP ("Sidley") represents Defendants Justin Bieber and Madonna Louise Ciccone, as shown through counsel's Notice of Change of Attorney Business or Contact Information (Dkt. 323) and Notice of Appearance of Counsel (Dkt. 328). Accordingly, Sidley does not oppose the Request as to Defendants Bieber and Ciccone.

Sidley has not yet been engaged to represent Defendant Mike Winkelmann. Sidley therefore respectfully requests that the Court defer ruling on the Request as to Defendant Winkelmann until such time that Sidley is able to confirm its representation. Sidley will file a Notice of Appearance of Counsel upon such confirmation.

Dated: July 6, 2026                                  SIDLEY AUSTIN LLP


By: */s/ Michelle Doolin*
Michelle Doolin

*Attorney for Defendants Justin Bieber and Madonna Louise Ciccone*

RESPONSE TO REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL