## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY JOHNSON, EZRA BOEKWEG, MARIO PALOMBINI, ADAM TITCHER, JONATHAN SMITH, NEAL PATEL, HIREN PATEL, and DAVID GRAND, Individually and on Behalf of All Others Similarly Situated, **Plaintiff(s)** <br><br> v. <br><br> YUGA LABS, INC., et al., <br><br> **Defendant(s)** | **CASE NUMBER** <br><br> 2:22-cv-08909-FMO-BFM <br><br> (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

☐ The Court hereby orders that the request of:

☐ Plaintiff ☐ Defendant ☐ Other _____

_____
*Name of Party*

☐ to substitute _____ who is

☐ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

_____
*Street Address*

_____          _____
*City, State, Zip*          *E-Mail Address*

_____    _____    _____
*Telephone Number*    *Fax Number*    *State Bar Number*

as attorney of record instead of _____

*List **all** attorneys from same firm or agency who are withdrawing.*

_____

is hereby ☐ **GRANTED** ☐ **DENIED**

☒ The Court hereby orders that the request of | Caroline Lebel, Robby Saldana, Jessica Taylor and  Michael G. Rhodes |

*List **all** attorneys from same firm or agency who are withdrawing.*

| Maximilian Sladek de la Cal |

to withdraw as attorney of record for | Justin Bieber, Madonna Louise Ciccone, and Mike Winkelmann |

is hereby ☒ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/ substituting attorney(s) in this case.

Dated   July 6, 2026                    /s/  Fernando M. Olguin
_____              _____
                                       U. S. District Judge/U.S. Magistrate Judge

G–01 ORDER (02/24)    (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY